AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| The City and County of San Francisco, California and The People of the State of California, Acting by and through San Francisco City Attorney Dennis J. Herrera, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Purdue Pharma L.P., Richard S. Sackler, Jonathan D. Sackler, Mortimer D.A. Sackler, Kathe A. Sackler, Ilene Sackler Lefcourt, Beverly Sackler, Theresa Sackler, David A. Sackler, (See Attachment A) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   3:18-cv-07591 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Purdue Pharma L.P.
c/o Registered Agent: The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

(See Attachment B)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aelish M. Baig
ROBBINS GELLER RUDMAN & DOWD LLP
Post-Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
415/288-4545

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:18-cv-07591

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A**
**to Summons in a Civil Action**

DEFENDANTS (continued)

Trust for the Benefit of Members of the Raymond Sackler Family, Rhodes Pharmaceuticals L.P., Cephalon, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Endo International PLC, Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Janssen Pharmaceuticals, Inc., Insys Therapeutics, Inc., Mallinckrodt PLC, Mallinckrodt LLC, Allergan PLC f/k/a Actavis PLC, Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., AmerisourceBergen Corporation, Cardinal Health, Inc. and McKesson Corporation,

**ATTACHMENT B**
**to Summons in a Civil Action**

Defendants' names and addresses (continued)

Richard S. Sackler
14 Cicero Ln.
Austin, TX 78746

Jonathan D. Sackler
75 Field Point Cir.
Greenwich, CT 06830

Mortimer D.A. Sackler
15 E 62nd St.
New York, NY 10065

Kathe A. Sackler
76 Clapboard Hill Rd.
Westport, CT 06880

Ilene Sackler Lefcourt
146 Central Park W. Apt. 12D
New York, NY 10023

Beverly Sackler
60 Field Point Cir.
Greenwich, CT 06830

Theresa Sackler
980 5th Ave.
New York, NY 10075

David A. Sackler
200 E 66th St. Apt. C1603
New York, NY 10065

Trust for the Benefit of Members of the Raymond Sackler Family
c/o Beverly Sackler, Trustee
60 Field Point Cir.
Greenwich, CT 06830

Rhodes Pharmaceuticals L.P.
c/o Registered Agent: Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

1

Cephalon, Inc.
c/o Registered Agent: Corporate Creations Network, Inc.
3411 Silverside Road, #104 Rodney Building
Wilmington, DE 19810

Teva Pharmaceutical Industries Ltd.
5 Basel Street, P.O. Box 3190
Petach Tikva 4951033 Israel

Teva Pharmaceuticals USA, Inc.
c/o Registered Agent: Corporate Creations Network, Inc.
1430 Truxton Avenue, 5th Floor
Bakersfield, CA 93301

Endo International PLC
First Floor, Minerva House, Simmonscourt Road
Ballsbridge, Dublin 4, Ireland

Endo Health Solutions Inc.
c/o Registered Agent: The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

Endo Pharmaceuticals Inc.
c/o Registered Agent: The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

Janssen Pharmaceuticals, Inc.
c/o Registered Agent: CT Corporation System
818 West 7th Street, Suite 930
Los Angeles, CA 90017

Insys Therapeutics, Inc.
c/o Registered Agent: The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

Mallinckrodt PLC
675 McDonnell Blvd.
Hazelwood, MO 63042

Mallinckrodt LLC
675 McDonnell Blvd.
Hazelwood, MO 63042

2

Allergan PLC f/k/a Actavis PLC
Clonshaugh Business and Technology Park
Coo lock, Dublin, D17 E400
Ireland

Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.
c/o Registered Agent: Corporate Creations Network Inc.
3411 Silverside Road Tatnall Building Suite 104
Wilmington, DE 19810

Watson Laboratories, Inc.
c/o Registered Agent: Corporate Creations Network, Inc.
8275 South Eastern Avenue #200
Las Vegas, NV, 89123

Actavis LLC
c/o Registered Agent: Corporate Creations Network Inc.
3411 Silverside Road Tatnall Building Suite 104
Wilmington, DE 19810

Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.
c/o Registered Agent: Corporate Creations Network Inc.
3411 Silverside Road Tatnall Building Suite 104
Wilmington, DE 19810

AmerisourceBergen Corporation
c/o Registered Agent: The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

Cardinal Health, Inc.
c/o Registered Agent: CT Corporation System
1300 East 9th Street
Cleveland, OH 44114

McKesson Corporation
c/o Registered Agent: Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

3