# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −75)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,228 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 18, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court, Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION — MDL No. 2804

SCHEDULE CTO−75 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALASKA** | | | |
| AK | 3 | 18−00294 | Aleutian Pribilof Islands Association, Inc. v. Purdue Pharma L.P. et al |
| **ARIZONA** | | | |
| AZ | 2 | 18−04866 | Maricopa, County of v. Purdue Pharma LP et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 5 | 19−00005 | Riverside San Bernardino County Indian Health, Inc. v. Purdue Pharma L.P. et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 18−07591 | City and County of San Francisco et al v. Purdue Pharma L.P. et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 18−63076 | City of Deerfield Beach, Florida v. Purdue Pharma L.P. et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 18−04058 | TOWN OF MOORESVILLE, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| INS | 1 | 18−04062 | TOWN OF PLAINFIELD, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **KANSAS** | | | |
| KS | 2 | 18−02696 | Unified Government of Wyandotte County/Kansas City, Kansas v. AmerisourceBergen Drug Corporation et al |

## LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 6 | 18−01635 | City of Saint Martinville v. AmerisourceBergen Corp et al |

## MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 18−12614 | Town of Dedham, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−12615 | Town of Stoughton, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−30199 | Town of Orange, Massachusetts v. Amerisourcebergen Drug Corporation et al |

## NEW YORK NORTHERN

| | | | |
|---|---|---|---|
| NYN | 8 | 18−01478 | Saint Regis Mohawk Tribe v. Purdue Pharma, L.P. et al |

## NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 18−00363 | Haywood County v. AmerisourceBergen Drug Corporation et al |

## PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 18−05595 | WILSON v. PURDUE PHARMA, LP et al |
| ~~PAE~~ | ~~2~~ | ~~18−05625~~ | ~~COUNTY OF CARBON v. PURDUE PHARMA L.P. et al~~  Opposed 1/17/19 |
| ~~PAE~~ | ~~2~~ | ~~18−05627~~ | ~~DELAWARE COUNTY, PENNSYLVANIA v. PURDUE PHARMA L.P. et al~~  Opposed 1/16/19 |

## WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 18−01853 | City of Anacortes et al v. Purdue Pharma, L.P. et al |