UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>   Defendants. | Case No.  4:18-cv-07591-HSG (CRB)<br><br><br>**REASSIGNMENT ORDER** |

GOOD CAUSE APPEARING THEREFOR,

Pursuant to the agreement of the undersigned judges, IT IS ORDERED that this case is reassigned to the Honorable Charles R. Breyer for all further proceedings.  Counsel are hereby instructed that all future filings shall bear the new initials **CRB** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Briefing schedules, including ADR and other deadlines remain unchanged.

Dated:  February 10, 2020

_Haywood S. Gill, Jr._
Transferring Judge

_CB_
Accepting Judge

_/s/ Phyllis J. Hamilton_
Chief Judge (for the Executive Committee)