IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>   Defendants. | Case No. 18-cv-07591-CRB<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE IN THIS CASE** |

The Court hereby sets a case management conference ("CMC") in this case for Wednesday, February 26, 2020, at noon. The parties are to file a status report by February 19, 2020, at noon. The status report should: (1) identify which categories of discovery remain to be completed before trial, on what issues; and (2) estimate the amount of time necessary to complete that discovery. Any responses are due by February 24, 2020, at noon.

The Court further directs counsel to bring their calendars to the CMC, as the Court intends to set a trial date.

Counsel Elizabeth J. Cabraser is directed to serve a copy of this Order to all counsel in this case. In the event that counsel is representing a party in this case, and has not filed an appearance in this case, a notice of appearance shall be filed in this case forthwith.

**IT IS SO ORDERED.**

Dated: February 13, 2020

_____
CHARLES R. BREYER
United States District Judge