DENNIS J. HERRERA (139669)
City Attorney
RONALD P. FLYNN (184186)
Chief Deputy City Attorney
YVONNE R. MERÉ (173594)
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS (141805)
SARA J. EISENBERG (269303)
JAIME M. HULING DELAYE (270784)
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Telephone: 415/554-3944
415/437-4644 (fax)
owen.clements@sfcityatty.org

Attorneys for Plaintiffs The City and County of San Francisco, California
and The People of the State of California, acting by and through San
Francisco City Attorney Dennis J. Herrera

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DENNIS J. HERRERA,<br><br>Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Case No. 3:18-cv-7591-CRB<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>JUDGE:   Hon. Charles R. Breyer |

4843-9584-6838.v1

1    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby
2 dismiss this action without prejudice against Defendants Hikma Pharmaceuticals USA, Inc. (f/k/a
3 West-Ward Pharmaceuticals Corp.) and Hikma Pharmaceuticals plc (collectively, "Hikma").  Each
4 side agrees to bear its own costs of litigation.

5 DATED:  February 25, 2020        ROBBINS GELLER RUDMAN
                                     & DOWD LLP
6                                  AELISH M. BAIG
                                   MATTHEW S. MELAMED
7                                  HADIYA K. DESHMUKH

9                                        s/ Aelish M. Baig
                                       AELISH M. BAIG

                                   Post Montgomery Center
                                   One Montgomery Street, Suite 1800
                                   San Francisco, CA  94104
                                   Telephone:  415/288-4545
                                   415/288-4534 (fax)
                                   aelishb@rgrdlaw.com
                                   mmelamed@rgrdlaw.com
                                   hdeshmukh@rgrdlaw.com

                                   DENNIS J. HERRERA
                                   City Attorney
                                   RONALD P. FLYNN
                                   YVONNE R. MERE
                                   OWEN J. CLEMENTS
                                   SARA J. EISENBERG
                                   JAIME M. HULING DELAYE
                                   Deputy City Attorneys
                                   Fox Plaza
                                   1390 Market Street, Sixth Floor
                                   San Francisco, CA  94102
                                   Telephone:  415/554-3944
                                   415/437-4644 (fax)
                                   owen.clements@sfcityatty.org

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE – CASE NO. 3:18-cv-07591-CRB     - 1 -
4843-9584-6838.v1

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 3 | PAUL J. GELLER |
| | MARK J. DEARMAN |
| 4 | DOROTHY P. ANTULLIS |
| | 120 East Palmetto Park Road, Suite 500 |
| 5 | Boca Raton, FL  33432 |
| | Telephone:  561/750-3000 |
| 6 | 561/750-3364 (fax) |
| | pgeller@rgrdlaw.com |
| 7 | mdearman@rgrdlaw.com |
| | dantullis@rgrdlaw.com |
| 8 | |
| | ROBBINS GELLER RUDMAN |
| 9 |   & DOWD LLP |
| | THOMAS E. EGLER |
| 10 | CARISSA J. DOLAN |
| | ALEXANDER M. MENDOZA |
| 11 | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101 |
| 12 | Telephone:  619/231-1058 |
| | 619/231-7423 (fax) |
| 13 | tome@rgrdlaw.com |
| | cdolan@rgrdlaw.com |
| 14 | amendoza@rgrdlaw.com |
| 15 | |
| | LIEFF, CABRASER, HEIMANN |
| 16 |   & BERNSTEIN, LLP |
| | ELIZABETH J. CABRASER |
| 17 | RICHARD M. HEIMANN |
| | KEVIN R. BUDNER |
| 18 | MICHAEL LEVIN-GESUNDHEIT |
| | 275 Battery Street, 29th Floor |
| 19 | San Francisco, CA  94111-3339 |
| | Telephone:  415/956-1000 |
| 20 | 415/956-1008 (fax) |
| | ecabraser@lchb.com |
| 21 | rheimann@lchb.com |
| | kbudner@lchb.com |
| 22 | mlevin@lchb.com |
| 23 | |
| | LIEFF, CABRASER, HEIMANN |
| 24 |   & BERNSTEIN, LLP |
| | PAULINA DO AMARAL |
| 25 | 250 Hudson Street, 8th Floor |
| | New York, NY  10013 |
| 26 | Telephone:  212/355-9500 |
| | 212/355-9592 (fax) |
| 27 | pdoamaral@lchb.com |
| 28 | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE – CASE NO. 3:18-cv-07591-CRB - 2 -
4843-9584-6838.v1

