Douglas R. Young (State Bar No. 73248)
dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Richard Van Duzer (State Bar No. 136205)
rvanduzer@fbm.com
Russell E. Taylor (State Bar No. 320375)
rtaylor@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
David A. Sackler, Ilene Sackler Lefcourt,
Jonathan D. Sackler, Kathe A. Sackler, Mortimer
D.A. Sackler, Richard S. Sackler, and Theresa
Sackler, and Richard S. Sackler and Jonathan D.
Sackler in Their Alleged Capacities as Trustees of the
Alleged "Trust for the Benefit of Members of the
Raymond Sackler Family," and Former Attorneys for Beverly Sackler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DENNIS J. HERRERA,<br><br>Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P., RICHARD S. SACKLER, JONATHAN D. SACKLER, MORTIMER D.A. SACKLER, KATHIE A. SACKLER, ILENE SACKLER LEFCOURT, BEVERLY SACKLER, THERESA SACKLER, DAVID A SACKLER, TRUST FOR THE BENEFIT OF MEMBERS OF THE RAYMOND SACKLER FAMILY, RHODES PHARMACEUTICALS L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS INC., JANSSEN PHARMACEUTICALS, INC., INSYS | Case No. 18-cv-7591<br><br>The Hon. Charles R. Breyer<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR PARTIAL STAY** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION AND [PROPOSED] ORDER
FOR PARTIAL STAY– Case No. 18-cv-7591

37369\13067877.1

THERAPEUTICS, INC., MALLINCKRODT, PLC, MALLINCKRODT LLC, ALLERGAN PLC f/k/a ACTAVIS PLC, WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC., WATSON LABORATORIES, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC. f/k/a/ WATSON PHARMA, INC., AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION,

Defendants.

Defendants David Sackler, Ilene Sackler Lefcourt, Jonathan Sackler, Kathe Sackler, Mortimer D.A. Sackler, Richard Sackler, and Theresa Sackler (the "**Individual Defendants**"), and Richard Sackler and Jonathan Sackler in their alleged capacity as trustees ("**Alleged Trustees**"), and Plaintiffs The City and County of San Francisco and The People Of The State Of California, acting by and through San Francisco City Attorney Dennis J. Herrera ("**Plaintiffs**," and together with the Individual Defendants and Alleged Trustees, the "**Parties**"), enter this Stipulation of Stay. In support of this stipulation, the Parties say the following:

1. This is an action brought by the Plaintiffs alleging multiple claims against the Individual Defendants and Alleged Trustees, as well as multiple other persons/entities who are not parties to this Stipulation.

2. Plaintiffs filed their Complaint on December 18, 2018.

3. This case was transferred to the Multi-District Litigation, *In re National Prescription Opiate Litigation*, No. 2804 (N.D. Ohio) (the "**MDL**"), by order dated January 18, 2019.

4. Plaintiffs filed their Amended Complaint on April 22, 2019 in the MDL.

5. The Individual Defendants and Alleged Trustees accepted service of the Amended Complaint on June 13, 2019, in the MDL subject to a reservation of all defenses (including lack of personal jurisdiction and proper party). *See* June 13, 2019 Stipulation, *In re National Prescription Opiate Litigation*, No. 19-op-45022 (DAP), ECF No. 36 (N.D. Ohio June 13, 2019).

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION AND [PROPOSED] ORDER FOR PARTIAL STAY– Case No. 18-cv-7591     2

37369\13067877.1

6. On February 5, 2020, this case was remanded from the MDL to the Northern District of California. *See* Remand Order, *City and County of San Francisco v. Purdue Pharma L.P.*, No. 3:18 Civ. 7591 (CRB), ECF No. 18 (N.D. Cal. Feb. 5, 2020).

7. On February 17, 2020, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") entered the Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction sought by Purdue Pharma L.P. and certain of its affiliated Debtors (the "**Debtors**"). *See* Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, *In re Purdue Pharma, L.P.*, No. 19-23649 (RDD), Adv. Pro. No. 19-8289, ECF No. 139 (Bankr. S.D.N.Y. Feb. 17, 2020) (the "**Sixth Amended Order**") (attached as **Exhibit 1** (without appendices)). The Sixth Amended Order, in line with the Orders that it amended, enjoined cases referenced in the Sixth Amended Order and pending across the nation from proceeding against the Individual Defendants and Alleged Trustees, including actions by "Governmental Defendants" similar to the Plaintiffs. The Sixth Amended Order sets forth a procedure for seeking to include "inactive litigation" that "becomes active" to the injunction. The Individual Defendants and Alleged Trustees understand that the Debtors are in the process of requesting that the Bankruptcy Court add this case to the list of enjoined cases, which would prevent this matter from proceeding against the Individual Defendants and Alleged Trustees.

8. The Parties stipulate and agree that this case shall be stayed as to the Individual Defendants and Alleged Trustees while the Bankruptcy Court determines whether this case will be included with those enjoined by the Preliminary Injunction, and while the Preliminary Injunction (if applicable) remains in effect.

9. The Parties further stipulate that the Individual Defendants and Alleged Trustees shall be afforded 60 days from the date that the Bankruptcy Court notifies the Individual Defendants and Alleged Trustees that this matter will be permitted to proceed (by refusing to extend the Preliminary Injunction to this matter, dissolving the Preliminary Injunction in a manner that allows this matter to proceed, or otherwise) within which to

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION AND [PROPOSED] ORDER
FOR PARTIAL STAY– Case No. 18-cv-7591

3

37369\13067877.1

answer or otherwise respond to the Amended Complaint.

10. The Individual Defendants and Alleged Trustees reserve all affirmative and other defenses, including lack of personal jurisdiction and improper party.

**SO STIPULATED.**

Dated:  February 24, 2020                    FARELLA BRAUN + MARTEL LLP

By:       */s/ Russell Taylor*
              Russell Taylor

Attorneys for Defendants
David A. Sackler, Ilene Sackler Lefcourt, Jonathan D. Sackler, Kathe A. Sackler, Mortimer D.A. Sackler, Richard S. Sackler, and Theresa Sackler, and Richard S. Sackler and Jonathan D. Sackler in Their Alleged Capacities as Trustees of the Alleged "Trust for the Benefit of Members of the Raymond Sackler Family," and Former Attorneys for Beverly Sackler

Dated:  February 24, 2020                    Robbins Geller Rudman & Dowd LLP

By:       */s/ Matthew S. Melamed*
              Matthew S. Melamed

Attorneys for Plaintiffs The City and County of San Francisco, California and The People of the State of California, Acting by and through San Francisco City Attorney Dennis J. Herrera

### FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Russell Taylor, attest that concurrence in the filing of this JOINT STIPULATION AND [PROPOSED] ORDER FOR PARTIAL STAY has been obtained from other signatory.

Executed this 24th day of February 2020, at San Francisco, California.

By:       */s/ Russell Taylor*
              Russell Taylor

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February 26 , 2020

Hon. Charles R. Breyer
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR PARTIAL STAY– Case No. 18-cv-7591     5

37369\13067877.1