Douglas R. Young (State Bar No. 73248)
dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Richard Van Duzer (State Bar No. 136205)
rvanduzer@fbm.com
Russell E. Taylor (State Bar No. 320375)
rtaylor@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
David A. Sackler, Ilene Sackler Lefcourt, Jonathan D. Sackler, Kathe A. Sackler, Mortimer D.A. Sackler, Richard S. Sackler, and Theresa Sackler, and Richard S. Sackler and Jonathan D. Sackler in Their Alleged Capacities as Trustees of the Alleged "Trust for the Benefit of Members of the Raymond Sackler Family," and Former Attorneys for Beverly Sackler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through San Francisco City Attorney DENNIS J. HERRERA,<br><br>Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P., RICHARD S. SACKLER, JONATHAN D. SACKLER, MORTIMER D.A. SACKLER, KATHIE A. SACKLER, ILENE SACKLER LEFCOURT, BEVERLY SACKLER, THERESA SACKLER, DAVID A SACKLER, TRUST FOR THE BENEFIT OF MEMBERS OF THE RAYMOND SACKLER FAMILY, RHODES PHARMACEUTICALS L.P., CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, ENDO HEALTH | Case No. 18-cv-7591<br><br>The Hon. Charles R. Breyer<br><br>**NOTICE OF SEVENTH AMENDED BANKRUPTCY COURT ORDER ENJOINING THE CONTINUATION OF THIS PROCEEDING AS TO THE INDIVIDUAL FORMER DIRECTORS** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF SEVENTH AMENDED BANKRUPTCY COURT ORDER
Case No. 18-cv-7591

1

38473\13109472.1

| | |
|---|---|
| 1 | SOLUTIONS INC., ENDO PHARMACEUTICALS INC., JANSSEN PHARMACEUTICALS, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT, PLC, MALLINCKRODT LLC, ALLERGAN PLC f/k/a ACTAVIS PLC, WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC., WATSON LABORATORIES, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC. f/k/a/ WATSON PHARMA, INC., AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC. and McKESSON CORPORATION, |
| 8 | Defendants. |

On October 11, 2019, the United States Bankruptcy Court for the Southern District of New York issued an order, which has since been amended seven times, most recently on March 4, 2020 (the "Seventh Amended Preliminary Injunction Order") pursuant to 11 U.S.C. § 105(a), granting, in part a motion by Purdue Pharma L.P. and certain affiliated debtors (the "Debtors"), for a preliminary injunction. *See* Seventh Amended Preliminary Injunction Order, *In re Purdue Pharma L.P., et al.*, No. 19-23649 (RDD), Adv. Pro. No. 19-08289, Dkt. No. 145 (Bankr. S.D.N.Y. Mar. 4, 2020). A copy of the Seventh Amended Preliminary Injunction Order (with relevant excerpts of the Appendices) is attached as Exhibit 1. The Seventh Amended Preliminary Injunction Order states, in relevant part,

> Governmental Defendants . . . and the Private Defendants are prohibited and enjoined from . . . the commencement or continuation of their active judicial, administrative, or other actions or proceedings against the Debtors and/or Related Parties that were or could have been commenced before the commencement of [this bankruptcy] case . . . against the Debtors and/or the Related Parties arising from or in any way relating to the Debtors' prescription opioid business, including the actions reflected in Appendix III and Appendix IV, as well as . . . any other actions against the Debtors or Related Parties alleging substantially similar facts or causes of action as those alleged in actions reflected in Appendix III and Appendix IV, in each case through and including Wednesday, April 8, 2020. The preliminary injunction period may be extended by further order of the Court.

Ex. 1, at 6. The Seventh Amended Preliminary Injunction Order further states that "all applicable statutes of limitations and similar time limits on the commencement of Additional Actions, and all deadlines (including deadlines for appeals) in any currently pending Governmental Action or Related Party Claim (including as agreed on the record at the Hearing by the representatives of the

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF SEVENTH AMENDED BANKRUPTCY COURT ORDER
Case No. 18-cv-7591

2

38473\13109472.1

Sackler Families), shall be tolled or otherwise inoperative for the duration of this preliminary injunction." *Id.* at 8.

"Governmental Defendants" are defined in the Amended Preliminary Injunction Order to mean "the governmental defendants in [the bankruptcy] adversary proceeding." *Id.* at 1. The Private Defendants are defined to mean "private defendants in [the bankruptcy] adversary proceeding." *Id.* at 2. The Seventh Amended Preliminary Injunction Order encompasses this action because this action is listed in Appendix IV to the Seventh Amended Preliminary Injunction Order. Appendix IV to Ex. 1, at 16. Related Parties, in turn, is defined to include "former or current (a) owners (including any trusts and their respective trustees and beneficiaries), (b) directors, (c) officers, (d) employees, and (e) other similar associated entities of the Debtors," thereby encompassing David A. Sackler, Ilene Sackler Lefcourt, Jonathan D. Sackler (in both his individual capacity and his capacity as an alleged trustee of the alleged Trust for the Benefit of Members of the Raymond Sackler Family, the "Alleged Trust"), Kathe Sackler, Mortimer D.A. Sackler, Richard S. Sackler (in both his individual capacity and as an alleged trustee of the Alleged Trust), and Theresa Sackler (collectively, the "Individual Former Directors"). Ex. 1, at 2. Thus, the Seventh Amended Preliminary Injunction Order enjoins the continuation of this current proceeding as to the Individual Former Directors, including discovery.

By filing this notice, the Individual Former Directors are expressly preserving all of their defenses, including but not limited to the lack of personal jurisdiction.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF SEVENTH AMENDED BANKRUPTCY COURT ORDER
Case No. 18-cv-7591

3

38473\13109472.1

| | | |
|---|---|---|
| 1 | Dated: March 5, 2020 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: _/s/ C. Brandon Wisoff_ |
| | | C. Brandon Wisoff |
| 4 | | |
| 5 | | Attorneys for Defendants |
| | | David A. Sackler, Ilene Sackler Lefcourt, Jonathan D. Sackler, Kathe A. Sackler, Mortimer D.A. Sackler, Richard S. Sackler, and Theresa Sackler, and Richard S. Sackler and Jonathan D. Sackler in Their Alleged Capacities as Trustees of the Alleged "Trust for the Benefit of Members of the Raymond Sackler Family," and Former Attorneys for Beverly Sackler |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF SEVENTH AMENDED
BANKRUPTCY COURT ORDER
Case No. 18-cv-7591

4

38473\13109472.1