1   DENNIS J. HERRERA (139669)
    City Attorney
2   RONALD P. FLYNN (184186)
    Chief Deputy City Attorney
3   YVONNE R. MERE (173594)
    Chief of Complex & Affirmative Litigation
4   OWEN J. CLEMENTS (141805)
    SARA J. EISENBERG (269303)
5   JAIME M. HULING DELAYE (270784)
    Deputy City Attorneys
6   Fox Plaza
    1390 Market Street, Sixth Floor
7   San Francisco, CA  94102
    Telephone:  415/554-3944
8   415/437-4644 (fax)
    owen.clements@sfcityatty.org
9
    Attorneys for Plaintiffs the City and County of San Francisco, California
10  and the People of the State of California, acting by and through San
    Francisco City Attorney Dennis J. Herrera
11
    [Additional counsel appear on signature page.]
12
                        UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14
    THE CITY AND COUNTY OF SAN          )   Case No. 3:18-cv-7591-CRB
15  FRANCISCO, CALIFORNIA and THE       )
    PEOPLE OF THE STATE OF CALIFORNIA,  )   CLASS ACTION
16  Acting by and through San Francisco City )
    Attorney DENNIS J. HERRERA,         )   PLAINTIFFS' PROPOSED DISCOVERY
17                                       )   SCHEDULE
                        Plaintiffs,      )
18                                       )
            vs.                          )   JUDGE:      Hon. Charles R. Breyer
19                                       )
    PURDUE PHARMA L.P., et al.,          )
20                                       )
                        Defendants.      )
21  _____)

22

23

24

25

26

27

28

1   Pursuant to this Court's order during the case management conference that took place on
2   February 26, 2020, Plaintiffs the City and County of San Francisco, California ("San Francisco")
3   and the People of the State of California, acting by and through San Francisco City Attorney
4   Dennis J. Herrera (the "People") (collectively, "Plaintiffs"), hereby submit the following proposed
5   discovery schedule.

6   Plaintiffs recognize that this case must move swiftly because of the egregious nature of the
7   allegations, the urgent need for resolution of the claims and abatement of the opioid epidemic
8   through injunctive and monetary relief as ultimately deemed appropriate by the finder of fact, and
9   the action's unique role as a bellwether for thousands of similar cases.  Accordingly, Plaintiffs
10  propose the schedule herein, recognizing it is aggressive in pace.  Plaintiffs are prepared to move
11  as expeditiously as possible to take and produce discovery and believe the following schedule is
12  manageable so long as certain reasonable and appropriate limitations and efficiencies are put into
13  place and any new discovery disputes (not previously resolved in the MDL) are resolved quickly.
14  For example, Plaintiffs are prepared to meet and confer with Defendants immediately regarding
15  the identities of custodians and search terms and to identify their top 20 highest-priority document
16  custodians by as early as April 15, 2020.  Plaintiffs will begin producing relevant documents for
17  those custodians as soon as possible on a rolling basis.  Any additional document custodians sought
18  by Defendants over and above 25 should require leave of Court.  Plaintiffs will also identify for
19  Defendants the contents of certain databases that, pursuant to a long-scheduled and costly plan,
20  are currently slated to be decommissioned in the coming months.  Plaintiffs will work with
21  Defendants to ensure that relevant reports from those databases are preserved before they are
22  rendered inaccessible.  Plaintiffs will require Defendants' cooperation early on in the discovery
23  process to ensure the identification and preservation of the relevant documents from those
24  databases.[1]

25

26  ---

[1]   Plaintiffs also note that recent events related to the Coronavirus have had a substantial impact
27  on San Francisco's ability to operate business as usual.  Assuming that these effects are relatively
    short lived, Plaintiffs anticipate being able to keep pace with the schedule set forth herein.  If,
28  however, the situation worsens, Plaintiffs may need to revisit the proposed schedule.

So long as Plaintiffs are not required to produce vast amounts of documents from non-essential custodians, and Defendants themselves produce relevant responsive documents in a timely manner, Plaintiffs anticipate being able to meet the following schedule:

| Discovery Deadline | Date |
|---|---|
| Commencement of Discovery | April 1, 2020 |
| Discovery Cutoff | October 30, 2020 |
| Deadline for Exchange of Expert Reports by All Parties | November 16, 2020 |
| Close of Expert Fact Discovery | December 23, 2021 |
| Deadline for *Daubert* and Dispositive Motions | January 29, 2021 |
| Deadline for Responses to *Daubert* and Dispositive Motions | February 26, 2021 |
| Deadline for Replies in Support of *Daubert* and Dispositive Motions | March 5, 2021 |
| All Trial Materials Due | March 12, 2021 |
| Final Pretrial Hearing | March 19, 2021 |
| Trial | March 29, 2021 |

DATED:  March 13, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG
MATTHEW S. MELAMED
HADIYA K. DESHMUKH


