United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Case No.  18-cv-07591-CRB<br><br>**ORDER REGARDING MAILING OF CHAMBERS COPIES** |

The Court anticipates the filing of motions to dismiss, opposition briefs, and reply briefs in this matter.  See Reconsideration Order (dkt. 153).  In order to allow the Court to review the parties' briefs in hard copy, the Court DIRECTS the parties to mail chambers copies of their briefs,[1] at their earliest convenience, to: Hon. Charles R. Breyer, P.O. Box 36097, San Francisco, CA, 94012.

**IT IS SO ORDERED.**

Dated: April 16, 2020

CHARLES R. BREYER
United States District Judge

---

[1] The parties should not mail to this address any materials unrelated to the motions to dismiss, unless and until the Court directs them to do so.