CHARLES LIFLAND (S.B. #108950)
clifland@omm.com
SABRINA H. STRONG (S.B. #200292)
sstrong@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407

AMY LAURENDEAU (S.B. #198321)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900
Fax: (949) 823-6994
alaurendeau@omm.com

AMY R. LUCAS (S.B. #264034)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Tel: (310) 553-6700
Fax: (310) 246-6779
alucas@omm.com

*Attorneys for Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc.*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PURDUE PHARMA L.P., et al, <br><br> Defendants. | Case No. 3:18-cv-07591-CRB <br><br> **MANUFACTURER DEFENDANTS' JOINT REQUEST FOR JUDICIAL NOTICE OF MATERIALS CITED IN DEFENDANTS' JOINT MOTION AND MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Date: June 19, 2020 <br> Time: 10:00 a.m. <br> Dept: Courtroom 6 <br> Judge: Honorable Charles R. Breyer |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that, on June 19, 2020, at 10:00 a.m., or as soon as this matter may be heard thereafter in Courtroom 6, 17th Floor, of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, the Honorable Charles R. Breyer presiding, the Manufacturer Defendants[1] will and hereby do move this Court to take judicial notice of Exhibits 1-11 to the concurrently-filed Declaration of Charles R. Lifland under Federal Rule of Evidence 201.

This Request for Judicial Notice accompanies Defendants' Joint Notice of Motion and Joint Motion to Dismiss Plaintiff's First Amended Complaint and Manufacturer Defendants' Joint Notice of Motion and Joint Motion to Dismiss Plaintiff's First Amended Complaint, the Memoranda of Points and Authorities in support thereof, Declaration of Charles C. Lifland, the Proposed Order, any Reply Memorandum, the pleadings and files in this action, and such arguments and authorities as may be presented at or before the hearing.

---

[1] The Manufacturer Defendants (or "Manufacturers") are Defendants Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a/ Watson Pharmaceuticals, Inc., Allergan Sales, LLC and Allergan USA, Inc., Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc., Mallinckrodt LLC, SpecGx LLC, Noramco, Inc., Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc; Watson Laboratories, Inc.; Warner Chilcott Company LLC; Actavis South Atlantic LLC; Ac-tavis Elizabeth LLC; Actavis Mid Atlantic LLC; Actavis Totowa LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City; and Actavis Laboratories FL, Inc. f/k/ Watson Laboratories, Inc. Florida.

Pursuant to Federal Rule of Evidence 201, the Manufacturer Defendants respectfully request that the Court take judicial notice of the documents attached as Exhibits 1 through 11 to the Declaration of Charles C. Lifland (the "Lifland Declaration") filed in support of the Defendants' Joint Motion and Manufacturer Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint ("FAC").

In deciding a motion to dismiss, courts may take judicial notice of facts that are "not subject to reasonable dispute" because they are "generally known" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see also id.* Rule 201(d) ("The court may take judicial notice at any stage of the proceeding."). When a plaintiff "refers extensively" to a document or the "document forms the basis of the plaintiff's claim," the defendant can offer the document to the court. *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). The court can then "treat such a document as part of the complaint" and "assume that its contents are true for purposes of a motion to dismiss under Rule 12(b)(6)." *Id.* Likewise, the court "may take judicial notice on its own." Fed. R. Evid. 201(c). The Court should take judicial notice of Exhibits 1 through 11 because each exhibit is referenced in the FAC and/or consists of material that is judicially noticeable under Rule 201.

**I.     Exhibits 1-8 Are Documents Specifically Referenced in the FAC That May Be Judicially Noticed**

Exhibits 1 through 8 are specifically referenced in the FAC and therefore can be judicially noticed. *See Ritchie*, 342 F.3d at 908 (court may consider document "if the plaintiff refers extensively" to it or it "forms the basis of the plaintiff's claim"); *Minor v. FedEx Office and Print Services, Inc.*, 78 F. Supp. 3d 1021, 1027 (N.D. Cal. 2015) (court may consider "documents whose contents are alleged in the complaint"); *Opperman v. Kong Technologies, Inc.*, 2017 WL 3149295, at *4 (N.D. Cal. July 25, 2017) (taking judicial notice of documents Plaintiff "makes reference to" in complaint). Exhibits 1 through 8 are copies of FDA-approved prescription drug labels for certain prescription opioid medications of Manufacturer Defendants, which are referenced in the FAC at paragraphs 400 and 495.

