Sean O. Morris (Bar No. 200368)
John D. Lombardo (Bar No. 187142)
E. Christopher Beeler (Bar No. 330496)
**Arnold & Porter Kaye Scholer LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: +1-213-243-4000
Facsimile: +1-213-243-4199
Email: Sean.Morris@arnoldporter.com
Email: John.Lombardo@arnoldporter.com
Email: Chris.Beeler@arnoldporter.com

*Attorneys for Specially Appearing Defendant Endo International plc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DENNIS J. HERRERA,

Plaintiff,

v.

PURDUE PHARMA L.P., et. al ,

Defendant.

Case No. 3:18-cv-07591-CRB

**SUPPLEMENTAL DECLARATION OF DEANNA VOSS IN SUPPORT OF SPECIALLY APPEARING DEFENDANT ENDO INTERNATIONAL PLC'S MOTION TO DISMISS**

Honorable Charles R. Breyer

**AFFIDAVIT OF DEANNA VOSS**

I, Deanna Voss, state the following:

1. I am Assistant Secretary for Endo International plc.

2. As Assistant Secretary, and through my job duties, I am familiar with the corporate structure of Endo International plc and its subsidiaries.

3. Endo International plc is a holding company organized and existing under the laws of Ireland with its principal place of business at First Floor, Minerva House, Simmonscourt Road, Ballsbridge, Dublin, Ireland.

4. Endo International plc does not engage in operations involving the development, regulatory approval, manufacture, distribution, sales, or marketing of pharmaceutical products in the United States, including California.

5. Endo International plc is not registered to do business in, and does not do business in, the State of California. It does not maintain an office, real property, bank account, or phone listing in the State of California. It has no employees and no agent for service of process in the State of California.

6. Some of Endo International plc's operating companies have carried out activities related to the development, regulatory approval, manufacture, distribution, sales, or marketing of pharmaceutical products in the United States, including Endo Pharmaceuticals Inc. and Par Pharmaceutical, Inc. Endo Health Solutions Inc. and Par Pharmaceutical Companies, Inc. are holding companies. Each of these indirect subsidiaries is a legal entity separate and distinct from Endo International plc, with its own corporate officers, board of directors, and management structure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: April 21, 2020

Deanna Voss
Assistant Secretary

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 21, 2020, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-1. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-1 to accept that Notice as service of this document.

Dated: April 21, 2020

*/s/ Sean O. Morris*
Sean O. Morris

- 2 -

SUPPLEMENTAL DECLARATION OF DEANNA VOSS IN SUPPORT OF SPECIALLY APPEARING DEFENDANT ENDO INTERNATIONAL PLC'S MOTION TO DISMISS