DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERE, State Bar #173594
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar #141805
SARA J. EISENBERG, State Bar #269303
JAIME M. HULING DELAYE, State Bar #270784
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415/554-3957
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiffs The City and County of San Francisco, California
and The People of the State of California, acting by and through
San Francisco City Attorney Dennis J. Herrera*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DENNIS J. HERRERA,<br><br>                                 Plaintiffs,<br><br>        vs.<br><br>PURDUE PHARMA L.P., et al.,<br><br>                                 Defendants. | Case No. 3:18-cv-07591-CRB<br><br>PLAINTIFFS' UPDATED PROPOSED DISCOVERY AND TRIAL SCHEDULE<br><br>JUDGE:        Hon. Charles R. Breyer |

1    Pursuant to the Court's Order on May 5, 2020 ("May 5 Order") (ECF No. 199), Plaintiffs the

2    City and County of San Francisco, California (the "City") and the People of the State of California,

3    acting by and through San Francisco City Attorney Dennis J. Herrera (the "People") (collectively,

4    "Plaintiffs"), hereby submit this proposed litigation and trial schedule and a summary of the events

5    that have transpired since the parties submitted their Joint Status Report on May 4, 2020 ("May 4

6    Joint Status Report") (ECF No. 198).

7    This Court granted the parties' joint request to extend the deadline to submit discovery and

8    trial schedules as a result of unexpected uncertainties and obstacles caused by the COVID-19

9    pandemic.  In March 2020, San Francisco's Department of Public Health issued an "Order of the

10   Health Officer of the City and County of San Francisco" directing all individuals therein to shelter in

11   place due to the COVID-19 pandemic ("SF Shelter-In-Place Order").  Although the City has begun

12   to relax certain requirements imposed by the SF Shelter-In-Place Order, there is no expiration date in

13   sight.  In San Francisco and other cities across the country, substantial limitations continue to remain

14   in place, impacting all parties' and counsel's ability to proceed with discovery to the full extent

15   possible under usual circumstances.  Notwithstanding the ongoing limitations, the parties have

16   diligently engaged in both motion practice and discovery efforts since this Court's May 5 Order.

17   **I.    RECENT DEVELOPMENTS**

18        **A.    Dispositive Motions**

19   On April 17, 2020, Defendants filed nine motions to dismiss and one request for judicial

20   notice (ECF Nos. 162, 165-172, 176).  Plaintiffs responded to each of those filings on May 15, 2020

21   (ECF Nos. 200-209).  Defendants filed their respective reply briefs on May 29, 2020 (ECF Nos. 214-

22   222), and the motions are now fully briefed.

23        **B.    Discovery**

24   Notwithstanding obstacles imposed by the SF Shelter-In-Place Order, the parties are making

25   substantial progress on discovery, including the following:

26   •    Discovery Requests: As reported in the May 4 Joint Status Report, the parties have
           propounded discovery requests and will meet the mutually agreed upon 60-day
27         deadline to respond to these requests.  Plaintiffs' responses will be timely served on
           Defendants on June 8, 2020.  The parties should be required to meet and confer

28

regarding appropriate per-side limits on interrogatories and requests for admission as well as the timing for service of such requests, prior to serving them.

- <u>Plaintiffs' Fact Sheet/Initial Disclosures</u>: Pursuant to this Court's April 2 Order (ECF No. 142) and as agreed to in the May 4 Joint Status Report, on May 29, 2020, Plaintiffs served on Defendants their First Amended Government Plaintiff Fact Sheet in lieu of initial disclosures.  Notwithstanding the substantial obstacles that the SF Shelter-In-Place Order has placed across all of the City's departments, to date, Plaintiffs have identified 11 custodians.  Plaintiffs have notified Defendants that they will continue to identify key persons with relevant knowledge of opioid-related issues.  The First Amended Government Plaintiff Fact Sheet is attached hereto as Exhibit A.

- <u>Clarification of Decommissioning of City Databases</u>: As reported in Plaintiffs' Proposed Discovery Schedule, filed with the Court on March 13, 2020 (ECF No. 129), the City has been engaged in an ongoing decommissioning of certain healthcare-related databases – a project that commenced prior to the MDL court's remand of this case.   Plaintiffs further investigated the status of this decommissioning and, on June 2, 2020, updated Defendants on the decommissioning dates and the subject matter of the data existing in the subject databases.  The vast majority of relevant documents will be, or already are, preserved on other accessible databases or servers.  To the extent that any data is not preserved, analogous data proved ancillary to the claims and defenses asserted in other bellwether cases similar to those asserted here.  Plaintiffs' letter to Defendants discussing these discrete issues is attached hereto as Exhibit B.

