IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>　　　　Defendants. | Case No. 18-cv-07591-CRB<br><br>**ORDER RE AMENDED PROPOSED CASE SCHEDULE** |

In light of the parties' submissions, the Court adopts Plaintiffs' Updated Proposed Discovery and Trial Schedule with the following deadlines:

1. Close of Fact Discovery—January 29, 2021.
2. Plaintiffs' Expert Reports—February 16, 2021.
3. Defendants' Expert Reports—February 16, 2021.
4. Close of Expert Discovery—March 26, 2021.
5. Motion for Summary Judgment and Daubert Motions—April 23, 2021.
6. Oppositions to Motions for Summary Judgment and Daubert Motions—May 21, 2021.
7. Replies in Support of Motions for Summary Judgement and Daubert Motions—June 4, 2021.
8. All Trial Materials Due—June 11, 2021.
9. Final Pretrial Conference—June 18, 2021.
10. Trial—June 28, 2021.

To the extent that these deadlines work an unreasonable burden on recipients in light of the COVID-19 crisis, the parties are directed to meet and confer in order to try to accommodate each

1  other before seeking the intervention of the Court.  If they are able to agree on a modified schedule
2  for those deadlines, they may submit their proposed modifications to the Court for consideration.
3  If they are unable to agree on modified deadlines, the schedule will remain as is.
4        The parties are also **ORDERED TO MEET AND CONFER** regarding the timing and
5  limitations of additional discovery requests and stipulate to an order they would like the Court to
6  enter if they are able to agree.

**IT IS SO ORDERED.**

Dated: June 16, 2020



CHARLES R. BREYER
United States District Judge