1  DENNIS J. HERRERA, State Bar # 139669
   City Attorney
2  RONALD P. FLYNN, State Bar # 184186
   Chief Deputy City Attorney
3  YVONNE R. MERE, State Bar # 173594
   Chief of Complex & Affirmative Litigation
4  OWEN J. CLEMENTS, State Bar # 141805
   SARA J. EISENBERG, State Bar # 269303
5  JAIME M. HULING DELAYE, State Bar # 270784
   Deputy City Attorneys
6  Fox Plaza
   1390 Market Street, Sixth Floor
7  San Francisco, CA  94102
   Telephone:  415.554.3597
8  jaime.hulingdelaye@sfcityatty.org

9  *Attorneys for The City and County of San Francisco
   and The People of the State of California, acting by
10 and through San Francisco City Attorney Dennis J.
   Herrera*

11 [Additional counsel appear on signature page.]

12

13                     UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17

   THE CITY AND COUNTY OF SAN                  Case No. 3:18-cv-07591-CRB
18 FRANCISCO, CALIFORNIA and THE PEOPLE
   OF THE STATE OF CALIFORNIA, Acting by       **STATEMENT OF RECENT DECISION**
19 and through San Francisco City Attorney DENNIS
   J. HERRERA,                                 Judge:  Honorable Charles R. Breyer
20
                     Plaintiffs,
21
          v.
22
   PURDUE PHARMA L.P., et al.
23
                     Defendants.
24

25

26

27

28

STATEMENT OF RECENT DECISION
                                                           3:18-CV-07591-CRB

1  Pursuant to Local Civil Rule 7-3(d)(2), Plaintiffs the City and County of San Francisco,

2 California ("the City") and the People of the State of California, acting by and through San

3 Francisco City Attorney Dennis J. Herrera ("the People") (collectively, "Plaintiffs"), respectfully

4 submit this Statement of Recent Decision to bring to the Court's attention the Multi-District

5 Litigation ("MDL") transferee court's recent decision upholding plaintiffs' claims against

6 pharmacies in Track 3 of the Opioids MDL, which consists of distribution and dispensing claims

7 brought by Ohio's Lake and Trumbull Counties against pharmacy defendants, including

8 Walgreen Co. ("Walgreens").  A true and correct copy of the Opinion and Order is attached

9 hereto as Exhibit A.  Plaintiffs submit that this filing is timely and appropriate under the Local

10 Rules and this Court's prior orders in this case because the opinion was published on August 6,

11 2020, after the briefing on Defendants' motions to dismiss concluded, and in light of the fact that

12 the hearing date has been vacated and the Court will be deciding those motions on the papers.

13 *See* Civil L.R. 7-3(d)(2) ("Before the noticed hearing date, counsel may bring to the Court's

14 attention a relevant judicial opinion published after the date the opposition or reply was filed by

15 filing and serving a Statement of Recent Decision, containing a citation to and providing a copy

16 of the new opinion – without argument.").

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED:  August 7, 2020 | Respectfully submitted, |
| 2 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 3 | | */s/ Paulina do Amaral*<br>Elizabeth J. Cabraser |
| 4 | | Richard M. Heimann<br>Paulina do Amaral |
| 5 | | Kevin R. Budner<br>Michael Levin-Gesundheit |
| 6 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor |
| 7 | | San Francisco, California 94111-3339<br>Telephone: 415.956.1000 |
| 8 | | Facsimile: 415.956.1008<br>ecabraser@lchb.com |
| 9 | | |
| 10 | | DENNIS J. HERRERA<br>City Attorney<br>RONALD P. FLYNN |
| 11 | | YVONNE R. MERE<br>OWEN J. CLEMENTS |
| 12 | | SARA J. EISENBERG<br>JAIME M. HULING DELAYE |
| 13 | | Deputy City Attorneys<br>Fox Plaza |
| 14 | | 1390 Market Street, Sixth Floor<br>San Francisco, CA  94102 |
| 15 | | Telephone:  415/554-3957<br>jaime.hulingdelaye@sfcityatty.org |
| 16 | | |
| 17 | | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>PAUL J. GELLER |
| 18 | | MARK J. DEARMAN<br>DOROTHY P. ANTULLIS |
| 19 | | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432 |
| 20 | | Telephone:  561/750-3000<br>561/750-3364 (fax) |
| 21 | | pgeller@rgrdlaw.com<br>mdearman@rgrdlaw.com |
| 22 | | dantullis@rgrdlaw.com |
| 23 | | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 24 | | THOMAS E. EGLER<br>CARISSA J. DOLAN |
| 25 | | 655 West Broadway, Suite 1900 |
| 26 | | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 27 | | 619/231-7423 (fax)<br>tome@rgrdlaw.com |
| 28 | | cdolan@rgrdlaw.com |

2017751.2                                    - 2 -

1

2     RENNE PUBLIC LAW GROUP
      LOUISE RENNE
3     350 Sansome Street, Suite 300
      San Francisco, CA 94104
      Telephone: 415/848-7240
4     415/848-7230 (fax)
      lrenne@publiclawgroup.com
5
      ANDRUS ANDERSON LLP
6     JENNIE LEE ANDERSON
      AUDREY SIEGEL
7     155 Montgomery Street, Suite 900
      San Francisco, CA  94104
8     Telephone: 415/986-1400
      415/986-1474 (fax)
9     jennie@andrusanderson.com
      audrey.siegel@andrusanderson.com
10
      SANFORD HEISLER SHARP, LLP
11    KEVIN SHARP
      611 Commerce Street, Suite 3100
12    Nashville, TN  37203
      Telephone: 615/434-7000
13    615/434-7020 (fax)
      ksharp@sanfordheisler.com
14
      SANFORD HEISLER SHARP, LLP
15    EDWARD CHAPIN
      655 West Broadway, Suite 1700
16    San Diego, CA  92101
      Telephone: 619/577-4253
17    619/577-4250 (fax)
      echapin2@sanfordheisler.com
18
      CASEY GERRY SCHENK FRANCAVILLA
19      BLATT & PENFIELD LLP
      DAVID S. CASEY, JR.
20    GAYLE M. BLATT
      ALYSSA WILLIAMS
21    110 Laurel Street
      San Diego, CA  92101-1486
22    Telephone: 619/238-1811
      619/544-9232 (fax)
23    dcasey@cglaw.com
      gmb@cglaw.com
24    awilliams@cglaw.com

25

26

27

28

1

2
WEITZ & LUXENBERG P.C.
ELLEN RELKIN
PAUL PENNOCK
3
700 Broadway
New York, NY  10003
4
Telephone:  212/558-5500
212/344-5461 (fax)
5
erelkin@weitzlux.com
ppennock@weitzlux.com
6

7
WEITZ & LUXENBERG P.C.
MELINDA DAVIS NOKES
1880 Century Park East
8
Los Angeles, CA  90067
Telephone:  310/247-0921
9
310/786-9927 (fax)
mnokes@weitzlux.com
10

11
*Attorneys for Plaintiffs The City and County of San
Francisco, California and The People of the State of
California, acting by and through San Francisco City
12
Attorney Dennis J. Herrera*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATEMENT OF RECENT DECISION
3:18-CV-07591-CRB

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that, on August 7, 2020, service of this document was accomplished

3   pursuant to the Court's electronic filing procedures by filing this document through the ECF

4   system.

5

6                                          /s/ *Paulina do Amaral*
                                              Paulina do Amaral

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28