IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>    Defendants. | Case No.  3:18-cv-07591-CRB<br><br>**ORDER SETTING MOTION TO DISMISS HEARING** |

Defendants have filed nine motions to dismiss Plaintiffs' First Amended Complaint. See Mot. (dkt. 162, 165–171, 176). These motions are fully briefed. See Opp'n (dkt. 201–209); Reply (dkt. 214–222); Plain. Supp. (dkt. 229); Def. Supp. (dkt. 230). The Court hereby SETS the Motion for hearing on August 27, 2020 at 10:00 AM. The hearing will proceed by way of Zoom webinar. See https://www.cand.uscourts.gov/judges/breyer-charlesr-crb/.

The parties should come to the hearing prepared to address: (1) whether the City has alleged cognizable RICO injuries to its physical property and public infrastructure beyond the damage to its main library; (2) if so, whether Defendants' alleged conduct is the direct cause of those injuries for purposes of RICO proximate causation; (3) whether conduct by drug-addicted individuals constitutes independent acts that break the causal chain for purposes of RICO proximate causation; and (4) whether the following provision of prescription opioids' FDA-approved label encompasses pseudoaddiction as a concept, "[p]reoccupation with achieving

//

//

//

adequate pain relief can be appropriate behavior in a patient with poor pain control." Joint Request for Judicial Notice (dkt. 172) Exs. 1–8 (§ 9.2).

**IT IS SO ORDERED.**

Dated: August 20, 2020



CHARLES R. BREYER
United States District Judge

2