IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PURDUE PHARMA L.P., et al., <br><br> Defendants. | Case No. 3:18-cv-07591-CRB <br><br> **ORDER RE: HEARING** |

The motion hearing is still set for tomorrow August 27, 2020 at 10:00 AM. The hearing will proceed by way of Zoom webinar. See https://www.cand.uscourts.gov/judges/breyer-charlesr-crb/.

In addition to the issues included in this Court's Order Setting Motion to Dismiss Hearing (dkt. 241), the parties should come to the hearing prepared to address the Ninth Circuit's recent decision on proximate cause in City of Oakland v. Wells Fargo & Company, et al., No. 19-15169 (9th Cir. 2020) https://cdn.ca9.uscourts.gov/datastore/opinions/2020/08/26/19-15169.pdf.

**IT IS SO ORDERED.**

Dated: August 26, 2020

CHARLES R. BREYER
United States District Judge