United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7  CITY AND COUNTY OF SAN
   FRANCISCO, et al.,

Case No.  18-cv-07591-CRB   (JSC)

8           Plaintiffs,

**ORDER RE: DISCOVERY CASE
MANAGEMENT DEADLINES**

9        v.

10 PURDUE PHARMA L.P., et al.,

11           Defendants.

12

13     Following the October 2, 2020 Discovery Status Conference and in consultation with

14 Judge Breyer, the Courts adopts the parties' proposed discovery case management scheduling

15 order as follows:

16

| | |
|---|---|
| Plaintiffs submit final list of custodians and non-custodial databases | October 16, 2020 |
| Parties agree to or submit dispute regarding Plaintiffs' proposed custodians and databases | October 30, 2020 |
| Parties submit proposed deposition protocol or dispute re: same | November 20, 2020 |
| Substantial completion of production of documents for all parties | February 26, 2021 |
| Close of Fact Discovery | May 28, 2021 |
| Close of Expert Discovery | July 30, 2021 |

27

28     In addition, the Court ADVANCES the date of the next discovery status conference to

November 3, 2020 at 9:00 a.m.  An updated status conference statement is due by noon November 1, 2020.

**IT IS SO ORDERED.**

Dated: October 2, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge