ROCKY C. TSAI (Bar No. 221452)
rocky.tsai@ropesgray.com
TRACI J. IRVIN (Bar No. 309432)
traci.irvin@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

*Attorneys for Defendants Mallinckrodt
LLC and SpecGx LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PURDUE PHARMA L.P., et al., <br><br> Defendants. | Case No. 3:18-cv-7591-CRB <br><br> **NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDING** <br><br> JUDGE: Hon. Charles R. Breyer |

**PLEASE BE ADVISED** that on October 12, 2020, Mallinckrodt plc and its affiliated debtors, including, but not limited to, Mallinckrodt LLC; SpecGx LLC; Mallinckrodt Brand Pharmaceuticals Inc.; Mallinckrodt US Holdings, Inc.; Mallinckrodt Enterprises, LLC; Mallinckrodt Enterprises Holdings Inc.; Mallinckrodt Pharmaceuticals; and Mallinckrodt LLC f/k/a Mallinckrodt Inc. (collectively, the "**Debtors**")[1] commenced bankruptcy cases in the United States Bankruptcy Court for the District of Delaware (the

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

"**Bankruptcy Court**") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "**Bankruptcy Code**"). The Debtors' chapter 11 cases (the "**Chapter 11 Cases**") are now pending before The Honorable John T. Dorsey, United States Bankruptcy Judge, and are being jointly administered for procedural purposes only under the caption *In re Mallinckrodt plc*, Case No. 20-12522 (JTD).

**PLEASE BE FURTHER ADVISED** that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Chapter 11 Cases, the above-captioned action has been automatically stayed as against the applicable Debtor-defendant(s). Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 11 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case. . . ." 11 U.S.C. §§ 362(a)(1) & (6).

**PLEASE BE FURTHER ADVISED** that additional information regarding the status of the Chapter 11 Cases may be obtained by reviewing the docket of the Chapter 11 Cases, available electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or free of charge via the website maintained by the Debtors' proposed claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/Mallinckrodt or by contacting the proposed bankruptcy counsel for the Debtors: (i) Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Attn: George Davis, George Klidonas, Andrew Sorkin, and Anupama Yerramalli (emails: george.davis@lw.com, george.klidonas@lw.com, andrew.sorkin@lw.com, and anu.yerramalli@lw.com.com); Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, California 90071, Attn: Jeffrey Bjork (email: jeff.bjork@lw.com); and Latham & Watkins LLP, 330

|   |   |
|---|---|
| 1 | North Wabash Avenue, Suite 2800, Chicago, Illinois 60611, Attn: Jason Gott (email: |
| 2 | jason.gott@lw.com); and (ii) Richards, Layton & Finger, P.A., 920 N. King Street, |
| 3 | Wilmington, Delaware 19801, Attn:  Mark D. Collins and Michael J. Merchant (email: |
| 4 | collins@rlf.com and merchant@rlf.com). |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

| | | |
|---|---|---|
| 1 | DATED:   October 12, 2020 | Respectfully submitted, |
| 2 | | By: */s/ Rocky C. Tsai* |
| 3 | | Rocky C. Tsai (S.B. #221452) |
| 4 | | Traci J. Irvin (S.B. #309432)<br>ROPES & GRAY LLP |
| 5 | | Three Embarcadero Center<br>San Francisco, CA 94111-4006 |
| 6 | | Tel: (415) 315-6300<br>Fax: (415) 315-6350 |
| 7 | | rocky.tsai@ropesgray.com<br>traci.irvin@ropesgray.com |
| 8 | | *Attorneys for Defendants* |
| 9 | | *Mallinckrodt LLC and SpecGx LLC* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 12, 2020, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-1. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-1 to accept that Notice as service of this document.

Dated: October 12, 2020                         */s/ Rocky C. Tsai*

                                                                           Rocky C. Tsai