| | |
|---|---|
| CHARLES LIFLAND (S.B. #108950)<br>clifland@omm.com<br>SABRINA H. STRONG (S.B. #200292)<br>sstrong@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Tel: (213) 430-6000<br>Fax: (213) 430-6407<br><br>AMY LAURENDEAU (S.B. #198321)<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>Tel: (949) 823-6900<br>Fax: (949) 823-6994<br>alaurendeau@omm.com<br><br>AMY R. LUCAS (S.B. #264034)<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 553-6700<br>Fax: (310) 246-6779<br>alucas@omm.com<br><br>*Attorneys for Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc.*<br><br>Additional counsel appear on signature page | DENNIS J. HERRERA, State Bar # 139669<br>City Attorney<br>RONALD P. FLYNN, State Bar # 184186<br>Chief Deputy City Attorney<br>YVONNE R. MERE, State Bar # 173594<br>Chief of Complex & Affirmative Litigation<br>OWEN J. CLEMENTS, State Bar # 141805<br>SARA J. EISENBERG, State Bar # 269303<br>JAIME M. HULING DELAYE, State Bar # 270784<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, Sixth Floor<br>San Francisco, CA  94102<br>Telephone:  415.554.3597<br>jaime.hulingdelaye@sfcityatty.org<br><br>*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney Dennis J. Herrera*<br><br>Additional counsel appear on signature page |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, et al,<br><br>       Plaintiffs,<br><br>    vs.<br><br>PURDUE PHARMA L.P., et al.,<br><br>       Defendants. | Case No. 3:18-cv-7591-CRB<br><br>**JOINT STIPULATION REGARDING DEADLINE TO ANSWER FIRST AMENDED COMPLAINT**<br><br>**Judges**: Hon. Charles R. Breyer and Hon. Jacqueline Scott Corley |

1   **WHEREAS**, on March 13, 2020, Plaintiffs the City and County of San Francisco filed
2   the First Amended Complaint [Dkt. 128] in the above-entitled action in this Court;

3   **WHEREAS**, on April 17, 2020, all Defendants, the Distributor Defendants, and the
4   Manufacturer Defendants, each filed joint motions to dismiss the First Amended Complaint
5   [Dkts. 169-171], and certain individual Defendants filed separate motions to dismiss the First
6   Amended Complaint [Dkts. 162, 165-168, 176];

7   **WHEREAS**, on September 30, 2020, the Court issued an order (the "MTD Order")
8   granting in part and denying in part the motions to dismiss filed by all Defendants, the
9   Distributor Defendants, and the Manufacturer Defendants, and denying the remaining motions
10  [Dkt. 285];

11  **WHEREAS**, the Order further provided that the Plaintiff the People of the State of
12  California acting by and through San Francisco City Attorney Dennis J. Herrera had ten days to
13  amend and add allegations to its Complaint supporting its UCL claim premised on violations of
14  Cal. Bus. & Prof. Code § 4169.1;

15  **WHEREAS**, Plaintiff has elected not to amend and add allegations to its Complaint
16  supporting its UCL claim premised on violations of Cal. Bus. & Prof. Code § 4169.1 at this time,
17  but reserves the right to do so if additional facts supporting such violations are discovered; and

18  **WHEREAS**, the parties have met and conferred and have agreed that Defendants may
19  have an extension of time to answer the First Amended Complaint.

20  **NOW, THEREFORE, IT IS HEREBY STIPULATED**, pursuant to Local Rule 6-1(a),
21  that: (1) Defendants shall have through and including November 12, 2020 to answer the First
22  Amended Complaint; and (2) execution of this stipulation is not a waiver of any claims or
23  defenses Plaintiff or Defendants may otherwise have, and all such claims and defenses are
24  expressly reserved by Plaintiff and Defendants.

