Sean O. Morris (Bar No. 200368)
John D. Lombardo (Bar No. 187142)
**Arnold & Porter Kaye Scholer LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:+1-213-243-4000
Facsimile: +1-213-243-4199
Email:  Sean.Morris@arnoldporter.com
Email:  John.Lombardo@arnoldporter.com

Attorneys for Endo Pharmaceuticals Inc.,
Endo Health Solutions Inc.,
Par Pharmaceutical Companies, Inc., and
Par Pharmaceutical, Inc.

*(Additional parties and counsel listed on signature page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DENNIS J. HERRERA,<br><br>                    Plaintiffs,<br><br>         v.<br><br>PURDUE PHARMA L.P. et. al.,<br><br>                    Defendants. | Case No. 3:18-cv-07591-CRB<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:         December 17, 2020<br>Time:         10:00 a.m.<br>Courtroom:  6<br>Judge:        Hon. Charles R. Breyer |

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 6, 2020, the following documents described as:

1) **MANUFACTURER DEFENDANTS' NOTICE OF MOTION AND JOINDER MOTION TO CERTIFY ORDER UNDER 28 U.S.C. § 1292(b) FOR INTERLOCUTORY APPEAL AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

2) **[PROPOSED] ORDER GRANTING MANUFACTURER DEFENDANTS' JOINDER MOTION TO CERTIFY ORDER UNDER 28 U.S.C. § 1292(b) FOR INTERLOCUTORY APPEAL**

were filed with the Clerk of the U.S. District Court for the Northern District of California using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-1. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action and who have consented under Civil L.R. 5-1 to accept that Notice as service of these documents.

On November 10, 2020, true and correct copies of the above-referenced documents were served by U.S. mail on:

Paul Laprairie
ANDUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94101

Attorneys for Plaintiff:
CITY AND COUNTY OF SAN FRANCISCO

Dated: November 10, 2020            *Vicky Apodaca*
                                     Vicky Apodaca