IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Case No. 18-cv-07591-CRB<br><br>**ORDER RE JOINT STATUS UPDATE** |

The Court has reviewed the parties' Joint Status Update (dkt. 334) and hereby adopts Plaintiff's proposed schedule for exchanging initial and rebuttal expert reports. The parties shall simultaneously exchange initial expert reports on June 11, 2021 and rebuttal reports on July 16, 2021.

| | |
|---|---|
| Plaintiff submits final list of custodians and non-custodial databases | October 16, 2020 |
| Parties agree to or submit dispute regarding Plaintiff's proposed custodians and databases | October 30, 2020 |
| Parties submit proposed deposition protocol or dispute regarding Plaintiff's proposed custodians and databases | November 20, 2020 |
| Substantial completion of production of documents for all parties | February 26, 2021 |
| Close of Fact Discovery | May 28, 2021 |
| Parties exchange initial expert reports | June 11, 2021 |
| Parties exchange rebuttal expert reports | July 16, 2021 |
| Close of Expert Discovery | July 30, 2021 |
| Motions for Summary Judgment and Daubert Motions | August 20, 2021 |
| Oppositions to Motions for Summary Judgment and Daubert Motions | September 17, 2021 |

| | |
|---|---|
| Replies in Support of Motions for Summary Judgment and Daubert Motions | October 1, 2021 |
| All Trial Materials Due | October 8, 2021 |
| Final Pretrial Conference | October 15, 2021 |
| Trial | October 25, 2021 |

To the extent that these deadlines work an unreasonable burden on recipients, the parties are directed to meet and confer in order to try to accommodate each other before seeking the intervention of the Court. If they are able to agree on a modified schedule for those deadlines, they may submit their proposed modifications to the Court for consideration. If they are unable to agree on modified deadlines, the schedule will remain as is.

**IT IS SO ORDERED.**

Dated: November 12, 2020



CHARLES R. BREYER
United States District Judge

2