DENNIS J. HERRERA, State Bar # 139669
City Attorney
RONALD P. FLYNN, State Bar # 184186
Chief Deputy City Attorney
YVONNE R. MERÉ, State Bar # 173594
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar # 141805
SARA J. EISENBERG, State Bar # 269303
JAIME M. HULING DELAYE, State Bar # 270784
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney Dennis J. Herrera*

Additional counsel appear on signature page

Enu A. Mainigi (pro hac vice)
Colleen McNamara (pro hac vice)
Neelum J. Wadhwani (Bar No. 247948)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC  20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
nwadhwani@wc.com
emainigi@wc.com

Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
ed@smllp.law
august@smllp.law

*Attorneys for Defendant Cardinal Health, Inc.*

Additional counsel appear on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DENNIS J. HERRERA,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CONFERENCE** |

Pursuant to Civil Local Rule 7-12, the People of the State of California, acting by and through San Francisco City Attorney Dennis J. Herrera, ("the People"), together with Defendants McKesson Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Walgreen Co., Teva Pharmaceuticals USA, Inc, Teva Pharmaceutical Industries Ltd., Cephalon, Inc., Actavis LLC, Watson Laboratories, Inc., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc, Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Endo International plc, Par Pharmaceutical, Inc., Par Pharmaceutical Companies, Inc., Johnson & Johnson and its subsidiary Janssen Pharmaceuticals Inc. f/k/a as Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Janssen Pharmaceutica, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a/ Watson Pharmaceuticals, Inc., Allergan Sales, LLC, Allergan USA, Inc., Warner Chilcott Company, LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Kadian LLC, Actavis Totowa LLC, Actavis South Atlantic LLC, Allergan plc, Actavis Laboratories UT, Inc., Actavis Laboratories FL, Inc., Anda, Inc., and Noramco, Inc. (collectively, "Defendants"), hereby stipulate and agree as follows:

1)   The parties are scheduled to appear for a discovery conference on December 11, 2020.

2)   On November 17, 2020, the Court issued its Discovery Order No. 2, which, *inter alia*, set forth a protocol for meeting and conferring before raising discovery disputes before the Court.  *See* Docket 382.  That protocol outlines a process spanning a minimum of 11 business days between an initial video meeting between the parties and the submission of a joint statement to the Court.  *Id.* at 3.

3)   The parties anticipate raising certain disputes at the next discovery hearing and have discussed a schedule for meeting and conferring pursuant to the Court's protocol.  Based on a hearing date of December 11, the parties understand that the protocol would require an initial meeting no later than Monday, November 23 and the transmission of the moving party's letter brief no later than Friday, November 27.  The order also provided that the parties should meet and confer regarding specific issues brought to the Court's attention by November 23 and that the parties should raise any disputes regarding those issues according to the same protocol.

STIPULATION RE: CONTINUANCE
CASE. NO. 18-CV-07591-CRB-JSC

1          4)      In order to allow the parties additional time to negotiate pending discovery

2 disputes, and in light of the intervening Thanksgiving holiday on November 26, the parties

3 request that the Court continue the December 11 hearing to December 18, 2020, at 9:00 a.m., a

4 date and time the parties understand is convenient to the Court.  The parties further request that

5 the Court extend to November 30, 2020, the deadline for meeting and conferring on the issues

6 for which the order set a deadline of November 23.

7          IT IS SO STIPULATED.

8

9     DATED:  November 19, 2020           Respectfully submitted,

10                                 /s/ Matthew S. Melamed

DENNIS J. HERRERA           Aelish M. Baig

11   City Attorney                     Matthew S. Melamed

RONALD P. FLYNN           Hadiya K. Deshmukh

12   YVONNE R. MERE          ROBBINS GELLER RUDMAN & DOWD LLP

OWEN J. CLEMENTS        Post Montgomery Center

13   SARA J. EISENBERG       One Montgomery Street, Suite 1800

JAIME M. HULING DELAYE    San Francisco, CA  94104

14   Deputy City Attorneys        Telephone: 415/288-4545

Fox Plaza                   415/288-4534 (fax)

