DENNIS J. HERRERA, State Bar # 139669
City Attorney
RONALD P. FLYNN, State Bar # 184186
Chief Deputy City Attorney
YVONNE R. MERE, State Bar # 173594
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar # 141805
SARA J. EISENBERG, State Bar # 269303
JAIME M. HULING DELAYE, State Bar # 270784
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney Dennis J. Herrera*

Additional counsel appear on signature page

Enu A. Mainigi (pro hac vice)
Colleen McNamara (pro hac vice)
Neelum J. Wadhwani (Bar No. 247948)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC  20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
nwadhwani@wc.com
emainigi@wc.com

Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010
ed@smllp.law
august@smllp.law

*Attorneys for Defendant Cardinal Health, Inc.*

Additional counsel appear on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DENNIS J. HERRERA,<br><br>        Plaintiffs,<br><br>    v.<br><br>PURDUE PHARMA L.P., et al.<br><br>        Defendants. | Case No. 3:18-cv-07591-CRB-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CONFERENCE** |

Pursuant to Civil Local Rule 7-12, the People of the State of California, acting by and through San Francisco City Attorney Dennis J. Herrera, ("the People"), together with Defendants McKesson Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Walgreen Co., Teva Pharmaceuticals USA, Inc, Teva Pharmaceutical Industries Ltd., Cephalon, Inc., Actavis LLC, Watson Laboratories, Inc., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc, Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Endo International plc, Par Pharmaceutical, Inc., Par Pharmaceutical Companies, Inc., Johnson & Johnson and its subsidiary Janssen Pharmaceuticals Inc. f/k/a as Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Janssen Pharmaceutica, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a/ Watson Pharmaceuticals, Inc., Allergan Sales, LLC, Allergan USA, Inc., Warner Chilcott Company, LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Kadian LLC, Actavis Totowa LLC, Actavis South Atlantic LLC, Allergan plc, Actavis Laboratories UT, Inc., Actavis Laboratories FL, Inc., Anda, Inc., and Noramco, Inc. (collectively, "Defendants"), hereby stipulate and agree as follows:

1) The parties are scheduled to appear for a discovery conference on December 11, 2020.

2) On November 17, 2020, the Court issued its Discovery Order No. 2, which, *inter alia*, set forth a protocol for meeting and conferring before raising discovery disputes before the Court. *See* Docket 382. That protocol outlines a process spanning a minimum of 11 business days between an initial video meeting between the parties and the submission of a joint statement to the Court. *Id.* at 3.

3) The parties anticipate raising certain disputes at the next discovery hearing and have discussed a schedule for meeting and conferring pursuant to the Court's protocol. Based on a hearing date of December 11, the parties understand that the protocol would require an initial meeting no later than Monday, November 23 and the transmission of the moving party's letter brief no later than Friday, November 27. The order also provided that the parties should meet and confer regarding specific issues brought to the Court's attention by November 23 and that the parties should raise any disputes regarding those issues according to the same protocol.

1   4) In order to allow the parties additional time to negotiate pending discovery disputes, and in light of the intervening Thanksgiving holiday on November 26, the parties request that the Court continue the December 11 hearing to December 18, 2020, at 9:00 a.m., a date and time the parties understand is convenient to the Court.  The parties further request that the Court extend to November 30, 2020, the deadline for meeting and conferring on the issues for which the order set a deadline of November 23.

   IT IS SO STIPULATED.

DATED:  November 19, 2020

DENNIS J. HERRERA
City Attorney
RONALD P. FLYNN
YVONNE R. MERE
OWEN J. CLEMENTS
SARA J. EISENBERG
JAIME M. HULING DELAYE
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone: 415/554-3957
jaime.hulingdelaye@sfcityatty.org

Elizabeth J. Cabraser
Richard M. Heimann
Paulina do Amaral
Kevin R. Budner
Michael Levin-Gesundheit
Jacob H. Polin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
ecabraser@lchb.com

Thomas E. Egler
Carissa J. Dolan
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Respectfully submitted,

*/s/ Matthew S. Melamed*
Aelish M. Baig
Matthew S. Melamed
Hadiya K. Deshmukh
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com

Paul J. Geller
Mark J. Dearman
Dorothy P. Antullis
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

