1   DENNIS J. HERRERA, State Bar # 139669
    City Attorney
2   RONALD P. FLYNN, State Bar # 184186
    Chief Deputy City Attorney
3   YVONNE R. MERE, State Bar # 173594
    Chief of Complex & Affirmative Litigation
4   OWEN J. CLEMENTS, State Bar # 141805
    SARA J. EISENBERG, State Bar # 269303
5   JAIME M. HULING DELAYE, State Bar # 270784
    Deputy City Attorneys
6   Fox Plaza
    1390 Market Street, Sixth Floor
7   San Francisco, CA  94102
    Telephone:  415.554.3597
8   jaime.hulingdelaye@sfcityatty.org

9   *Attorneys for the People of the State of California,*
    *acting by and through San Francisco City Attorney*
10  *Dennis J. Herrera*

11  [Additional counsel appear on signature page.]

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16  THE PEOPLE OF THE STATE OF          Case No. 3:18-cv-07591-CRB
    CALIFORNIA, Acting by and through San
17  Francisco City Attorney DENNIS J. HERRERA,   **STIPULATION AND [PROPOSED]**
                                                 **ORDER REGARDING DOCUMENTS**
18                  Plaintiffs,                  **CONTAINING CRIMINAL RECORD**
                                                 **INFORMATION**
19          v.

20  PURDUE PHARMA L.P., et al.

21                  Defendants.

22

23

24

25

26

27

28

1   Pursuant to Civil Local Rule 7-12, the People of the State of California, acting by and

2   through San Francisco City Attorney Dennis J. Herrera, ("the People"), together with Defendants

3   McKesson Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Walgreen

4   Co., Teva Pharmaceuticals USA, Inc, Teva Pharmaceutical Industries Ltd., Cephalon, Inc.,

5   Actavis LLC, Watson Laboratories, Inc., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc, Endo

6   Pharmaceuticals Inc., Endo Health Solutions Inc., Endo International plc, Par Pharmaceutical,

7   Inc., Par Pharmaceutical Companies, Inc., Johnson & Johnson and its subsidiary Janssen

8   Pharmaceuticals Inc. f/k/a as Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Janssen

9   Pharmaceutica, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a/ Watson Pharmaceuticals,

10  Inc., Allergan Sales, LLC, Allergan USA, Inc., Warner Chilcott Company, LLC, Actavis

11  Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Kadian LLC, Actavis Totowa LLC, Actavis

12  South Atlantic LLC, Allergan plc, Actavis Laboratories UT, Inc., Actavis Laboratories FL, Inc.,

13  Anda, Inc., and Noramco, Inc. (collectively, "Defendants"), respectfully submit this stipulation to

14  facilitate Plaintiffs' review and potential production of certain documents containing Criminal

15  Offender Record Information ("CORI"), as defined in California Penal Code §§ 11075(a) and

16  13102, information derived from the California Law Enforcement Telecommunications System

17  ("CLETS"), or information and records otherwise protected under the federal Privacy Act of 1974,

18  5 U.S.C. § 552a (hereinafter, collectively "Criminal Record Information").

19  The parties hereby STIPULATE and ask the Court to ORDER, as follows:

20  1.  Pursuant to Cal. Code Regs. tit. 11, § 703(b) and 5 U.S.C. § 552a(b)(11), the departments

21  of the City and County of San Francisco—including, without limitation, the San Francisco

22  Police Department and San Francisco Sheriff's Department—are directed to provide the

23  San Francisco City Attorney's Office and its designated agents, including outside counsel,

24  access to materials containing Criminal Record Information to facilitate the People's

25  review of documents.

26  2.  None of the People's objections to production of materials containing Criminal Record

27  Information are waived. Likewise, Defendants' rights with respect to any such objections,

28  including their right to oppose the objections, are not waived.

STIP. AND [PROPOSED] ORDER RE: CRIMINAL
RECORD INFORMATION
3:18-CV-07591-CRB

3.  Nothing in this Order obligates the People to produce any particular documents containing Criminal Record Information.

4.  Should the People agree to produce documents to Defendants containing Criminal Record Information, or should the Court order the People to do so at a later time, such disclosure to the Court and Defendants is authorized pursuant to the Court's authority under the Federal Rules of Civil Procedure, Cal. Code Regs. tit. 11, § 703(b), California Penal Code §§ 11105(c)(7) and 13300(c)(7), and 5 U.S.C. § 552a(b)(11).

5.  Any documents containing Criminal Record Information that are produced in this litigation shall be subject to the protections afforded to Highly Confidential information under the operative protective orders and shall be designated as such (Dkt. 279).

