UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 14 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  TEVA PHARMACEUTICAL INDUSTRIES LTD.<br><br>_____<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>          Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,<br><br>          Respondent,<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>          Real Parties in Interest. | No.    20-73430<br><br>D.C. No. 3:18-cv-07591-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  WARDLAW, CHRISTEN, and MILLER, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

**DENIED.**