FILED

JAN 14 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ENDO INTERNATIONAL PLC.<br><br>———————————————<br><br>ENDO INTERNATIONAL PLC,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,<br><br>Respondent,<br><br>CITY AND COUNTY OF SAN FRANCISCO; et al.,<br><br>Real Parties in Interest. | No.   20-73725<br><br>D.C. No. 3:18-cv-07591-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: WARDLAW, CHRISTEN, and MILLER, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

**DENIED.**