UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Case No. 18-cv-07591-CRB   (JSC)<br><br>**DISCOVERY ORDER NO. 4**<br><br>Dkt. Nos. 433, 436, 442 |

The parties appeared before the Court for a Discovery Status Conference on January 28, 2021. This Order confirms the matters discussed during that hearing and, after consultation with Judge Breyer, sets new case deadlines.

**1.** **Document discovery** – the parties shall complete their meet and confer regarding the outstanding document discovery (Plaintiffs to Allergan and Walgreens to Plaintiffs) by February 4, 2021. To the extent that disputes remain following that meet and confer, the parties shall present those to the Court in accordance with the Court's Order re: Discovery Letter Brief Procedure. (Dkt. No. 331.)

**2.** **Walgreens discovery** – Walgreens shall produce prescribing data for the nine Bay Area counties (San Francisco, Alameda, Contra Costa, Sonoma, Marin, San Mateo, Santa Clara, Solano and Napa). With respect to the remaining disputes, the parties shall complete their meet and confer by February 4, 2021, and if necessary, submit a joint discovery letter brief in accordance with the Court's procedure.

**3.** **Depositions** – the parties shall meet and confer regarding whether to agree to an hours limit, rather than a number of depositions limit, for depositions. The Court notes that complete parity in the number of depositions or deposition hours is not necessary provided

1  Defendants agree that Plaintiffs' can use depositions taken in the other cases.  The parties shall
2  complete the meet and confer within two weeks of this Order and then follow the discovery letter
3  brief procedure, if necessary.

    **4.**    **Next Discovery Conference** – February 23, 2020 at 8:30 a.m. via Zoom webinar.

    **5.**    **Case Schedule**

| Event | Previous Schedule | New Schedule |
| --- | --- | --- |
| Substantial Completion Document Production | February 26, 2021 | February 26, 2021 |
| Close of Fact Discovery | May 28, 2021 | July 2, 2021 |
| Plaintiff's Expert Disclosures | April 16, 2021 | May 21, 2021 |
| Defendants' Expert Disclosures |  | July 23, 2021 |
| Parties Exchange Rebuttal Reports | July 16, 2021 | August 20, 2021 |
| Close of Expert Discovery | July 30, 2021 | September 3, 2021 |
| SJ/Daubert Motions Due | August 20, 2021 | September 24, 2021 |
| SJ/Daubert Oppositions Due | September 17, 2021 | October 22, 2021 |
| SJ/Daubert Replies Due | October 1, 2021 | November 5, 2021 |
| Trial Materials Due | October 8, 2021 | November 12, 2021 |
| Final Pretrial Conference | October 15, 2021 | November 19, 2021 |
| Trial | October 25, 2021 | December 6, 2021 |

**IT IS SO ORDERED.**

Dated: January 29, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2