IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Case No. 18-cv-07591-CRB<br><br>**ORDER RE CRIME DATA WAREHOUSE NARRATIVES AND PRODUCTION DEADLINES**<br><br>RE: Dkt. No. 524. |

Now pending before the Court is the joint discovery dispute letter concerning Plaintiff's refusal to produce certain "narrative" data from the San Francisco Police Department's ("SFPD") Crime Data Warehouse ("CDW"). See Dkt. 524 at 1. After carefully considering the submission and for the reasons stated in the record, the Court rules as follows: (1) the Court orders Plaintiff to produce the narratives for each of the 198 entries in the CDW related to the "Prescription, Forge or Alter" incident code (See Dkt. 524 at 4 (citing Ex. H (Dkt. 524-9) at 4)); (2) the Court orders Plaintiff to identify for Defendants the number of narratives in the CDW attached to an entry with an opioid-specific incident code designated as the "primary" incident code; and (3) once the final number of opioids-specific narratives has been tallied by Plaintiff, the parties shall meet and confer regarding production of the opioid-specific narratives. The parties shall submit an additional dispute letter to the Court if they cannot reach a resolution. Additionally, the following deadlines have been set:

- Walgreens shall produce the hard copy documents that were the subject of the Court's February 26, 2021 Order (Dkt. 467) on a rolling basis and shall substantially complete

production by May 17, 2021.

- Walgreens shall complete production from its remaining seven custodians by May 3, 2021.
- Plaintiff shall produce all of its opioids policies, procedures, and training materials (i.e., those stored on custodial files and on shared network drives) by May 3, 2021.
- Plaintiff shall produce all documents related to abatement costs in its possession by May 14, 2021.

Plaintiff also shall meet and confer with Walgreens' counsel on April 19, 2021 to discuss whether any of the data or documents stored in the CDW—besides the crime narratives discussed above—demonstrate Walgreens' cooperation with law enforcement. During the meet and confer, Plaintiff will update Walgreens on the number of opioids-specific narratives that Plaintiff has identified in the CDW. This order disposes of Dkt. 524.

**IT IS SO ORDERED.**

Dated: April 15, 2021.

JACQUELINE SCOTT CORLEY
United States Magistrate Judge