DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
YVONNE R. MERE, State Bar #173594
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar #141805
SARA J. EISENBERG, State Bar #269303
JAIME M. HULING DELAYE, State Bar #270784
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415/554-3957
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California,
acting by and through San Francisco City Attorney Dennis J. Herrera*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DENNIS J. HERRERA,<br><br>Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Case No. 3:18-cv-07591-CRB<br><br>DECLARATION OF THOMAS E. EGLER ACCOMPANYING STIPULATION AND [PROPOSED] ~~ORDER TO MODIFY CASE SCHEDULE~~ |
|---|---|

4815-1660-0301.v1

I, Thomas E. Egler, pursuant to Local Civil Rule 6-2, declare the following:

1. I am a member in good standing of the State Bar of California and admitted to practice before this Court. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called as a witness. Pursuant to Civil L.R. 6-2(a), I make this declaration in connection with the Stipulation and [Proposed] Order to Modify Case Schedule ("Stipulation").

**Reasons for the Requested Enlargement of Time**

2. The Stipulation generally moves the modifications previously sought by the parties by three weeks. The trial date, previously requested to be April 4, 2022, is now requested to be April 25, 2022.

3. As stated in the Stipulation, the parties previously agreed to modify the case schedule as proposed in the parties' May 7, 2021, Joint Case Management Statement (ECF No. 550), including changes to the substantial completion deadline; and on May 10, 2021, the Honorable Jacqueline Scott Corley indicated that the Court was willing to adopt those proposed deadlines and directed the parties to file a Stipulation and proposed order reflecting that schedule.

4. Following the hearing, however, Defendants raised concerns about Plaintiff's productions of custodial files, including network drive documents. While Plaintiff acknowledged at the April 14, 2021 hearing that it indicated it would complete production of all e-mails and network drive documents by May 14, 2021, due to an internal misunderstanding it did not complete its production of those documents by that date.

5. While Plaintiff has now completed production of all e-mails, and will complete production of all network drive documents by June 4, 2021 (three weeks after May 14, 2021 and in advance of the new substantial completion deadline), Defendants have requested a three-week extension to the dates proposed on May 7, 2021. Plaintiff does not oppose the extension.

**All Previous Time Modifications in the Case, Whether by Stipulation or Court Order**

6. This action was initiated on December 18, 2018, and was transferred under 28 U.S.C. §1407 to the Northern District of Ohio for inclusion in *In re Nat'l Prescription Opiate Litig.*, 1:17-md-2804 (N.D. Ohio). It was remanded from that litigation in January 2020. *See* ECF No. 18

1  (Order Remanding Case).  On April 2, 2020, the Court issued an Order Re: Partial Case
2  Management Schedule setting deadlines for service of limited document requests, motion to dismiss
3  briefing and submissions for a broader case schedule.  ECF No. 142.  Based on the parties'
4  submissions, on June 16, 2020 the Court issued an Order Re: Amended Proposed Case Schedule.
5  ECF No. 226.

6  7. On October 2, 2020, the Court issued an Order Re: Discovery Case Management
7  Deadlines that adopted the parties' proposed extensions to the case schedule.  ECF No. 296.

8  8. On May 7, 2021, the parties made a joint request for a schedule extension in their
9  Joint Status Update.  ECF No. 550.  As noted above, this Stipulation generally adds three weeks to
10 the dates sought in that documents.

11 **The Effect the Requested Time Modification Would Have on the Schedule for the Case**

12 9. The prior schedule, the schedule proposed on May 7, 2021 and the current schedule
13 proposals are listed below:

| Event | Current Schedule | May 7 Request | Stipulated Amended Schedule |
|---|---|---|---|
| Custodial productions substantial completion deadline | – | – | June 4, 2021 |
| Document production substantial completion deadline | February 26, 2021 | June 21, 2021 | June 21, 2021 |
| Plaintiff's expert reports | May 21, 2021 | September 14, 2021 | October 5, 2021 |
| Close of fact discovery | July 2, 2021 | October 22, 2021 | November 12, 2021 |
| Defendants' expert reports | July 23, 2021 | November 11, 2021 | December 2, 2021 |
| Plaintiff's expert rebuttal reports | August 20, 2021 | December 6, 2021 | December 23, 2021 |
| Close of expert discovery | September 3, 2021 | December 20, 2021 | January 14, 2022 |
| Motions for summary judgment and *Daubert* motions | September 24, 2021 | January 10, 2021 | January 24, 2022 |
| Oppositions to motions for summary judgment and *Daubert* motions | October 22, 2021 | February 10, 2022 | February 25, 2022 |
| Replies in support of motions for summary judgment and *Daubert* motions | November 5, 2021 | February 24, 2022 | March 11, 2022 |

| Event | Current Schedule | May 7 Request | Stipulated Amended Schedule |
|---|---|---|---|
| All trial materials due | November 12, 2021 | March 3, 2022 | March 24, 2022 |
| Final pretrial conference | November 19, 2021 | March 14, 2022 | April 4, 2022 |
| Trial | December 6, 2021 | April 4, 2022 | April 25, 2022 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 3rd day of June, 2021 at San Diego, California.

                                              s/ Thomas E. Egler
                                              THOMAS E. EGLER

Date: June 7, 2021



APPROVED
Judge Charles R. Breyer