# EXHIBIT G

Kaspar J. Stoffelmayr *(pro hac vice)*
kaspar.stoffelmayr@bartlitbeck.com
Katherine M. Swift *(pro hac vice)*
katherine.swift@bartlitbeck.com
Sten A. Jernudd
sten.jernudd@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone: 312. 494.4400
Facsimile: 312.494.4440

Alex J. Harris *(pro hac vice)*
alex.harris@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: 303.592.3100
Facsimile: 303.592.3140

*Attorneys for Defendant*
WALGREEN CO.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Civil Case No.: 3:18-CV-07591-CRB<br><br>**DECLARATION OF STEN JERNUDD IN SUPPORT OF WALGREENS' RESPONSIVE STATEMENT TO PLAINTIFF'S DISPUTE LETTER RE: WALGREENS' DUE DILIGENCE NOTES** |

I, Sten Jernudd, make this declaration pursuant to 28 U.S.C. § 1746.  I hereby state as follows:

1. I am an attorney at law admitted to practice in the State of Illinois, and I am an associate at Bartlit Beck LLP, 54 West Hubbard Street, Chicago, Illinois, 60613, counsel for Walgreen Co. ("Walgreens").  I am familiar with the facts described herein, which are based on my work for Walgreens in the opioids litigation.  I respectfully submit this declaration in support of Walgreens' Responsive Statement to Plaintiff's Dispute Letter re: Due Diligence Notes.

2. I have confirmed with Walgreens employees that hard copy prescriptions are scanned at "data entry," the first phase of the dispensing process.  *See also, e.g.*, Ex. 1 at 10, WAGMDL01166503 (describing Walgreens' data entry process).

3. Pharmacy technicians—not pharmacists—are responsible for data entry.  Pharmacists typically do not review, or make notes on, prescriptions until later in the dispensing process.  *See, e.g.*, Ex. 1 at 13 (describing Walgreens' data review process, as distinct from data entry).

Dated: June 3, 2021            Respectfully submitted,

                              By: /s/ *Sten Jernudd*
                                  Sten Jernudd

# EXHIBIT 1



# Pharmacy Script Processing Audit





©2013 Walgreen Co. All rights reserved.

HIGHLY CONFIDENTIAL

WAGMDL01166503

# The Script Fill Process Overview in IC+



©2013 Walgreen Co. All rights reserved.

8

HIGHLY CONFIDENTIAL

WAGMDL01166510

# Patient Data Entry Process Begins





©2013 Walgreen Co. All rights reserved.

9

WAGMDL01166511

HIGHLY CONFIDENTIAL

# Data Entry - Scan RX



**Greet & Scan and Entering Refills: Scanning Hard Copies**

**Scanning Hard Copies**

Using the scanner:
1. Feed the prescription hard copy with the front side facing down and away from you.
2. Make sure the prescription is centered on the scanner.
3. Repeat process until you scan all of this patient's prescriptions.
4. Press Enter on your keyboard to select the Stop Scanning button.



**Transcript**

[Carl] To begin the scanning process, position the prescription hard copy with the front side facing down and away from you. Then, feed it top first into the scanner placing the hard copy in the center of the scanning tray to ensure that the scanned image appears clearly in Intercom Plus. The scanner automatically captures both the front and the back of the

   volume  Transcript  Page 5 of 24

    
back  menu  exit  replay  next



©2013 Walgreen Co. All rights reserved.

10

HIGHLY CONFIDENTIAL    WAGMDL01166512

# Data Entry - Enter Pick-Up and Promise Time





©2013 Walgreen Co. All rights reserved.

11

HIGHLY CONFIDENTIAL

WAGMDL01166513

# Data Entry – Enter Prescription Data



©2013 Walgreen Co. All rights reserved.

12

WAGMDL01166514

HIGHLY CONFIDENTIAL

# Data Review



©2013 Walgreen Co. All rights reserved.

HIGHLY CONFIDENTIAL

WAGMDL01166515

13

# Fill Process Begins - Print Leaflets





©2013 Walgreen Co. All rights reserved.

14

HIGHLY CONFIDENTIAL

WAGMDL01166516