# EXHIBIT H

| | |
|---|---|
| From: | Sten Jernudd |
| To: | Levin-Gesundheit, Michael; Budner, Kevin R. |
| Cc: | Kate Swift; Sharon Desh; Marks, Miriam E.; Paul Novak; "SFOpioidsPlaintiffs@rgrdlaw.com" |
| Subject: | Walgreens" Hard Copy Prescriptions Sample |
| Date: | Monday, June 7, 2021 2:35:00 PM |
| Attachments: | SF 12 Stores - Hard Copy Walgreens Random Sample Prescriptions (2021.06.07).xlsx |

Michael,

Please find below a description of our sampling process for the 3,000 prescription sample we are moving forward with. The list is attached. As we've described, we're moving forward with this as we believe it is in line with the Court's guidance. If you have any further questions, please put them in writing and we will answer them.

Our base population was all relevant prescriptions dispensed by the 12 stores from 7/1/2010 – 6/30/2020 in our dispensing productions. Our objective was to create a random sample of 3,000 prescriptions (150 from 2010 and 2020, 300 from all other years) that largely mirrored the process put in place in Track 3. We divided the universe of prescriptions into yearly csv files based upon a prescription's FILL_ENTER_DT (7/1/2010 – 12/31/2010 for 2010; 1/1 – 12/31 for 2011 – 2019; 1/1/2020 – 6/30/2020 for 2020) and ordered each file by FILL_ENTER_DT, FILL_SOLD_DT, and DISPENSE_TM descending. This sort order and file structure appeared to be the best approximation of what plaintiffs did in Track 3. Using the eight-digit seed provided in Track 3, we then applied the same Python-based random sampling methodology, resulting in a random sample of 3,000 prescriptions.

Here are our basic sampling parameters:

- Geography: 12 stores
- Time Period: 7/1/2010 - 6/30/2020 – 10 Years, 11 Calendar Years
    - 6/30/2020 is the end date of the relevant dispensing productions
- Prescription Universe: All prescriptions dispensed by the 12 stores from 7/1/2010 – 6/30/2020 and produced in our dispensing productions
- Prescriptions Sampled: 150 prescriptions in 2010 and 2020; otherwise 300 prescriptions/year; 3,000 total

And here is a list of the 12 stores' store numbers and addresses:

- 11385, 1580 Valencia St.
- 13666, 1300 Bush St.
- 13668, 1496 Market St.
- 1327, 498 Castro St.
- 4318, 4129 18th St.
- 1126, 1979 Mission St.
- 4609, 1301 Market St.
- 5487, 5300 3rd St.
- 5599, 2120 Polk St.
- 4558, 300 Gough St.

- 7044, 88 Spear St.
- 2088, 1333 Castro St.

Please let us know if you have any additional questions.

Thanks,

Sten

BartlitBeck LLP

Sten A. Jernudd | p: 312.494.4439 | c: 206.271.5594 | [sten.jernudd@bartlitbeck.com](mailto:sten.jernudd@bartlitbeck.com) | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.