1  DENNIS J. HERRERA, State Bar # 139669
   City Attorney
2  RONALD P. FLYNN, State Bar # 184186
   Chief Deputy City Attorney
3  YVONNE R. MERE, State Bar # 173594
   Chief of Complex & Affirmative Litigation
4  OWEN J. CLEMENTS, State Bar # 141805
   SARA J. EISENBERG, State Bar # 269303
5  JAIME M. HULING DELAYE, State Bar # 270784
   Deputy City Attorneys
6  Fox Plaza
   1390 Market Street, Sixth Floor
7  San Francisco, CA  94102
   Telephone:  415.554.3597
8  jaime.hulingdelaye@sfcityatty.org

9  *Attorneys for Plaintiff The People of the State of California,*
   *acting by and through San Francisco City Attorney Dennis*
10 *J. Herrera*

11 [Additional counsel appear on signature page.]

12               UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15
16 THE CITY AND COUNTY OF SAN
   FRANCISCO, CALIFORNIA and THE          Case No. 3:18-cv-07591-CRB-JSC
17 PEOPLE OF THE STATE OF
   CALIFORNIA, Acting by and through San          AMENDED
18 Francisco City Attorney DENNIS J.       **STIPULATION AND [PROPOSED]**
   HERRERA,                                **ORDER TO MODIFY CASE**
19                                         **SCHEDULE**
                   Plaintiffs,
20        v.
   PURDUE PHARMA L.P., et al.
21
                   Defendants.
22
23
24
25
26
27
28

1          Pursuant to Civil Local Rule 7-12, the People of the State of California, acting by and

2    through San Francisco City Attorney Dennis J. Herrera, ("the People"), together with Defendants

3    Walgreen Co., Teva Pharmaceuticals USA, Inc, Teva Pharmaceutical Industries Ltd., Cephalon,

4    Inc., Actavis LLC, Watson Laboratories, Inc., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc,

5    Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Endo International plc, Par

6    Pharmaceutical, Inc., Par Pharmaceutical Companies, Inc., Allergan Finance, LLC f/k/a Actavis,

7    Inc. f/k/a/ Watson Pharmaceuticals, Inc., Allergan Sales, LLC, Allergan USA, Inc., Warner

8    Chilcott Company, LLC, Actavis South Atlantic LLC, Allergan plc, Actavis Laboratories UT,

9    Inc., Actavis Laboratories FL, Inc., and Anda, Inc. (the "Parties') respectfully submit this

10   stipulation to modify the current case schedule.

11          **WHEREAS**, the Parties agreed to modify the case schedule as proposed in the Parties'

12   May 7, 2021, Joint Case Management Statement (ECF No. 550), including changes to the

13   substantial completion deadline;

14          **WHEREAS**, on May 10, 2021, the Honorable Jacqueline Scott Corley indicated that the

15   Court was willing to adopt those proposed deadlines and directed the parties to file a stipulation

16   and proposed order reflecting that schedule;

17          **WHEREAS**, following the hearing, Defendants raised concerns about Plaintiff's

18   productions of custodial files, including network drive documents;

19          **WHEREAS**, Plaintiff acknowledges that at the April 14, 2021, hearing it indicated it

20   would complete production of all emails and network drive documents by May 14, 2021;

21          **WHEREAS**, Plaintiff regrets that, due to an internal misunderstanding, it did not

22   complete its production of those documents by that date;

23          **WHEREAS**, Plaintiff has now completed production of all emails, and will complete

24   production of all network drive documents by June 4, 2021, three weeks after May 14 and in

25   advance of the new substantial completion deadline;

26          **WHEREAS**, as a result, Defendants have requested a three-week extension to the dates

27   proposed on May 7, 2021, which Plaintiff does not oppose;

28          **IT IS THEREFORE STIPULATED AND AGREED** by the Parties, through their

respective counsel of record that, subject to the Court's approval, the case schedule shall be modified as set forth in the chart below, which adds approximately three weeks to the deadlines proposed on May 7, 2021, and contemplates a trial date of April 25, 2022.

| Event | Current Schedule | Stipulated Amended Schedule |
|-------|------------------|-----------------------------|
| Custodial Productions Substantial Completion Deadline | -- | June 4, 2021[1] |
| Document Production Substantial Completion Deadline | February 26, 2021 | June 21, 2021 |
| Plaintiff's expert reports | May 21, 2021 | October 5, 2021 |
| Close of Fact Discovery | July 2, 2021 | November 12, 2021 |
| Defendants' Expert Reports | July 23, 2021 | December 2, 2021 |
| Plaintiff's Expert Rebuttal Reports | August 20, 2021 | December 23, 2021 |
| Close of Expert Discovery | September 3, 2021 | January 14, 2022 |
| Motions for Summary Judgment and *Daubert* Motions | September 24, 2021 | January 24, 2022 |
| Oppositions to Motions for Summary Judgment and *Daubert* Motions | October 22, 2021 | February 25, 2022 |
| Replies in Support of Motions for Summary Judgment and *Daubert* Motions | November 5, 2021 | March 11, 2022 |
| All Trial Materials Due | November 12, 2021 | March 24, 2022 |
| Final Pretrial Conference | November 19, 2021 | April 4, 2022 |
| Trial | December 6, 2021 | April 25, 2022 |

---

[1] Except as ordered by the Court. *See e.g.*, Doc. 561 (ordering the Endo defendants to complete specific custodial productions "by June 21, 2021"). The parties further recognize that various disputes about the scope of Plaintiff's and various Defendants' productions remain, or may arise, so any production may not include custodial documents that are subject to current or future negotiations or responsive to discovery requests not yet agreed to in scope. After June 4, the only custodial documents that Plaintiff is aware of that will remain for it to produce are: (1) privilege and redaction review documents (i.e., documents set aside for privilege that could be produced after further review and/or redaction) and (2) documents that require re-review because of a coding issue or technical issue identified during the initial review.

