IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>    Defendants. | Case No. 18-cv-07591-CRB (JSC)<br><br>**ORDER REGARDING SETTLEMENT STATUS UPDATE** |

On August 9, 2021, the Stipulating Parties[1] updated the Court on the status of the ongoing settlement process. Fourth Joint Notice Regarding Update on Status of Settlement ("Update") (dkt. 616). The Update explains the mechanics and timeline for the settlement process, which is early stage and may take several months. Id. at 1–3. The Stipulating Parties suggest they provide a further update if at any point the negotiations fail or "in any case, by September 20, 2021 to report on the progress made." Id. at 3.

The Court orders the Stipulating Parties to promptly update the Court in the event the negotiations fail. In any case, the Stipulating Parties shall submit a further update on **September 20, 2021** regarding the status of the settlement process.

---

[1] "Stipulating Parties" include Defendants McKesson Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Johnson & Johnson, its subsidiary Janssen Pharmaceuticals Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. and its former affiliate Noramco, Inc. together with Plaintiff. See Order Staying Proceedings Against Certain Defendants (dkt. 441).

**IT IS SO ORDERED.**

Dated: August 17, 2021



_____
CHARLES R. BREYER
United States District Judge