Sean O. Morris (SBN 200368)
sean.morris@arnoldporter.com
John D. Lombardo (SBN 187142)
john.lombardo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Jeremy T. Kamras (SBN 237377)
jeremy.kamras@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

*Attorneys for Defendants*
Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Endo International plc, Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PURDUE PHARMA L.P., et al., <br><br> Defendants. | Case No. 3:18-cv-07591-CRB-JSC <br><br> **ARNOLD & PORTER'S NOTICE OF REQUEST AND REQUEST FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANTS ENDO PHARMACEUTICALS INC., ENDO HEALTH SOLUTIONS INC., ENDO INTERNATIONAL PLC, PAR PHARMACEUTICAL, INC., AND PAR PHARMACEUTICAL COMPANIES, INC.; [PROPOSED] ORDER** |

ARNOLD & PORTER'S NOTICE OF REQUEST AND REQUEST FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANTS ENDO PHARMACEUTICALS INC., ENDO HEALTH SOLUTIONS INC., ENDO INTERNATIONAL PLC, PAR PHARMACEUTICAL, INC., AND PAR PHARMACEUTICAL COMPANIES, INC.; [PROPOSED] ORDER [No. 3:18-cv-07591-CRB-JSC]

US 170636502v4

NOTICE TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law firm of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), including its attorneys Sean O. Morris, John L. Lombardo, and Jeremy T. Kamras, requests leave to withdraw as co-counsel of record for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Endo International plc, Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. (collectively, "Endo and Par"), in accordance with Northern District Local Civil Rule 11-5.

Dated: October 29, 2021

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: /s/ Jeremy T. Kamras
    Jeremy T. Kamras

*Attorneys for Defendants*
Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Endo International plc, Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.

ARNOLD & PORTER'S NOTICE OF REQUEST AND REQUEST FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANTS ENDO PHARMACEUTICALS INC., ENDO HEALTH SOLUTIONS INC., ENDO INTERNATIONAL PLC, PAR PHARMACEUTICAL, INC., AND PAR PHARMACEUTICAL COMPANIES, INC.; [PROPOSED] ORDER [No. 3:18-cv-07591-CRB-JSC]

US 170636502v4

## REQUEST OF ARNOLD & PORTER KAYE SCHOLER LLP FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR ENDO AND PAR

Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), including its attorneys Sean O. Morris, John L. Lombardo, and Jeremy T. Kamras, hereby requests leave to withdraw as co-counsel of record for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Endo International plc, Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. (collectively, "Endo and Par"), pursuant to Northern District Local Civil Rule 11-5.

Withdrawal will neither prejudice Endo and Par, nor delay trial, as these Defendants have been and will continue to be represented by co-counsel from the law firms of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), Hueston Hennigan LLP ("Hueston Hennigan"), Redgrave LLP ("Redgrave"), and McCarter & English, LLP ("McCarter"). Skadden, Hueston Hennigan, Redgrave, and McCarter are familiar with the issues presented, and have and continue to participate in discovery proceedings; Hueston Hennigan is also lead trial counsel. Arnold & Porter has informed Endo and Par of its intent to withdraw as co-counsel of record in this matter, and Endo and Par have consented to its withdrawal.

As such, this Court should grant Arnold & Porter's request for leave to withdraw as co-counsel of record for Endo and Par.

Dated: October 29, 2021

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Jeremy T. Kamras*
Jeremy T. Kamras

*Attorneys for Defendants*
Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Endo International plc, Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.

ARNOLD & PORTER'S NOTICE OF REQUEST AND REQUEST FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANTS ENDO PHARMACEUTICALS INC., ENDO HEALTH SOLUTIONS INC., ENDO INTERNATIONAL PLC, PAR PHARMACEUTICAL, INC., AND PAR PHARMACEUTICAL COMPANIES, INC.; [PROPOSED] ORDER [No. 3:18-cv-07591-CRB-JSC]

US 170636502v4

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Arnold & Porter Kaye Scholer LLP ("Arnold & Porter") has withdrawn as co-counsel of record for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Endo International plc, Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.

The Clerk of the Court is ordered to enter Arnold & Porter's withdrawal (including its attorneys Sean O. Morris, John L. Lombardo, and Jeremy T. Kamras) in this case docket and to terminate Notices of Electronic Filing for the withdrawing attorneys.

Dated: _____

_____
HONORABLE CHARLES R. BREYER
U.S. DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ARNOLD & PORTER'S REQUEST FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANTS ENDO PHARMACEUTICALS INC., ENDO HEALTH SOLUTIONS INC., ENDO INTERNATIONAL PLC, PAR PHARMACEUTICAL, INC., AND PAR PHARMACEUTICAL COMPANIES, INC. [No. 3:18-cv-07591-CRB-JSC]

US 170636502v4