1   DAVID CHIU, State Bar #189542
    City Attorney
2   YVONNE R. MERE, State Bar #173594
    Chief Deputy City Attorney
3   SARA J. EISENBERG, State Bar #269303
    Chief of Complex & Affirmative Litigation
4   OWEN J. CLEMENTS, State Bar #141805
    JAIME M. HULING DELAYE, State Bar #270784
5   Deputy City Attorneys
    Fox Plaza
6   1390 Market Street, Sixth Floor
    San Francisco, CA  94102
7   Telephone:  415/554-3957
    jaime.hulingdelaye@sfcityatty.org
8
    *Attorneys for Plaintiff The People of the State of California,*
9   *acting by and through San Francisco City Attorney David Chiu*

10  [Additional counsel appear on signature page.]

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13  THE CITY AND COUNTY OF SAN          )  Case No. 3:18-cv-07591-CRB
    FRANCISCO, CALIFORNIA and THE       )
14  PEOPLE OF THE STATE OF CALIFORNIA,  )  JOINT STATUS UPDATE
    Acting by and through San Francisco City )
15  Attorney DAVID CHIU,                )  Judges:  Hon. Charles R. Breyer and
                                        )          Jacqueline Scott Corley
16                  Plaintiffs,         )
                                        )
17          vs.                         )
                                        )
18  PURDUE PHARMA L.P., et al.,         )
                                        )
19                  Defendants.         )
                                        )
20

21

22

23

24

25

26

27

28

4895-5946-3684.v1

On November 18, 2021, the Court issued an Order Re Pharmacist Deposition Discovery Dispute and November 17, 2021 Discovery Hearing.  ECF No. 781.  The Court ordered, among other things, that:

By November 23, 2021, the parties shall file a joint submission that:

- Provides the dates for all uncompleted depositions.  If the parties have not agreed to a date for a particular deposition, they must provide the date by which they will have agreed to a date.

- Provides the dates for any other forthcoming discovery.

- Summarizes any open discovery disputes and provides deadlines by which the disputes will be raised with the Court.

*Id.* at 2-3.

Pursuant to that Order, the parties provide the following deposition and discovery schedule as well as a summary of open disputes.

## I.     DEPOSITIONS TO BE COMPLETED

The following depositions are scheduled, planned, or noticed by Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu ("Plaintiff") of defendant group-related witnesses as noted:

| Deponent | Primary Pertinent Defendant Group | Date Set | Notes |
|---|---|---|---|
| Shelly Fitch | Allergan[1] | 12/9 | |
| Adriana Knoblauch | Allergan | 12/2 | |
| Kimberly (Bloom) Poropat | Anda | 12/1 | |
| Norman Dodes | Anda | 12/3 | |
| James Gatto | Anda | 12/8 | |
| Endo 30(b)(6) | Endo | | Scope and Date under negotiation (see below); The parties will resolve issues and agree to a date by 12/3 |

[1]     As used herein, "Allergan" refers to Defendants Allergan Finance, LLC, Allergan Sales, LLC, and Allergan USA, Inc., and Specially Appearing Defendant Allergan plc. Defendant Allergan Finance, LLC was formerly known as Actavis, Inc., which was formerly known as Watson Pharmaceuticals, Inc. Defendant Allergan plc, which was formerly known as Actavis plc and is now known as Allergan Limited, does not waive but rather expressly preserves its objection to the Court's personal jurisdiction over it.

| Kayla Kelnhofer | Endo | 11/29 | |
|---|---|---|---|
| Annie Wang | Endo | 12/3 | |
| Monica Ferrone | Endo | Date not set | The parties will agree to a date by 12/3 |
| Linda Kitlinski (cross-noticed by Endo in this case) | Endo | 11/22-23 | This deposition remains open. There will be a third day scheduled in December or early January by agreement of the parties due to the large number of cases in which the deposition was cross-noticed. |
| Teva 30(b)(6) | | Date not set | Endo objected to this notice; the parties continue to meet and confer and are submitting a dispute paper (see below) |
| Jacqueline Morrison | Teva | 12/16 | |
| Jill Santens | Teva | 12/15 | |
| William Sweet | Teva | 12/10 | |
| Tim Fortescue | Teva | 12/1 | |
| Walgreens 30(b)(6) | Walgreens | Date not set | Scope and date under negotiation (see below). The parties will agree on both or submit any remaining disputes to the Court by November 23. |
| Robert Yagar | Walgreens | Date not set | Mr. Yagar returned from leave on November 22. |
| Joseph Ferry | Walgreens (former) | 12/8-9 | Deposition scheduled in conjunction with counsel for the States of New Mexico and Nevada |
| Rebecca Gayle | Walgreens | 12/6 | Ms. Gayle is a former Walgreens employee who is not represented by Walgreens' counsel. |
| Jeremy Gerspacher | Walgreens | 12/7 | Mr. Gerspacher is a former Walgreens employee who is not represented by Walgreens' counsel. |
| Golnaz Kamali | Walgreens | 12/8 | Ms. Golnaz is a former Walgreens employee who is not represented by Walgreens' counsel. |
| One additional pharmacist | Walgreens | | |

The following depositions are scheduled or planned by Plaintiff of Non-Party witnesses as noted:

| Name | Date | Notes |
|---|---|---|
| Syneos Health, f/k/a Encuity Research LLC | 12/3 | |
| Stephen Seid | Date not set | Former employee of Purdue; Plaintiff and counsel for witness attempting to negotiate dates by 12/3/2021 |

| Tony Scifo | Date not set | Former employee of Purdue; Plaintiff and counsel for witness attempting to negotiate dates by 12/3/2021 |
| Gina Telford | Date not set | Former employee of Purdue; Plaintiff and counsel for witness attempting to negotiate dates by 12/3/2021 |
| Thomas Mollick | Date not set | Former employee of Purdue; Plaintiff and counsel for witness attempting to negotiate dates by 12/3/2021 |

