UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Case No. 18-cv-07591-CRB (JSC)<br><br>**ORDER RE ENDO'S RESPONSES TO INTERROGATORIES AND 30(B)(6) DEPOSITION**<br><br>Re: Dkt. No. 835 |

The Court has reviewed the joint discovery letter brief that the parties submitted regarding Endo's interrogatory responses and Plaintiff's request for a 30(b)(6) deposition. Dkt. 835. The parties shall finalize the evidentiary stipulation by **December 17, 2021.** The parties' submission reflects that terms of the evidentiary stipulation, which continue to be worked out, will affect the topics to be covered by a 30(b)(6) deposition. To the extent that any disputes regarding the topics of a 30(b)(6) deposition remain after the evidentiary stipulation is finalized, the parties shall file a joint dispute letter by **December 21, 2021.**

This Order disposes of Dkt. 835.

**IT IS SO ORDERED.**

Dated: December 16, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge