| | |
|---|---|
| Kaspar J. Stoffelmayr (*pro hac vice*) <br> kaspar.stoffelmayr@bartlitbeck.com <br> Katherine M. Swift (*pro hac vice*) <br> kate.swift@bartlitbeck.com <br> Brian C. Swanson (*pro hac vice*) <br> brian.swanson@bartlitbeck.com <br> Sharon Desh (*pro hac vice*) <br> sharon.desh@bartlitbeck.com <br> BARTLIT BECK LLP <br> 54 West Hubbard Street <br> Chicago, IL 60654 <br> Telephone:  312.494.4400 <br> Facsimile:  312.494.4440 <br><br> Alex J. Harris (*pro hac vice*) <br> alex.harris@bartlitbeck.com <br> BARTLIT BECK LLP <br> 1801 Wewatta Street, Suite 1200 <br> Denver, CO 80202 <br> Telephone:  303.592.3100 <br> Facsimile:  303.592.3140 <br><br> *Attorneys for Defendant WALGREEN CO.* <br><br> (Additional counsel listed on signature page) | DAVID CHIU, State Bar # 189542 <br> City Attorney <br> YVONNE R. MERE, State Bar # 173594 <br> Chief Deputy City Attorney <br> SARA J. EISENBERG, State Bar # 269303 <br> Chief of Complex & Affirmative Litigation <br> OWEN J. CLEMENTS, State Bar # 141805 <br> JAIME M. HULING DELAYE, State Bar # 270784 <br> Deputy City Attorneys <br> Fox Plaza <br> 1390 Market Street, Sixth Floor <br> San Francisco, CA 94102 <br> Telephone: 415.554.3597 <br> jaime.hulingdelaye@sfcityatty.org <br><br> *Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney Dennis J. Herrera* <br><br> (Additional counsel appear on signature page) |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PURDUE PHARMA L.P., et al. <br><br> Defendants. | Civil Case No.: 3:18-CV-07591-CRB-JSC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING WALGREEN CO.'S RESCHEDULING OF PLAINTIFF'S INTERCOM PLUS INSPECTION** |

Pursuant to Civil Local Rules 6-2 and 7-12, the People of the State of California, acting by and through San Francisco City Attorney David Chiu, ("the People"), together with Defendant Walgreen Co. ("Walgreens"), respectfully submit this stipulation regarding the People's Request to Inspect, addressed most recently in this Court's December 20, 2021 Order. Dkt 856. The parties make representations below. While certain of each party's representation are disputed by the other party, the representations are included for background and context. The parties stipulate only to paragraphs six and seven following the language that "the parties hereby stipulate as follows." **WHEREAS**, the Court ordered that Plaintiff's remote inspection of Walgreens' Intercom Plus System take place on Wednesday, December 22, 2021;

Walgreens represents that:

1. Late in the day on Tuesday, December 21, Cheryl Creek, Walgreens' Director of Pharmacy Systems who had been scheduled and prepared to operate Walgreens' system during the inspection, alerted Walgreens' counsel that a family emergency prevented her from conducting the inspection as planned.
2. Shortly after finding out about Ms. Creek's family emergency, Walgreens contacted Plaintiff to reschedule the inspection for a later date agreeable to the parties.
3. Walgreens' counsel had spent hours working with Ms. Creek to prepare her for the inspection with Plaintiff's lawyers and their experts, including reviewing questions that Plaintiff had submitted and entering de-identified prescription data for eight patients into Walgreens' test system as Plaintiff requested. Finding and preparing a knowledgeable replacement to conduct a two-hour inspection and answer Plaintiff's questions in less than a half day would have been difficult if not impossible for Walgreens to do—especially without interrupting its business operations.
4. Absent these unforeseen circumstances, Walgreens was fully prepared to proceed with the inspection today, Wednesday, December 22, 2021.

Plaintiff represents that:

5. Although the People objected to Walgreens' cancellation—which is the second 11th hour cancellation of this inspection in as many weeks—they could not have stopped it. The People

1

STIPULATION AND [PROPOSED] ORDER REGARDING WALGREEN CO.'S RESCHEDULING OF PLAINTIFF'S INTERCOM PLUS INSPECTION
CASE NO. 3-18:CV-07591

wish Ms. Creek and her family the best, and did not object to her missing the inspection. They did however object to Walgreens using her hardship as an excuse to cancel the inspection, for which she was never necessary. The subject of this inspection is Walgreens' software, not its personnel. Plaintiff has consistently requested the participation of a line pharmacist in the inspection. *See, e.g.*, 12/20/21 Hr'g. Tr. at 22:9–22. Under the circumstances, Walgreens should have been able to find such a replacement for Ms. Creek, who no longer practices pharmacy. Creek Tr. at 391:6–9. It appears they did not even try. This imposes significant hardship on the People and their experts, who have now prepared, in vain, for two consecutive, cancelled inspections. Nevertheless, given Walgreens' position, the People saw no way to keep this inspection date on calendar without subjecting the Court to emergency motion practice and leaving its experts in limbo (again). They informed their experts of the cancellation, and await new dates from Walgreens.

