UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Case No. 18-cv-07591-CRB (JSC)<br><br>**ORDER FOLLOWING JANUARY 18, 2022 DISCOVERY STATUS CONFERENCE**<br><br>Re: Dkt. No. 939 |

The parties raised multiple discovery issues in a Joint Status Update filed January 14, 2022. Dkt. 938. The Court held a discovery hearing on January 18, 2022 to address the issues raised in the submission. Dkt. 939. For the reasons explained at the hearing, the Court orders as follows:

- **Non-Party Trial Preservation Deposition:** Counsel for Walgreens agreed that counsel for Plaintiff may speak with J.S. regarding the allegations made in the lawsuit J.S. filed against Walgreens, No. 1:19-cv-00565-NT, Dkt. 1, (D. Me. Dec. 16, 2019), and that Walgreens will not assert that the conversation violates any settlement agreement that it entered with J.S. regarding the lawsuit. Following the conversation with J.S., if Plaintiff maintains that J.S.'s testimony is relevant to its case such that he should be deposed, Plaintiff must submit to the Court an offer of proof well in advance of the discovery hearing scheduled for February 2, 2022.
- **Employee Dispute Log:** Walgreens shall provide Plaintiff with the resolution of each action included in the employee dispute log that it produced to Plaintiff.
- **Endo/Par Evidentiary Stipulation:** Endo shall provide Plaintiff an updated list of materials for the evidentiary stipulation by **January 18, 2022** and the parties shall file

the stipulation by **January 28, 2022.**

- **Teva/Actavis Evidentiary Stipulation:** The parties shall enter the stipulation regarding the authenticity of certain business records for certain 30(b)(6) topics by **January 28, 2022.**
- **Defendants' Experts' CURES Data:** Plaintiff received Endo's dispute letter January 13, 2022. Plaintiff shall provide Endo its response by **January 20, 2022**, and Endo shall prepare its reply and file the dispute letter by **January 24, 2022.**
- **Identities of Prescribers Who May Testify:** Given the parties' inability to agree on a process for disclosing the identities of prescribers who may testify as witnesses at trial, the parties will receive this information when they disclose their respective lay witness lists.

### Next Discovery Hearing

The Court will hold a further discovery status conference on **February 2, 2022 at 9 am** by Zoom video. The parties shall submit a Joint Status Update in advance of the conference by **12 pm on February 1, 2022.** Both Plaintiff and Defendants are limited to 10 pages each in the Joint Status Update.

**IT IS SO ORDERED.**

Dated: January 18, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge