DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERE, State Bar # 173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar # 269303
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar # 141805
JAIME M. HULING DELAYE, State Bar # 270784
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** |

Pursuant to Civil Local Rule 7-12, the People of the State of California, acting by and through San Francisco City Attorney David Chiu, ("the People"), together with Defendants (the "Parties") respectfully submit this stipulation to modify the current case schedule.

**WHEREAS**, due to scheduling conflicts and work interruptions caused by COVID-19, the expert depositions of Alexander, Ciccarone, and Cutler were moved to take place after the expert deposition deadline of January 14, 2022;

**WHEREAS**, the Parties have further agreed that enlargement of *Daubert* deadlines for four additional experts is warranted, as set forth below;

WHEREAS, the deadlines for the *Daubert* motions related to any other experts will not be affected;

**IT IS THEREFORE STIPULATED AND AGREED** by the Parties, through their respective counsel of record that, subject to the Court's approval, the case schedule shall be modified as set forth in the chart below.

| Event | Current Schedule | Stipulated Amended Schedule |
|---|---|---|
| *Daubert* Motions related to Plaintiff Experts Padula, Ciccarone, Alexander, and Cutler | January 24, 2022 | February 7, 2022 |
| Opposition to said *Daubert* Motions related to Plaintiff Experts Padula, Ciccarone, Alexander, and Cutler | February 25, 2022 | March 9, 2022 |
| Replies in support of said *Daubert* Motions related to Plaintiff Experts Padula, Ciccarone, Alexander, and Cutler | March 11, 2022 | March 21, 2022 |

DATED:  January 20, 2022                              Respectfully submitted,

DAVID CHIU                                             */s/ Paulina do Amaral*
City Attorney                                          Elizabeth J. Cabraser
YVONNE R. MERE                                         Richard M. Heimann
SARA J. EISENBERG                                      Paulina do Amaral

- 1 -    STIPULATION TO MODIFY CASE SCHEDULE
CASE. NO. 18-CV-07591-CRB-JSC

| | | |
|---|---|---|
| 1 | OWEN J. CLEMENTS<br>JAIME M. HULING DELAYE | Kevin R. Budner<br>Michael Levin-Gesundheit |
| 2 | Deputy City Attorneys<br>Fox Plaza | Jacob H. Polin<br>Miriam E. Marks |
| 3 | 1390 Market Street, Sixth Floor<br>San Francisco, CA  94102 | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP |
| 4 | Telephone:  415/554-3957<br>jaime.hulingdelaye@sfcityatty.org | 275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339 |
| 5 | | Telephone: 415.956.1000<br>Facsimile: 415.956.1008 |
| 6 | | ecabraser@lchb.com |
| 7 | Aelish M. Baig<br>Taeva C. Shefler | Paul J. Geller<br>Mark J. Dearman |
| 8 | Hadiya K. Deshmukh<br>ROBBINS GELLER RUDMAN & DOWD | Dorothy P. Antullis<br>Nicolle B. Brito |
| 9 | LLP<br>Post Montgomery Center | ROBBINS GELLER RUDMAN & DOWD<br>LLP |
| 10 | One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432 |
| 11 | Telephone:  415/288-4545<br>415/288-4534 (fax) | Telephone:  561/750-3000<br>561/750-3364 (fax) |
| 12 | aelishb@rgrdlaw.com<br>tshefler@rgrdlaw.com | pgeller@rgrdlaw.com<br>mdearman@rgrdlaw.com |
| 13 | hdeshmukh@rgrdlaw.com | dantullis@rgrdlaw.com<br>nbrito@rgrdlaw.com |
| 14 | | |
| 15 | X. Jay Alvarez<br>Thomas E. Egler | Louise Renne<br>RENNE PUBLIC LAW GROUP |
| 16 | ROBBINS GELLER RUDMAN & DOWD<br>LLP | 350 Sansome Street, Suite 300<br>San Francisco, CA 94104 |
| 17 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 | Telephone:  415/848-7240<br>415/848-7230 (fax) |
| 18 | Telephone:  619/231-1058<br>619/231-7423 (fax) | lrenne@publiclawgroup.com |
| 19 | jaya@rgrdlaw.com<br>tome@rgrdlaw.com | |
| 20 | Jennie Lee Anderson | Kevin Sharp |
| 21 | Audrey Siegel<br>ANDRUS ANDERSON LLP | SANFORD HEISLER SHARP, LLP<br>611 Commerce Street, Suite 3100 |
| 22 | 155 Montgomery Street, Suite 900<br>San Francisco, CA  94104 | Nashville, TN  37203<br>Telephone:  615/434-7000 |
| 23 | Telephone:  415/986-1400<br>415/986-1474 (fax) | 615/434-7020 (fax)<br>ksharp@sanfordheisler.com |
| 24 | jennie@andrusanderson.com<br>audrey.siegel@andrusanderson.com | |
| 25 | | |
| 26 | Edward Chapin<br>SANFORD HEISLER SHARP, LLP | David S. Casey, Jr.<br>Gayle M. Blatt |
| 27 | 655 West Broadway, Suite 1700<br>San Diego, CA  92101 | Alyssa Williams<br>CASEY GERRY SCHENK FRANCAVILLA |
| 28 | Telephone:  619/577-4253 | BLATT & PENFIELD LLP |

| | |
|---|---|
| 619/577-4250 (fax)<br>echapin2@sanfordheisler.com | 110 Laurel Street<br>San Diego, CA 92101-1486<br>Telephone: 619/238-1811<br>619/544-9232 (fax)<br>dcasey@cglaw.com<br>gmb@cglaw.com<br>awilliams@cglaw.com |
| Ellen Relkin<br>WEITZ & LUXENBERG P.C.<br>700 Broadway<br>New York, NY 10003<br>Telephone: 212/558-5500<br>212/344-5461 (fax)<br>erelkin@weitzlux.com | Melinda Davis Nokes<br>WEITZ & LUXENBERG P.C.<br>1880 Century Park East<br>Los Angeles, CA 90067<br>Telephone: 310/247-0921<br>310/786-9927 (fax)<br>mnokes@weitzlux.com |

Paul F. Novak
Tiffany Ellis
WEITZ & LUXENBERG, P.C.
24th Floor, The Fisher Building
3011 W. Grand Boulevard
Detroit, Michigan 48202
Tel: (313) 800-4170
pnovak@weitzlux.com
tellis@weitzlux.com

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

| | |
|---|---|
| DATED:  January 20, 2022 | Respectfully submitted, |
| s/ Amy L. Van Gelder_____ | s/ Zachary Hill_____ |
| Richard Bernardo (*pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER<br>    & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3453<br>richard.bernardo@skadden.com<br><br>Amy L. Van Gelder (*pro hac vice*)<br>SKADDEN, ARPS, SLATE, MEAGHER<br>    & FLOM LLP<br>155 North Wacker Dr., Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 407-0903<br>Amy.vangelder@skadden.com<br><br>Karen O. Hourigan (SBN 206957)<br>khourigan@redgravellp.com<br>REDGRAVE LLP<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>Telephone: (415) 636.2687<br>Fax: (703) 230.9859<br><br>John C. Hueston (SBN 164921)<br>HUESTON HENNIGAN LLP<br>620 Newport Center Dr., Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>Moez M. Kaba (SBN 257456)<br>Padraic Foran (SBN 268278)<br>Michael K. Acquah (SBN 313955)<br>mkaba@hueston.com<br>pforan@hueston.com<br>macquah@hueston.com<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>Facsimile: (888) 775-0898<br><br>*Attorneys for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.* | Brent A. Hawkins (S.B. # 314266)<br>Zachary Hill (S.B. #275886)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Telephone: (415) 442-1000<br>brent.hawkins@morganlewis.com<br>zachary.hill@morganlewis.com<br><br>Wendy West Feinstein (*pro hac vice*)<br>Katherine A. Vaky (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Oxford Centre, 32nd Floor<br>Pittsburgh, PA  15219-6401<br>Telephone: (412) 560-7455<br>wendy.feinstein@morganlewis.com<br>katherine.vaky@morganlewis.com<br><br>*Attorneys for Defendants Cephalon, Inc.; Teva Pharmaceuticals USA, Inc.; Teva Pharmaceutical Industries Ltd.; Watson Laboratories, Inc.; Actavis LLC, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc.; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Warner Chilcott Company, LLC; Actavis South Atlantic LLC; Actavis Totowa LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc., f/k/a/ Watson Laboratories, Inc.-Salt Lake City; and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida* |

| | |
|---|---|
| *s/ Karl Stampfl*_____ | *s/ Katherine M. Swift*_____ |
| Zachary W. Byer (S.B. #301382)<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Los Angeles, CA  90071<br>Telephone: (213) 680-8400<br>zachary.byer@kirkland.com<br><br>James F. Hurst, P.C. (*pro hac vice*)<br>Rebecca Fitzpatrick, P.C. (*pro hac vice*)<br>Karl Stampfl (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>james.hurst@kirkland.com<br>rebecca.fitzpatrick@kirkland.com<br>karl.stampfl@kirkland.com<br><br>*Attorneys for Defendants Allergan Finance, LLC, Allergan Sales, LLC and Allergan USA, Inc. and Specially Appearing Defendant Allergan plc[1]* | Charles J. Stevens (SBN 106981)<br>cstevens@gibsondunn.com<br>Joshua D. Dick (SBN 268853)<br>jdick@gibsondunn.com<br>Kelsey J. Helland (SBN 298888)<br>khelland@gibsondunn.com<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Kaspar Stoffelmayr (*pro hac vice*)<br>kaspar.stoffelmayr@bartlitbeck.com<br>Katherine M. Swift (*pro hac vice*)<br>kate.swift@bartlitbeck.com<br>BARTLIT BECK LLP<br>54 West Hubbard Street<br>Chicago, IL  60654<br>Telephone: 312.494.4400<br>Facsimile: 312.494.4440<br><br>Alex Harris (*pro hac vice*)<br>alex.harris@bartlitbeck.com<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO  80202<br>Telephone: 303.592.3100<br>Facsimile: 303.592.3140<br><br>*Attorneys for Defendant Walgreen Co.* |

---

[1] Defendant Allergan Finance, LLC was formerly known as Actavis, Inc., which was formerly known as Watson Pharmaceuticals, Inc.  Defendant Allergan plc, which was formerly known as Actavis plc and is now known as Allergan Limited, does not waive but rather expressly preserves its objection to the Court's personal jurisdiction over it.

1
2
3     *s/ Katy E. Koski*_____
4     Jaime Dorenbaum (CA Bar No. 289555)
      FOLEY & LARDNER LLP
5     555 California Street, Suite 1700
      San Francisco, CA  94104-1520
6     Telephone: (415) 984-9811
      Facsimile: (415) 434-4507
7     jdorenbaum@foley.com

8     James W. Matthews (*pro hac vice*)
      Ana M. Francisco (*pro hac vice*)
9     Katy E. Koski (*pro hac vice*)
      FOLEY & LARDNER LLP
10    111 Huntington Avenue
      Boston, MA  02199-7610
11    Telephone: (617) 342-4000
      Facsimile: (617) 342-4000
12    jmatthews@foley.com
      afrancisco@foley.com
13    kkoski@foley.com

14    *Attorneys for Defendant
      Anda, Inc.*
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

2

3 | Dated: _____, 2022

                                                                  CHARLES R. BREYER
                                                                   United States District Judge

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: January 20, 2022                                   By: _/s/ Katherine A. Vaky_

## CERTIFICATE OF SERVICE

I hereby certify that, on January 20, 2022, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ *Katherine A. Vaky*
Katherine A. Vaky