DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERE, State Bar # 173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar # 269303
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar # 141805
JAIME M. HULING DELAYE, State Bar # 270784
JOHN H. GEORGE, State Bar # 292332
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** |

Pursuant to Civil Local Rule 7-12, the People of the State of California, acting by and through San Francisco City Attorney David Chiu, ("the People"), together with Defendants (the "Parties") respectfully submit this stipulation to modify the current case schedule.

**WHEREAS**, the deposition of Plaintiff expert Elizabeth Park was moved to take place on February 8, 2022;

**IT IS THEREFORE STIPULATED AND AGREED** by the Parties, through their respective counsel of record that, subject to the Court's approval, the case schedule shall be modified as set forth in the chart below to address briefing deadlines for a *Daubert* motion as to Dr. Park.

| Event | Current Schedule | Stipulated Amended Schedule |
|---|---|---|
| *Daubert* Motion related to Plaintiff Expert Park | February 7, 2022 | February 14, 2022 |
| Opposition to said *Daubert* Motion related to Plaintiff Expert Park | March 9, 2022 | March 11, 2022 |
| Reply in support of said *Daubert* Motion related to Plaintiff Expert Park | March 21, 2022 | March 21, 2022 |

| | |
|---|---|
| DATED: February 4, 2022 | Respectfully submitted, |
| DAVID CHIU<br>City Attorney<br>YVONNE R. MERE<br>SARA J. EISENBERG<br>OWEN J. CLEMENTS<br>JAIME M. HULING DELAYE<br>JOHN H. GEORGE<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, Sixth Floor<br>San Francisco, CA 94102<br>Telephone: 415/554-3957<br>jaime.hulingdelaye@sfcityatty.org | */s/ Michael Levin-Gesundheit*<br>Elizabeth J. Cabraser<br>Richard M. Heimann<br>Paulina do Amaral<br>Kevin R. Budner<br>Michael Levin-Gesundheit<br>Jacob H. Polin<br>Miriam E. Marks<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>ecabraser@lchb.com |
| Aelish M. Baig<br>Taeva C. Shefler<br>Hadiya K. Deshmukh<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>aelishb@rgrdlaw.com<br>tshefler@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com | Paul J. Geller<br>Mark J. Dearman<br>Dorothy P. Antullis<br>Nicolle B. Brito<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br>pgeller@rgrdlaw.com<br>mdearman@rgrdlaw.com<br>dantullis@rgrdlaw.com<br>nbrito@rgrdlaw.com |
| X. Jay Alvarez<br>Thomas E. Egler<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>jaya@rgrdlaw.com<br>tome@rgrdlaw.com | Louise Renne<br>RENNE PUBLIC LAW GROUP<br>350 Sansome Street, Suite 300<br>San Francisco, CA 94104<br>Telephone: 415/848-7240<br>415/848-7230 (fax)<br>lrenne@publiclawgroup.com |
| Jennie Lee Anderson<br>Audrey Siegel<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Telephone: 415/986-1400<br>415/986-1474 (fax)<br>jennie@andrusanderson.com<br>audrey.siegel@andrusanderson.com | Kevin Sharp<br>SANFORD HEISLER SHARP, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>Telephone: 615/434-7000<br>615/434-7020 (fax)<br>ksharp@sanfordheisler.com |

| | | |
|---|---|---|
| 1 | | |
| 2 | Edward Chapin<br>SANFORD HEISLER SHARP, LLP | David S. Casey, Jr.<br>Gayle M. Blatt |
| 3 | 655 West Broadway, Suite 1700<br>San Diego, CA  92101 | Alyssa Williams<br>CASEY GERRY SCHENK FRANCAVILLA |
| 4 | Telephone:  619/577-4253<br>619/577-4250 (fax) | BLATT & PENFIELD LLP<br>110 Laurel Street |
| 5 | echapin2@sanfordheisler.com | San Diego, CA  92101-1486<br>Telephone:  619/238-1811 |
| 6 | | 619/544-9232 (fax)<br>dcasey@cglaw.com |
| 7 | | gmb@cglaw.com<br>awilliams@cglaw.com |
| 8 | Ellen Relkin<br>WEITZ & LUXENBERG P.C. | Melinda Davis Nokes<br>WEITZ & LUXENBERG P.C. |
| 9 | 700 Broadway<br>New York, NY  10003 | 1880 Century Park East<br>Los Angeles, CA  90067 |
| 10 | Telephone:  212/558-5500<br>212/344-5461 (fax) | Telephone:  310/247-0921<br>310/786-9927 (fax) |
| 11 | erelkin@weitzlux.com | mnokes@weitzlux.com |
| 12 | Paul F. Novak<br>Tiffany Ellis | |
| 13 | WEITZ & LUXENBERG, P.C.<br>24th Floor, The Fisher Building | |
| 14 | 3011 W. Grand Boulevard<br>Detroit, Michigan 48202 | |
| 15 | Tel: (313) 800-4170<br>pnovak@weitzlux.com | |
| 16 | tellis@weitzlux.com | |
| 17 | *Attorneys for Plaintiff The People of the State of California, acting by and* | |
| 18 | *through San Francisco City Attorney David Chiu* | |

| | | |
|---|---|---|
| 1 | DATED: February 4, 2022 | Respectfully submitted, |
| 2 | | */s/ Katherine M. Swift* _____ |
| 3 | | Charles J. Stevens (SBN 106981) |
| | | cstevens@gibsondunn.com |
| 4 | | Joshua D. Dick (SBN 268853) |
| | | jdick@gibsondunn.com |
| 5 | | Kelsey J. Helland (SBN 298888) |
| | | khelland@gibsondunn.com |
| 6 | | GIBSON DUNN & CRUTCHER LLP |
| | | 555 Mission Street, Suite 3000 |
| 7 | | San Francisco, CA  94105 |
| | | Telephone: 415.393.8200 |
| 8 | | Facsimile: 415.393.8306 |
| 9 | | |
| 10 | | Brian C. Swanson (*pro hac vice*) |
| | | brian.swanson@bartlitbeck.com |
| | | Katherine M. Swift (*pro hac vice*) |
| 11 | | kate.swift@bartlitbeck.com |
| | | BARTLIT BECK LLP |
| 12 | | 54 West Hubbard Street |
| | | Chicago, IL  60654 |
| 13 | | Telephone: 312.494.4400 |
| | | Facsimile: 312.494.4440 |
| 14 | | |
| | | Alex Harris (*pro hac vice*) |
| 15 | | alex.harris@bartlitbeck.com |
| | | Gabriel Levin (SBN 330163) |
| 16 | | gabe.levin@barlitbeck.com |
| | | BARTLIT BECK LLP |
| 17 | | 1801 Wewatta Street, Suite 1200 |
| | | Denver, CO  80202 |
| 18 | | Telephone: 303.592.3100 |
| | | Facsimile: 303.592.3140 |
| 19 | | |
| 20 | | *Attorneys for Defendant Walgreen Co.* |

1  PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

2
3  Dated: __February 7__, 2022

   _____
   CHARLES R. BREYER
   United States District Judge

1  **ATTESTATION**

2  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this

3  document has been obtained from the above signatories.

4

5  Dated: February 4, 2022                                  By: */s/ Michael Levin-Gesundheit*