UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>                Defendants. | Case No.  18-cv-07591-CRB   (JSC)<br><br>**ORDER RE LINDA KITLINSKI DEPOSITION**<br><br>Re: Dkt. No. 1037 |

Now pending before the Court is a discovery dispute joint letter from Plaintiff and Endo regarding the deposition of Linda Kitlinski.  (Dkt. No. 1037.)  Oral argument is not required. Endo's request to depose Ms. Kitlinski in this case is denied for the reasons proffered by Plaintiff in the letter.  Whether the deposition of Ms. Kitlinski at which neither Plaintiff nor Endo questioned her is admissible in this case is a matter for the trial judge should a party seek to admit such testimony.

This Order disposes of Docket No. 1037.

**IT IS SO ORDERED.**

Dated: February 14, 2022

JACQUELINE SCOTT CORLEY
United States Magistrate Judge