Brian C. Swanson (*pro hac vice*)
brian.swanson@bartlitbeck.com
Katherine M. Swift (*pro hac vice*)
kate.swift@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone:  312. 494.4400
Facsimile:  312.494.4440

Alex J. Harris (*pro hac vice*)
alex.harris@bartlitbeck.com
Gabriel Levin (SBN 330163)
gabe.levin@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO  80202
Telephone:  303.592.3100
Facsimile:  303.592.3140

*Attorneys for Defendant Walgreen Co.*
*(Additional counsel listed on signature page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br>vs.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Civil Case No. 3:18-CV-07591-CRB<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (RE: WALGREEN CO.'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF ELIZABETH PARK)**<br><br>Hon. Charles R. Breyer and Hon. Jacqueline Scott Corley |

1  Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5(f),
2 Defendant Walgreen Co. ("Walgreens") brings this Administrative Motion to Consider
3 Whether Another Party's Material Should be Sealed, with respect to Exhibit A to the
4 Declaration of Alex J. Harris in Support of Walgreen Co.'s Motion to Exclude the Opinions
5 and Testimony of Elizabeth Park and to the Motion to Exclude itself.  Exhibit A is an excerpt
6 from the deposition transcript of Elizabeth Park and has been designated Highly Confidential
7 Subject to the Protective Order.  Walgreens' Motion to Exclude also contains references to
8 deposition transcript of Elizabeth Park, which has been designated Highly Confidential.
9  Walgreens has provisionally filed the aforementioned documents under seal to
10 comply with Civ. L. R. 79-5(f) and to give the People the opportunity to argue the merits of
11 this issue.  Unredacted copies of the Motion to Exclude and supporting Exhibits are attached
12 to this Motion.

2

DEFENDANT WALGREEN CO.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (RE: MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF ELIZABETH PARK) - CASE NO. 3:18-CV-07591-CRB

DATED:  February 14, 2022

Respectfully submitted,

 /s/ *Katherine M. Swift*
Brian C. Swanson (*pro hac vice*)
brian.swanson@bartlitbeck.com
Katherine M. Swift (*pro hac vice*)
kate.swift@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone:  312.494.4400
Facsimile:  312.494.4440

Alex J. Harris (*pro hac vice*)
alex.harris@bartlitbeck.com
Gabriel Levin (SBN 330163)
gabe.levin@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:  303.592.3100
Facsimile:  303.592.3140

Charles J. Stevens (SBN 106981)
cstevens@gibsondunn.com
Joshua D. Dick (SBN 268853)
jdick@gibsondunn.com
Kelsey J. Helland (SBN 298888)
khelland@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant WALGREEN CO.*