Brian C. Swanson (*pro hac vice*)
brian.swanson@bartlitbeck.com
Katherine M. Swift *(pro hac vice)*
kate.swift@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone:  312. 494.4400
Facsimile:  312.494.4440

Alex J. Harris *(pro hac vice)*
alex.harris@bartlitbeck.com
Gabriel Levin (SBN 330163)
gabe.levin@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO  80202
Telephone:  303.592.3100
Facsimile:  303.592.3140

*Attorneys for Defendant Walgreen Co.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Civil Case No.: 3:18-CV-07591-CRB<br><br>**DECLARATION OF ALEX J. HARRIS IN SUPPORT OF WALGREEN CO.'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF ELIZABETH PARK** |

I, Alex J. Harris, hereby declare and state:

1. I am an attorney duly licensed to practice law in the State of Colorado and admitted to practice *pro hac vice* before this Court. I am a Partner at Bartlit Beck LLP and am one of the attorneys representing Defendant Walgreen Co. ("Walgreens") in the above-entitled action. I make this declaration upon personal knowledge and could and would competently testify to the matters below if called to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Elizabeth Park in *The City and County of San Francisco, California, et al. v. Purdue Pharma L.P., et al.,* Case No. 3:18-cv-07591), dated February 8, 2022.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Expert Report of Elizabeth Park, Pharm.D., APh in *The City and County of San Francisco, California, et al. v. Purdue Pharma L.P., et al.,* Case No. 3:18-cv-07591), dated October 19, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Opinion and Order Regarding Defendants' Motion to Exclude Opinions of James Rafalski and Craig McCann issued by the United States District Court of the Northern District of Ohio in *In re: National Prescription Opiate Litigation*, MDL 2804, Case No. 1:17-MD-2804), filed on August 20, 2019.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the Expert Rebuttal Report of Elizabeth Park, Pharm.D., APh in *The City and County of San Francisco, California, et al. v. Purdue Pharma L.P., et al.,* Case No. 3:18-cv-07591), dated January 21, 2022.

6. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on February 14, 2022, in Denver, Colorado.

| | |
|---|---|
| Dated: February 14, 2022 | Respectfully submitted, |
| | By: /s/ *Alex J. Harris* |
| | Alex J. Harris |

3

DECLARATION OF ALEX J. HARRIS IN SUPPORT OF WALAGREEN CO.'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF ELIZABETH PARK
CASE NO. 3:18-CV-07591-CRB