UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PURDUE PHARMA L.P., et al.<br><br>    Defendants. | Civil Case No.: 3:18-CV-07591-CRB<br><br>**[PROPOSED] ORDER GRANTING WALGREEN CO.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED AND ITS MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF ELIZABETH PARK**<br><br>Honorable Charles R. Breyer and Hon. Jacqueline Scott Corley |

## **[PROPOSED] ORDER**

Having considered Walgreen Co.'s Administrative Motion to Consider Whether Another Party's Materials Should be Sealed and its Motion to Exclude the Opinions and Testimony of Elizabeth Park, the papers file in support, all records on file with the Court in this case, and good cause appearing therefore, IT IS HEREBY ORDERED that Walgreen Co.'s Motions are GRANTED.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE