1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERE, State Bar #173594
   Chief Deputy City Attorney
3  SARA J. EISENBERG, State Bar #269303
   Chief of Complex & Affirmative Litigation
4  OWEN J. CLEMENTS, State Bar #141805
   JAIME M. HULING DELAYE, State Bar #270784
5  JOHN H. GEORGE, State Bar #292332
   Deputy City Attorneys
6  Fox Plaza
   1390 Market Street, Sixth Floor
7  San Francisco, CA  94102
   Telephone:  415/554-3957
8  jaime.hulingdelaye@sfcityatty.org

9  *Attorneys for Plaintiff The People of the State of
   California, acting by and through San Francisco City*
10 *Attorney David Chiu*

11 *[Additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al., | Case No.  3:18-cv-07591-CRB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER PERMITTING REMOTE LIVESTREAM OF TRIAL TESTIMONY AND PROCEEDINGS** |
| v. | |
| PURDUE PHARMA L.P., et al., | Hon. Charles R. Breyer |
| Defendants. | |

1    Pursuant to the Court's February 1, 2022 Order Re Trial Protocols and Deadlines, ECF No. 1004, the parties respectfully submit this stipulation and proposed order:

1. <u>Livestream</u>.  To ensure that the Parties and their counsel have safe and efficient access to the trial proceedings, this Court will allow the remote live transmission of those proceedings via a secure video livestream link.  Courtroom Connect, or another vendor agreed to by all parties, will broadcast the trial proceedings to the permitted participants.

2. <u>Access</u>.  In accordance with federal practice and procedure, the Court will strictly limit who can access the livestream and how they can do so.  Access to the livestream link will be limited to the Track 4 Parties, including their counsel, support staff, and any expert witness that is permitted by the Court to hear other witnesses' testimony.[1]  No other person shall have or be provided access.  Passwords will have unique identifiers such that participants will be closely monitored.  Parties are prohibited from sharing and/or disseminating the aforementioned passwords and the associated identifiers with any individual not specified in this Order.

3. <u>Remote Participation of Counsel</u>.  While the Parties' expectation is that attorneys conducting primary examinations or presenting arguments will be present in the courtroom, where necessary or appropriate, counsel will be permitted on a case-by-case basis to participate in the trial remotely, via a secure video platform such as Zoom.  The Court finds that these steps will help streamline trial, make it more accessible, and reduce COVID-19 safety concerns.

4. <u>Health and Safety.</u>  The parties shall adhere to state rules, San Francisco rules and guidance, and Northern District of California orders regarding COVID-19 safety measures and precautions that may impact in-person attendance at trial.

5. Violations of this Order shall be subject to sanctions by this Court and to all other penalties provided by law.

6. <u>Recording of Witness Examinations</u>. The following set of rules shall govern recording of the livestream *(choose one based on contemporaneously filed joint statement)*:

[  ] *(Plaintiff's Proposal)* This Court cautions that parties, counsel, and all others individuals who are granted access to the livestream of the trial proceedings in this matter are strictly prohibited

---

[1] For avoidance of doubt, the San Francisco City Attorney's Office (and its staff) are permitted to access this link.

from making any kind of recording of the proceedings, including audio recording, video recording or taking photographs of the livestream. The Court may, on a case by case basis, after considering the individual circumstances of a witness at issue, authorize the livestream vendor to record a witness's testimony for potential use in other proceedings.

[ ] *(Defendants' Proposal)* This Court cautions that parties, counsel, and all others individuals who are granted access to the livestream of the trial proceedings in this matter are strictly prohibited from making any kind of recording of the proceedings, including audio recording, video recording or taking photographs of the livestream.

DATED:  February 18, 2022

Respectfully Submitted,

*/s/ Mark P. Chalos*
MARK P. CHALOS

LIEFF, CABRASER, HEIMANN
    & BERNSTEIN, LLP
ELIZABETH J. CABRASER
RICHARD M. HEIMANN
PAULINA DO AMARAL
KEVIN R. BUDNER
MICHAEL LEVIN-GESUNDHEIT
MARK P. CHALOS
JACOB H. POLIN
MIRIAM E. MARKS
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415/956-1000
415/956-1008 (fax)
ecabraser@lchb.com
rheimann@lchb.com
pdoamaral@lchb.com
kbudner@lchb.com
mlevin@lchb.com
mchalos@lchb.com

DAVID CHIU
City Attorney
YVONNE R. MERE
SARA J. EISENBERG
OWEN J. CLEMENTS
JAIME M. HULING DELAYE
JOHN H. GEORGE
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415/554-3957
jaime.hulingdelaye@sfcityatty.org

ROBBINS GELLER RUDMAN
    & DOWD LLP
AELISH M. BAIG
TAEVA C. SHEFLER
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com
hdeshmukh@rgrdlaw.com

PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
NICOLLE B. BRITO
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com
nbrito@rgrdlaw.com

ROBBINS GELLER RUDMAN
    & DOWD LLP
X. JAY ALVAREZ
THOMAS E. EGLER
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jaya@rgrdlaw.com
tome@rgrdlaw.com

- 3 -  STIPULATION AND [PROPOSED] ORDER RE REMOTE LIVESTREAM OF TRIAL
NO. 3:18-CV-07591-CRB

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  | RENNE PUBLIC LAW GROUP<br>LOUISE RENNE                          |
| 3  | 350 Sansome Street, Suite 300<br>San Francisco, CA 94104        |
| 4  | Telephone: 415/848-7240<br>415/848-7230 (fax)                   |
| 5  | lrenne@publiclawgroup.com                                       |
| 6  | ANDRUS ANDERSON LLP<br>JENNIE LEE ANDERSON                      |
| 7  | AUDREY SIEGEL<br>155 Montgomery Street, Suite 900               |
| 8  | San Francisco, CA 94104<br>Telephone: 415/986-1400              |
| 9  | 415/986-1474 (fax)<br>jennie@andrusanderson.com                 |
| 10 | audrey.siegel@andrusanderson.com                                |
| 11 | SANFORD HEISLER SHARP, LLP<br>KEVIN SHARP                       |
| 12 | 611 Commerce Street, Suite 3100<br>Nashville, TN 37203          |
| 13 | Telephone: 615/434-7000<br>615/434-7020 (fax)                   |
| 14 | ksharp@sanfordheisler.com                                       |
| 15 | SANFORD HEISLER SHARP, LLP<br>EDWARD CHAPIN                     |
| 16 | 655 West Broadway, Suite 1700<br>San Diego, CA 92101            |
| 17 | Telephone: 619/577-4253<br>619/577-4250 (fax)                   |
| 18 | echapin2@sanfordheisler.com                                     |
| 19 | CASEY GERRY SCHENK FRANCAVILLA<br>    BLATT & PENFIELD LLP      |
| 20 | DAVID S. CASEY, JR.<br>GAYLE M. BLATT                           |
| 21 | ALYSSA WILLIAMS<br>110 Laurel Street                            |
| 22 | San Diego, CA 92101-1486<br>Telephone: 619/238-1811             |
| 23 | 619/544-9232 (fax)<br>dcasey@cglaw.com                          |
| 24 | gmb@cglaw.com<br>awilliams@cglaw.com                            |
| 25 | WEITZ & LUXENBERG P.C.                                          |
| 26 | ELLEN RELKIN<br>700 Broadway                                    |
| 27 | New York, NY 10003<br>Telephone: 212/558-5500                   |
| 28 | 212/344-5461 (fax)<br>erelkin@weitzlux.com                      |

- 4 -     STIPULATION AND [PROPOSED] ORDER RE REMOTE LIVESTREAM OF TRIAL
NO. 3:18-CV-07591-CRB

|   |   |
|---|---|
|   | WEITZ & LUXENBERG P.C.<br>MELINDA DAVIS NOKES<br>1880 Century Park East<br>Los Angeles, CA  90067<br>Telephone:  310/247-0921<br>310/786-9927 (fax)<br>mnokes@weitzlux.com<br><br>WEITZ & LUXENBERG P.C.<br>PAUL F. NOVAK<br>TIFFANY R. ELLIS<br>3011 W. Grand Blvd, 24th Floor<br>Detroit, MI  48202<br>Telephone:  313/800-4170<br>646/293-7960 (fax)<br>pnovak@weitzlux.com<br>tellis@weitzlux.com<br><br>*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu* |
| DATED:  February 18, 2022 | Respectfully submitted, |
| *Amy L. Van Gelder*<br>Richard Bernardo (*pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY  10001<br>Telephone: (212) 735-3000<br>richard.bernardo@skadden.com<br><br>Amy L. Van Gelder (*pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>155 North Wacker Drive, Suite 2700<br>Chicago, IL  60606<br>Telephone: (312) 407-0903<br>amy.vangelder@skadden.com<br><br>Padraic Foran (SBN 268278)<br>Moez M. Kaba (SBN 257456)<br>Michael K. Acquah (SBN 313955)<br>mkaba@hueston.com<br>pforan@hueston.com<br>macquah@hueston.com<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>Facsimile: (888) 775-0898 | *Collie F. James*<br>Collie F. James, IV (S.B. #192318)<br>MORGAN, LEWIS & BOCKIUS LLP<br>600 Anton Blvd., Suite 1800<br>Costa Mesa, CA  92626<br>Telephone: (714) 830-0600<br>collie.james@morganlewis.com<br><br>Brent A. Hawkins (S.B. # 314266)<br>Zachary Hill (S.B. #275886)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Telephone: (415) 442-1000<br>brent.hawkins@morganlewis.com<br>zachary.hill@morganlewis.com<br><br>Wendy West Feinstein (pro hac vice)<br>Katherine A. Vaky (pro hac vice)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Oxford Centre, 32nd Floor<br>Pittsburgh, PA  15219-6401<br>Telephone: (412) 560-7455<br>wendy.feinstein@morganlewis.com<br>katherine.vaky@morganlewis.com<br><br>*Attorneys for Defendants Cephalon, Inc.; Teva Pharmaceuticals USA, Inc.; specially appearing Teva Pharmaceutical Industries Ltd.; Watson* |

| | |
|---|---|
| 1 | |
| 2  John C. Hueston (SBN 164921)  | *Laboratories, Inc.; Actavis LLC, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc.; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Warner Chilcott Company, LLC; Actavis South Atlantic LLC; Actavis Totowa LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc., f/k/a/ Watson Laboratories, Inc.-Salt Lake City; and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida* |

John C. Hueston (SBN 164921)
HUESTON HENNIGAN LLP
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Attorneys for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Endo International plc, Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*

*Laboratories, Inc.; Actavis LLC, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc.; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Warner Chilcott Company, LLC; Actavis South Atlantic LLC; Actavis Totowa LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc., f/k/a/ Watson Laboratories, Inc.-Salt Lake City; and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida*

_____*Nicole K. Smith*_____
Nicole K. Smith (S.B. #330384)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
nicole.k.smith@kirkland.com

James F. Hurst, P.C. (pro hac vice)
Hariklia Karis, P.C. (pro hac vice)
Zachary A. Ciullo (pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
hkaris@kirkland.com
zac.ciullo@kirkland.com

*Attorneys for Defendants Allergan Finance, LLC, Allergan Sales, LLC and Allergan USA, Inc. and Specially Appearing Defendant Allergan plc*

_____*Katherine M. Swift*_____
Brian C. Swanson (pro hac vice)
brian.swanson@bartlitbeck.com
Katherine M. Swift (pro hac vice)
kate.swift@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone:  312.494.4400
Facsimile:  312.494.4440

Alex J. Harris (pro hac vice)
alex.harris@bartlitbeck.com
Gabriel J. Levin (SBN 330163)
gabe.levin@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:  303.592.3100
Facsimile:  303.592.3140

Charles J. Stevens (SBN 106981)
cstevens@gibsondunn.com
Joshua D. Dick (SBN 268853)
jdick@gibsondunn.com
Kelsey J. Helland (SBN 298888)
khelland@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Walgreen Co.*

1 |      *Katy E. Koski*
---|---

Alan R. Ouellette (CA Bar No. 272745)
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
aouellette@foley.com

James W. Matthews (*pro hac vice*)
Ana M. Francisco (*pro hac vice*)
Katy E. Koski (*pro hac vice*)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4000
jmatthews@foley.com
francisco@foley.com
kkoski@foley.com

*Attorneys for Defendant
Anda, Inc.*

**<u>ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

DATED: February 18, 2022

*/s/ Mark P. Chalos*
MARK P. CHALOS

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 18, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Mark P. Chalos*
MARK P. CHALOS

LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415/956-1000
415/956-1008 (fax)
mchalos@lchb.com