| | |
|---|---|
| 1 | |
| 2 | RENNE PUBLIC LAW GROUP |
| | LOUISE RENNE |
| 3 | 350 Sansome Street, Suite 300 |
| | San Francisco, CA 94104 |
| 4 | Telephone: 415/848-7240 |
| | 415/848-7230 (fax) |
| 5 | lrenne@publiclawgroup.com |
| 6 | ANDRUS ANDERSON LLP |
| | JENNIE LEE ANDERSON |
| 7 | PAUL LAPRAIRIE |
| | 155 Montgomery Street, Suite 900 |
| 8 | San Francisco, CA 94104 |
| | Telephone: 415/986-1400 |
| 9 | 415/986-1474 (fax) |
| | jennie@andrusanderson.com |
| 10 | paul.laprairie@andrusanderson.com |
| 11 | |
| | SANFORD HEISLER SHARP, LLP |
| 12 | KEVIN SHARP |
| | 611 Commerce Street, Suite 3100 |
| 13 | Nashville, TN 37203 |
| | Telephone: 615/434-7000 |
| 14 | 615/434-7020 (fax) |
| | ksharp@sanfordheisler.com |
| 15 | |
| | SANFORD HEISLER SHARP, LLP |
| 16 | EDWARD CHAPIN |
| | 655 West Broadway, Suite 1700 |
| 17 | San Diego, CA 92101 |
| | Telephone: 619/577-4253 |
| 18 | 619/577-4250 (fax) |
| | echapin2@sanfordheisler.com |
| 19 | |
| | CASEY GERRY SCHENK FRANCAVILLA |
| 20 | BLATT & PENFIELD LLP |
| | DAVID S. CASEY, JR. |
| 21 | GAYLE M. BLATT |
| | P. CAMILLE GUERRA |
| 22 | JAMES M. DAVIS |
| | 110 Laurel Street |
| 23 | San Diego, CA 92101-1486 |
| | Telephone: 619/238-1811 |
| 24 | 619/544-9232 (fax) |
| | dcasey@cglaw.com |
| 25 | gmb@cglaw.com |
| 26 | camille@cglaw.com |
| | jdavis@cglaw.com |
| 27 | |
| 28 | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE – CASE NO. 3:18-cv-07591-CRB   - 3 -
4843-9584-6838.v1

|  |  |
|---|---|
| 1 |  |
| 2 | WEITZ & LUXENBERG P.C. |
|   | ELLEN RELKIN |
| 3 | PAUL PENNOCK |
|   | 700 Broadway |
| 4 | New York, NY  10003 |
|   | Telephone:  212/558-5500 |
| 5 | 212/344-5461 (fax) |
|   | erelkin@weitzlux.com |
| 6 | ppennock@weitzlux.com |

```
 1
 2                                        WEITZ & LUXENBERG P.C.
                                          ELLEN RELKIN
 3                                        PAUL PENNOCK
                                          700 Broadway
 4                                        New York, NY  10003
                                          Telephone:  212/558-5500
 5                                        212/344-5461 (fax)
                                          erelkin@weitzlux.com
 6                                        ppennock@weitzlux.com
 7                                        WEITZ & LUXENBERG P.C.
                                          MELINDA DAVIS NOKES
 8                                        1880 Century Park East
                                          Los Angeles, CA  90067
 9                                        Telephone:  310/247-0921
                                          310/786-9927 (fax)
10                                        mnokes@weitzlux.com

11                                        Attorneys for Plaintiffs The City and County of
                                          San Francisco, California and The People of the
12                                        State of California, acting by and through San
                                          Francisco City Attorney Dennis J. Herrera
13
14   DATED:  February 25, 2020             WINSTON & STRAWN LLP
                                           JENNIFER M. CECIL
15
16                                              s/ Jennifer M. Cecil
                                               JENNIFER M. CECIL
17
                                           101 California Street, 35th Floor
18                                         San Francisco, CA  94111-5840
                                           Telephone:  415/591-1000
19                                         415/591-1400 (fax)
                                           jcecil@winston.com
20
21
22
23
24
25
26
27
28
```

|   |   |
|---|---|
| 1 |   |
| 2 | WINSTON & STRAWN LLP |
|   | CHRISTOPHER B. ESSIG (*pro hac vice*) |
| 3 | SCOTT M. AHMAD (*pro hac vice*) |
|   | REID F. SMITH (*pro hac vice*) |
| 4 | SARAH J. BILY (*pro hac vice*) |
|   | 35 West Wacker Drive |
| 5 | Chicago, IL  60601-9703 |
|   | Telephone:  312/558-5600 |
| 6 | 312/558-5700 (fax) |
|   | cessig@winston.com |
| 7 | sahmad@winston.com |
|   | rfsmith@winston.com |
| 8 | sbily@winston.com |

Attorneys for Defendant Hikma Pharmaceuticals USA Inc. (f/k/a West-Ward Pharmaceutical Corp.)

**ATTESTATION**

I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this Notice of Voluntary Dismissal Without Prejudice.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories concur in filing this Notice of Voluntary Dismissal Without Prejudice.

DATED:  February 25, 2020

ROBBINS GELLER RUDMAN
   & DOWD LLP
AELISH M. BAIG
MATTHEW S. MELAMED
HADIYA K. DESHMUKH


           s/ Aelish M. Baig           
           AELISH M. BAIG

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com
hdeshmukh@rgrdlaw.com

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 25, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Aelish M. Baig
AELISH M. BAIG

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  aelishb@rgrdlaw.com

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE – CASE NO. 3:18-cv-07591-CRB
4843-9584-6838.v1

# Mailing Information for a Case 3:18-cv-07591-CRB City and County of San Francisco et al v. Purdue Pharma L.P. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Manzoor Ahmad**
  SAhmad@winston.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,Danielle.Kidd@andrusanderson.com,joann.pham@andrusanderson.com,elizabeth.lyons@andrusanderson.com,leland@andrusanderson.com

- **Dorothy P. Antullis**
  dantullis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,mmelamed@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sarah Jane Bily**
  SBily@winston.com

- **Gayle M Blatt**
  gmb@cglaw.com

- **Steven J. Boranian**
  sboranian@reedsmith.com,drothschild@reedsmith.com

- **Stephen Brody**
  sbrody@omm.com,steve-brody-4796@ecf.pacerpro.com

- **Kevin R. Budner**
  kbudner@lchb.com,tlim@lchb.com

- **Elizabeth J. Cabraser**
  ecabraser@lchb.com

- **David S. Casey , Jr**
  dcasey@cglaw.com,camille@cglaw.com,sleonard@cglaw.com,jdavis@cglaw.com

- **Jennifer Machlin Cecil**
  jcecil@winston.com,ecf_sf@winston.com,jen-machlin-cecil-9607@ecf.pacerpro.com

- **Edward D. Chapin**
  echapin2@sanfordheisler.com

- **Owen J. Clements**
  owen.clements@sfcityatty.org,catheryn.daly@sfcityatty.org

- **James M Davis**
  jdavis@cglaw.com,vicki@cglaw.net

- **Cari K. Dawson**
  cari.dawson@alston.com,kate.smith@alston.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com

- **Carissa Jasmine Dolan**
  cdolan@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas Edward Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Sara Jennifer Eisenberg**
  sara.eisenberg@sfcityatty.org,john.cote@sfcityatty.org,alison.wong.lambert@sfcityatty.org,martina.hassett@sfcityatty.org,yvonne.mere@sfcityatty.org,catheryn.daly@

- **Christopher Blair Essig**
  CEssig@swinston.com

- **Wendy West Feinstein**
  wendy.feinstein@morganlewis.com,tammy.miller@morganlewis.com,picalendaring@morganlewis.com,tamara.giulianelli@morganlewis.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,swinkles@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Patricia Camille Guerra**
  camille@cglaw.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Dennis J. Herrera**
  cityattorney@sfcityatty.org,brittany.feitelberg@sfcityatty.org

- **Zachary Hill**
  zachary.hill@morganlewis.com,wendy.feinstein@morganlewis.com,rebecca.hillyer@morganlewis.com,evan.jacobs@morganlewis.com

- **Jaime Marie Huling Delaye**
  jaime.hulingdelaye@sfcityatty.org,alison.wong.lambert@sfcityatty.org,martina.hassett@sfcityatty.org,catheryn.daly@sfcityatty.org

- **Traci Janelle Irvin**
  traci.irvin@ropesgray.com,courtalert@ropesgray.com

- **Sarah Barr Johansen**
  sjohansen@reedsmith.com,aswenson@reedsmith.com

- **Amy Jean Laurendeau**
  alaurendeau@omm.com,amy-laurendeau-9969@ecf.pacerpro.com,sstewart@omm.com

- **Charles Coleman Lifland**
  clifland@omm.com,charles-lifland-4890@ecf.pacerpro.com

- **John David Lombardo**
  John.Lombardo@arnoldporter.com,guadalupe.saldana@arnoldporter.com,ecalendar@arnoldporter.com,William.Costley@arnoldporter.com

- **Amy Lucas**
  alucas@omm.com,amy-lucas-1835@ecf.pacerpro.com

- **Enu A Mainigi**
  emainigi@wc.com

- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Yvonne Rosil Mere**
  yvonne.mere@sfcityatty.org,martina.hassett@sfcityatty.org

- **Sean OLeary Morris**
  sean.morris@arnoldporter.com,edocketscalendaring@arnoldporter.com,vincent.esparza@arnoldporter.com,stacie.james@arnoldporter.com,rebecca.mcnew@arnoldpor

- **Melinda Davis Nokes**
  mnokes@weitzlux.com,lschultz@weitzlux.com,rcerci@weitzlux.com,hjeudy@weitzlux.com,dsavours@weitzlux.com

- **Michael Alexander Onufer**
  michael.onufer@kirkland.com

- **Louise Hornbeck Renne**
  lrenne@publiclawgroup.com,kbeaton@publiclawgroup.com,RPLG-docket@publiclawgroup.com

- **Nathan E. Shafroth**
  nshafroth@cov.com,rvantassell@cov.com,ktrempy@cov.com,echiulos@cov.com,rlu@cov.com,isaac-chaput-8316@ecf.pacerpro.com,ncutright@cov.com

- **Audrey Claire Siegel**
  audrey.siegel@andrusanderson.com

- **Reid Smith**
  RFSmith@winston.com

- **Elizabeth Anne Sperling**
  elizabeth.sperling@alston.com,annie.yu@alston.com

- **Sabrina Heron Strong**
  sstrong@omm.com,sabrina-strong-4823@ecf.pacerpro.com

- **Russell E Taylor**
  rtaylor@fbm.com

- **Rocky C. Tsai**
  rocky.tsai@ropesgray.com,CourtAlert@RopesGray.com

- **Richard Allen VanDuzer**
  rvanduzer@fbm.com,jamante@fbm.com,calendar@fbm.com

- **Neelum Jane Wadhwani**
  nwadhwani@wc.com,CardinalWVParalegals@wc.com

- **Alyssa M Williams**
  awilliams@cglaw.com

- **Sonya Diane Winner**
  swinner@cov.com,calsbury@cov.com

- **Carl Brandon Wisoff**
  bwisoff@fbm.com,mzappas@fbm.com,calendar@fbm.com

- **Douglas R. Young**
  dyoung@fbm.com,calendar@fbm.com

- **Paulina do Amaral**
  pdoamaral@lchb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Paul                    Laprairie
Andrus Andersonl LLP
155 Montgomery Street, 900
San Francisco, CA 94104
```