                        s/ Aelish M. Baig
                     AELISH M. BAIG

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com
hdeshmukh@rgrdlaw.com

DENNIS J. HERRERA
City Attorney
RONALD P. FLYNN
YVONNE R. MERE
OWEN J. CLEMENTS
SARA J. EISENBERG
JAIME M. HULING DELAYE
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415/554-3944
415/437-4644 (fax)
owen.clements@sfcityatty.org

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THOMAS E. EGLER
CARISSA J. DOLAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com
cdolan@rgrdlaw.com

LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
ELIZABETH J. CABRASER
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415/956-1000
415/956-1008 (fax)
ecabraser@lchb.com

LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
PAULINA DO AMARAL
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212/355-9500
212/355-9592 (fax)
pdoamaral@lchb.com

RENNE PUBLIC LAW GROUP
LOUISE RENNE
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone:  415/848-7240
415/848-7230 (fax)
lrenne@publiclawgroup.com

ANDRUS ANDERSON LLP
JENNIE LEE ANDERSON
AUDREY SIEGEL
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:  415/986-1400
415/986-1474 (fax)
jennie@andrusanderson.com
audrey.siegel@andrusanderson.com

SANFORD HEISLER SHARP, LLP
KEVIN SHARP
611 Commerce Street, Suite 3100
Nashville, TN  37203
Telephone:  615/434-7000
615/434-7020 (fax)
ksharp@sanfordheisler.com

SANFORD HEISLER SHARP, LLP
EDWARD CHAPIN
655 West Broadway, Suite 1700
San Diego, CA  92101
Telephone:  619/577-4253
619/577-4250 (fax)
echapin2@sanfordheisler.com

CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD LLP
DAVID S. CASEY, JR.
GAYLE M. BLATT
ALYSSA WILLIAMS
110 Laurel Street
San Diego, CA  92101-1486
Telephone:  619/238-1811
619/544-9232 (fax)
dcasey@cglaw.com
gmb@cglaw.com
awilliams@cglaw.com

WEITZ & LUXENBERG P.C.
ELLEN RELKIN
PAUL PENNOCK
700 Broadway
New York, NY  10003
Telephone:  212/558-5500
212/344-5461 (fax)
erelkin@weitzlux.com
ppennock@weitzlux.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEITZ & LUXENBERG P.C.
MELINDA DAVIS NOKES
1880 Century Park East
Los Angeles, CA  90067
Telephone:  310/247-0921
310/786-9927 (fax)
mnokes@weitzlux.com

Attorneys for Plaintiffs The City and County of
San Francisco, California and The People of the
State of California, acting by and through San
Francisco City Attorney Dennis J. Herrera

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 13, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>s/ Aelish M. Baig</u>
AELISH M. BAIG

ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  aelishb@rgrdlaw.com

**Mailing Information for a Case 3:18-cv-07591-CRB City and County of San Francisco et al v. Purdue Pharma L.P. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Manzoor Ahmad**
  SAhmad@winston.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,Danielle.Kidd@andrusanderson.com,joann.pham@andrusanderson.com,elizabeth.lyons@andrusanderson.com,audrey.siegel@andrusand

- **Dorothy P. Antullis**
  dantullis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,mmelamed@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sarah Jane Bily**
  SBily@winston.com

- **Gayle M Blatt**
  gmb@cglaw.com

- **Steven J. Boranian**
  sboranian@reedsmith.com,drothschild@reedsmith.com

- **Stephen Brody**
  sbrody@omm.com,steve-brody-4796@ecf.pacerpro.com

- **Kevin R. Budner**
  kbudner@lchb.com,tlim@lchb.com

- **Elizabeth J. Cabraser**
  ecabraser@lchb.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com,mtashima@lchb.com,abertram@lchb.com,jremuszka@lchb.com

- **David S. Casey , Jr**
  dcasey@cglaw.com,camille@cglaw.com,sleonard@cglaw.com,jdavis@cglaw.com

- **Jennifer Machlin Cecil**
  jcecil@winston.com,ecf_sf@winston.com,jen-machlin-cecil-9607@ecf.pacerpro.com

- **Edward D. Chapin**
  echapin2@sanfordheisler.com,fsalazar@sanfordheisler.com,jalvarez@sanfordheisler.com

- **Owen J. Clements**
  owen.clements@sfcityatty.org,catheryn.daly@sfcityatty.org

- **James M Davis**
  jdavis@cglaw.com,vicki@cglaw.net

- **Cari K. Dawson**
  cari.dawson@alston.com,kate.smith@alston.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com

- **Carissa Jasmine Dolan**
  cdolan@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas Edward Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Sara Jennifer Eisenberg**
  sara.eisenberg@sfcityatty.org,john.cote@sfcityatty.org,alison.wong.lambert@sfcityatty.org,martina.hassett@sfcityatty.org,yvonne.mere@sfcityatty.org,catheryn.daly@

- **Tiffany Rose Ellis**
  tellis@weitzlux.com,nhryczyk@weitzlux.com

- **Christopher Blair Essig**
  CEssig@winston.com

- **Wendy West Feinstein**
  wendy.feinstein@morganlewis.com,tammy.miller@morganlewis.com,picalendaring@morganlewis.com,tamara.giulianelli@morganlewis.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,swinkles@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Patricia Camille Guerra**
  camille@cglaw.com

- **August P. Gugelmann**
  august@smllp.law,august@ecf.courtdrive.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Dennis J. Herrera**
  cityattorney@sfcityatty.org,brittany.feitelberg@sfcityatty.org

- **Zachary Hill**
  zachary.hill@morganlewis.com,wendy.feinstein@morganlewis.com,rebecca.hillyer@morganlewis.com,evan.jacobs@morganlewis.com

- **Jaime Marie Huling Delaye**
  jaime.hulingdelaye@sfcityatty.org,alison.wong.lambert@sfcityatty.org,martina.hassett@sfcityatty.org,catheryn.daly@sfcityatty.org

- **Traci Janelle Irvin**
  traci.irvin@ropesgray.com,courtalert@ropesgray.com

- **Sarah Barr Johansen**
  sjohansen@reedsmith.com,aswenson@reedsmith.com

- **Timothy William Knapp**
  tknapp@kirkland.com

- **Amy Jean Laurendeau**
  alaurendeau@omm.com,amy-laurendeau-9969@ecf.pacerpro.com,sstewart@omm.com

- **Jennifer Gardner Levy**
  jennifer.levy@kirkland.com

- **Charles Coleman Lifland**
  clifland@omm.com,charles-lifland-4890@ecf.pacerpro.com

- **John David Lombardo**
  John.Lombardo@arnoldporter.com,guadalupe.saldana@arnoldporter.com,ecalendar@arnoldporter.com,William.Costley@arnoldporter.com

- **Amy Lucas**
  alucas@omm.com,amy-lucas-1835@ecf.pacerpro.com

- **Enu A Mainigi**
  emainigi@wc.com

- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Yvonne Rosil Mere**
  yvonne.mere@sfcityatty.org,martina.hassett@sfcityatty.org

- **Andrew Miller**
  amiller@sanfordheisler.com

- **Sean OLeary Morris**
  sean.morris@arnoldporter.com,edocketscalendaring@arnoldporter.com,vincent.esparza@arnoldporter.com,stacie.james@arnoldporter.com,rebecca.mcnew@arnoldpor

- **Melinda Davis Nokes**
  mnokes@weitzlux.com,lschultz@weitzlux.com,rcerci@weitzlux.com,dsavours@weitzlux.com

- **Paul F. Novak**
  pnovak@weitzlux.com,cgarcia@weitzlux.com,nhryczyk@weitzlux.com

- **Michael Alexander Onufer**
  michael.onufer@kirkland.com

- **Louise Hornbeck Renne**
  lrenne@publiclawgroup.com,kbeaton@publiclawgroup.com,RPLG-docket@publiclawgroup.com

- **Nathan E. Shafroth**
  nshafroth@cov.com,rvantassell@cov.com,ktrempy@cov.com,echiulos@cov.com,rlu@cov.com,isaac-chaput-8316@ecf.pacerpro.com,ncutright@cov.com

- **Audrey Claire Siegel**
  audrey.siegel@andrusanderson.com

- **Reid Smith**
  RFSmith@winston.com

- **Elizabeth Anne Sperling**
  elizabeth.sperling@alston.com,annie.yu@alston.com

- **Karl Anton Stampfl**
  karl.stampfl@kirkland.com

- **Sabrina Heron Strong**
  sstrong@omm.com,sabrina-strong-4823@ecf.pacerpro.com

- **Edward W. Swanson**
  ed@smllp.law,AmyMcGugian@ecf.courtdrive.com,ed@ecf.courtdrive.com,britt@ecf.courtdrive.com

- **Russell E Taylor**
  rtaylor@fbm.com

- **Rocky C. Tsai**
  rocky.tsai@ropesgray.com,CourtAlert@RopesGray.com

- **Richard Allen VanDuzer**
  rvanduzer@fbm.com,jamante@fbm.com,calendar@fbm.com

- **Neelum Jane Wadhwani**
  nwadhwani@wc.com,CardinalWVParalegals@wc.com

- **Donna Marie Welch**
  dwelch@kirkland.com

- **Alyssa M Williams**
  awilliams@cglaw.com

- **Sonya Diane Winner**
  swinner@cov.com,calsbury@cov.com

- **Carl Brandon Wisoff**
  bwisoff@fbm.com,mzappas@fbm.com,calendar@fbm.com

- **Douglas R. Young**
  dyoung@fbm.com,calendar@fbm.com

- **Paulina do Amaral**
  pdoamaral@lchb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Paul            Laprairie
Andrus Andersonl LLP
155 Montgomery Street, 900
San Francisco, CA 94104
```