## II. Exhibits 1-11 Are Agency Records and Reports That May Be Judicially Noticed

Exhibits 1 through 8, as well as Exhibits 9 through 11, are additionally subject to judicial notice because they are the FDA's administrative records, all of which can be found on the FDA's website and are not subject to reasonable dispute.

Courts may take judicial notice of the "records and reports of administrative bodies." *United States v. 14.02 Acres of Land More or Less in Fresno County*, 547 F.3d 943, 955 (9th Cir. 2008) (internal quotation marks omitted); *see, e.g.*, *Minor*, 78 F. Supp. 3d at 1028 (granting request for judicial notice of "records of administrative agencies"). These include documents that are publicly available on an agency's—including the FDA's—website, like notices, reports, guidance documents, memoranda, and news releases. *See Gustavon v. Wrigley Sales Co.*, 961 F. Supp. 3d 1100, 1113, n.1 (N.D. Cal. 2013) (taking judicial notice of FDA response letter); *Zeiger v. WellPet LLC*, 304 F. Supp. 3d 837, 845 (N.D. Cal. 2018) (FDA memorandum, safety assessments, and Question and Answer documents); *Wilson v. Frito-Lay North America, Inc.*, 260 F. Supp. 3d 1202, 1207 (N.D. Cal. 2017) (FDA guidance documents); *In re Yahoo Mail Litigation*, 7 F. Supp. 3d 1016, 1025 (N.D. Cal. 2014) (legislative history); *Opperman*, 2017 WL 3149295, at *4 (information available on government website). Thus, "[p]ublic records and information on government agency websites are properly subject to judicial notice." *Wilson*, 260 F. Supp. 3d at 1207. Likewise, as FDA-approved or -promulgated documents, Exhibits 1 through 11 are judicially noticeable for the independent reason that they are "capable of accurate and ready determination" by "sources whose accuracy cannot reasonably be questioned." *In re Yahoo Mail Litigation*, 7 F. Supp. 3d at 1024 (citing Fed. R. Evid. 201(b)).

For the foregoing reasons, Manufacturer Defendants request that the Court take judicial notice of Exhibits 1 through 11 to the Lifland Declaration.

| | | |
|---|---|---|
| 1 | Dated: April 17, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Amy R.. Lucas*<br>Amy R. Lucas (S.B. #264034) |
| | | O'MELVENY & MYERS LLP |
| 4 | | 1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067 |
| 5 | | Tel: (310) 553-6700<br>Fax: (310) 246-6779 |
| 6 | | alucas@omm.com |
| 7 | | Charles C. Lifland (S.B. #108950)<br>Sabrina H. Strong (S.B. #200292) |
| 8 | | O'MELVENY & MYERS LLP<br>400 South Hope Street |
| 9 | | Los Angeles, CA 90071<br>Tel: (213) 430-6000 |
| 10 | | Fax: (213) 430-6407<br>clifland@omm.com |
| 11 | | sstrong@omm.com |
| 12 | | Amy J. Laurendeau (S.B. #198321)<br>O'MELVENY & MYERS LLP |
| 13 | | 610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660 |
| 14 | | Tel: (949) 823-6900<br>Fax: (949) 823-6994 |
| 15 | | alaurendeau@omm.com |
| 16 | | Stephen D. Brody (*pro hac vice*)<br>O'MELVENY & MYERS LLP |
| 17 | | 1625 Eye Street, NW<br>Washington, DC 20006 |
| 18 | | Tel: (202) 383-5300<br>Fax: (202) 383-5414 |
| 19 | | sbrody@omm.com |
| 20 | | *Attorneys for Defendants Johnson &* |
| 21 | | *Johnson, Janssen Pharmaceuticals, Inc.,*<br>*Ortho-McNeil-Janssen Pharmaceuticals,*<br>*Inc., and Janssen Pharmaceutica, Inc.* |
| 22 | | |
| 23 | | /s/ *Wendy West Feinstein*<br>Zachary Hill (S.B. #275886) |
| 24 | | MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower |
| 25 | | San Francisco, CA 94105-1596<br>Tel: (415) 442-1000 |
| 26 | | Fax: (415) 442-1001<br>zachary.hill@morganlewis.com |
| 27 | | |
| 28 | | Wendy West Feinstein (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP |

|  |  |
|---|---|
| 1 | One Oxford Centre, Thirty-Second Floor |
| 2 | Pittsburgh, PA 15219-6401<br>Tel: (412) 560-7455<br>Fax: (412) 560-7001 |
| 3 | wendy.feinstein@morganlewis.com |

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc; Watson Laboratories, Inc.; Warner Chilcott Company LLC; Actavis South Atlantic LLC; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Actavis Totowa LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City; and Actavis Laboratories FL, Inc. f/k/ Watson Laboratories, Inc.-Florida.*

/s/ *Sean O. Morris*
Sean O. Morris
John D. Lombardo
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4000
Fax: (213) 243-4199
Sean.Morris@arnoldporter.com
John.Lombardo@arnoldporter.com

*Attorneys for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*

/s/ *Rocky C. Tsai*
Rocky C. Tsai (S.B. #221452)
Traci J. Irvin (S.B. #309432)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: (415) 315-6300
Fax: (415) 315-6350
rocky.tsai@ropesgray.com
traci.irvin@ropesgray.com

*Attorneys for Defendants Mallinckrodt LLC and SpecGx LLC*

| | |
|---|---|
| 1 | /s/ *Karl Stampfl* |
| 2 | Zachary W. Byer (S.B. #301382)<br>KIRKLAND & ELLIS LLP |
| 3 | 555 South Flower Street<br>Los Angeles, CA 90071 |
| 4 | Tel: (213) 680-8400<br>zachary.byer@kirkland.com |
| 5 | Jennifer G. Levy, P.C. (*pro hac vice*) |
| 6 | KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave., N.W. |
| 7 | Washington, D.C. 20004<br>Tel: (202) 879-5000 |
| 8 | Fax: (202) 879-5200<br>jennifer.levy@kirkland.com |
| 9 | Donna Welch, P.C. (*pro hac vice*) |
| 10 | Timothy W. Knapp, P.C. (*pro hac vice*)<br>Karl Stampfl (*pro hac vice*) |
| 11 | KIRKLAND & ELLIS LLP<br>300 North LaSalle, Chicago, IL 60654 |
| 12 | Tel: (312) 862-2000<br>Fax: (312) 862-2200 |
| 13 | donna.welch@kirkland.com<br>tknapp@kirkland.com |
| 14 | karl.stampfl@kirkland.com |
| 15 | *Attorneys for Defendants Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a/* |
| 16 | *Watson Pharmaceuticals, Inc., Allergan Sales, LLC, Allergan USA, Inc. and* |
| 17 | *specially appearing Allergan plc* |
| 18 | /s/ *Elizabeth A. Sperling* |
| 19 | Elizabeth A. Sperling (S.B. #231474)<br>ALSTON & BIRD LLP |
| 20 | 333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071 |
| 21 | Tel: (213) 576-1000<br>Fax: (213) 576-1100 |
| 22 | elizabeth.sperling@alston.com |
| 23 | Daniel G. Jarcho (*pro hac vice forthcoming*) |
| 24 | ALSTON & BIRD LLP<br>950 F Street, NW |
| 25 | Washington, DC 20004<br>Tel: (202) 239-3300 |
| 26 | Daniel.jarcho@alston.com |
| 27 | Cari K. Dawson (*pro hac vice*)<br>Jenny A. Hergenrother (*pro hac vice* |
| 28 | *forthcoming*)<br>ALSTON & BIRD LLP |

7

MFR. DEFENDANTS' REQUEST FOR JUDICIAL NOTICE, CASE NO. 3-18:CV-07591-CRB

1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Tel: (404) 881-7000
cari.dawson@alston.com
jenny.hergenrother@alston.com

*Attorneys for Defendant Noramco, Inc.*

## **ATTESTATION**

I, Amy R. Lucas, hereby attest, pursuant to N.D. Ca. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: April 17, 2020                     /s/ *Amy R. Lucas*
                                          Amy R. Lucas

MFR. DEFENDANTS' REQUEST FOR JUDICIAL NOTICE, CASE NO. 3-18:CV-07591-CRB