## II.    RENEWED PROPOSED TRIAL SCHEDULE

To date, it remains unclear when the COVID-19-related limitations on the City and its employees will be eased.  And although businesses are slowly beginning to reopen, a substantial amount of the City's resources have been and will continue to be diverted from this litigation toward combatting the COVID-19 pandemic.  Nonetheless, Plaintiffs are moving forward as expeditiously as possible.  Plaintiffs are prepared to begin production of documents with the understanding that this will be an ongoing process as many of the City employees with pertinent knowledge of the subject matter of this litigation remain completely focused on COVID-19-related issues.  Plaintiffs are also prepared to meet and confer with Defendants regarding a protocol for remote depositions, search terms for document productions, and appropriate limits and timing of additional discovery to be served.

In the event that COVID-19-related restrictions are fully lifted in the near-term, Plaintiffs expect to be able to meet the following proposed schedule.  Plaintiffs, however, recognize that any

trial date proposed at this time may need to be reevaluated as events unfold and more information

regarding the status of the pandemic becomes available.

| Deadline | Plaintiffs' Previous Proposal | Plaintiffs' Updated Proposal |
|---|---|---|
| Close of fact discovery | October 30, 2020 | January 29, 2021 |
| Plaintiffs' expert reports | November 16, 2020 | February 16, 2021 |
| Defendants' expert reports | November 16, 2020 | February 16, 2021 |
| Close of expert discovery | December 23, 2020 | March 26, 2021 |
| Motions for summary judgment and *Daubert* motions | January 29, 2021 | April 23, 2021 |
| Oppositions to motions for summary judgment and *Daubert* motions | February 26, 2021 | May 21, 2021 |
| Replies in support of motions for summary judgment and *Daubert* motions | March 5, 2021 | June 4, 2021 |
| All trial materials due | March 12, 2021 | June 11, 2021 |
| Final Pretrial Conference | March 19, 2021 | June 18, 2021 |
| Trial | March 29, 2021 | June 28, 2021 |

For the Court's convenience, Plaintiffs also set forth the following chart that outlines trials

currently scheduled in other opioid litigation across the country:

### Opioids Litigation Schedules– MDL Case Tracks, NY and CA

| Case | Plaintiffs | Judge | Juris. | Defendants[1] | Theories of Liability[1] | MTDs Fully Briefed | Trial Date |
|---|---|---|---|---|---|---|---|
| CT1B | Summit Cty.; Cuyahoga Cty. | Polster, J. | MDL – N.D. Ohio | Chain Pharmacies only | Distribution | No add'l MTDs[2] | 11/09/20 |
| CT2 | Cabell Cty.; City of Huntington | Faber, J. | MDL – S.D. W. Va. | Big 3 Distributors[3] only | Distribution | No add'l MTDs[4] | 10/19/20 & 01/04/21 |

---

[1]   The defendants and theories of liability listed are those which the parties expect will be tried during the trial settings identified.  Some defendants and claims have been severed.  "Marketing" refers to allegations involving false marketing; "Distribution" refers to allegations involving the failure to report and halt suspicious orders; and "Dispensing" refers to allegations involving the failure to prevent the dispensing of suspicious orders.

[2]   Motions to dismiss were asserted and ruled upon in CT1A prior to the October 2019 trial setting. *In re Nat'l Prescription Opiate Litig.*, No. 1:17-md-02804 (N.D. Ohio), ECF Nos. 1025 (Ruiz, J.), 1203 (Polster, J.), and 2131 (Polster, J.).

[3]   "Big 3 Distributors" refers to the family of Defendants for each of Cardinal Health, McKesson, and AmerisourceBergen.

[4]   Rule 12(b) motions were asserted and pending before Judge Polster when they were withdrawn prior to remand.  No additional Rule 12(b) motions will be forthcoming.

| Case | Plaintiffs | Judge | Juris. | Defendants[1] | Theories of Liability[1] | MTDs Fully Briefed | Trial Date |
|---|---|---|---|---|---|---|---|
| CT3 | Lake Cty.; Trumbull Cty. | Polster, J. | MDL – N.D. Ohio | Chain Pharmacies only | Distribution, Dispensing | 07/13/20 | 05/10/21 |
| CT4 | City & Cty. of SF | Breyer, J. | MDL – N.D. Cal. | Manufacturers, Distributors, Pharmacies | Distribution, Dispensing | 05/29/20 | TBD |
| CT5 | Cherokee Nation | White, J. | MDL – E.D. Okla. | Manufacturers, Distributors, Pharmacies | Marketing, Distribution, Dispensing | 06/17/20 | TBD |
| CT6 | City of Chicago | Alonso, J. | MDL – N.D. Ill. | Manufacturers | Local Ordinance Claims | 07/06/20 | TBD |
| NY | Nassau Cty.; Suffolk Cty.; NY AG | Garguilo, J. | State | Manufacturers, Distributors, Pharmacies | Marketing, Distribution[5] | N/A | 08/04/20 |
| CA | Santa Clara Cty., *et al.* | Wilson, J. | State | Manufacturers | Marketing | No add'l MTDs | 03/22/21 |

---

[5]   In the NY coordinated litigation, plaintiffs responded to the pharmacy defendants' summary judgment motions, arguing that insufficient discovery had been produced regarding the dispensing claims to oppose defendants' motions.  Judge Garguilo dismissed plaintiffs' dispensing claims holding that plaintiffs had not supported a finding of vicarious liability, while retaining plaintiffs' distribution claims against the chain pharmacies.  Because plaintiffs had not asserted vicarious liability claims, they filed a motion to reargue the ruling, which is currently pending.

1    Plaintiffs respectfully request that the Court adopt the litigation and trial schedule set forth

2  herein but, given the uncertainty of the times, that it do so with the understanding that continued

3  COVID-19-related restrictions and/or a resurgence of the pandemic may well require the Court and

4  the parties to revisit the discovery and trial schedule in the future.  Plaintiffs also request that the

5  Court require the parties to meet and confer regarding limitations and timing before propounding

6  additional discovery requests.

7  DATED:  June 8, 2020                          Respectfully submitted,

8                                               ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
9                                               AELISH M. BAIG
                                                MATTHEW S. MELAMED
10                                              HADIYA K. DESHMUKH

11

12                                                    s/ Aelish M. Baig
                                                     AELISH M. BAIG
13
                                                Post Montgomery Center
14                                              One Montgomery Street, Suite 1800
                                                San Francisco, CA  94104
15                                              Telephone:  415/288-4545
                                                415/288-4534 (fax)
16                                              aelishb@rgrdlaw.com
                                                mmelamed@rgrdlaw.com
17                                              hdeshmukh@rgrdlaw.com

18                                              DENNIS J. HERRERA
                                                City Attorney
19                                              RONALD P. FLYNN
                                                YVONNE R. MERE
20                                              OWEN J. CLEMENTS
                                                SARA J. EISENBERG
21                                              JAIME M. HULING DELAYE
                                                Deputy City Attorneys
22                                              Fox Plaza
                                                1390 Market Street, Sixth Floor
23                                              San Francisco, CA  94102
                                                Telephone:  415/554-3957
24                                              jaime.hulingdelaye@sfcityatty.org

25

26

27

28

1

2        ROBBINS GELLER RUDMAN
          & DOWD LLP
3        PAUL J. GELLER
         MARK J. DEARMAN
4        DOROTHY P. ANTULLIS
         120 East Palmetto Park Road, Suite 500
5        Boca Raton, FL  33432
         Telephone:  561/750-3000
6        561/750-3364 (fax)
         pgeller@rgrdlaw.com
7        mdearman@rgrdlaw.com
         dantullis@rgrdlaw.com

8        ROBBINS GELLER RUDMAN
          & DOWD LLP
9        THOMAS E. EGLER
         CARISSA J. DOLAN
10       655 West Broadway, Suite 1900
         San Diego, CA  92101
11       Telephone:  619/231-1058
         619/231-7423 (fax)
12       tome@rgrdlaw.com
         cdolan@rgrdlaw.com
13

14       LIEFF, CABRASER, HEIMANN
          & BERNSTEIN, LLP
15       ELIZABETH J. CABRASER
         RICHARD M. HEIMANN
16       PAULINA DO AMARAL
         KEVIN R. BUDNER
17       MICHAEL LEVIN-GESUNDHEIT
         275 Battery Street, 29th Floor
18       San Francisco, CA  94111-3339
         Telephone:  415/956-1000
19       415/956-1008 (fax)
         ecabraser@lchb.com
20       rheimann@lchb.com
         pdoamaral@lchb.com
21       kbudner@lchb.com
         mlevin@lchb.com
22
         RENNE PUBLIC LAW GROUP
23       LOUISE RENNE
         350 Sansome Street, Suite 300
24       San Francisco, CA 94104
         Telephone:  415/848-7240
25       415/848-7230 (fax)
         lrenne@publiclawgroup.com
26

27

28

1

2     ANDRUS ANDERSON LLP
      JENNIE LEE ANDERSON
3     AUDREY SIEGEL
      155 Montgomery Street, Suite 900
4     San Francisco, CA  94104
      Telephone:  415/986-1400
5     415/986-1474 (fax)
      jennie@andrusanderson.com
6     audrey.siegel@andrusanderson.com

7     SANFORD HEISLER SHARP, LLP
      KEVIN SHARP
8     611 Commerce Street, Suite 3100
      Nashville, TN  37203
9     Telephone:  615/434-7000
      615/434-7020 (fax)
10    ksharp@sanfordheisler.com

11    SANFORD HEISLER SHARP, LLP
      EDWARD CHAPIN
12    655 West Broadway, Suite 1700
      San Diego, CA  92101
13    Telephone:  619/577-4253
      619/577-4250 (fax)
14    echapin2@sanfordheisler.com

15    CASEY GERRY SCHENK FRANCAVILLA
        BLATT & PENFIELD LLP
16    DAVID S. CASEY, JR.
      GAYLE M. BLATT
17    ALYSSA WILLIAMS
      110 Laurel Street
18    San Diego, CA  92101-1486
      Telephone:  619/238-1811
19    619/544-9232 (fax)
      dcasey@cglaw.com
20    gmb@cglaw.com
      awilliams@cglaw.com

21    WEITZ & LUXENBERG P.C.
      ELLEN RELKIN
22    PAUL PENNOCK
      700 Broadway
23    New York, NY  10003
      Telephone:  212/558-5500
24    212/344-5461 (fax)
      erelkin@weitzlux.com
25    ppennock@weitzlux.com

26

27

28

1

2          WEITZ & LUXENBERG P.C.
           MELINDA DAVIS NOKES
3          1880 Century Park East
           Los Angeles, CA  90067
4          Telephone:  310/247-0921
           310/786-9927 (fax)
5          mnokes@weitzlux.com

6          *Attorneys for Plaintiffs The City and County of*
           *San Francisco, California and The People of the*
7          *State of California, acting by and through San*
           *Francisco City Attorney Dennis J. Herrera*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify under penalty of perjury that on June 8, 2020, I authorized the electronic

3

filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

4

notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I

5

hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the

6

non-CM/ECF participants indicated on the attached Manual Notice List.

7

    s/ Aelish M. Baig
AELISH M. BAIG

8

9

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center

10

One Montgomery Street, Suite 1800
San Francisco, CA  94104

11

Telephone:  415/288-4545
415/288-4534 (fax)

12

E-mail:  aelishb@rgrdlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Mailing Information for a Case 3:18-cv-07591-CRB City and County of San Francisco et al v. Purdue Pharma L.P. et al**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Manzoor Ahmad**
  SAhmad@winston.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,Danielle.Kidd@andrusanderson.com,joann.pham@andrusanderson.com,elizabeth.lyons@andrusanderson.com,audrey.siegel@andrusand

- **Dorothy P. Antullis**
  dantullis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,AYates@rgrdlaw.com,mmelamed@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com,mkuwashima@rgrdlaw.com

- **E. Christopher Beeler**
  chris.beeler@arnoldporter.com,maria.hansen@arnoldporter.com,edocketscalendering@arnoldporter.com

- **Sarah Jane Bily**
  SBily@winston.com

- **Gayle M Blatt**
  gmb@cglaw.com

- **Steven J. Boranian**
  sboranian@reedsmith.com,drothschild@reedsmith.com

- **Stephen Brody**
  sbrody@omm.com,steve-brody-4796@ecf.pacerpro.com

- **Kevin R. Budner**
  kbudner@lchb.com,tlim@lchb.com

- **Eric John Buhr**
  ebuhr@reedsmith.com,aswenson@reedsmith.com,arochlin@reedsmith.co

- **Zachary William Byer**
  zachary.byer@kirkland.com

- **Elizabeth J. Cabraser**
  ecabraser@lchb.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com,mtashima@lchb.com,abertram@lchb.com,jremuszka@lchb.com

- **David S. Casey , Jr**
  dcasey@cglaw.com,camille@cglaw.com,sleonard@cglaw.com,jdavis@cglaw.com

- **Jennifer Machlin Cecil**
  jcecil@winston.com,ecf_sf@winston.com,jen-machlin-cecil-9607@ecf.pacerpro.com

- **Edward D. Chapin**
  echapin2@sanfordheisler.com,fsalazar@sanfordheisler.com,jalvarez@sanfordheisler.com

- **Isaac D. Chaput**
  ichaput@cov.com

- **Owen J. Clements**
  owen.clements@sfcityatty.org,catheryn.daly@sfcityatty.org

- **James M Davis**
  jdavis@cglaw.com,vicki@cglaw.net

- **Cari K. Dawson**
  cari.dawson@alston.com,kate.smith@alston.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com

- **Joshua David Dick**
  jdick@gibsondunn.com,tmotichka@gibsondunn.com

- **Carissa Jasmine Dolan**
  cdolan@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Thomas Edward Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Sara Jennifer Eisenberg**
  sara.eisenberg@sfcityatty.org,john.cote@sfcityatty.org,alison.wong.lambert@sfcityatty.org,martina.hassett@sfcityatty.org,yvonne.mere@sfcityatty.org,catheryn.daly@

- **Scott Austin Elder**
  scott.elder@alston.com

- **Tiffany Rose Ellis**
  tellis@weitzlux.com,nhryczyk@weitzlux.com

- **Christopher Blair Essig**
  CEssig@swinston.com

- **Wendy West Feinstein**
  wendy.feinstein@morganlewis.com,tammy.miller@morganlewis.com,sarah.wasson@morganlewis.com,picalendaring@morganlewis.com,tamara.giulianelli@morganl

- **Ana Maria Francisco**
  afrancisco@foley.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,swinkles@rgrdlaw.com,swinkles@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,pgeller@ecf.courtdrive.com

- **Patricia Camille Guerra**
  camille@cglaw.com

- **August P. Gugelmann**
  august@smllp.law,august@ecf.courtdrive.com

- **Alex J. Harris**
  alex.harris@bartlitbeck.com,anne.doyle@bartlitbeck.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Kelsey John Helland**
  khelland@gibsondunn.com,dgriffin@gibsondunn.com

- **Jenny Ann Hergenrother**
  jenny.mendelsohn@alston.com,jenny.hergenrother@alston.com

- **Dennis J. Herrera**
  cityattorney@sfcityatty.org,brittany.feitelberg@sfcityatty.org

- **Zachary Hill**
  zachary.hill@morganlewis.com,wendy.feinstein@morganlewis.com,rebecca.hillyer@morganlewis.com,evan.jacobs@morganlewis.com

- **Jaime Marie Huling Delaye**
  jaime.hulingdelaye@sfcityatty.org,alison.wong.lambert@sfcityatty.org,martina.hassett@sfcityatty.org,catheryn.daly@sfcityatty.org

- **Traci Janelle Irvin**
  traci.irvin@ropesgray.com,courtalert@ropesgray.com

- **Daniel G. Jarcho**
  daniel.jarcho@alston.com

- **Sarah Barr Johansen**
  sjohansen@reedsmith.com,aswenson@reedsmith.com

- **Timothy William Knapp**
  tknapp@kirkland.com

- **Katy E Koski**
  kkoski@foley.com

- **Amy Jean Laurendeau**
  alaurendeau@omm.com,amy-laurendeau-9969@ecf.pacerpro.com,sstewart@omm.com

- **Michael Ian Levin-Gesundheit**
  mlevin@lchb.com

- **Jennifer Gardner Levy**
  jennifer.levy@kirkland.com

- **Charles Coleman Lifland**
  clifland@omm.com,charles-lifland-4890@ecf.pacerpro.com

- **John David Lombardo**
  John.Lombardo@arnoldporter.com,guadalupe.saldana@arnoldporter.com,ecalendar@arnoldporter.com,William.Costley@arnoldporter.com

- **Amy Lucas**
  alucas@omm.com,amy-lucas-1835@ecf.pacerpro.com

- **Enu A Mainigi**
  emainigi@wc.com

- **James W Matthews**
  jmatthews@foley.com

- **Shannon Elise McClure**
  smcclure@reedsmith.com,reed-smith-2312@ecf.pacerpro.com,shannon-mcclure-1157@ecf.pacerpro.com,eselfridge@reedsmith.com

- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Yvonne Rosil Mere**
  yvonne.mere@sfcityatty.org,martina.hassett@sfcityatty.org

- **Andrew Miller**
  amiller@sanfordheisler.com

- **Sean OLeary Morris**
  sean.morris@arnoldporter.com,edocketscalendaring@arnoldporter.com,vincent.esparza@arnoldporter.com,stacie.james@arnoldporter.com,rebecca.mcnew@arnoldpor

- **Melinda Davis Nokes**
  mnokes@weitzlux.com,lschultz@weitzlux.com,tellis@weitzlux.com,rcerci@weitzlux.com,jfarrell@weitzlux.com,dsavours@weitzlux.com

- **Paul F. Novak**
  pnovak@weitzlux.com,cgarcia@weitzlux.com,nhryczyk@weitzlux.com

- **Alan Ouellette**
  aouellette@foley.com,llanglois@foley.com,wdelvalle@foley.com

- **Luke Samuel Porter**
  lporter@reedsmith.com,gchiu@reedsmith.com,kjkelly@reedsmith.com

- **Louise Hornbeck Renne**
  lrenne@publiclawgroup.com,kbeaton@publiclawgroup.com,RPLG-docket@publiclawgroup.com

- **Nathan E. Shafroth**
  nshafroth@cov.com,ktrempy@cov.com,echiulos@cov.com,rlu@cov.com,ncutright@cov.com,rvantassell@cov.com,docketing@cov.com,isaac-chaput-
  8316@ecf.pacerpro.com

- **Audrey Claire Siegel**
  audrey.siegel@andrusanderson.com

- **Reid Smith**
  RFSmith@winston.com

- **Elizabeth Anne Sperling**
  elizabeth.sperling@alston.com,annie.yu@alston.com

- **Karl Anton Stampfl**
  karl.stampfl@kirkland.com

- **Charles Joseph Stevens**
  cstevens@gibsondunn.com,smaruschak@gibsondunn.com

- **Kaspar J. Stoffelmayr**
  kaspar.stoffelmayr@bartlit-beck.com

- **Sabrina Heron Strong**
  sstrong@omm.com,sabrina-strong-4823@ecf.pacerpro.com

- **Edward W. Swanson**
  ed@smllp.law,AmyMcGugian@ecf.courtdrive.com,ed@ecf.courtdrive.com,britt@ecf.courtdrive.com

- **Katherine Marquess Swift**
  kate.swift@bartlitbeck.com

- **Russell E Taylor**
  rtaylor@fbm.com

- **Rocky C. Tsai**
  rocky.tsai@ropesgray.com,CourtAlert@RopesGray.com

- **Richard Allen VanDuzer**
  rvanduzer@fbm.com,jamante@fbm.com,calendar@fbm.com

- **Neelum Jane Wadhwani**
  nwadhwani@wc.com,CardinalWVParalegals@wc.com

- **Donna Marie Welch**
  dwelch@kirkland.com

- **Alyssa M Williams**
  awilliams@cglaw.com

- **Sonya Diane Winner**
  swinner@cov.com,docketing@cov.com,calsbury@cov.com

- **Carl Brandon Wisoff**
  bwisoff@fbm.com,mzappas@fbm.com,calendar@fbm.com

- **Douglas R. Young**
  dyoung@fbm.com,calendar@fbm.com

- **Paulina do Amaral**
  pdoamaral@lchb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Paul            Laprairie
Andrus Andersonl LLP
155 Montgomery Street, 900
San Francisco, CA 94104
```