25

26  **IT IS SO STIPULATED.**

27

28

| | | |
|---|---|---|
| 1 | DATED:  October 12, 2020 | Respectfully submitted, |
| 2 | By: */s/ Steven J. Boranian* | By: */s/Amy R. Lucas* |
| 3 | Steven J. Boranian (Bar No. 174183)<br>Luke S. Porter (Bar No. 323847) | Amy R. Lucas (S.B. #264034)<br>O'MELVENY & MYERS LLP |
| 4 | REED SMITH LLP<br>101 Second Street, Suite 1800 | 1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067 |
| 5 | San Francisco, CA 94105<br>Telephone: (415) 543-8700 | Tel: (310) 553-6700<br>Fax: (310) 246-6779 |
| 6 | Facsimile: (415) 391-8269 | alucas@omm.com |
| 7 | sboranian@reedsmith.com<br>lporter@reedsmith.com | Charles C. Lifland (S.B. #108950) |
| 8 | | Sabrina H. Strong (S.B. #200292) |
| 9 | Eric J. Buhr (Bar No. 217528)<br>Sarah B. Johansen (Nar No. 313023) | O'MELVENY & MYERS LLP<br>400 South Hope Street |
| 10 | REED SMITH LLP<br>355 South Grand Avenue, Suite 2900 | Los Angeles, CA 90071<br>Tel: (213) 430-6000 |
| 11 | Los Angeles, CA 90071<br>Telephone: (213) 457-8000 | Fax: (213) 430-6407<br>clifland@omm.com |
| 12 | Facsimile: (213) 457-8080<br>ebuhr@reedsmith.com | sstrong@omm.com |
| 13 | sjohansen@reedsmith.com | Amy J. Laurendeau (S.B. #198321) |
| 14 | *Attorneys for Defendant* | O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor |
| 15 | *AmerisourceBergen Drug Corporation* | Newport Beach, CA 92660<br>Tel: (949) 823-6900 |
| 16 | | Fax: (949) 823-6994<br>alaurendeau@omm.com |
| 17 | | |
| 18 | | Stephen D. Brody (pro hac vice)<br>O'MELVENY & MYERS LLP |
| 19 | | 1625 Eye Street, NW<br>Washington, DC 20006 |
| 20 | | Tel: (202) 383-5300<br>Fax: (202) 383-5414 |
| 21 | | sbrody@omm.com |
| 22 | | *Attorneys for Defendants Johnson &* |
| 23 | | *Johnson, Janssen Pharmaceuticals, Inc.,*<br>*Ortho-McNeil-Janssen* |
| 24 | | *Pharmaceuticals, Inc., and Janssen*<br>*Pharmaceutica, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | By: /s/ Zachary W. Byer | By: /s/ Elizabeth A. Sperling |

By: /s/ Zachary W. Byer
Zachary W. Byer (S.B. #301382)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Tel: (213) 680-8400
zachary.byer@kirkland.com

Jennifer G. Levy, P.C. (pro hac vice)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 879-5000
Fax: (202) 879-5200
jennifer.levy@kirkland.com

Donna Welch, P.C. (pro hac vice)
Timothy W. Knapp, P.C. (pro hac vice)
Karl Stampfl (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
donna.welch@kirkland.com
tknapp@kirkland.com
karl.stampfl@kirkland.com

*Attorneys for Defendants Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan Sales, LLC and Allergan USA, Inc.*

By: /s/ Nathan E. Shafroth
Sonya D. Winner (Bar No. 200348)
Nathan E. Shafroth (Bar No. 232505)
Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Attorneys for Defendant McKesson Corporation*

By: /s/ Elizabeth A. Sperling
Elizabeth A. Sperling (CA Bar No. 231474)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Fax: (213) 576-1100
elizabeth.sperling@alston.com

Daniel G. Jarcho (pro hac vice)
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 239-3300
Daniel.jarcho@alston.com

Cari K. Dawson (pro hac vice)
Scott A. Elder (pro hac vice)
Jenny A. Hergenrother (pro hac vice)
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
cari.dawson@alston.com
scott.elder@alston.com
jenny.hergenrother@alston.com

*Attorneys for Defendant Noramco, Inc.*

By: /s/ Zachary Hill
Zachary Hill (S.B. #275886)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1000
zachary.hill@morganlewis.com

Wendy West Feinstein (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd.Fl.
Pittsburgh, PA 15219-6401
Tel: (412) 560-7455
wendy.feinstein@morganlewis.com

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc.; Cephalon,*

By: */s/ Neelum J. Wadhwani*
    Neelum J. Wadhwani (Bar No. 247948)
    Enu A. Mainigi (pro hac vice)
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, NW
    Washington, DC 20005
    Tel: (202) 434-5000
    Fax: (202) 434-5029
    nwadhwani@wc.com
    emainigi@wc.com

    Edward W. Swanson, SBN 159859
    August Gugelmann, SBN 240544
    SWANSON & McNAMARA LLP
    300 Montgomery Street, Suite 1100
    San Francisco, California 94104
    Telephone: (415) 477-3800
    Facsimile: (415) 477-9010
    ed@smllp.law
    august@smllp.law

    *Attorneys for Defendant
    Cardinal Health, Inc.*

By: */s/ Alan R. Ouellette*
    Alan R. Ouellette (CA Bar No. 272745)
    FOLEY & LARDNER LLP
    555 California Street, Suite 1700
    San Francisco, CA 94104-1520
    Telephone: (415) 434-4484
    Facsimile: (415) 434-4507
    aouellette@foley.com

    James W. Matthews (Pro Hac Vice)
    Ana M. Francisco (Pro Hac Vice)
    Katy E. Koski (Pro Hac Vice)
    FOLEY & LARDNER LLP
    111 Huntington Avenue
    Boston, MA 02199-7610
    Telephone:    (617) 342-4000
    Facsimile:    (617) 342-4000
    jmatthews@foley.com
    francisco@foley.com
    kkoski@foley.com

    *Attorneys for Defendant Anda, Inc.*

*Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Watson Laboratories, Inc.; Warner Chilcott Company LLC; Actavis South Atlantic LLC; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Actavis Totowa LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City; and Actavis Laboratories FL, Inc. f/k/a Watson Laboratories, Inc.-Florida*

By: */s/ Sean O. Morris*
    Sean O. Morris (SBN 200368)
    John D. Lombardo (SBN 187142)
    Christopher Beeler (SBN 330496)
    ARNOLD & PORTER KAYE
    SCHOLER LLP
    777 South Figueroa Street, 44th Floor
    Los Angeles, CA 90017-5844
    Tel: (213) 243-4000
    Fax: (213) 243-4199
    Sean.Morris@arnoldporter.com
    John.Lombardo@arnoldporter.com

    *Attorneys for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*

By: */s/ Charles J. Stevens*
    Charles J. Stevens (SBN 106981)
    cstevens@gibsondunn.com
    Joshua D. Dick (SBN 268853)
    jdick@gibsondunn.com
    Kelsey J. Helland (SBN 298888)
    khelland@gibsondunn.com
    GIBSON DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
    San Francisco, CA 94105
    Telephone: 415.393.8200
    Facsimile: 415.393.8306

    Kaspar Stoffelmayr (pro hac vice)
    kaspar.stoffelmayr@bartlitbeck.com

|   |   |
|---|---|
| 1 | Katherine M. Swift (pro hac vice) |
| 2 | kate.swift@bartlitbeck.com |
|   | BARTLIT BECK LLP |
| 3 | 54 West Hubbard Street |
|   | Chicago, IL 60654 |
| 4 | Telephone:  312.494.4400 |
|   | Facsimile:  312.494.4440 |
| 5 |   |
| 6 | Alex Harris (pro hac vice) |
|   | alex.harris@bartlitbeck.com |
| 7 | BARTLIT BECK LLP |
|   | 1801 Wewatta Street, Suite 1200 |
| 8 | Denver, CO 80202 |
|   | Telephone:  303.592.3100 |
| 9 | Facsimile:  303.592.3140 |
| 10 |   |
|   | *Attorneys for Defendant Walgreen Co.* |

| | | |
|---|---|---|
| 1 | DATED: October 12, 2020 | Respectfully submitted, |
| 2 | | */s/ Elizabeth J. Cabraser* |
| 3 | DENNIS J. HERRERA<br>City Attorney | Elizabeth J. Cabraser<br>Richard M. Heimann |
| 4 | RONALD P. FLYNN<br>YVONNE R. MERE | Paulina do Amaral<br>Kevin R. Budner |
| 5 | OWEN J. CLEMENTS<br>SARA J. EISENBERG | Michael Levin-Gesundheit<br>Jacob H. Polin |
| 6 | JAIME M. HULING DELAYE<br>Deputy City Attorneys | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP |
| 7 | Fox Plaza<br>1390 Market Street, Sixth Floor | 275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339 |
| 8 | San Francisco, CA  94102<br>Telephone:  415/554-3957 | Telephone: 415.956.1000<br>Facsimile: 415.956.1008 |
| 9 | jaime.hulingdelaye@sfcityatty.org | ecabraser@lchb.com |
| 10 | Aelish M. Baig<br>Matthew S. Melamed | Paul J. Geller<br>Mark J. Dearman |
| 11 | Hadiya K. Deshmukh<br>ROBBINS GELLER RUDMAN & DOWD LLP | Dorothy P. Antullis<br>ROBBINS GELLER RUDMAN & DOWD LLP |
| 12 | Post Montgomery Center | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432 |
| 13 | One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 | Telephone:  561/750-3000<br>561/750-3364 (fax) |
| 14 | Telephone: 415/288-4545<br>415/288-4534 (fax) | pgeller@rgrdlaw.com<br>mdearman@rgrdlaw.com |
| 15 | aelishb@rgrdlaw.com | dantullis@rgrdlaw.com |
| 16 | Thomas E. Egler<br>Carissa J. Dolan | Louise Renne<br>RENNE PUBLIC LAW GROUP |
| 17 | ROBBINS GELLER RUDMAN & DOWD LLP | 350 Sansome Street, Suite 300<br>San Francisco, CA 94104 |
| 18 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 | Telephone:  415/848-7240<br>415/848-7230 (fax) |
| 19 | Telephone:  619/231-1058<br>619/231-7423 (fax) | lrenne@publiclawgroup.com |
| 20 | tome@rgrdlaw.com<br>cdolan@rgrdlaw.com | |
| 21 | | |
| 22 | Jennie Lee Anderson<br>Audrey Siegel | Kevin Sharp<br>SANFORD HEISLER SHARP, LLP |
| 23 | ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900 | 611 Commerce Street, Suite 3100<br>Nashville, TN  37203 |
| 24 | San Francisco, CA  94104<br>Telephone: 415/986-1400 | Telephone:  615/434-7000<br>615/434-7020 (fax) |
| 25 | 415/986-1474 (fax)<br>jennie@andrusanderson.com | ksharp@sanfordheisler.com |
| 26 | audrey.siegel@andrusanderson.com | |
| 27 | Edward Chapin<br>SANFORD HEISLER SHARP, LLP | David S. Casey, Jr.<br>Gayle M. Blatt |
| 28 | 655 West Broadway, Suite 1700<br>San Diego, CA  92101 | Alyssa Williams<br>CASEY GERRY SCHENK FRANCAVILLA |

Telephone:  619/577-4253
619/577-4250 (fax)
echapin2@sanfordheisler.com

BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA  92101-1486
Telephone:  619/238-1811
619/544-9232 (fax)
dcasey@cglaw.com
gmb@cglaw.com
awilliams@cglaw.com

Ellen Relkin
Paul Pennock
WEITZ & LUXENBERG P.C.
700 Broadway
New York, NY  10003
Telephone:  212/558-5500
212/344-5461 (fax)
erelkin@weitzlux.com
ppennock@weitzlux.com

Melinda Davis Nokes
WEITZ & LUXENBERG P.C.
1880 Century Park East
Los Angeles, CA  90067
Telephone: 310/247-0921
310/786-9927 (fax)
mnokes@weitzlux.com

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney Dennis J. Herrera*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: October 12, 2020          By: */s/ Amy R. Lucas*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 12, 2020, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

Dated:  October 12, 2020                                By: */s/ Amy R. Lucas*