15   1390 Market Street, Sixth Floor   aelishb@rgrdlaw.com

San Francisco, CA  94102

16   Telephone:  415/554-3957

jaime.hulingdelaye@sfcityatty.org

17

Elizabeth J. Cabraser         Paul J. Geller

18   Richard M. Heimann        Mark J. Dearman

Paulina do Amaral          Dorothy P. Antullis

19   Kevin R. Budner           ROBBINS GELLER RUDMAN & DOWD LLP

Michael Levin-Gesundheit    120 East Palmetto Park Road, Suite 500

20   Jacob H. Polin            Boca Raton, FL  33432

LIEFF CABRASER HEIMANN &   Telephone:  561/750-3000

21   BERNSTEIN, LLP          561/750-3364 (fax)

275 Battery Street, 29th Floor    pgeller@rgrdlaw.com

22   San Francisco, California 94111-3339  mdearman@rgrdlaw.com

Telephone: 415.956.1000       dantullis@rgrdlaw.com

23   Facsimile: 415.956.1008

ecabraser@lchb.com

24

Thomas E. Egler           Louise Renne

25   Carissa J. Dolan           RENNE PUBLIC LAW GROUP

ROBBINS GELLER RUDMAN & DOWD  350 Sansome Street, Suite 300

26   LLP                       San Francisco, CA 94104

655 West Broadway, Suite 1900   Telephone:  415/848-7240

27   San Diego, CA  92101        415/848-7230 (fax)

Telephone:  619/231-1058      lrenne@publiclawgroup.com

28   619/231-7423 (fax)

tome@rgrdlaw.com
cdolan@rgrdlaw.com

Jennie Lee Anderson
Audrey Siegel
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:  415/986-1400
415/986-1474 (fax)
jennie@andrusanderson.com
audrey.siegel@andrusanderson.com

Kevin Sharp
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, TN  37203
Telephone:  615/434-7000
615/434-7020 (fax)
ksharp@sanfordheisler.com

Edward Chapin
SANFORD HEISLER SHARP, LLP
655 West Broadway, Suite 1700
San Diego, CA  92101
Telephone:  619/577-4253
619/577-4250 (fax)
echapin2@sanfordheisler.com

David S. Casey, Jr.
Gayle M. Blatt
Alyssa Williams
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA  92101-1486
Telephone:  619/238-1811
619/544-9232 (fax)
dcasey@cglaw.com
gmb@cglaw.com
awilliams@cglaw.com

Ellen Relkin
WEITZ & LUXENBERG P.C.
700 Broadway
New York, NY  10003
Telephone:  212/558-5500
212/344-5461 (fax)
erelkin@weitzlux.com

Melinda Davis Nokes
WEITZ & LUXENBERG P.C.
1880 Century Park East
Los Angeles, CA  90067
Telephone:  310/247-0921
310/786-9927 (fax)
mnokes@weitzlux.com

Paul F. Novak
Tiffany Ellis
WEITZ & LUXENBERG, P.C.
24th Floor, The Fisher Building
3011 W. Grand Boulevard
Detroit, Michigan 48202
Tel: (313) 800-4170
pnovak@weitzlux.com

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney Dennis J. Herrera*

1

DATED:  November 19, 2020                          Respectfully submitted,

2

By: */s/ Steven J. Boranian*                       By: */s/ Sonya D. Winner*

3
        Steven J. Boranian (Bar No. 174183)            Sonya D. Winner (Bar No. 200348)
        Luke S. Porter (Bar No. 323847)                Nathan E. Shafroth (Bar No. 232505)

4
        REED SMITH LLP                                 Isaac D. Chaput (Bar No. 326923)
        101 Second Street, Suite 1800                  COVINGTON & BURLING LLP

5
        San Francisco, CA 94105                        Salesforce Tower
        Telephone: (415) 543-8700                      415 Mission Street, Suite 5400

6
        Facsimile: (415) 391-8269                      San Francisco, California 94105-2533
        sboranian@reedsmith.com                        Telephone: + 1 (415) 591-6000

7
        lporter@reedsmith.com                          Facsimile: + 1 (415) 591-6091

8
        Eric J. Buhr (Bar No. 217528)                  *Attorneys for Defendant*

9
        Sarah B. Johansen (Nar No. 313023)             *McKesson Corporation*
        REED SMITH LLP

10
        355 South Grand Avenue, Suite 2900
        Los Angeles, CA 90071                       By: */s/ August Gugelmann*

11
        Telephone: (213) 457-8000                      Neelum J. Wadhwani (Bar No. 247948)
        Facsimile: (213) 457-8080                      Enu A. Mainigi (pro hac vice)

12
        ebuhr@reedsmith.com                            WILLIAMS & CONNOLLY LLP
        sjohansen@reedsmith.com                        725 Twelfth Street, NW

13
                                                       Washington, DC  20005

14
        *Attorneys for Defendant*                      Tel:  (202) 434-5000
        *AmerisourceBergen Drug Corporation*           Fax:  (202) 434-5029

15
                                                       nwadhwani@wc.com

16
                                                       emainigi@wc.com

17

18
                                                       Edward W. Swanson, SBN 159859
                                                       August Gugelmann, SBN 240544

19
                                                       SWANSON & McNAMARA LLP
                                                       300 Montgomery Street, Suite 1100

20
                                                       San Francisco, California 94104
                                                       Telephone: (415) 477-3800

21
                                                       Facsimile: (415) 477-9010
                                                       ed@smllp.law

22
                                                       august@smllp.law

23
                                                       *Attorneys for Defendant*

24
                                                       *Cardinal Health, Inc.*

25

26

27

28

STIUPLATION RE:COTINUANCE
CASE. NO. 18-CV-07591-CRB-JSC

| | | |
|---|---|---|
| 1 | By: */s/ Zachary W. Beyer* | By: */s/ Elizabeth A. Sperling* |
| 2 | Zachary W. Byer (S.B. #301382) | Elizabeth A. Sperling (CA Bar No. 231474) |
| 3 | KIRKLAND & ELLIS LLP 555 South Flower Street | ALSTON & BIRD LLP |
| 4 | Los Angeles, CA 90071 Tel: (213) 680-8400 | 333 South Hope Street, 16th Floor Los Angeles, CA 90071 |
| 5 | zachary.byer@kirkland.com | Telephone: (213) 576-1000 Fax: (213) 576-1100 |
| 6 | Jennifer G. Levy, P.C. (pro hac vice) KIRKLAND & ELLIS LLP | elizabeth.sperling@alston.com |
| 7 | 1301 Pennsylvania Ave., N.W. Washington, D.C. 20004 | Daniel G. Jarcho (pro hac vice) ALSTON & BIRD LLP |
| 8 | Tel: (202) 879-5000 Fax: (202) 879-5200 | 950 F Street, NW Washington, DC 20004 |
| 9 | jennifer.levy@kirkland.com | Telephone: (202) 239-3300 Daniel.jarcho@alston.com |
| 10 | Donna Welch, P.C. (pro hac vice) | |
| 11 | Timothy W. Knapp, P.C. (pro hac vice) Karl Stampfl (pro hac vice) | Cari K. Dawson (pro hac vice) Scott A. Elder (pro hac vice) |
| 12 | KIRKLAND & ELLIS LLP 300 North LaSalle, Chicago, IL 60654 | Jenny A. Hergenrother (pro hac vice) ALSTON & BIRD LLP |
| 13 | Tel: (312) 862-2000 | 1201 West Peachtree Street, Suite 4900 |
| 14 | Fax: (312) 862-2200 donna.welch@kirkland.com | Atlanta, GA 30309-3424 Telephone: (404) 881-7000 |
| 15 | tknapp@kirkland.com karl.stampfl@kirkland.com | cari.dawson@alston.com scott.elder@alston.com |
| 16 | | jenny.hergenrother@alston.com |
| 17 | *Attorneys for Defendants Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson* | *Attorneys for Defendant Noramco, Inc.* |
| 18 | *Pharmaceuticals, Inc., Allergan Sales, LLC and Allergan USA, Inc.* | |
| 19 | | By: */s/ Zachary Hill* |
| 20 | | Zachary Hill (S.B. #275886) MORGAN, LEWIS & BOCKIUS LLP |
| 21 | By: */s/ Amy R. Lucas* | One Market, Spear Street Tower San Francisco, CA 94105-1596 |
| 22 | Amy R. Lucas (S.B. #264034) O'MELVENY & MYERS LLP | Tel: (415) 442-1000 |
| 23 | 1999 Avenue of the Stars, 8th Floor Los Angeles, CA 90067 | zachary.hill@morganlewis.com |
| 24 | Tel: (310) 553-6700 Fax: (310) 246-6779 | Wendy West Feinstein (*pro hac vice*) MORGAN, LEWIS & BOCKIUS LLP |
| 25 | alucas@omm.com | One Oxford Centre, 32nd.Fl. Pittsburgh, PA 15219-6401 |
| 26 | Charles C. Lifland (S.B. #108950) Sabrina H. Strong (S.B. #200292) | Tel: (412) 560-7455 wendy.feinstein@morganlewis.com |
| 27 | O'MELVENY & MYERS LLP 400 South Hope Street | *Attorneys for Defendants* |
| 28 | Los Angeles, CA 90071 | *Teva Pharmaceuticals USA, Inc.;* |

Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com
sstrong@omm.com

Amy J. Laurendeau (S.B. #198321)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900
Fax: (949) 823-6994
alaurendeau@omm.com

Stephen D. Brody (pro hac vice)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
sbrody@omm.com

*Attorneys for Defendants Johnson &
Johnson, Janssen Pharmaceuticals, Inc.,
Ortho-McNeil-Janssen Pharmaceuticals,
Inc., and Janssen Pharmaceutica, Inc.*

By: */s/ Alan R. Ouellette*
Alan R. Ouellette (CA Bar No. 272745)
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
aouellette@foley.com

James W. Matthews (Pro Hac Vice)
Ana M. Francisco (Pro Hac Vice)
Katy E. Koski (Pro Hac Vice)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001
jmatthews@foley.com
afrancisco@foley.com
kkoski@foley.com

*Attorneys for Defendant Anda, Inc.*

*Cephalon, Inc.; Actavis LLC; Actavis
Pharma, Inc. f/k/a Watson Pharma, Inc.;
Watson Laboratories, Inc.; Warner
Chilcott Company LLC; Actavis South
Atlantic LLC; Actavis Elizabeth LLC;
Actavis Mid Atlantic LLC; Actavis
Totowa LLC; Actavis Kadian LLC;
Actavis Laboratories UT, Inc. f/k/a
Watson Laboratories, Inc.-Salt Lake
City; and Actavis Laboratories FL, Inc.
f/k/a Watson Laboratories, Inc.-Florida*

By: */s/ Sean O. Morris*
Sean O. Morris (SBN 200368)
John D. Lombardo (SBN 187142)
ARNOLD & PORTER KAYE
SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4000
Fax: (213) 243-4199
Sean.Morris@arnoldporter.com
John.Lombardo@arnoldporter.com

*Attorneys for Defendants Endo
Pharmaceuticals Inc., Endo Health
Solutions Inc., Par Pharmaceutical, Inc.,
and Par Pharmaceutical Companies,
Inc.*

By: */s/ Charles J. Stevens*
Charles J. Stevens (SBN 106981)
cstevens@gibsondunn.com
Joshua D. Dick (SBN 268853)
jdick@gibsondunn.com
Kelsey J. Helland (SBN 298888)
khelland@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

Kaspar Stoffelmayr (pro hac vice)
kaspar.stoffelmayr@bartlitbeck.com
Katherine M. Swift (pro hac vice)

- 6 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

kate.swift@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone:  312.494.4400
Facsimile:  312.494.4440

Alex Harris (pro hac vice)
alex.harris@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:  303.592.3100
Facsimile:  303.592.3140

*Attorneys for Defendant Walgreen Co.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: November 19, 2020                    By: */s/ August Gugelmann*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 19, 2020, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

*/s/ August Gugelmann*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The December 11, 2020

hearing is continued to December 18, 2020, at 9:00 a.m.  The deadline for the parties to meet and

confer regarding issues for which the Court's Discovery Order No. 2 set a deadline of November

23 is continued to November 30, 2020.

Dated: _____

_____
Hon. Jacqueline Scott Corley
United States Magistrate Judge