Louise Renne
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone:  415/848-7240
415/848-7230 (fax)
lrenne@publiclawgroup.com

| | | |
|---|---|---|
| 1 | tome@rgrdlaw.com | |
| | cdolan@rgrdlaw.com | |
| 2 | | |
| | Jennie Lee Anderson | Kevin Sharp |
| 3 | Audrey Siegel | SANFORD HEISLER SHARP, LLP |
| | ANDRUS ANDERSON LLP | 611 Commerce Street, Suite 3100 |
| 4 | 155 Montgomery Street, Suite 900 | Nashville, TN 37203 |
| | San Francisco, CA 94104 | Telephone: 615/434-7000 |
| 5 | Telephone: 415/986-1400 | 615/434-7020 (fax) |
| | 415/986-1474 (fax) | ksharp@sanfordheisler.com |
| 6 | jennie@andrusanderson.com | |
| | audrey.siegel@andrusanderson.com | |
| 7 | | |
| | Edward Chapin | David S. Casey, Jr. |
| 8 | SANFORD HEISLER SHARP, LLP | Gayle M. Blatt |
| | 655 West Broadway, Suite 1700 | Alyssa Williams |
| 9 | San Diego, CA 92101 | CASEY GERRY SCHENK FRANCAVILLA |
| | Telephone: 619/577-4253 | BLATT & PENFIELD LLP |
| 10 | 619/577-4250 (fax) | 110 Laurel Street |
| | echapin2@sanfordheisler.com | San Diego, CA 92101-1486 |
| 11 | | Telephone: 619/238-1811 |
| | | 619/544-9232 (fax) |
| 12 | | dcasey@cglaw.com |
| | | gmb@cglaw.com |
| 13 | | awilliams@cglaw.com |
| 14 | Ellen Relkin | Melinda Davis Nokes |
| | WEITZ & LUXENBERG P.C. | WEITZ & LUXENBERG P.C. |
| 15 | 700 Broadway | 1880 Century Park East |
| | New York, NY 10003 | Los Angeles, CA 90067 |
| 16 | Telephone: 212/558-5500 | Telephone: 310/247-0921 |
| | 212/344-5461 (fax) | 310/786-9927 (fax) |
| 17 | erelkin@weitzlux.com | mnokes@weitzlux.com |
| 18 | Paul F. Novak | |
| | Tiffany Ellis | |
| 19 | WEITZ & LUXENBERG, P.C. | |
| | 24th Floor, The Fisher Building | |
| 20 | 3011 W. Grand Boulevard | |
| | Detroit, Michigan 48202 | |
| 21 | Tel: (313) 800-4170 | |
| | pnovak@weitzlux.com | |
| 22 | | |
| 23 | | |
| | *Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco* | |
| 24 | *City Attorney Dennis J. Herrera* | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
|1| DATED:  November 19, 2020 | Respectfully submitted, |
|2| By: */s/ Steven J. Boranian* | By: */s/ Sonya D. Winner* |
| |    Steven J. Boranian (Bar No. 174183) |    Sonya D. Winner (Bar No. 200348) |

DATED:  November 19, 2020

By: */s/ Steven J. Boranian*
   Steven J. Boranian (Bar No. 174183)
   Luke S. Porter (Bar No. 323847)
   REED SMITH LLP
   101 Second Street, Suite 1800
   San Francisco, CA 94105
   Telephone: (415) 543-8700
   Facsimile: (415) 391-8269
   sboranian@reedsmith.com
   lporter@reedsmith.com

   Eric J. Buhr (Bar No. 217528)
   Sarah B. Johansen (Nar No. 313023)
   REED SMITH LLP
   355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071
   Telephone: (213) 457-8000
   Facsimile: (213) 457-8080
   ebuhr@reedsmith.com
   sjohansen@reedsmith.com

*Attorneys for Defendant
AmerisourceBergen Drug Corporation*

Respectfully submitted,

By: */s/ Sonya D. Winner*
   Sonya D. Winner (Bar No. 200348)
   Nathan E. Shafroth (Bar No. 232505)
   Isaac D. Chaput (Bar No. 326923)
   COVINGTON & BURLING LLP
   Salesforce Tower
   415 Mission Street, Suite 5400
   San Francisco, California 94105-2533
   Telephone: + 1 (415) 591-6000
   Facsimile: + 1 (415) 591-6091

*Attorneys for Defendant
McKesson Corporation*


By: */s/ August Gugelmann*
   Neelum J. Wadhwani (Bar No. 247948)
   Enu A. Mainigi (pro hac vice)
   WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
   Washington, DC  20005
   Tel:  (202) 434-5000
   Fax:  (202) 434-5029
   nwadhwani@wc.com
   emainigi@wc.com


   Edward W. Swanson, SBN 159859
   August Gugelmann, SBN 240544
   SWANSON & McNAMARA LLP
   300 Montgomery Street, Suite 1100
   San Francisco, California 94104
   Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
   ed@smllp.law
   august@smllp.law

*Attorneys for Defendant
Cardinal Health, Inc.*

| | | |
|---|---|---|
| 1 | By: /s/ Zachary W. Beyer | By: /s/ Elizabeth A. Sperling |
| 2 | Zachary W. Byer (S.B. #301382)<br>KIRKLAND & ELLIS LLP | Elizabeth A. Sperling (CA Bar No. 231474) |
| 3 | 555 South Flower Street<br>Los Angeles, CA 90071 | ALSTON & BIRD LLP<br>333 South Hope Street, 16th Floor |
| 4 | Tel: (213) 680-8400<br>zachary.byer@kirkland.com | Los Angeles, CA 90071<br>Telephone: (213) 576-1000 |
| 5 | | Fax: (213) 576-1100 |
| 6 | Jennifer G. Levy, P.C. (pro hac vice)<br>KIRKLAND & ELLIS LLP | elizabeth.sperling@alston.com |
| 7 | 1301 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004 | Daniel G. Jarcho (pro hac vice)<br>ALSTON & BIRD LLP |
| 8 | Tel: (202) 879-5000<br>Fax: (202) 879-5200 | 950 F Street, NW<br>Washington, DC 20004 |
| 9 | jennifer.levy@kirkland.com | Telephone: (202) 239-3300<br>Daniel.jarcho@alston.com |
| 10 | Donna Welch, P.C. (pro hac vice) | |
| 11 | Timothy W. Knapp, P.C. (pro hac vice)<br>Karl Stampfl (pro hac vice) | Cari K. Dawson (pro hac vice)<br>Scott A. Elder (pro hac vice) |
| 12 | KIRKLAND & ELLIS LLP<br>300 North LaSalle, Chicago, IL 60654 | Jenny A. Hergenrother (pro hac vice)<br>ALSTON & BIRD LLP |
| 13 | Tel: (312) 862-2000<br>Fax: (312) 862-2200 | 1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309-3424 |
| 14 | donna.welch@kirkland.com | Telephone: (404) 881-7000 |
| 15 | tknapp@kirkland.com<br>karl.stampfl@kirkland.com | cari.dawson@alston.com<br>scott.elder@alston.com |
| 16 | | jenny.hergenrother@alston.com |
| 17 | *Attorneys for Defendants Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson* | *Attorneys for Defendant Noramco, Inc.* |
| 18 | *Pharmaceuticals, Inc., Allergan Sales, LLC and Allergan USA, Inc.* | |
| 19 | | By: /s/ Zachary Hill |
| 20 | | Zachary Hill (S.B. #275886)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 21 | By: /s/ Amy R. Lucas<br>Amy R. Lucas (S.B. #264034) | One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 22 | O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor | Tel: (415) 442-1000<br>zachary.hill@morganlewis.com |
| 23 | Los Angeles, CA 90067<br>Tel: (310) 553-6700 | Wendy West Feinstein (*pro hac vice*) |
| 24 | Fax: (310) 246-6779<br>alucas@omm.com | MORGAN, LEWIS & BOCKIUS LLP<br>One Oxford Centre, 32nd.Fl. |
| 25 | | Pittsburgh, PA 15219-6401 |
| 26 | Charles C. Lifland (S.B. #108950)<br>Sabrina H. Strong (S.B. #200292) | Tel: (412) 560-7455<br>wendy.feinstein@morganlewis.com |
| 27 | O'MELVENY & MYERS LLP<br>400 South Hope Street | *Attorneys for Defendants* |
| 28 | Los Angeles, CA 90071 | *Teva Pharmaceuticals USA, Inc.;* |

| | | |
|---|---|---|
| 1 | Tel: (213) 430-6000 | *Cephalon, Inc.; Actavis LLC; Actavis* |
| 2 | Fax: (213) 430-6407 | *Pharma, Inc. f/k/a Watson Pharma, Inc.;* |
| | clifland@omm.com | *Watson Laboratories, Inc.; Warner* |
| 3 | sstrong@omm.com | *Chilcott Company LLC; Actavis South* |
| | | *Atlantic LLC; Actavis Elizabeth LLC;* |
| 4 | Amy J. Laurendeau (S.B. #198321) | *Actavis Mid Atlantic LLC; Actavis* |
| | O'MELVENY & MYERS LLP | *Totowa LLC; Actavis Kadian LLC;* |
| 5 | 610 Newport Center Drive, 17th Floor | *Actavis Laboratories UT, Inc. f/k/a* |
| 6 | Newport Beach, CA 92660 | *Watson Laboratories, Inc.-Salt Lake* |
| | Tel: (949) 823-6900 | *City; and Actavis Laboratories FL, Inc.* |
| 7 | Fax: (949) 823-6994 | *f/k/a Watson Laboratories, Inc.-Florida* |
| | alaurendeau@omm.com | |
| 8 | | |
| | Stephen D. Brody (pro hac vice) | By: */s/ Sean O. Morris* |
| 9 | O'MELVENY & MYERS LLP | Sean O. Morris (SBN 200368) |
| 10 | 1625 Eye Street, NW | John D. Lombardo (SBN 187142) |
| | Washington, DC 20006 | ARNOLD & PORTER KAYE |
| 11 | Tel: (202) 383-5300 | SCHOLER LLP |
| | Fax: (202) 383-5414 | 777 South Figueroa Street, 44th Floor |
| 12 | sbrody@omm.com | Los Angeles, CA 90017-5844 |
| 13 | | Tel: (213) 243-4000 |
| | *Attorneys for Defendants Johnson &* | Fax: (213) 243-4199 |
| 14 | *Johnson, Janssen Pharmaceuticals, Inc.,* | Sean.Morris@arnoldporter.com |
| | *Ortho-McNeil-Janssen Pharmaceuticals,* | John.Lombardo@arnoldporter.com |
| 15 | *Inc., and Janssen Pharmaceutica, Inc.* | |
| | | *Attorneys for Defendants Endo* |
| 16 | By: */s/ Alan R. Ouellette* | *Pharmaceuticals Inc., Endo Health* |
| 17 | Alan R. Ouellette (CA Bar No. 272745) | *Solutions Inc., Par Pharmaceutical, Inc.,* |
| | FOLEY & LARDNER LLP | *and Par Pharmaceutical Companies,* |
| 18 | 555 California Street, Suite 1700 | *Inc.* |
| | San Francisco, CA 94104-1520 | |
| 19 | Telephone: (415) 434-4484 | |
| | Facsimile: (415) 434-4507 | By: */s/ Charles J. Stevens* |
| 20 | aouellette@foley.com | Charles J. Stevens (SBN 106981) |
| 21 | | cstevens@gibsondunn.com |
| | James W. Matthews (Pro Hac Vice) | Joshua D. Dick (SBN 268853) |
| 22 | Ana M. Francisco (Pro Hac Vice) | jdick@gibsondunn.com |
| | Katy E. Koski (Pro Hac Vice) | Kelsey J. Helland (SBN 298888) |
| 23 | FOLEY & LARDNER LLP | khelland@gibsondunn.com |
| 24 | 111 Huntington Avenue | GIBSON DUNN & CRUTCHER LLP |
| | Boston, MA 02199-7610 | 555 Mission Street, Suite 3000 |
| 25 | Telephone: (617) 342-4000 | San Francisco, CA 94105 |
| | Facsimile: (617) 342-4001 | Telephone: 415.393.8200 |
| 26 | jmatthews@foley.com | Facsimile: 415.393.8306 |
| 27 | afrancisco@foley.com | |
| | kkoski@foley.com | Kaspar Stoffelmayr (pro hac vice) |
| 28 | | kaspar.stoffelmayr@bartlitbeck.com |
| | *Attorneys for Defendant Anda, Inc.* | Katherine M. Swift (pro hac vice) |

kate.swift@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone: 312.494.4400
Facsimile: 312.494.4440

Alex Harris (pro hac vice)
alex.harris@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: 303.592.3100
Facsimile: 303.592.3140

*Attorneys for Defendant Walgreen Co.*

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: November 19, 2020                                By: /s/ *August Gugelmann*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 19, 2020, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

                /s/ *August Gugelmann*

**~~PROPOS~~ED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The December 11, 2020 hearing is continued to December 18, 2020, at 9:00 a.m. The deadline for the parties to meet and confer regarding issues for which the Court's Discovery Order No. 2 set a deadline of November 23 is continued to November 30, 2020.

Dated:  November 20, 2020

_____
Hon. Jacqueline Scott Corley
United States Magistrate Judge