STIP. AND [PROPOSED] ORDER RE: CRIMINAL
RECORD INFORMATION
3:18-CV-07591-CRB

1    DATED:  January 6, 2021          Respectfully submitted,

2                                     */s/ Elizabeth J. Cabraser*
                                      Elizabeth J. Cabraser
3                                     Richard M. Heimann
                                      Paulina do Amaral
4                                     Kevin R. Budner
                                      Michael Levin-Gesundheit
5                                     Jacob H. Polin
                                      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
6                                     275 Battery Street, 29th Floor
                                      San Francisco, California 94111-3339
7                                     Telephone: 415.956.1000
                                      Facsimile: 415.956.1008
8                                     ecabraser@lchb.com

9                                     DENNIS J. HERRERA
                                      City Attorney
10                                    RONALD P. FLYNN
                                      YVONNE R. MERE
11                                    OWEN J. CLEMENTS
                                      SARA J. EISENBERG
12                                    JAIME M. HULING DELAYE
                                      Deputy City Attorneys
13                                    Fox Plaza
                                      1390 Market Street, Sixth Floor
14                                    San Francisco, CA  94102
                                      Telephone:  415/554-3957
15                                    jaime.hulingdelaye@sfcityatty.org

16                                    Aelish M. Baig
                                      Matthew S. Melamed
17                                    Hadiya K. Deshmukh
                                      ROBBINS GELLER RUDMAN & DOWD LLP
18                                    Post Montgomery Center
                                      One Montgomery Street, Suite 1800
19                                    San Francisco, CA  94104
                                      Telephone:  415/288-4545
20                                    415/288-4534 (fax)
                                      aelishb@rgrdlaw.com
21
                                      Paul J. Geller
22                                    Mark J. Dearman
                                      Dorothy P. Antullis
23                                    ROBBINS GELLER RUDMAN & DOWD LLP
                                      120 East Palmetto Park Road, Suite 500
24                                    Boca Raton, FL  33432
                                      Telephone:  561/750-3000
25                                    561/750-3364 (fax)
                                      pgeller@rgrdlaw.com
26                                    mdearman@rgrdlaw.com
                                      dantullis@rgrdlaw.com
27

28

STIP. AND [PROPOSED] ORDER RE: CRIMINAL
                                                RECORD INFORMATION
                                                3:18-CV-07591-CRB

1

2      Thomas E. Egler
       Carissa J. Dolan
3      ROBBINS GELLER RUDMAN & DOWD LLP
       655 West Broadway, Suite 1900
4      San Diego, CA  92101
       Telephone:  619/231-1058
5      619/231-7423 (fax)
       tome@rgrdlaw.com
6      cdolan@rgrdlaw.com

7      Louise Renne
       RENNE PUBLIC LAW GROUP
8      350 Sansome Street, Suite 300
       San Francisco, CA 94104
9      Telephone:  415/848-7240
       415/848-7230 (fax)
10     lrenne@publiclawgroup.com

11     Jennie Lee Anderson
       Audrey Siegel
12     ANDRUS ANDERSON LLP
       155 Montgomery Street, Suite 900
13     San Francisco, CA  94104
       Telephone:  415/986-1400
14     415/986-1474 (fax)
       jennie@andrusanderson.com
15     audrey.siegel@andrusanderson.com

16     Kevin Sharp
       SANFORD HEISLER SHARP, LLP
17     611 Commerce Street, Suite 3100
       Nashville, TN  37203
18     Telephone:  615/434-7000
       615/434-7020 (fax)
19     ksharp@sanfordheisler.com

20     Edward Chapin
       SANFORD HEISLER SHARP, LLP
21     655 West Broadway, Suite 1700
       San Diego, CA  92101
22     Telephone:  619/577-4253
       619/577-4250 (fax)
23     echapin2@sanfordheisler.com

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE: CRIMINAL
RECORD INFORMATION
3:18-CV-07591-CRB

1

2     David S. Casey, Jr.
     Gayle M. Blatt

3     Alyssa Williams
     CASEY GERRY SCHENK FRANCAVILLA BLATT &
     PENFIELD LLP

4     110 Laurel Street
     San Diego, CA  92101-1486

5     Telephone:  619/238-1811
     619/544-9232 (fax)

6     dcasey@cglaw.com
     gmb@cglaw.com

7     awilliams@cglaw.com

8     Ellen Relkin
     Paul Pennock

9     WEITZ & LUXENBERG P.C.
     700 Broadway

10    New York, NY  10003
     Telephone:  212/558-5500

11    212/344-5461 (fax)
     erelkin@weitzlux.com

12    ppennock@weitzlux.com

13    Melinda Davis Nokes
     WEITZ & LUXENBERG P.C.

14    1880 Century Park East
     Los Angeles, CA  90067

15    Telephone:  310/247-0921
     310/786-9927 (fax)

16    mnokes@weitzlux.com

17    *Attorneys for Plaintiff The People of the State of California,*
     *acting by and through San Francisco City Attorney Dennis J.*

18    *Herrera*

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE: CRIMINAL
RECORD INFORMATION
3:18-CV-07591-CRB

1    DATED:  January 6, 2021              Respectfully submitted,

2

3    By: */s/ Steven J. Boranian*          By: */s/ Sonya D. Winner*
        Steven J. Boranian (Bar No. 174183)       Sonya D. Winner (Bar No. 200348)

4        Luke S. Porter (Bar No. 323847)         Nathan E. Shafroth (Bar No. 232505)
        REED SMITH LLP             Isaac D. Chaput (Bar No. 326923)

5        101 Second Street, Suite 1800        COVINGTON & BURLING LLP
        San Francisco, CA 94105           Salesforce Tower

6        Telephone: (415) 543-8700          415 Mission Street, Suite 5400
        Facsimile: (415) 391-8269          San Francisco, California 94105-2533

7        sboranian@reedsmith.com          Telephone: + 1 (415) 591-6000
        lporter@reedsmith.com            Facsimile: + 1 (415) 591-6091

8

9        Eric J. Buhr (Bar No. 217528)         *Attorneys for Defendant*
        Sarah B. Johansen (Nar No. 313023)     *McKesson Corporation*

10       REED SMITH LLP
        355 South Grand Avenue, Suite 2900

11       Los Angeles, CA 90071          By: */s/ Neelum J. Wadhwani*
        Telephone: (213) 457-8000         Neelum J. Wadhwani (Bar No. 247948)

12       Facsimile: (213) 457-8080         Enu A. Mainigi (pro hac vice)
        ebuhr@reedsmith.com           WILLIAMS & CONNOLLY LLP

13       sjohansen@reedsmith.com        725 Twelfth Street, NW
                                  Washington, DC  20005

14       *Attorneys for Defendant*        Tel:  (202) 434-5000
       *AmerisourceBergen Drug Corporation*  Fax:  (202) 434-5029

15                                  nwadhwani@wc.com
                                  emainigi@wc.com

16

17

18                                Edward W. Swanson, SBN 159859
                                  August Gugelmann, SBN 240544

19                                  SWANSON & McNAMARA LLP
                                  300 Montgomery Street, Suite 1100

20                                  San Francisco, California 94104
                                  Telephone: (415) 477-3800

21                                  Facsimile: (415) 477-9010
                                  ed@smllp.law

22                                  august@smllp.law

23

24                                  *Attorneys for Defendant*
                                  *Cardinal Health, Inc.*

25

26

27

28

STIP. AND [PROPOSED] ORDER RE: CRIMINAL
RECORD INFORMATION
3:18-CV-07591-CRB

1

By: */s/ Zachary W. Byer*

Zachary W. Byer (S.B. #301382)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Tel: (213) 680-8400
zachary.byer@kirkland.com

Jennifer G. Levy, P.C. (pro hac vice)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 879-5000
Fax: (202) 879-5200
jennifer.levy@kirkland.com

Donna Welch, P.C. (pro hac vice)
Timothy W. Knapp, P.C. (pro hac vice)
Karl Stampfl (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
donna.welch@kirkland.com
tknapp@kirkland.com
karl.stampfl@kirkland.com

*Attorneys for Defendants Allergan Finance,
LLC f/k/a Actavis, Inc. f/k/a Watson
Pharmaceuticals, Inc., Allergan Sales,
LLC,Allergan USA, Inc., and Allergan plc*

By: */s/ Amy R. Lucas*

Amy R. Lucas (S.B. #264034)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Tel: (310) 553-6700
Fax: (310) 246-6779
alucas@omm.com

Charles C. Lifland (S.B. #108950)
Sabrina H. Strong (S.B. #200292)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071

By: */s/ Elizabeth A. Sperling*

Elizabeth A. Sperling (CA Bar No.
231474)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Fax: (213) 576-1100
elizabeth.sperling@alston.com

Daniel G. Jarcho (pro hac vice)
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 239-3300
Daniel.jarcho@alston.com

Cari K. Dawson (pro hac vice)
Scott A. Elder (pro hac vice)
Jenny A. Hergenrother (pro hac vice)
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
cari.dawson@alston.com
scott.elder@alston.com
jenny.hergenrother@alston.com

*Attorneys for Defendant Noramco, Inc.*

By: */s/ Zachary Hill*

Zachary Hill (S.B. #275886)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1000
zachary.hill@morganlewis.com

Wendy West Feinstein (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd.Fl.
Pittsburgh, PA 15219-6401
Tel: (412) 560-7455
wendy.feinstein@morganlewis.com

*Attorneys for Defendants
Teva Pharmaceuticals USA, Inc.;*

STIP. AND [PROPOSED] ORDER RE: CRIMINAL
RECORD INFORMATION
3:18-CV-07591-CRB

Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com
sstrong@omm.com

Amy J. Laurendeau (S.B. #198321)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900
Fax: (949) 823-6994
alaurendeau@omm.com

Stephen D. Brody (pro hac vice)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
sbrody@omm.com

*Attorneys for Defendants Johnson &
Johnson, Janssen Pharmaceuticals, Inc.,
Ortho-McNeil-Janssen Pharmaceuticals,
Inc., and Janssen Pharmaceutica, Inc.*

By: */s/ Alan R. Ouellette*
 Alan R. Ouellette (CA Bar No. 272745)
 FOLEY & LARDNER LLP
 555 California Street, Suite 1700
 San Francisco, CA 94104-1520
 Telephone: (415) 434-4484
 Facsimile:  (415) 434-4507
 aouellette@foley.com

 James W. Matthews (Pro Hac Vice)
 Ana M. Francisco (Pro Hac Vice)
 Katy E. Koski (Pro Hac Vice)
 FOLEY & LARDNER LLP
 111 Huntington Avenue
 Boston, MA 02199-7610
 Telephone:    (617) 342-4000
 Facsimile:    (617) 342-4000
 jmatthews@foley.com
 francisco@foley.com
 kkoski@foley.com

*Attorneys for Defendant Anda, Inc.*

*Cephalon, Inc.; Actavis LLC; Actavis
Pharma, Inc. f/k/a Watson Pharma, Inc.;
Watson Laboratories, Inc.; Warner
Chilcott Company LLC; Actavis South
Atlantic LLC; Actavis Elizabeth LLC;
Actavis Mid Atlantic LLC; Actavis
Totowa LLC; Actavis Kadian LLC;
Actavis Laboratories UT, Inc. f/k/a
Watson Laboratories, Inc.-Salt Lake
City; Actavis Laboratories FL, Inc. f/k/a
Watson Laboratories, Inc.-Florida; and
Teva Pharmaceutical Industries Ltd.*

By: */s/ Sean O. Morris*
 Sean O. Morris (SBN 200368)
 John D. Lombardo (SBN 187142)
 Christopher Beeler (SBN 330496)
 ARNOLD & PORTER KAYE
 SCHOLER LLP
 777 South Figueroa Street, 44th Floor
 Los Angeles, CA 90017-5844
 Tel: (213) 243-4000
 Fax: (213) 243-4199
 Sean.Morris@arnoldporter.com
 John.Lombardo@arnoldporter.com

*Attorneys for Defendants Endo
Pharmaceuticals Inc., Endo Health
Solutions Inc., Par Pharmaceutical, Inc.,
Par Pharmaceutical Companies, Inc.,
and Endo International Plc*

By: */s/ Charles J. Stevens*
 Charles J. Stevens (SBN 106981)
 cstevens@gibsondunn.com
 Joshua D. Dick (SBN 268853)
 jdick@gibsondunn.com
 Kelsey J. Helland (SBN 298888)
 khelland@gibsondunn.com
 GIBSON DUNN & CRUTCHER LLP
 555 Mission Street, Suite 3000
 San Francisco, CA  94105
 Telephone:  415.393.8200
 Facsimile:  415.393.8306

- 8 -

STIP. AND [PROPOSED] ORDER RE: CRIMINAL
RECORD INFORMATION
3:18-CV-07591-CRB

1

2                                           By: */s/ Kaspar Stoffelmayr*
                                               Kaspar Stoffelmayr (pro hac vice)
3                                              kaspar.stoffelmayr@bartlitbeck.com
                                               Katherine M. Swift (pro hac vice)
4                                              kate.swift@bartlitbeck.com
                                               BARTLIT BECK LLP
5                                              54 West Hubbard Street
                                               Chicago, IL 60654
6                                              Telephone:  312.494.4400
                                               Facsimile:  312.494.4440
7

8                                              Alex Harris (pro hac vice)
                                               alex.harris@bartlitbeck.com
9                                              BARTLIT BECK LLP
                                               1801 Wewatta Street, Suite 1200
10                                             Denver, CO 80202
                                               Telephone:  303.592.3100
11                                             Facsimile:  303.592.3140

12
                                               *Attorneys for Defendant Walgreen Co.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 9 -

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED:  January 7, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 10 -