1

2

3

4    DATED:   June 3, 2021                    Respectfully submitted,

5                                            */s/ Elizabeth J. Cabraser*
                                             Elizabeth J. Cabraser
6    DENNIS J. HERRERA                       Richard M. Heimann
     City Attorney                           Paulina do Amaral
7    RONALD P. FLYNN                         Kevin R. Budner
     YVONNE R. MERE                          Michael Levin-Gesundheit
8    OWEN J. CLEMENTS                        Jacob H. Polin
     SARA J. EISENBERG                       Miriam Marks
9    JAIME M. HULING DELAYE                  LIEFF CABRASER HEIMANN &
     Deputy City Attorneys                   BERNSTEIN, LLP
10   Fox Plaza                               275 Battery Street, 29th Floor
     1390 Market Street, Sixth Floor         San Francisco, California 94111-3339
11   San Francisco, CA  94102                Telephone: 415.956.1000
     Telephone:  415/554-3957                Facsimile: 415.956.1008
12   jaime.hulingdelaye@sfcityatty.org       ecabraser@lchb.com

13   Aelish M. Baig                          Paul J. Geller
     Hadiya K. Deshmukh                      Mark J. Dearman
14   Taeva Shefler                           Dorothy P. Antullis
     ROBBINS GELLER RUDMAN & DOWD            Nicolle Brito
15   LLP                                     ROBBINS GELLER RUDMAN & DOWD LLP
     Post Montgomery Center                  120 East Palmetto Park Road, Suite 500
16   One Montgomery Street, Suite 1800       Boca Raton, FL  33432
     San Francisco, CA  94104               Telephone:  561/750-3000
17   Telephone:  415/288-4545                561/750-3364 (fax)
     415/288-4534 (fax)                      pgeller@rgrdlaw.com
18   aelishb@rgrdlaw.com

19   Thomas E. Egler                         Louise Renne
     Jay Alvarez                             RENNE PUBLIC LAW GROUP
20   ROBBINS GELLER RUDMAN & DOWD            350 Sansome Street, Suite 300
     LLP                                     San Francisco, CA 94104
21   655 West Broadway, Suite 1900           Telephone:  415/848-7240
     San Diego, CA  92101                    415/848-7230 (fax)
22   Telephone:  619/231-1058                lrenne@publiclawgroup.com
     619/231-7423 (fax)
23   tome@rgrdlaw.com
     Jennie Lee Anderson                     Kevin Sharp
24   Audrey Siegel                           SANFORD HEISLER SHARP, LLP
     ANDRUS ANDERSON LLP                     611 Commerce Street, Suite 3100
25   155 Montgomery Street, Suite 900        Nashville, TN  37203
     San Francisco, CA  94104                Telephone:  615/434-7000
26   Telephone:  415/986-1400                615/434-7020 (fax)
     415/986-1474 (fax)                      ksharp@sanfordheisler.com
27   jennie@andrusanderson.com
     audrey.siegel@andrusanderson.com

28

1

2   Edward Chapin                                David S. Casey, Jr.
    SANFORD HEISLER SHARP, LLP                   Gayle M. Blatt
3   655 West Broadway, Suite 1700                Alyssa Williams
    San Diego, CA  92101                         CASEY GERRY SCHENK FRANCAVILLA
4   Telephone:  619/577-4253                     BLATT & PENFIELD LLP
    619/577-4250 (fax)                           110 Laurel Street
5   echapin2@sanfordheisler.com                  San Diego, CA  92101-1486
                                                 Telephone:  619/238-1811
6                                                619/544-9232 (fax)
                                                 dcasey@cglaw.com
7                                                gmb@cglaw.com
                                                 awilliams@cglaw.com

8   Ellen Relkin                                 Melinda Davis Nokes
    WEITZ & LUXENBERG P.C.                       WEITZ & LUXENBERG P.C.
9   700 Broadway                                 1880 Century Park East
    New York, NY  10003                          Los Angeles, CA  90067
10  Telephone:  212/558-5500                     Telephone:  310/247-0921
    212/344-5461 (fax)                           310/786-9927 (fax)
11  erelkin@weitzlux.com                         mnokes@weitzlux.com

12  Paul F. Novak
    Tiffany Ellis
13  Michael P. Piggins
    WEITZ & LUXENBERG, P.C.
14  24th Floor, The Fisher Building
    3011 W. Grand Boulevard
15  Detroit, Michigan 48202
    Tel: (313) 800-4170
16  pnovak@weitzlux.com

17  *Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco
    City Attorney Dennis J. Herrera*

18

19

20

21

22

23

24

25

26

27

28

4817-5357-8989.v1

DATED:  June 3, 2021

Respectfully submitted,

*s/ Sean O. Morris*

*s/ Brent A. Hawkins*

Sean O. Morris (SBN 200368)
John D. Lombardo (SBN 187142)
ARNOLD & PORTER KAYE
SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
sean.morris@arnoldporter.com
john.lombardo@arnoldporter.com

Jeremy T. Kamras (State Bar No. 237377)
Jeremy.Kamras@arnoldporter.com
ARNOLD & PORTER KAYE
SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Fax: (415) 471-3400

*Attorneys for Defendants Endo
Pharmaceuticals Inc., Endo Health
Solutions Inc., Par Pharmaceutical, Inc.,
and Par Pharmaceutical Companies, Inc.*

Brent A. Hawkins (S.B. # 314266)
Zachary Hill (S.B. #275886)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Telephone: (415) 442-1000
brent.hawkins@morganlewis.com
zachary.hill@morganlewis.com

Eric W. Sitarchuk*
Rebecca J. Hillyer*
MORGAN, LEWIS & BOCKIUS LLP
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com
1701 Market Street
Philadelphia, PA  19103-2921
Telephone: +1.215.963.5000
Facsimile: +1.215.963-5001

Wendy West Feinstein (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA  15219-6401
Telephone: (412) 560-7455
wendy.feinstein@morganlewis.com

*Attorneys for Defendants
Teva Pharmaceuticals USA, Inc.,
Cephalon, Inc., Actavis LLC, Watson
Laboratories, Inc., and Actavis Pharma,
Inc. f/k/a Watson Pharma, Inc.*

*\*Denotes national counsel, pro hac vice
forthcoming*

*s/ Zachary W. Byer*

*s/ Charles J. Stevens*

Zachary W. Byer (S.B. #301382)
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA  90071
Telephone: (213) 680-8400
zachary.byer@kirkland.com

Jennifer G. Levy, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jennifer.levy@kirkland.com

Charles J. Stevens (SBN 106981)
cstevens@gibsondunn.com
Joshua D. Dick (SBN 268853)
jdick@gibsondunn.com
Kelsey J. Helland (SBN 298888)
khelland@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

4817-5357-8989.v1

Donna Welch, P.C. (*pro hac vice*)
Timothy W. Knapp, P.C. (*pro hac vice*)
Karl Stampfl (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
donna.welch@kirkland.com
tknapp@kirkland.com
karl.stampfl@kirkland.com

*Attorneys for Defendants*
*Allergan Finance, LLC f/k/a Actavis,*
*Inc. f/k/a Watson Pharmaceuticals, Inc.,*
*Allergan Sales, LLC and Allergan USA,*
*Inc. and specially appearing defendant*
*Allergan plc f/k/a Actavis plc*

Kaspar Stoffelmayr
(*pro hac vice*)
kaspar.stoffelmayr@bartlitbeck.com
Katherine M. Swift
(*pro hac vice*)
kate.swift@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone: 312.494.4400
Facsimile: 312.494.4440

Alex Harris
(*pro hac vice*)
alex.harris@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO  80202
Telephone: 303.592.3100
Facsimile: 303.592.3140

*Attorneys for Defendant*
*Walgreen Co.*

*s/ Alan R. Ouellette*

Alan R. Ouellette (CA Bar. No. 272745)
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA  94104-1520
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
aouellette@foley.com

James W. Matthews (*pro hac vice*)
Ana M. Francisco (*pro hac vice*)
Katy E. Koski (*pro hac vice*)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA  02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001
jmatthews@foley.com
afrancisco@foley.com
kkoski@foley.com

*Attorneys for Defendant*
*Anda, Inc.*

4817-5357-8989.v1

1   PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

2

3   Dated:   June 15            , 2021

4                                                CHARLES R. BREYER
                                                 United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4817-5357-8989.v1

1

**ATTESTATION**

2        Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this

3   document has been obtained from the above signatories.

4   Dated: June 3, 2021                              By: _/s/ Thomas E. Egler_

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

  I hereby certify that, on June 4, 2021, service of this document was accomplished pursuant

3

to the Court's electronic filing procedures by filing this document through the ECF system.

4

5

      <u>/s/ Thomas E. Egler</u>
      THOMAS E. EGLER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4817-5357-8989.v1

**Mailing Information for a Case 3:18-cv-07591-CRB City and County of San Francisco et al v. Purdue Pharma L.P. et al**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Manzoor Ahmad**
  SAhmad@winston.com

- **X. Jay Alvarez**
  JayA@rgrdlaw.com,e_file_SD@rgrdlaw.com,mwaligurski@rgrdlaw.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,leland.belew@andrusanderson.com,jami.clark@andrusanderson.com,evelyn.rodas@andrusanderson.com,audrey.siegel@andrusanderson.

- **Dorothy P. Antullis**
  dantullis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,panderson@rgrdlaw.com,AYates@rgrdlaw.com,e_file_sd@rgrdlaw.com,mkuwashima@rgrdlaw.com

- **Sarah Jane Bily**
  SBily@winston.com

- **Gayle M Blatt**
  gmb@cglaw.com

- **Steven J. Boranian**
  sboranian@reedsmith.com,drothschild@reedsmith.com

- **Nicolle B Brito**
  NBrito@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Stephen Brody**
  sbrody@omm.com,steve-brody-4796@ecf.pacerpro.com

- **Kevin R. Budner**
  kbudner@lchb.com,mwillin@lchb.com,tlim@lchb.com,rtexier@lchb.com

- **Eric John Buhr**
  ebuhr@reedsmith.com,arochlin@reedsmith.com,aswenson@reedsmith.com

- **Zachary William Byer**
  zachary.byer@kirkland.com

- **Elizabeth J. Cabraser**
  ecabraser@lchb.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com,jremuszka@lchb.com

- **California DOJ**
  klwurster@gmail.com

- **David S. Casey , Jr**
  dcasey@cglaw.com,nancy@cglaw.com,camille@cglaw.com,sleonard@cglaw.com,jdavis@cglaw.com

- **Mark P. Chalos**
  mchalos@lchb.com

- **Edward D. Chapin**
  echapin2@sanfordheisler.com,fsalazar@sanfordheisler.com,jalvarez@sanfordheisler.com

- **Isaac D. Chaput**
  ichaput@cov.com

- **Isaac Daniel Chaput**
  ichaput@cov.com,jhykan@cov.com,docketing@cov.com

- **Owen J. Clements**
  owen.clements@sfcityatty.org,martina.hassett@sfcityatty.org,catheryn.daly@sfcityatty.org

- **Justine Marise Daniels**
  jdaniels@omm.com,justine-daniels-2309@ecf.pacerpro.com

- **James M Davis**
  jdavis@cglaw.com,vicki@cglaw.net

- **Cari K. Dawson**
  cari.dawson@alston.com,kate.smith@alston.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,dtack@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com

- **Joshua David Dick**
  jdick@gibsondunn.com,tmotichka@gibsondunn.com

- **Thomas Edward Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Sara Jennifer Eisenberg**
  sara.eisenberg@sfcityatty.org,john.cote@sfcityatty.org,martina.hassett@sfcityatty.org,yvonne.mere@sfcityatty.org,catheryn.daly@sfcityatty.org

- **Scott Austin Elder**
  scott.elder@alston.com

- **Tiffany Rose Ellis**
  tellis@weitzlux.com,slittman@weitzlux.com,nhryczyk@weitzlux.com

- **Brian M. Ercole**
  brian.ercole@morganlewis.com,peggy.martinez@morganlewis.com

- **Christopher Blair Essig**
  CEssig@swinston.com

- **Wendy West Feinstein**
  wendy.feinstein@morganlewis.com,tammy.miller@morganlewis.com,sarah.wasson@morganlewis.com,picalendaring@morganlewis.com,tamara.giulianelli@morganle

- **Ana Maria Francisco**
  afrancisco@foley.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,swinkles@rgrdlaw.com,swinkles@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,pgeller@ecf.courtdrive.com

- **Patricia Camille Guerra**
  camille@cglaw.com

- **August P. Gugelmann**
  august@smllp.law,august@ecf.courtdrive.com

- **Alex J. Harris**
  alex.harris@bartlitbeck.com,anne.doyle@bartlitbeck.com

- **Brent Allen Hawkins**
  brent.hawkins@morganlewis.com,julie.costello@morganlewis.com,CHCalendarDepartment@morganlewis.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Gregory Heinen**
  gheinen@foley.com,greg-heinen-7499@ecf.pacerpro.com

- **Kelsey John Helland**
  khelland@gibsondunn.com,dgriffin@gibsondunn.com

- **Jenny Ann Hergenrother**
  jenny.mendelsohn@alston.com,jenny.hergenrother@alston.com

- **Dennis J. Herrera**
  cityattorney@sfcityatty.org,brittany.feitelberg@sfcityatty.org

- **Zachary Hill**
  zachary.hill@morganlewis.com,wendy.feinstein@morganlewis.com,rebecca.hillyer@morganlewis.com,evan.jacobs@morganlewis.com

- **Jaime Marie Huling Delaye**
  jaime.hulingdelaye@sfcityatty.org,martina.hassett@sfcityatty.org,sarah.gutierrez@sfcityatty.org,catheryn.daly@sfcityatty.org

- **Traci Janelle Irvin**
  traci.irvin@ropesgray.com,courtalert@ropesgray.com

- **Daniel G. Jarcho**
  daniel.jarcho@alston.com

- **Sten A. Jernudd**
  sten.jernudd@bartlitbeck.com

- **Sarah Barr Johansen**
  sjohansen@reedsmith.com,AHenderson@reedsmith.com

- **Jeremy T Kamras**
  jeremy.kamras@arnoldporter.com,nicholas.zebrowski@arnoldporter.com,ecf-45a1d8277e87@ecf.pacerpro.com,ashley.gomez@arnoldporter.com,SFCalendar@aporter.com

- **Timothy William Knapp**
  tknapp@kirkland.com

- **Katy E Koski**
  kkoski@foley.com

- **Amy Jean Laurendeau**
  alaurendeau@omm.com,amy-laurendeau-9969@ecf.pacerpro.com,sstewart@omm.com

- **Michael Ian Levin-Gesundheit**
  mlevin@lchb.com

- **Jennifer Gardner Levy**
  jennifer.levy@kirkland.com

- **Charles Coleman Lifland**
  clifland@omm.com,charles-lifland-4890@ecf.pacerpro.com

- **John David Lombardo**
  John.Lombardo@arnoldporter.com,ecalendar@arnoldporter.com,William.Costley@arnoldporter.com

- **Amy Lucas**
  alucas@omm.com,amy-lucas-1835@ecf.pacerpro.com

- **Enu A Mainigi**
  emainigi@wc.com

- **Miriam Ellora Marks**
  mmarks@lchb.com

- **James W Matthews**
  jmatthews@foley.com

- **Shannon Elise McClure**
  smcclure@reedsmith.com,reed-smith-2312@ecf.pacerpro.com,shannon-mcclure-1157@ecf.pacerpro.com,eselfridge@reedsmith.com

- **Colleen Marie McNamara**
  CMcNamara@wc.com

- **Yvonne Rosil Mere**
  yvonne.mere@sfcityatty.org,martina.hassett@sfcityatty.org

- **Andrew Miller**
  amiller@sanfordheisler.com

- **Sean OLeary Morris**
  sean.morris@arnoldporter.com,edocketscalendaring@arnoldporter.com,vincent.esparza@arnoldporter.com,stacie.james@arnoldporter.com,rebecca.mcnew@arnoldpor

- **Melinda Davis Nokes**
  mnokes@weitzlux.com,lschultz@weitzlux.com,tellis@weitzlux.com,rcerci@weitzlux.com,jfarrell@weitzlux.com,dsavours@weitzlux.com

- **Paul F. Novak**
  pnovak@weitzlux.com,cgarcia@weitzlux.com,nhryczyk@weitzlux.com

- **Alan Ouellette**
  aouellette@foley.com,llanglois@foley.com,wdelvalle@foley.com,alan-ouellette-5627@ecf.pacerpro.com

- **Michael P. Piggins**
  mpiggins@weitzlux.com

- **Christian James Pistilli**
  cpistilli@cov.com

- **Jacob Henry Polin**
  jpolin@lchb.com

- **Luke Samuel Porter**
  lporter@reedsmith.com,gchiu@reedsmith.com,kjkelly@reedsmith.com

- **Louise Hornbeck Renne**
  lrenne@publiclawgroup.com,kbeaton@publiclawgroup.com,RPLG-docket@publiclawgroup.com

- **Jonathan Charles Sandler**
  jsandler@bhfs.com,pherron@bhfs.com

- **Molly Ellen Selway**
  Molly.Selway@doj.ca.gov

- **Nathan E. Shafroth**
  nshafroth@cov.com,ktrempy@cov.com,echiulos@cov.com,rlu@cov.com,ncutright@cov.com,rvantassell@cov.com,docketing@cov.com,isaac-chaput-

8316@ecf.pacerpro.com

- **Taeva Cantor Shefler**
  TShefler@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Audrey Claire Siegel**
  audrey.siegel@andrusanderson.com

- **Reid Smith**
  RFSmith@winston.com

- **Elizabeth Anne Sperling**
  elizabeth.sperling@alston.com,annie.yu@alston.com

- **Karl Anton Stampfl**
  karl.stampfl@kirkland.com

- **Charles Joseph Stevens**
  cstevens@gibsondunn.com,smaruschak@gibsondunn.com

- **Kaspar J. Stoffelmayr**
  kaspar.stoffelmayr@bartlit-beck.com

- **Sabrina Heron Strong**
  sstrong@omm.com,sabrina-strong-4823@ecf.pacerpro.com

- **Edward W. Swanson**
  ed@smllp.law,AmyMcGugian@ecf.courtdrive.com,ed@ecf.courtdrive.com,britt@ecf.courtdrive.com

- **Katherine Marquess Swift**
  kate.swift@bartlitbeck.com

- **Russell E Taylor**
  rtaylor@fbm.com,grenteria@fbm.com,calendar@fbm.com

- **Nicole R. Trama**
  Nicole.Trama@doj.ca.gov

- **Rocky C. Tsai**
  rocky.tsai@ropesgray.com,CourtAlert@RopesGray.com

- **Richard Allen VanDuzer**
  rvanduzer@fbm.com,jamante@fbm.com,calendar@fbm.com

- **Neelum Jane Wadhwani**
  nwadhwani@wc.com,CardinalWVParalegals@wc.com

- **Paul Jarrett Weeks**
  paul.weeks@kirkland.com

- **Donna Marie Welch**
  dwelch@kirkland.com

- **Alyssa M Williams**
  awilliams@cglaw.com

- **Sonya Diane Winner**
  swinner@cov.com,docketing@cov.com,calsbury@cov.com

- **Carl Brandon Wisoff**
  bwisoff@fbm.com,calendar@fbm.com,svillalobos@fbm.com

- **Keith Lee Wurster**
  keith.wurster@doj.ca.gov,klwurster@gmail.com,lindsey.cannan@doj.ca.gov

- **Douglas R. Young**
  dyoung@fbm.com,calendar@fbm.com

- **Paulina do Amaral**
  pdoamaral@lchb.com,catkins@lchb.com,fwhite@lchb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jennifer           Machlin Cecil
Winston & Strawn LLP
101 California Street, 35th Floor
San Francisco, CA 94111

Paul               Laprairie
Andrus Andersonl LLP
155 Montgomery Street, 900
San Francisco, CA 94104
```

1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   RONALD P. FLYNN, State Bar #184186
    Chief Deputy City Attorney
3   YVONNE R. MERE, State Bar #173594
    Chief of Complex & Affirmative Litigation
4   OWEN J. CLEMENTS, State Bar #141805
    SARA J. EISENBERG, State Bar #269303
5   JAIME M. HULING DELAYE, State Bar #270784
    Deputy City Attorneys
6   Fox Plaza
    1390 Market Street, Sixth Floor
7   San Francisco, CA  94102
    Telephone:  415/554-3957
8   jaime.hulingdelaye@sfcityatty.org

9   *Attorneys for Plaintiff The People of the State of California,*
    *acting by and through San Francisco City Attorney Dennis J. Herrera*

10  [Additional counsel appear on signature page.]

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  THE CITY AND COUNTY OF SAN          )   Case No. 3:18-cv-07591-CRB
    FRANCISCO, CALIFORNIA and THE       )
    PEOPLE OF THE STATE OF CALIFORNIA,  )   DECLARATION OF THOMAS E. EGLER
15  Acting by and through San Francisco City )   ACCOMPANYING STIPULATION AND
    Attorney DENNIS J. HERRERA,         )   [PROPOSED] ORDER TO MODIFY CASE
16                                      )   SCHEDULE
                           Plaintiffs,  )
17                                      )
            vs.                         )
18                                      )
    PURDUE PHARMA L.P., et al.,         )
19                                      )
                           Defendants.  )
20  _____)

21

22

23

24

25

26

27

28

4815-1660-0301.v1

I, Thomas E. Egler, pursuant to Local Civil Rule 6-2, declare the following:

1.     I am a member in good standing of the State Bar of California and admitted to practice before this Court.  I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called as a witness.  Pursuant to Civil L.R. 6-2(a), I make this declaration in connection with the Stipulation and [Proposed] Order to Modify Case Schedule ("Stipulation").

**Reasons for the Requested Enlargement of Time**

2.     The Stipulation generally moves the modifications previously sought by the parties by three weeks.  The trial date, previously requested to be April 4, 2022, is now requested to be April 25, 2022.

3.     As stated in the Stipulation, the parties previously agreed to modify the case schedule as proposed in the parties' May 7, 2021, Joint Case Management Statement (ECF No. 550), including changes to the substantial completion deadline; and on May 10, 2021, the Honorable Jacqueline Scott Corley indicated that the Court was willing to adopt those proposed deadlines and directed the parties to file a Stipulation and proposed order reflecting that schedule.

4.     Following the hearing, however, Defendants raised concerns about Plaintiff's productions of custodial files, including network drive documents.  While Plaintiff acknowledged at the April 14, 2021 hearing that it indicated it would complete production of all e-mails and network drive documents by May 14, 2021,  due to an internal misunderstanding it did not complete its production of those documents by that date.

5.     While Plaintiff has now completed production of all e-mails, and will complete production of all network drive documents by June 4, 2021 (three weeks after May 14, 2021 and in advance of the new substantial completion deadline), Defendants have requested a three-week extension to the dates proposed on May 7, 2021.  Plaintiff does not oppose the extension.

**All Previous Time Modifications in the Case, Whether by Stipulation or Court Order**

6.     This action was initiated on December 18, 2018, and was transferred under 28 U.S.C. §1407 to the Northern District of Ohio for inclusion in *In re Nat'l Prescription Opiate Litig.*, 1:17-md-2804 (N.D. Ohio).  It was remanded from that litigation in January 2020.  *See* ECF No. 18

(Order Remanding Case).  On April 2, 2020, the Court issued an Order Re: Partial Case Management Schedule setting deadlines for service of limited document requests, motion to dismiss briefing and submissions for a broader case schedule.  ECF No. 142.  Based on the parties' submissions, on June 16, 2020 the Court issued an Order Re: Amended Proposed Case Schedule.  ECF No. 226.

7.      On October 2, 2020, the Court issued an Order Re: Discovery Case Management Deadlines that adopted the parties' proposed extensions to the case schedule.  ECF No. 296.

8.      On May 7, 2021, the parties made a joint request for a schedule extension in their Joint Status Update.  ECF No. 550.  As noted above, this Stipulation generally adds three weeks to the dates sought in that documents.

**The Effect the Requested Time Modification Would Have on the Schedule for the Case**

9.      The prior schedule, the schedule proposed on May 7, 2021 and the current schedule proposals are listed below:

| Event | Current Schedule | May 7 Request | Stipulated Amended Schedule |
|---|---|---|---|
| Custodial productions substantial completion deadline | – | – | June 4, 2021 |
| Document production substantial completion deadline | February 26, 2021 | June 21, 2021 | June 21, 2021 |
| Plaintiff's expert reports | May 21, 2021 | September 14, 2021 | October 5, 2021 |
| Close of fact discovery | July 2, 2021 | October 22, 2021 | November 12, 2021 |
| Defendants' expert reports | July 23, 2021 | November 11, 2021 | December 2, 2021 |
| Plaintiff's expert rebuttal reports | August 20, 2021 | December 6, 2021 | December 23, 2021 |
| Close of expert discovery | September 3, 2021 | December 20, 2021 | January 14, 2022 |
| Motions for summary judgment and *Daubert* motions | September 24, 2021 | January 10, 2021 | January 24, 2022 |
| Oppositions to motions for summary judgment and *Daubert* motions | October 22, 2021 | February 10, 2022 | February 25, 2022 |
| Replies in support of motions for summary judgment and *Daubert* motions | November 5, 2021 | February 24, 2022 | March 11, 2022 |

| Event | Current Schedule | May 7 Request | Stipulated Amended Schedule |
|---|---|---|---|
| All trial materials due | November 12, 2021 | March 3, 2022 | March 24, 2022 |
| Final pretrial conference | November 19, 2021 | March 14, 2022 | April 4, 2022 |
| Trial | December 6, 2021 | April 4, 2022 | April 25, 2022 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 3rd day of June, 2021 at San Diego, California.

s/ Thomas E. Egler
THOMAS E. EGLER

1

CERTIFICATE OF SERVICE

2

I hereby certify under penalty of perjury that on June 4, 2021, I authorized the electronic

3

filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

4

notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I

5

hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the

6

non-CM/ECF participants indicated on the attached Manual Notice List.

7

  s/ Thomas E. Egler
THOMAS E. EGLER

8

ROBBINS GELLER RUDMAN

9

  & DOWD LLP
655 West Broadway, Suite 1900

10

San Diego, CA  92101-8498
Telephone:  619/231-1058

11

619/231-7423 (fax)

12

E-mail:  tome@rgrdlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 3:18-cv-07591-CRB City and County of San Francisco et al v. Purdue Pharma L.P. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Manzoor Ahmad**
  SAhmad@winston.com

- **X. Jay Alvarez**
  JayA@rgrdlaw.com,e_file_SD@rgrdlaw.com,mwaligurski@rgrdlaw.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,leland.belew@andrusanderson.com,jami.clark@andrusanderson.com,evelyn.rodas@andrusanderson.com,audrey.siegel@andrusanderson.

- **Dorothy P. Antullis**
  dantullis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,panderson@rgrdlaw.com,AYates@rgrdlaw.com,e_file_sd@rgrdlaw.com,mkuwashima@rgrdlaw.com

- **Sarah Jane Bily**
  SBily@winston.com

- **Gayle M Blatt**
  gmb@cglaw.com

- **Steven J. Boranian**
  sboranian@reedsmith.com,drothschild@reedsmith.com

- **Nicolle B Brito**
  NBrito@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Stephen Brody**
  sbrody@omm.com,steve-brody-4796@ecf.pacerpro.com

- **Kevin R. Budner**
  kbudner@lchb.com,mwillin@lchb.com,tlim@lchb.com,rtexier@lchb.com

- **Eric John Buhr**
  ebuhr@reedsmith.com,arochlin@reedsmith.com,aswenson@reedsmith.com

- **Zachary William Byer**
  zachary.byer@kirkland.com

- **Elizabeth J. Cabraser**
  ecabraser@lchb.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com,jremuszka@lchb.com

- **California DOJ**
  klwurster@gmail.com

- **David S. Casey , Jr**
  dcasey@cglaw.com,nancy@cglaw.com,camille@cglaw.com,sleonard@cglaw.com,jdavis@cglaw.com

- **Mark P. Chalos**
  mchalos@lchb.com

- **Edward D. Chapin**
  echapin2@sanfordheisler.com,fsalazar@sanfordheisler.com,jalvarez@sanfordheisler.com

- **Isaac D. Chaput**
  ichaput@cov.com

- **Isaac Daniel Chaput**
  ichaput@cov.com,jhykan@cov.com,docketing@cov.com

- **Owen J. Clements**
  owen.clements@sfcityatty.org,martina.hassett@sfcityatty.org,catheryn.daly@sfcityatty.org

- **Justine Marise Daniels**
  jdaniels@omm.com,justine-daniels-2309@ecf.pacerpro.com

- **James M Davis**
  jdavis@cglaw.com,vicki@cglaw.net

- **Cari K. Dawson**
  cari.dawson@alston.com,kate.smith@alston.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,dtack@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com

- **Joshua David Dick**
  jdick@gibsondunn.com,tmotichka@gibsondunn.com

- **Thomas Edward Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Sara Jennifer Eisenberg**
  sara.eisenberg@sfcityatty.org,john.cote@sfcityatty.org,martina.hassett@sfcityatty.org,yvonne.mere@sfcityatty.org,catheryn.daly@sfcityatty.org

- **Scott Austin Elder**
  scott.elder@alston.com

- **Tiffany Rose Ellis**
  tellis@weitzlux.com,slittman@weitzlux.com,nhryczyk@weitzlux.com

- **Brian M. Ercole**
  brian.ercole@morganlewis.com,peggy.martinez@morganlewis.com

- **Christopher Blair Essig**
  CEssig@swinston.com

- **Wendy West Feinstein**
  wendy.feinstein@morganlewis.com,tammy.miller@morganlewis.com,sarah.wasson@morganlewis.com,picalendaring@morganlewis.com,tamara.giulianelli@morganle

- **Ana Maria Francisco**
  afrancisco@foley.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,swinkles@rgrdlaw.com,swinkles@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,pgeller@ecf.courtdrive.com

- **Patricia Camille Guerra**
  camille@cglaw.com

- **August P. Gugelmann**
  august@smllp.law,august@ecf.courtdrive.com

- **Alex J. Harris**
  alex.harris@bartlitbeck.com,anne.doyle@bartlitbeck.com

- **Brent Allen Hawkins**
  brent.hawkins@morganlewis.com,julie.costello@morganlewis.com,CHCalendarDepartment@morganlewis.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Gregory Heinen**
  gheinen@foley.com,greg-heinen-7499@ecf.pacerpro.com

- **Kelsey John Helland**
  khelland@gibsondunn.com,dgriffin@gibsondunn.com

- **Jenny Ann Hergenrother**
  jenny.mendelsohn@alston.com,jenny.hergenrother@alston.com

- **Dennis J. Herrera**
  cityattorney@sfcityatty.org,brittany.feitelberg@sfcityatty.org

- **Zachary Hill**
  zachary.hill@morganlewis.com,wendy.feinstein@morganlewis.com,rebecca.hillyer@morganlewis.com,evan.jacobs@morganlewis.com

- **Jaime Marie Huling Delaye**
  jaime.hulingdelaye@sfcityatty.org,martina.hassett@sfcityatty.org,sarah.gutierrez@sfcityatty.org,catheryn.daly@sfcityatty.org

- **Traci Janelle Irvin**
  traci.irvin@ropesgray.com,courtalert@ropesgray.com

- **Daniel G. Jarcho**
  daniel.jarcho@alston.com

- **Sten A. Jernudd**
  sten.jernudd@bartlitbeck.com

- **Sarah Barr Johansen**
  sjohansen@reedsmith.com,AHenderson@reedsmith.com

- **Jeremy T Kamras**
  jeremy.kamras@arnoldporter.com,nicholas.zebrowski@arnoldporter.com,ecf-
  45a1d8277e87@ecf.pacerpro.com,ashley.gomez@arnoldporter.com,SFCalendar@aporter.com

- **Timothy William Knapp**
  tknapp@kirkland.com

- **Katy E Koski**
  kkoski@foley.com

- **Amy Jean Laurendeau**
  alaurendeau@omm.com,amy-laurendeau-9969@ecf.pacerpro.com,sstewart@omm.com

- **Michael Ian Levin-Gesundheit**
  mlevin@lchb.com

- **Jennifer Gardner Levy**
  jennifer.levy@kirkland.com

- **Charles Coleman Lifland**
  clifland@omm.com,charles-lifland-4890@ecf.pacerpro.com

- **John David Lombardo**
  John.Lombardo@arnoldporter.com,ecalendar@arnoldporter.com,William.Costley@arnoldporter.com

- **Amy Lucas**
  alucas@omm.com,amy-lucas-1835@ecf.pacerpro.com

- **Enu A Mainigi**
  emainigi@wc.com

- **Miriam Ellora Marks**
  mmarks@lchb.com

- **James W Matthews**
  jmatthews@foley.com

- **Shannon Elise McClure**
  smcclure@reedsmith.com,reed-smith-2312@ecf.pacerpro.com,shannon-mcclure-1157@ecf.pacerpro.com,eselfridge@reedsmith.com

- **Colleen Marie McNamara**
  CMcNamara@wc.com

- **Yvonne Rosil Mere**
  yvonne.mere@sfcityatty.org,martina.hassett@sfcityatty.org

- **Andrew Miller**
  amiller@sanfordheisler.com

- **Sean OLeary Morris**
  sean.morris@arnoldporter.com,edocketscalendaring@arnoldporter.com,vincent.esparza@arnoldporter.com,stacie.james@arnoldporter.com,rebecca.mcnew@arnoldpor

- **Melinda Davis Nokes**
  mnokes@weitzlux.com,lschultz@weitzlux.com,tellis@weitzlux.com,rcerci@weitzlux.com,jfarrell@weitzlux.com,dsavours@weitzlux.com

- **Paul F. Novak**
  pnovak@weitzlux.com,cgarcia@weitzlux.com,nhryczyk@weitzlux.com

- **Alan Ouellette**
  aouellette@foley.com,llanglois@foley.com,wdelvalle@foley.com,alan-ouellette-5627@ecf.pacerpro.com

- **Michael P. Piggins**
  mpiggins@weitzlux.com

- **Christian James Pistilli**
  cpistilli@cov.com

- **Jacob Henry Polin**
  jpolin@lchb.com

- **Luke Samuel Porter**
  lporter@reedsmith.com,gchiu@reedsmith.com,kjkelly@reedsmith.com

- **Louise Hornbeck Renne**
  lrenne@publiclawgroup.com,kbeaton@publiclawgroup.com,RPLG-docket@publiclawgroup.com

- **Jonathan Charles Sandler**
  jsandler@bhfs.com,pherron@bhfs.com

- **Molly Ellen Selway**
  Molly.Selway@doj.ca.gov

- **Nathan E. Shafroth**
  nshafroth@cov.com,ktrempy@cov.com,echiulos@cov.com,rlu@cov.com,ncutright@cov.com,rvantassell@cov.com,docketing@cov.com,isaac-chaput-

8316@ecf.pacerpro.com

- **Taeva Cantor Shefler**
  TShefler@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Audrey Claire Siegel**
  audrey.siegel@andrusanderson.com

- **Reid Smith**
  RFSmith@winston.com

- **Elizabeth Anne Sperling**
  elizabeth.sperling@alston.com,annie.yu@alston.com

- **Karl Anton Stampfl**
  karl.stampfl@kirkland.com

- **Charles Joseph Stevens**
  cstevens@gibsondunn.com,smaruschak@gibsondunn.com

- **Kaspar J. Stoffelmayr**
  kaspar.stoffelmayr@bartlit-beck.com

- **Sabrina Heron Strong**
  sstrong@omm.com,sabrina-strong-4823@ecf.pacerpro.com

- **Edward W. Swanson**
  ed@smllp.law,AmyMcGugian@ecf.courtdrive.com,ed@ecf.courtdrive.com,britt@ecf.courtdrive.com

- **Katherine Marquess Swift**
  kate.swift@bartlitbeck.com

- **Russell E Taylor**
  rtaylor@fbm.com,grenteria@fbm.com,calendar@fbm.com

- **Nicole R. Trama**
  Nicole.Trama@doj.ca.gov

- **Rocky C. Tsai**
  rocky.tsai@ropesgray.com,CourtAlert@RopesGray.com

- **Richard Allen VanDuzer**
  rvanduzer@fbm.com,jamante@fbm.com,calendar@fbm.com

- **Neelum Jane Wadhwani**
  nwadhwani@wc.com,CardinalWVParalegals@wc.com

- **Paul Jarrett Weeks**
  paul.weeks@kirkland.com

- **Donna Marie Welch**
  dwelch@kirkland.com

- **Alyssa M Williams**
  awilliams@cglaw.com

- **Sonya Diane Winner**
  swinner@cov.com,docketing@cov.com,calsbury@cov.com

- **Carl Brandon Wisoff**
  bwisoff@fbm.com,calendar@fbm.com,svillalobos@fbm.com

- **Keith Lee Wurster**
  keith.wurster@doj.ca.gov,klwurster@gmail.com,lindsey.cannan@doj.ca.gov

- **Douglas R. Young**
  dyoung@fbm.com,calendar@fbm.com

- **Paulina do Amaral**
  pdoamaral@lchb.com,catkins@lchb.com,fwhite@lchb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jennifer          Machlin Cecil
Winston & Strawn LLP
101 California Street, 35th Floor
San Francisco, CA 94111

Paul              Laprairie
Andrus Andersonl LLP
155 Montgomery Street, 900
San Francisco, CA 94104
```