The following depositions are scheduled or planned of Plaintiff-related witnesses by the defendant groups as noted:

| Name | Date | Notes |
|---|---|---|
| Jesus Mora | 12/3 | IT Manager at San Francisco Fire Department |
| Dr. Phillip Coffin | Date not set | Designated as non-retained expert; Deposition to be scheduled after rebuttal expert reports are served. |
| Dr. Claire Horton | Date not set | Sought by Walgreens.  Subject to negotiations with UCSF. Plaintiff offered 12/10/2021. |
| Dr. Barry Zevin | Date not set | Returns from sabbatical in early December. Deposition to be scheduled by 12/10. |
| 30(b)(6) - The People | Date not set | Sought by Endo.  Subject to motion (see below). |
| 30(b)(6) – Board of Supervisors | Date not set | Scope and Date under negotiation (see below); The parties will resolve issues and agree to a date and/or raise with the Court by 12/10. |
| 30(b)(6) – Controller's Office | Date not set | Scope and Date under negotiation (see below); The parties will resolve issues and agree to a date and/or raise with the Court by 12/10. |
| 30(b)(6) – Mayor of San Francisco | Date not set | Scope and Date under negotiation (see below); The parties will resolve issues and agree to a date and/or raise with the Court by 12/10. |
| 30(b)(6) – District Attorney | Date not set | Scope and Date under negotiation (see below); The parties will resolve issues and agree to a date and/or raise with the Court by 12/10. |
| 30(b)(6) – Zuckerberg San Francisco General Hospital Pharmacy | 12/10 | Sought by Walgreens. |

## II.    DISCOVERY MATERIALS TO BE PRODUCED

Pursuant to prior agreements or court orders, the parties will produce the documents and materials below by the date noted.  To the extent any production leads to the need for further

proceedings or Court intervention, the parties will inform the Court as soon as possible.  The parties have agreed to serve all interrogatory verifications by December 3, 2021.

**A.      Plaintiff Has Agreed to Produce the Following Materials to Defendants by the Following Dates:**

Plaintiff's supplements to Non-Stayed Manufacturer Defendant Interrogatories: Plaintiff will supplement responses by November 24, 2021, with citations to the specific page numbers of the expert reports that Plaintiff contends provide responsive information.

By December 10, Plaintiff agreed to supplement its response to Walgreens' Interrogatory No. 4 (First Set).  Walgreens had asked Plaintiff that, to the extent it plans to "identify, mention, discuss, or reference any other prescribers at trial in relation to their prescribing or any suspected wrongdoing related to prescription opioids, please supplements [its] response to include them."  Plaintiff agreed to do so.

**B.      Defendants Have Agreed to Produce the Following Materials to Plaintiff by the Following Dates:**

**1.      ALLERGAN**

No promised or ordered materials at this time.

**2.      ANDA**

No promised or ordered materials at this time.

**3.      ENDO and PAR**

The Endo and Par defendants expect to produce additional documents in the MDL as reported in the parties' November 16, 2021 Joint Status Report.  (ECF No. 773 at 18-19.)  To the extent necessary, Endo and Par will supplement their privilege logs in this case by November 24, 2021.  (*See* ECF No. 781).  Additionally, Endo expects to produce a small supplement to the spreadsheets reflecting HCP payment data by December 3, 2021.

**4.      TEVA**

No promised or ordered materials at this time.

**5.      WALGREENS**

Plaintiff and Walgreens are discussing dates for Plaintiff's inspection of Walgreens' pharmacy software systems (as ordered in ECF No. 781).

Per the Order Following November 2, 2021 Status Conference, Plaintiff sent Walgreens a list of specific education and training materials for which Plaintiff seeks logs of attendance or completion on November 22. *See* ECF No. 725. Plaintiff awaits Walgreens' response.

### III. OPEN DISCOVERY DISPUTES AND DEADLINE FOR SEEKING COURT INTERVENTION

#### A. Plaintiff Has the Following Outstanding Potential Discovery Disputes with Defendants and, if Necessary, Will Raise Them with the Court by the Date Noted at the Latest:

##### 1. ANDA

Plaintiff has scheduled a meet and confer with defendant Anda on November 29 related to Anda's responses and objections to Plaintiff's Third Set of Interrogatories and Fourth Set of Requests for Production of Documents to Anda, Inc. (both served on November 12, 2021) and related issues. The parties will raise any issues with the Court by December 10. Additionally, Anda's responses to the Third Set of Interrogatories raise questions about the scope of Anda's earlier transactional data and documents concerning "direct" and "indirect" sales to San Francisco. Plaintiff has requested a meet and confer on this issue and, if not resolved will also raise it with the Court by December 10.

##### 2. ENDO

Although the parties continue to meet and confer in an attempt to narrow or resolve disputes, Endo and Plaintiff plan to file a discovery dispute paper on November 24 seeking Court intervention on a number of issues including Endo's responses to interrogatories and production of marketing materials, and a Fed. R. Civ. P. 30(b)(6) notice Plaintiff served on Endo. Plaintiff may need further Court intervention on issues with regard to discovery materials that are just being produced, but will continue to meet and confer with the Endo defendants.

##### 3. TEVA

On October 29, Plaintiff requested Rule 30(b)(6) deposition testimony designed to authenticate, lay foundation for, and question regarding, certain marketing/training videos shown to sales representatives and others, as well as direct-to-consumer marketing materials and budgets from the Teva/Actavis defendants. Plaintiff and Teva/Actavis defendants have met and conferred twice,

1   and Plaintiff narrowed its proposal and is willing to accept written responses for certain of the topics.

2   Teva/Actavis provided a follow-up letter on Thursday, November 18, 2021, and Plaintiff is

3   requesting a meet and confer for this week.  If the issues are not resolved, the parties will raise the

4   issue with the Court by December 10, 2021.

5           **4.      WALGREENS**

6           (a)     **Follow up on APIS complaint files.**  On November 18, Plaintiff requested the

7   underlying documents for 11 additional incidents in the APIS database (out of a total of 64 requested

8   to date, which Walgreens has otherwise produced).  Plaintiff also committed to completing its

9   review, and making any resulting requests, by early December.  Walgreens has thus far refused to

10  make any additional productions.  The parties will continue to meet and confer and, if necessary,

11  simultaneously exchange and file 2-page dispute statements no later than November 30.

12          (b)     **Employee Dispute Log re: Controlled Substance Dispensing.**  As discussed at the

13  last hearing, Plaintiff requested that Walgreens produce a log of employee demand letters, civil

14  complaints, and settlements related to its dispensing policy—all of which would be responsive to

15  Plaintiff's Request for Production No. 8 (seeking, *inter alia*, "all documents and discovery . . . and

16  any accompanying documents, from any litigation, mediation, . . . or arbitration regarding . . .

17  dispensing . . . of Opioids or Cocktail drugs.").  Walgreens told Plaintiff it would not produce the

18  log.  Plaintiff proposes that the parties simultaneously exchange and file 1-page dispute statements

19  no later than November 30.

20          (c)     **Written discovery responses.** On November 12, Walgreens served responses and

21  objections to interrogatories, requests for productions, and requests for admission that Plaintiff

22  believes are deficient.  The parties met and conferred on November 23 and agreed to continue the

23  discussions.  To the extent any disputes remain, Plaintiff proposes that the parties simultaneously

24  exchange and file 2-page dispute statements no later than December 3.

25          (d)     **Rule 30(b)(6) deposition.** Per Court order, and subsequent stipulation, by November

26  23, the parties will submit remaining disputes, if any, regarding the scope of Plaintiff's Rule 30(b)(6)

27  deposition of Walgreens.

28

#### 5.   ONGOING DISCUSSIONS REGARDING DOCUMENT AUTHENTICITY AND ADMISSIBILITY

In October, Plaintiff proposed two stipulations to defendants regarding (1) the authenticity and admissibility of documents produced in this and related matters, and (2) the foundation for marketing materials produced by defendants.  Defendants responded with written queries about the issues, to which Plaintiff has not yet provided answers.  The parties intend to continue to meet and confer on these issues.

**B.   Defendants Have the Following Outstanding Discovery Disputes with Plaintiff and, if Necessary, Will Raise Them with the Court by the Date Noted at the Latest:**

#### 1.   MANUFACTURING DEFENDANTS

(a)   **Deficient responses to second and third sets of interrogatories.**  The parties have met and conferred multiple times regarding Plaintiff's responses to Manufacturer Defendants' second and third sets of interrogatories.  Plaintiff served supplemental responses on November 11, 2021.  Manufacturer Defendants continue to believe that Plaintiff's supplemental responses to Interrogatory Nos. 26, 27, 31, 33, 35, 37, and 41 are deficient.  Plaintiff stated above that it intends to follow the Court's order on this topic and provide further supplemental responses with citations to the specific page numbers of the expert reports that Plaintiff contends provide information responsive to these interrogatory requests by November 24, 2021.  Manufacturer Defendants assert that such further supplementation will not address any of the other deficiencies that Manufacturer Defendants allege exist in the Plaintiff's responses to these interrogatories.  As the parties have met and conferred multiple times on these remaining issues, Manufacturer Defendants propose that the parties simultaneously exchange and file two page dispute statements no later than December 3, 2021.

(b)   **Deficient responses to fourth set of interrogatories.**  On November 12, Plaintiff served responses and objections to Manufacturer Defendants' fourth set of interrogatories.  The next business day, Manufacturer Defendants sent a letter identifying what they believe to be multiple deficiencies in those responses and requesting to meet and confer.  The parties have not met and conferred on these issues, but Plaintiff stated above that it intends to follow the Court's order on this

1    topic and provide supplemental responses with citations to the specific page numbers of the expert

2    reports that Plaintiff contends provide information responsive to these interrogatory requests by

3    November 24, 2021. If disputes remain, Manufacturer Defendants will raise them promptly with

4    Plaintiff, will seek to meet and confer during the week of November 29, and will seek an accelerated

5    briefing schedule on any unresolved issues.

6               **2.    ALLERGAN**

7          Allergan sent notices for deposition and documents pursuant to Fed. R. Civ. P. 30(b)(6) to

8    four San Francisco-related entities: The Office of the Mayor, The Board of Supervisors, the

9    Controller and the San Francisco District Attorney.  The parties are negotiating the scope of any

10   appropriate testimonial and written responses.  To the extent the parties cannot resolve any issues,

11   they will raise them with the Court by December 10.

12         On October 29, Allergan made three requests for production of materials identified during

13   the deposition of Mark Corso, Chief Financial Officer, San Francisco Fire Department.   On

14   November 10, Plaintiff made a supplemental production responsive to request nos. 1 and 2.

15   Information concerning request no. 3 remains outstanding.[2]   The parties will work to resolve the

16   production of these materials.  To the extent the parties cannot resolve any issues, they will raise

17   them with the Court by December 10.

18               **3.    ANDA**

19         On November 18, Anda inquired whether, consistent with this Court's guidance at the

20   November 17 discovery conference, Plaintiff intends to supplement a number of its responses to

21   Distributor Defendants' interrogatories in this matter where Plaintiff either deferred the response to

22   its expert reports or said it would answer at the end of fact discovery.  Plaintiff has not yet

23   responded.  Anda assumes Plaintiff will agree to supplement, but if not, will meet-and-confer and

24   raise any issues with this Court by December 15.

25

26

27   [2]   "Any and all final allocations for any community paramedicine programs including, without
     limitation, the final allocation made around May or June 2021."  *See, e.g.*, M. Corso Dep. 253:14-
28   255:23.  Oct. 27, 2021.

1

2        **4.     ENDO**

       (a)     The Endo defendants served a notice for deposition and documents pursuant to Fed.

3   R. Civ. P. 30(b)(6) on Plaintiff, the People of the State of California.  The parties have reached an

4   impasse on numerous issues, are preparing a discovery dispute submission and Endo expects to seek

5   Court intervention this week.

6        (b)     As described in several Joint Status Reports submitted over the past few months, the

7   Endo defendants have raised various issues about the temporal scope of materials the City and

8   County of San Francisco departments have produced.  The parties continue to meet and confer on

9   these issues.  If the issues are not resolved by the parties will raise them with the Court by December

10   10.

11        **5.     TEVA**

12        No issues at this time.

13        **6.     WALGREENS**

14       (a)     **Zuckerberg San Francisco General Hospital Pharmacy.**   The parties are

15   discussing the scope and timing of the 30(b)(6) deposition of Zuckerberg San Francisco General

16   Hospital Pharmacy (Plaintiff offered December 10, which Walgreens is considering).  Walgreens

17   proposes that, if there are any disputes, the parties simultaneously exchange and file 2-page dispute

18   statements no later than December 3.

19       (b)     **Doctor Re-Identification in CURES.**  Walgreens served notices on a few dozen

20   prescribers, including some Plaintiff-employed prescribers, informing these prescribers that

21   Walgreens intends to re-identify them by name in the CURES data.  Walgreens asked that the

22   prescribers provide any objections by November 22.  Walgreens anticipates that DOJ will object to

23   their re-identification, and given that DOJ is not a party to this stipulation, Walgreen plans to ask

24   DOJ to consent to this Court's dispute resolution protocol and then to serve a dispute letter on DOJ

25   by December 1.

26       (c)     **Plaintiff's Response to Walgreens' Interrogatory No. 2 (First Set).**  In March,

27   Walgreens filed a dispute letter seeking a response to Walgreens' Interrogatory No. 2 (First Set).  On

28   November 18, Walgreens asked Plaintiff if it would agree to a stipulation regarding proof about

1   harm resulting from specific orders.  Plaintiff has not yet responded.  If the parties cannot agree,

2   Walgreens proposes that the parties simultaneously exchange and file 2-page dispute statements no

3   later than December 10.

4          (d)      **Walgreens' Challenges to Plaintiff's Improper Privilege Claims.**  The parties have

5   submitted briefing on Walgreens' privilege challenges.  Walgreens anticipates teeing up additional

6   privilege challenges, in accordance with the guidance this Court provided in Dkt. 786, and will meet

7   and confer with Plaintiff on how to submit any such challenges.  Out of an abundance of caution,

8   and only to the extent the parties cannot reach agreement on how to submit remaining challenges,

9   Walgreens proposes that the parties exchange two-page dispute statements no later than December

10  10.

11  **IV.     CONCLUSION**

12          Per the Court's November 18, 2021 Order (ECF No. 781), the next discovery conference is

13  set for December 7, 2021 at 10:00 a.m.

14  DATED:  November 23, 2021                  Respectfully submitted,

15                                              ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
16                                              AELISH M. BAIG
                                                TAEVA C. SHEFLER
17                                              HADIYA K. DESHMUKH

18

19                                                     *s/ Aelish M. Baig*
                                                     AELISH M. BAIG
20
                                                Post Montgomery Center
21                                              One Montgomery Street, Suite 1800
                                                San Francisco, CA  94104
22                                              Telephone:  415/288-4545
                                                415/288-4534 (fax)
23                                              aelishb@rgrdlaw.com
                                                tshefler@rgrdlaw.com
24                                              hdeshmukh@rgrdlaw.com

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVID CHIU
City Attorney
YVONNE R. MERE
SARA J. EISENBERG
OWEN J. CLEMENTS
JAIME M. HULING DELAYE
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415/554-3957
jaime.hulingdelaye@sfcityatty.org

ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
NICOLLE B. BRITO
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com
nbrito@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
X. JAY ALVAREZ
THOMAS E. EGLER
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jaya@rgrdlaw.com
tome@rgrdlaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
ELIZABETH J. CABRASER
RICHARD M. HEIMANN
PAULINA DO AMARAL
KEVIN R. BUDNER
MICHAEL LEVIN-GESUNDHEIT
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415/956-1000
415/956-1008 (fax)
ecabraser@lchb.com
rheimann@lchb.com
pdoamaral@lchb.com
kbudner@lchb.com
mlevin@lchb.com

RENNE PUBLIC LAW GROUP
LOUISE RENNE
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone:  415/848-7240
415/848-7230 (fax)
lrenne@publiclawgroup.com

ANDRUS ANDERSON LLP
JENNIE LEE ANDERSON
AUDREY SIEGEL
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:  415/986-1400
415/986-1474 (fax)
jennie@andrusanderson.com
audrey.siegel@andrusanderson.com

SANFORD HEISLER SHARP, LLP
KEVIN SHARP
611 Commerce Street, Suite 3100
Nashville, TN  37203
Telephone:  615/434-7000
615/434-7020 (fax)
ksharp@sanfordheisler.com

SANFORD HEISLER SHARP, LLP
EDWARD CHAPIN
655 West Broadway, Suite 1700
San Diego, CA  92101
Telephone:  619/577-4253
619/577-4250 (fax)
echapin2@sanfordheisler.com

CASEY GERRY SCHENK FRANCAVILLA
   BLATT & PENFIELD LLP
DAVID S. CASEY, JR.
GAYLE M. BLATT
ALYSSA WILLIAMS
110 Laurel Street
San Diego, CA  92101-1486
Telephone:  619/238-1811
619/544-9232 (fax)
dcasey@cglaw.com
gmb@cglaw.com
awilliams@cglaw.com

WEITZ & LUXENBERG P.C.
ELLEN RELKIN
700 Broadway
New York, NY  10003
Telephone:  212/558-5500
212/344-5461 (fax)
erelkin@weitzlux.com

WEITZ & LUXENBERG P.C.
MELINDA DAVIS NOKES
1880 Century Park East
Los Angeles, CA  90067
Telephone:  310/247-0921
310/786-9927 (fax)
mnokes@weitzlux.com

WEITZ & LUXENBERG P.C.
PAUL F. NOVAK
TIFFANY R. ELLIS
3011 W. Grand Blvd, 24th Floor
Detroit, MI  48202
Telephone:  313/800-4170
646/293-7960 (fax)
pnovak@weitzlux.com
tellis@weitzlux.com

*Attorneys for Plaintiff The People of the State of
California, acting by and through San Francisco
City Attorney David Chiu*

1

2

DATED: November 23, 2021

s/ Richard Bernardo

3

Richard Bernardo (*pro hac vice*)
SKADDEN, ARPS, SLATE,

4

  MEAGHER & FLOM LLP
One Manhattan West

5

New York, NY  10001
Telephone: (212) 735-3000

6

richard.bernardo@skadden.com

7

Amy L. Van Gelder (*pro hac vice*)
SKADDEN, ARPS, SLATE,

8

  MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700

9

Chicago, IL  60606
Telephone: (312) 407-0903

10

amy.vangelder@skadden.com

11

Karen O. Hourigan (SBN 206957)
khourigan@redgravellp.com

12

REDGRAVE LLP
One Sansome Street, Suite 3500

13

San Francisco, CA 94104
Telephone: (415) 636-2687

14

Fax: (703) 230-9859

15

John C. Hueston (SBN 164921)
HUESTON HENNIGAN LLP

16

620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660

17

Telephone: (949) 229-8640

18

Moez M. Kaba (SBN 257456)
Padraic Foran (SBN 268278)

19

Michael K. Acquah (SBN 313955)
mkaba@hueston.com

20

pforan@hueston.com
macquah@hueston.com

21

HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400

22

Los Angeles, CA 90014
Telephone: (213) 788-4340

23

Facsimile: (888) 775-0898

24

*Attorneys for Defendants Endo
Pharmaceuticals Inc., Endo Health*

25

*Solutions Inc., Par Pharmaceutical, Inc.,
and Par Pharmaceutical Companies, Inc.*

26

27

28

Respectfully submitted,

s/ Brent A. Hawkins

Brent A. Hawkins (S.B. # 314266)
Zachary Hill (S.B. #275886)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Telephone: (415) 442-1000
brent.hawkins@morganlewis.com
zachary.hill@morganlewis.com

Wendy West Feinstein (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA  15219-6401
Telephone: (412) 560-7455
wendy.feinstein@morganlewis.com

*Attorneys for Defendants Cephalon, Inc.;
Teva Pharmaceuticals USA, Inc.; Teva
Pharmaceutical Industries Ltd.; Watson
Laboratories, Inc.; Actavis LLC, Actavis
Pharma, Inc., f/k/a Watson Pharma, Inc.;
Actavis Elizabeth LLC; Actavis Mid Atlantic
LLC; Warner Chilcott Company, LLC;
Actavis South Atlantic LLC; Actavis Totowa
LLC; Actavis Kadian LLC; Actavis
Laboratories UT, Inc., f/k/a Watson
Laboratories, Inc.-Salt Lake City; and Actavis
Laboratories FL, Inc., f/k/a Watson
Laboratories, Inc.-Florida.*

*Denotes national counsel, pro hac vice
forthcoming*

1

s/ Karl Stampfl                                  s/ Charles J. Stevens

2  Donna Welch, P.C. (*pro hac vice*)            Charles J. Stevens (SBN 106981)

3  Timothy W. Knapp, P.C. (*pro hac vice*)       cstevens@gibsondunn.com
   Karl Stampfl (*pro hac vice*)                 Joshua D. Dick (SBN 268853)

4  KIRKLAND & ELLIS LLP                          jdick@gibsondunn.com
   300 North LaSalle                             Kelsey J. Helland (SBN 298888)

5  Chicago, IL  60654                            khelland@gibsondunn.com
   Telephone: (312) 862-2000                     GIBSON DUNN & CRUTCHER LLP

6  Facsimile: (312) 862-2200                     555 Mission Street, Suite 3000
   donna.welch@kirkland.com                      San Francisco, CA  94105

7  tknapp@kirkland.com                           Telephone: 415.393.8200
   karl.stampfl@kirkland.com                     Facsimile: 415.393.8306

8  Zachary W. Byer (S.B. #301382)                Kaspar Stoffelmayr (*pro hac vice*)

9  KIRKLAND & ELLIS LLP                          kaspar.stoffelmayr@bartlitbeck.com
   555 South Flower Street                       Katherine M. Swift (*pro hac vice*)

10 Los Angeles, CA  90071                        kate.swift@bartlitbeck.com
   Telephone: (213) 680-8400                     BARTLIT BECK LLP

11 zachary.byer@kirkland.com                     54 West Hubbard Street
                                                 Chicago, IL  60654

12 Jennifer G. Levy, P.C. (*pro hac vice*)       Telephone: 312.494.4400
   KIRKLAND & ELLIS LLP                          Facsimile: 312.494.4440

13 1301 Pennsylvania Ave., N.W.
   Washington, DC  20004                         Alex Harris (*pro hac vice*)

14 Telephone: (202) 879-5000                     alex.harris@bartlitbeck.com
   Facsimile: (202) 879-5200                     BARTLIT BECK LLP

15 jennifer.levy@kirkland.com                    1801 Wewatta Street, Suite 1200
                                                 Denver, CO  80202

16 Michael F. Stoer (Admitted pro hac vice)      Telephone: 303.592.3100
   JONES DAY                                     Facsimile: 303.592.3140

17 1221 Peachtree Street, N.E., Suite 400
   Atlanta, GA 30361                             *Attorneys for Defendant Walgreen Co.*

18 Telephone: (404) 521-3939
   mstoer@jonesday.com

19
   Lisa Beane (Admitted *pro hac vice*)

20 Mattison Myung-Ae Kim
     (Admitted *pro  hac vice*)

21 JONES DAY
   90 South Seventh Street

22 Suite 4950
   Minneapolis, MN 55402

23 Telephone: (612) 217-8800
   lbeane@jonesday.com

24 mattisonkim@jonesday.com

25 *Attorneys for Defendants*
   *Allergan Finance, LLC, Allergan Sales,*

26 *LLC and Allergan USA, Inc. and specially*
   *appearing defendant Allergan plc*[3]

27

28 _____
   [3]    Defendant Allergan Finance, LLC was formerly known as Actavis, Inc., which was formerly
   known as Watson Pharmaceuticals, Inc.  Defendant Allergan plc, which was formerly known as

1   Alan R. Ouellette (CA Bar. No. 272745)
    FOLEY & LARDNER LLP
2   555 California Street, Suite 1700
    San Francisco, CA  94104-1520
3   Telephone: (415) 434-4484
    Facsimile: (415) 434-4507
4   aouellette@foley.com

5   James W. Matthews (*pro hac vice*)
    Ana M. Francisco (*pro hac vice*)
6   Katy E. Koski (*pro hac vice*)
    FOLEY & LARDNER LLP
7   111 Huntington Avenue
    Boston, MA  02199-7610
8   Telephone: (617) 342-4000
    Facsimile: (617) 342-4000
9   jmatthews@foley.com
    francisco@foley.com
10  kkoski@foley.com

11  *Attorneys for Defendant Anda, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
    Actavis plc and is now known as Allergan Limited, does not waive but rather expressly preserves its
28  objection to the Court's personal jurisdiction over it.

1

## **<u>ATTESTATION</u>**

2    Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document

3   has been obtained from the above signatories.

4   Dated: November 23, 2021                              By: *Aelish M. Baig*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 23, 2021, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.


        *s/ Aelish M. Baig*

        AELISH M. BAIG

**Mailing Information for a Case 3:18-cv-07591-CRB City and County of San Francisco et al v. Purdue Pharma L.P. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joshua P Ackerman**
  joshua.ackerman@bartlitbeck.com,tamara.hoogewerf@bartlitbeck.com,tamara-hoogewerf-bbhps-9920@ecf.pacerpro.com

- **Michael K. Acquah**
  macquah@hueston.com,docketing@hueston.com,mgreen@hueston.com

- **Scott Manzoor Ahmad**
  SAhmad@winston.com

- **X. Jay Alvarez**
  JayA@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,leland.belew@andrusanderson.com,miguel.perez@andrusanderson.com,evelyn.rodas@andrusanderson.com,audrey.siegel@andrusanderson.com

- **Dorothy P. Antullis**
  dantullis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Ryan Azad**
  razad@gibsondunn.com

- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,panderson@rgrdlaw.com,AYates@rgrdlaw.com,e_file_sd@rgrdlaw.com,mkuwashima@rgrdlaw.com

- **Lisa Beane**
  lbeane@jonesday.com

- **Richard Todd Bernardo , Esq**
  richard.bernardo@skadden.com,doug.nolan@skadden.com,Amy.VanGelder@skadden.com,Nancy.Wuamett@skadden.com

- **Sarah Jane Bily**
  SBily@winston.com

- **Gayle M Blatt**
  gmb@cglaw.com

- **Reid M. Bolton**
  reid.bolton@bartlitbeck.com

- **Christopher Bond**
  cbond@mc2b.com,lnordgran@mc2b.com,landerson@mc2b.com

- **Steven J. Boranian**
  sboranian@reedsmith.com,drothschild@reedsmith.com

- **Nicolle B Brito**
  NBrito@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Stephen Brody**
  sbrody@omm.com,steve-brody-4796@ecf.pacerpro.com

- **Kevin R. Budner**
  kbudner@lchb.com,mwillin@lchb.com,tlim@lchb.com,rtexier@lchb.com

- **Eric John Buhr**
  ebuhr@reedsmith.com,arochlin@reedsmith.com,aswenson@reedsmith.com

- **Zachary William Byer**
  zachary.byer@kirkland.com

- **Elizabeth J. Cabraser**
  ecabraser@lchb.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com,jremuszka@lchb.com

- **California DOJ**
  klwurster@gmail.com

- **David S. Casey , Jr**
  dcasey@cglaw.com,nancy@cglaw.com,camille@cglaw.com,sleonard@cglaw.com,jdavis@cglaw.com

- **Mark P. Chalos**
  mchalos@lchb.com

- **Edward D. Chapin**
  echapin2@sanfordheisler.com,fsalazar@sanfordheisler.com,jalvarez@sanfordheisler.com

- **Isaac D. Chaput**
  ichaput@cov.com

- **Isaac Daniel Chaput**
  ichaput@cov.com,jhykan@cov.com,docketing@cov.com

- **Zac Ciullo**
  zac.ciullo@kirkland.com

- **Owen J. Clements**
  owen.clements@sfcityatty.org,martina.hassett@sfcityatty.org,catheryn.daly@sfcityatty.org

- **Justine Marise Daniels**
  jdaniels@omm.com,justine-daniels-2309@ecf.pacerpro.com

- **Cari K. Dawson**
  cari.dawson@alston.com,kate.smith@alston.com

- **Mark Dearman**
  mdearman@rgrdlaw.com,dtack@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Sharon Desh**
  sharon.desh@bartlitbeck.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joshua David Dick**
  jdick@gibsondunn.com,tmotichka@gibsondunn.com

- **Jaime Dorenbaum**
  jdorenbaum@foley.com,hpruitt@foley.com

- **Thomas Edward Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Sara Jennifer Eisenberg**
  sara.eisenberg@sfcityatty.org,john.cote@sfcityatty.org,martina.hassett@sfcityatty.org,yvonne.mere@sfcityatty.org

- **Scott Austin Elder**
  scott.elder@alston.com

- **Tiffany Rose Ellis**
  tellis@weitzlux.com,pkennedy@weitzlux.com,bvanbarr@weitzlux.com,skhan@weitzlux.com,hnovak@weitzlux.com,cverville@weitzlux.com,abacking@weitzlux.com

- **Brian M. Ercole**
  brian.ercole@morganlewis.com,peggy.martinez@morganlewis.com

- **Christopher Blair Essig**
  CEssig@winston.com,ECF_SF@winston.com,christopher-essig-8034@ecf.pacerpro.com

- **Wendy West Feinstein**
  wendy.feinstein@morganlewis.com,tammy.miller@morganlewis.com,sarah.wasson@morganlewis.com,picalendaring@morganlewis.com,tamara.giulianelli@morganlewis.com

- **Rebecca C Fitzpatrick**
  rebecca.fitzpatrick@kirkland.com

- **Padraic William Foran**
  pforan@hueston.com,docketing@hueston.com,eupton@hueston.com

- **Ana Maria Francisco**
  afrancisco@foley.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,swinkles@rgrdlaw.com,swinkles@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,pgeller@ecf.courtdrive.com

- **Patricia Camille Guerra**
  camille@cglaw.com

- **August P. Gugelmann**
  august@smllp.law,august@ecf.courtdrive.com

- **Jeffrey Allan Hall**
  jeff.hall@bartlit-beck.com

- **Thomas Perry Hansfield**
  thansfield@foley.com

- **Michael Harmond**
  mharmond@mc2b.com

- **Alex J. Harris**
  alex.harris@bartlitbeck.com,anne.doyle@bartlitbeck.com

- **Brent Allen Hawkins**
  brent.hawkins@morganlewis.com,julie.costello@morganlewis.com,CHCalendarDepartment@morganlewis.com

- **Lexi Joy Hazam , Esq**
  lhazam@lchb.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Gregory Heinen**
  gheinen@foley.com,greg-heinen-7499@ecf.pacerpro.com

- **Kelsey John Helland**
  khelland@gibsondunn.com,dgriffin@gibsondunn.com

- **Jenny Ann Hergenrother**
  jenny.mendelsohn@alston.com,jenny.hergenrother@alston.com

- **Dennis J. Herrera**
  cityattorney@sfcityatty.org,brittany.feitelberg@sfcityatty.org

- **Zachary Hill**
  zachary.hill@morganlewis.com,wendy.feinstein@morganlewis.com,rebecca.hillyer@morganlewis.com,evan.jacobs@morganlewis.com

- **Karen O'Brien Hourigan**
  khourigan@redgravellp.com,jpmoore@redgravellp.com,ep_internal@redgravellp.com

- **John Charles Hueston**
  jhueston@hueston.com,lhiles@hueston.com

- **Jaime Marie Huling Delaye**
  jaime.hulingdelaye@sfcityatty.org,martina.hassett@sfcityatty.org,sarah.gutierrez@sfcityatty.org,catheryn.daly@sfcityatty.org

- **James F. Hurst**
  james.hurst@kirkland.com

- **Traci Janelle Irvin**
  traci.irvin@ropesgray.com,courtalert@ropesgray.com

- **Daniel G. Jarcho**
  daniel.jarcho@alston.com

- **Sten A. Jernudd**
  sten.jernudd@bartlitbeck.com

- **Sarah Barr Johansen**
  sjohansen@reedsmith.com,AHenderson@reedsmith.com

- **Moez Mansoor Kaba**
  mkaba@hueston.com,rmassing@hueston.com,docketing@hueston.com,eupton@hueston.com

- **Howard M Kaplan**
  howard.kaplan@kirkland.com

- **Jonathan David Kelley**
  jon.kelley@kirkland.com

- **Mattison Myung-Ae Kim**
  mattisonkim@jonesday.com

- **Timothy William Knapp**
  tknapp@kirkland.com

- **Katy E Koski**
  kkoski@foley.com

- **Amy Jean Laurendeau**
  alaurendeau@omm.com,amy-laurendeau-9969@ecf.pacerpro.com,sstewart@omm.com

- **Michael F LeFevour**
  michael.lefevour@kirkland.com

- **Michael Ian Levin-Gesundheit**
  mlevin@lchb.com

- **Mark Leslie Levine**
  mark.levine@bartlit-beck.com,jodi.loper@bartlit-beck.com

- **Jennifer Gardner Levy**
  jennifer.levy@kirkland.com

- **Charles Coleman Lifland**
  clifland@omm.com,charles-lifland-4890@ecf.pacerpro.com

- **Amy Lucas**
  alucas@omm.com,amy-lucas-1835@ecf.pacerpro.com

- **Enu A Mainigi**
  emainigi@wc.com

- **Miriam Ellora Marks**
  mmarks@lchb.com

- **Kristina Matic**
  kmatic@foley.com

- **James W Matthews**
  jmatthews@foley.com

- **Shannon Elise McClure**
  smcclure@reedsmith.com,reed-smith-2312@ecf.pacerpro.com,shannon-mcclure-1157@ecf.pacerpro.com,eselfridge@reedsmith.com

- **Kelly Kristine McNabb**
  kmcnabb@lchb.com

- **Colleen Marie McNamara**
  CMcNamara@wc.com

- **Yvonne Rosil Mere**
  yvonne.mere@sfcityatty.org,martina.hassett@sfcityatty.org

- **Emily E Michael**
  emichael@hueston.com

- **Andrew Miller**
  amiller@sanfordheisler.com

- **Jessica D. Miller**
  jessica.miller@skadden.com,brian.baggetta@skadden.com

- **Michael Clemens Minahan**
  michael.minahan@skadden.com,doug.nolan@skadden.com,dlmlclac@skadden.com,Brigitte.Travaglini@skadden.com

- **Melinda Davis Nokes**
  mnokes@weitzlux.com,lschultz@weitzlux.com,tellis@weitzlux.com,rcerci@weitzlux.com,jfarrell@weitzlux.com,dsavours@weitzlux.com

- **Paul F. Novak**
  pnovak@weitzlux.com,cgarcia@weitzlux.com,nhryczyk@weitzlux.com

- **Alan Ouellette**
  aouellette@foley.com,llanglois@foley.com,wdelvalle@foley.com,alan-ouellette-5627@ecf.pacerpro.com

- **Andreas Michael Petasis**
  apetasis@hueston.com,docketing@hueston.com,sjones@hueston.com

- **John S. Phillips**
  john.phillips@bartlitbeck.com

- **Michael P. Piggins**
  mpiggins@weitzlux.com

- **Christian James Pistilli**
  cpistilli@cov.com

- **Jacob Henry Polin**
  jpolin@lchb.com

- **Luke Samuel Porter**
  lporter@reedsmith.com,gchiu@reedsmith.com,kjkelly@reedsmith.com

- **Michael Purpura**
  mpurpura@hueston.com

- **Louise Hornbeck Renne**
  lrenne@publiclawgroup.com,kbeaton@publiclawgroup.com,RPLG-docket@publiclawgroup.com

- **Maria P. Rivera**
  mrivera@kirkland.com,rrenteria@kirkland.com

- **Dawson K. Robinson**
  dawson.robinson@bartlitbeck.com

- **Jonathan Charles Sandler**
  jsandler@bhfs.com,pherron@bhfs.com

- **Molly Ellen Selway**
  Molly.Selway@doj.ca.gov

- **Nathan E. Shafroth**
  nshafroth@cov.com,ktrempy@cov.com,echiulos@cov.com,rlu@cov.com,ncutright@cov.com,rvantassell@cov.com,docketing@cov.com,isaac-chaput-8316@ecf.pacerpro.com

- **Taeva Cantor Shefler**
  TShefler@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Audrey Claire Siegel**
  audrey.siegel@andrusanderson.com

- **Reid Smith**
  RFSmith@winston.com

- **Elizabeth Anne Sperling**
  elizabeth.sperling@alston.com,Jennifer.lathrop@alston.com

- **Karl Anton Stampfl**
  karl.stampfl@kirkland.com

- **Charles Joseph Stevens**
  cstevens@gibsondunn.com,smaruschak@gibsondunn.com

- **Michael Fraser Stoer**
  mstoer@jonesday.com,dprzywara@jonesday.com,AtlantaDocket@jonesday.com

- **Kaspar J. Stoffelmayr**
  kaspar.stoffelmayr@bartlit-beck.com

- **Sabrina Heron Strong**
  sstrong@omm.com,sabrina-strong-4823@ecf.pacerpro.com

- **Irene Sullivan**
  irene.sullivan@kirkland.com

- **Brian Charles Swanson**
  brian.swanson@bartlit-beck.com

- **Edward W. Swanson**
  ed@smllp.law,AmyMcGugian@ecf.courtdrive.com,ed@ecf.courtdrive.com,britt@ecf.courtdrive.com

- **Katherine Marquess Swift**
  kate.swift@bartlitbeck.com

- **Russell E Taylor**
  rtaylor@fbm.com,grenteria@fbm.com,calendar@fbm.com

- **Nicole R. Trama**
  Nicole.Trama@doj.ca.gov

- **Rocky C. Tsai**
  rocky.tsai@ropesgray.com,CourtAlert@RopesGray.com

- **Katherine A Vaky**
  katherine.vaky@morganlewis.com,tammy.miller@morganlewis.com,tamara.giulianelli@morganlewis.com

- **Amy Lynn Van Gelder**
  amy.vangelder@skadden.com,chdocket@skadden.com

- **Richard Allen VanDuzer**
  rvanduzer@fbm.com,jamante@fbm.com,calendar@fbm.com

- **Amy Vanni**
  avanni@mccarter.com

- **Catie Ventura**
  catie.ventura@kirkland.com

- **Neelum Jane Wadhwani**
  nwadhwani@wc.com,CardinalWVParalegals@wc.com

- **Donna Marie Welch**
  dwelch@kirkland.com

- **Graham D Welch**
  gwelch@foley.com

- **Alyssa M Williams**
  awilliams@cglaw.com

- **Sonya Diane Winner**
  swinner@cov.com,docketing@cov.com,calsbury@cov.com,RNovak@cov.com

- **Carl Brandon Wisoff**
  bwisoff@fbm.com,calendar@fbm.com,svillalobos@fbm.com

- **Keith Lee Wurster**
  keith.wurster@doj.ca.gov,klwurster@gmail.com,lindsey.cannan@doj.ca.gov

- **Douglas R. Young**
  dyoung@fbm.com,calendar@fbm.com

- **Paulina do Amaral**
  pdoamaral@lchb.com,catkins@lchb.com,elovell@lchb.com,fwhite@lchb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jennifer          Machlin Cecil
Winston & Strawn LLP
101 California Street, 35th Floor
San Francisco, CA 94111

Kaitlyn           L. Coverstone
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
```

**Paul            Laprairie**
Andrus Anderson1 LLP
155 Montgomery Street, 900
San Francisco, CA 94104