The parties hereby stipulate as follows:

6. Walgreens will promptly identify a new date for the inspection that works for both parties.

7. The inspection will proceed on that date.

DATED: December 22, 2021

Respectfully submitted,

/s/ *Jacob H. Polin*
Elizabeth J. Cabraser
Richard M. Heimann
Paulina do Amaral
Kevin R. Budner
Michael Levin-Gesundheit
Jacob H. Polin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
ecabraser@lchb.com

DENNIS J. HERRERA
City Attorney
RONALD P. FLYNN
YVONNE R. MERE
OWEN J. CLEMENTS

/s/ *Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr (*pro hac vice*)
kaspar.stoffelmayr@bartlitbeck.com
Brian C. Swanson (*pro hac vice*)
brian.swanson@bartlitbeck.com
Katherine M. Swift (*pro hac vice*)
kate.swift@bartlitbeck.com
Sharon Desh  (*pro hac vice*)
sharon.desh@bartlitbeck.com

BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone:  312.494.4400
Facsimile:  312.494.4440

Alex J. Harris (*pro hac vice*)
alex.harris@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200

| | | |
|---|---|---|
| 1 | Sara J. Eisenberg<br>JAIME M. HULING DELAYE | Denver, CO 80202<br>Telephone: 303.592.3100 |
| 2 | Deputy City Attorneys<br>Fox Plaza | Facsimile: 303.592.3140 |
| 3 | 1390 Market Street, Sixth Floor<br>San Francisco, CA 94102 | Charles J. Stevens (SBN 106981)<br>cstevens@gibsondunn.com |
| 4 | Telephone: 415/554-3957<br>jaime.hulingdelaye@sfcityatty.org | Joshua D. Dick (SBN 268853)<br>jdick@gibsondunn.com |
| 5 | | Kelsey J. Helland (SBN 298888)<br>khelland@gibsondunn.com |
| 6 | Paul J. Geller<br>Mark J. Dearman | GIBSON DUNN & CRUTCHER LLP |
| 7 | Dorothy P. Antullis<br>ROBBINS GELLER RUDMAN | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |
| 8 | & DOWD LLP | Telephone: 415.393.8200<br>Facsimile: 415.393.8306 |
| 9 | | *Attorneys for Defendant WALGREEN CO.* |
| 10 | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432 | |
| 11 | Telephone: 561/750-3000<br>561/750-3364 (fax) | |
| 12 | pgeller@rgrdlaw.com<br>mdearman@rgrdlaw.com | |
| 13 | dantullis@rgrdlaw.com | |

| | |
|---|---|
| 1 | |
| 2 | Thomas E. Egler<br>Carissa J. Dolan |
| 3 | ROBBINS GELLER RUDMAN<br>   & DOWD LLP |
| 4 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 6 | tome@rgrdlaw.com<br>cdolan@rgrdlaw.com |
| 7 | Jennie Lee Anderson |
| 8 | Audrey Siegel<br>ANDRUS ANDERSON LLP |
| 9 | 155 Montgomery Street, Suite 900<br>San Francisco, CA  94104 |
| 10 | Telephone:  415/986-1400<br>415/986-1474 (fax) |
| 11 | jennie@andrusanderson.com<br>audrey.siegel@andrusanderson.com |
| 12 | Edward Chapin |
| 13 | SANFORD HEISLER SHARP, LLP<br>655 West Broadway, Suite 1700 |
| 14 | San Diego, CA  92101<br>Telephone:  619/577-4253 |
| 15 | 619/577-4250 (fax)<br>echapin2@sanfordheisler.com |
| 16 | Ellen Relkin |
| 17 | Paul Pennock<br>WEITZ & LUXENBERG P.C. |
| 18 | 700 Broadway<br>New York, NY  10003 |
| 19 | Telephone:  212/558-5500<br>212/344-5461 (fax) |
| 20 | erelkin@weitzlux.com<br>ppennock@weitzlux.com |
| 21 | Louise Renne |
| 22 | RENNE PUBLIC LAW GROUP<br>350 Sansome Street, Suite 300 |
| 23 | San Francisco, CA 94104<br>Telephone:  415/848-7240 |
| 24 | 415/848-7230 (fax)<br>lrenne@publiclawgroup.com |
| 25 | Kevin Sharp |
| 26 | SANFORD HEISLER SHARP, LLP<br>611 Commerce Street, Suite 3100 |
| 27 | Nashville, TN  37203<br>Telephone:  615/434-7000 |
| 28 | 615/434-7020 (fax)<br>ksharp@sanfordheisler.com |

4

STIPULATION AND [PROPOSED] ORDER REGARDING WALGREEN CO.'S RESCHEDULING OF PLAINTIFF'S INTERCOM PLUS INSPECTION
CASE NO. 3-18:CV-07591

David S. Casey, Jr.
Gayle M. Blatt
Alyssa Williams
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101-1486
Telephone: 619/238-1811
619/544-9232 (fax)
dcasey@cglaw.com
gmb@cglaw.com
awilliams@cglaw.com

Melinda Davis Nokes
WEITZ & LUXENBERG P.C.
1880 Century Park East
Los Angeles, CA 90067
Telephone: 310/247-0921
310/786-9927 (fax)
mnokes@weitzlux.com

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney Dennis J. Herrera*

1 | PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

3 | Dated: <u>December 28</u>, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge