DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERE, State Bar #173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar #269303
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar #141805
JAIME M. HULING DELAYE, State Bar #270784
JOHN H. GEORGE, State Bar #292332
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415/554-3957
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California,
acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Case No. 3:18-cv-07591-CRB<br><br>JOINT STATEMENT REGARDING RECORDING TRIAL |

4880-4576-2574.v1

1
2
3
4
5
6
7

On February 1, 2022 the Court issued an Order Re: Trial Protocols and Deadlines.  Dkt. No. 1004.   The Court ordered the parties to submit a follow-up joint statement regarding livestreaming the proceedings.   The parties agree on all issues except recording the content transmitted via the livestream.  They hereby submit this joint statement on that issue.  Each side's proposed language (should they prevail) is included as an option for the Court to select in the contemporaneously filed stipulation and order.

8

## I.     PLAINTIFF'S PROPOSAL

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

The Court should be able to, on a case by case basis, after considering the individual circumstances of a witness at issue, authorize the livestream vendor to record a witness's testimony for potential use in other proceedings. Cases are transferred to multidistrict litigation "for the convenience of parties and witnesses and [to] promote the just and efficient conduct of such actions." 28 U.S.C. § 1407. These principals are particularly important in bellwether proceedings, which serve to guide resolution of disputes across an MDL. Recording portions of the CT4 trial can facilitate these objectives where witness availability is an issue, and particularly where it disparately impacts one party. Plaintiff's proposal keeps the recording confidential and sequestered—unless and until another judge admits it. The balance of hardships favors this approach. A decision not to record has permanent effect, fully foreclosing any opportunity to view CT4 testimony in any other proceeding. But creating a recording has no cost, since cameras will already be present for livestreaming, and causes no harm of any kind.  Defendants' concerns arise only once a recording is used in particular (hypothetical) settings.  Where those concerns are valid, judges overseeing other proceedings will not admit the recordings. Some judges may see benefit in using the recording for only one witness in an extraordinary circumstance, or never at all. But where its use could someday benefit the administration of justice, it can only be helpful to make that option available to judges in the many upcoming and future opioid proceedings.

26
27
28

## II.     DEFENDANTS' PROPOSAL

Defendants oppose the People's request to "authorize the livestream vendor to record a witness's testimony for potential use in other proceeding." Under Civil Local Rule 77-3, "video-recording in the courtroom or its environs in connection with any judicial proceeding is prohibited" unless authorized by the District Judge "for ceremonial purposes, or for participation in a pilot or other project authorized by the Judicial Council of the Ninth Circuit or the Judicial Conference of the United States." The People have not pointed to any ceremonial purpose or any authorized pilot or other project that necessitates such a recording over Defendants' objection. Recording "for potential use in other proceedings," even if considered on a case by case basis, is not permitted under Civil Local Rule 77-3. *See Hollingsworth v. Perry*, 558 U.S. 183, 192 (2010) (staying broadcasting where Civil Local Rule 77-3 did not permit it and the district court's attempt to amend the rule was not valid). That this is an MDL bellwether trial does not justify a deviation from the local rules. *See id.* at 199 (rejecting the court's attempt "to treat this case differently from other trials in the district").

Moreover, the People's intent to play the recorded witness examinations at subsequent trials goes against the Federal Rules' requirement that "witnesses' testimony must be taken in open court unless a federal statute, the Federal Rules of Evidence, these rules, or other rules adopted by the Supreme Court provide otherwise." Fed. R. Civ. P. 43(a). The People have not attempted to justify the use of any witness's trial testimony in any future trial in which the People would not be a participant and there is no guarantee that the same defendants would be involved. Likewise, the People have not explained why any particular witness would be unavailable to testify live in a subsequent trial. Nor have the People explained why the transcript of a witness's trial testimony would fail to adequately preserve that witness's testimony for any future cases.

Defendants urge this Court to adopt their proposal regarding recording, which mirrors that used in the livestream orders entered in prior case tracks—also bellwethers.. *See, e.g.*, *In re Nat'l Prescription Opiate Litig.*, 17-md-2804, Dkt. 3951 ("Recordings of any kind, including audio recordings, visual recordings and still photographs of court proceedings are strictly prohibited.").

1

2    DATED:  February 18, 2022

3

         Respectfully Submitted,
4

5
                                                        */s/  Mark P. Chalos*
6                                                      MARK P. CHALOS

7                                             LIEFF, CABRASER, HEIMANN
                                                   & BERNSTEIN, LLP
8                                             ELIZABETH J. CABRASER
                                              RICHARD M. HEIMANN
9                                             PAULINA DO AMARAL
                                              KEVIN R. BUDNER
10                                            MICHAEL LEVIN-GESUNDHEIT
                                              MARK P. CHALOS
11                                            JACOB H. POLIN
                                              MIRIAM E. MARKS
12                                            275 Battery Street, 29th Floor
                                              San Francisco, CA  94111-3339
13                                            Telephone:  415/956-1000
                                              415/956-1008 (fax)
14                                            ecabraser@lchb.com
                                              rheimann@lchb.com
15                                            pdoamaral@lchb.com
                                              kbudner@lchb.com
16                                            mlevin@lchb.com
                                              mchalos@lchb.com
17
                                              DAVID CHIU
18                                            City Attorney
                                              YVONNE R. MERE
19                                            SARA J. EISENBERG
                                              OWEN J. CLEMENTS
20                                            JAIME M. HULING DELAYE
                                              JOHN H. GEORGE
21                                            Deputy City Attorneys
                                              Fox Plaza
22                                            1390 Market Street, Sixth Floor
                                              San Francisco, CA  94102
23                                            Telephone:  415/554-3957
                                              jaime.hulingdelaye@sfcityatty.org
24

25

26

27

28

1

2                          ROBBINS GELLER RUDMAN
                                  & DOWD LLP

3                          AELISH M. BAIG
                          TAEVA C. SHEFLER

4                          HADIYA K. DESHMUKH
                          Post Montgomery Center

5                          One Montgomery Street, Suite 1800
                          San Francisco, CA  94104

6                          Telephone:  415/288-4545
                          415/288-4534 (fax)

7                          aelishb@rgrdlaw.com
                          tshefler@rgrdlaw.com

8                          hdeshmukh@rgrdlaw.com

9                          PAUL J. GELLER
                          MARK J. DEARMAN

10                        DOROTHY P. ANTULLIS
                        NICOLLE B. BRITO

11                        120 East Palmetto Park Road, Suite 500
                        Boca Raton, FL  33432

12                        Telephone:  561/750-3000
                        561/750-3364 (fax)

13                        pgeller@rgrdlaw.com
                        mdearman@rgrdlaw.com

14                        dantullis@rgrdlaw.com
                        nbrito@rgrdlaw.com

15                          ROBBINS GELLER RUDMAN
                                 & DOWD LLP

16                        X. JAY ALVAREZ

17                        THOMAS E. EGLER
                        655 West Broadway, Suite 1900

18                        San Diego, CA  92101
                        Telephone:  619/231-1058

19                        619/231-7423 (fax)
                        jaya@rgrdlaw.com

20                        tome@rgrdlaw.com

21

22                          RENNE PUBLIC LAW GROUP
                        LOUISE RENNE

23                        350 Sansome Street, Suite 300
                        San Francisco, CA 94104

24                        Telephone:  415/848-7240
                        415/848-7230 (fax)

25                        lrenne@publiclawgroup.com

26

27

28

1

2        ANDRUS ANDERSON LLP
         JENNIE LEE ANDERSON
3        AUDREY SIEGEL
         155 Montgomery Street, Suite 900
4        San Francisco, CA  94104
         Telephone:  415/986-1400
5        415/986-1474 (fax)
         jennie@andrusanderson.com
6        audrey.siegel@andrusanderson.com

7        SANFORD HEISLER SHARP, LLP
         KEVIN SHARP
8        611 Commerce Street, Suite 3100
         Nashville, TN  37203
9        Telephone:  615/434-7000
         615/434-7020 (fax)
10       ksharp@sanfordheisler.com

11       SANFORD HEISLER SHARP, LLP
         EDWARD CHAPIN
12       655 West Broadway, Suite 1700
         San Diego, CA  92101
13       Telephone:  619/577-4253
         619/577-4250 (fax)
14       echapin2@sanfordheisler.com

15       CASEY GERRY SCHENK FRANCAVILLA
            BLATT & PENFIELD LLP
16       DAVID S. CASEY, JR.
         GAYLE M. BLATT
17       ALYSSA WILLIAMS
         110 Laurel Street
18       San Diego, CA  92101-1486
         Telephone:  619/238-1811
19       619/544-9232 (fax)
         dcasey@cglaw.com
20       gmb@cglaw.com
         awilliams@cglaw.com
21
         WEITZ & LUXENBERG P.C.
22       ELLEN RELKIN
         700 Broadway
23       New York, NY  10003
         Telephone:  212/558-5500
24       212/344-5461 (fax)
         erelkin@weitzlux.com
25
         WEITZ & LUXENBERG P.C.
26       MELINDA DAVIS NOKES
         1880 Century Park East
27       Los Angeles, CA  90067
         Telephone:  310/247-0921
28       310/786-9927 (fax)
         mnokes@weitzlux.com

JOINT STATEMENT REGARDING
RECORDING TRIAL
NO. 3:18-CV-07591-CRB

WEITZ & LUXENBERG P.C.
PAUL F. NOVAK
TIFFANY R. ELLIS
3011 W. Grand Blvd, 24th Floor
Detroit, MI  48202
Telephone:  313/800-4170
646/293-7960 (fax)
pnovak@weitzlux.com
tellis@weitzlux.com

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

DATED:  February 18, 2022

Respectfully submitted,

_____*Amy L. Van Gelder*_____

Richard Bernardo (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY  10001
Telephone: (212) 735-3000
richard.bernardo@skadden.com

Amy L. Van Gelder (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, IL  60606
Telephone: (312) 407-0903
amy.vangelder@skadden.com

Padraic Foran (SBN 268278)
Moez M. Kaba (SBN 257456)
Michael K. Acquah (SBN 313955)
mkaba@hueston.com
pforan@hueston.com
macquah@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

John C. Hueston (SBN 164921)
HUESTON HENNIGAN LLP
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Attorneys for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc.,*

_____*Collie F. James*_____

Collie F. James, IV (S.B. #192318)
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Blvd., Suite 1800
Costa Mesa, CA  92626
Telephone: (714) 830-0600
collie.james@morganlewis.com

Brent A. Hawkins (S.B. # 314266)
Zachary Hill (S.B. #275886)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Telephone: (415) 442-1000
brent.hawkins@morganlewis.com
zachary.hill@morganlewis.com

Wendy West Feinstein (pro hac vice)
Katherine A. Vaky (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA  15219-6401
Telephone: (412) 560-7455
wendy.feinstein@morganlewis.com
katherine.vaky@morganlewis.com

*Attorneys for Defendants Cephalon, Inc.; Teva Pharmaceuticals USA, Inc.; specially appearing Teva Pharmaceutical Industries Ltd.; Watson Laboratories, Inc.; Actavis LLC, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc.; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Warner Chilcott Company, LLC; Actavis South Atlantic LLC; Actavis Totowa LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc., f/k/a Watson Laboratories, Inc.-Salt Lake City; and*

1  | *Endo International plc, and Par*          *Actavis Laboratories FL, Inc., f/k/a Watson*
2  | *Pharmaceutical Companies, Inc.*            *Laboratories, Inc.-Florida*

3

4   _____*Nicole K. Smith*_____          _____*Katherine M. Swift*_____
    Nicole K. Smith (S.B. #330384)                  Brian C. Swanson (pro hac vice)
5   KIRKLAND & ELLIS LLP                            brian.swanson@bartlitbeck.com
    555 California Street                            Katherine M. Swift (pro hac vice)
    San Francisco, CA 94104                          kate.swift@bartlitbeck.com
6   Telephone: (415) 439-1400                       BARTLIT BECK LLP
    Facsimile: (415) 439-1500                       54 West Hubbard Street
7   nicole.k.smith@kirkland.com                     Chicago, IL 60654
                                                    Telephone:  312.494.4400
8   James F. Hurst, P.C. (pro hac vice)             Facsimile:  312.494.4440
    Hariklia Karis, P.C. (pro hac vice)
9   Zachary A. Ciullo (pro hac vice)                Alex J. Harris (pro hac vice)
    KIRKLAND & ELLIS LLP                            alex.harris@bartlitbeck.com
10  300 North LaSalle                               Gabriel J. Levin (SBN 330163)
    Chicago, IL  60654                              gabe.levin@bartlitbeck.com
11  Telephone: (312) 862-2000                       BARTLIT BECK LLP
    Facsimile: (312) 862-2200                       1801 Wewatta Street, Suite 1200
12  james.hurst@kirkland.com                        Denver, CO 80202
    hkaris@kirkland.com                             Telephone:  303.592.3100
13  zac.ciullo@kirkland.com                         Facsimile:  303.592.3140

14  *Attorneys for Defendants*                      Charles J. Stevens (SBN 106981)
    *Allergan Finance, LLC, Allergan Sales,*        cstevens@gibsondunn.com
15  *LLC and Allergan USA, Inc. and Specially*      Joshua D. Dick (SBN 268853)
    *Appearing Defendant Allergan plc*             jdick@gibsondunn.com
16                                                  Kelsey J. Helland (SBN 298888)
                                                    khelland@gibsondunn.com
17                                                  GIBSON DUNN & CRUTCHER LLP
                                                    555 Mission Street, Suite 3000
18                                                  San Francisco, CA  94105
                                                    Telephone:  415.393.8200
19                                                  Facsimile:  415.393.8306

20                                                  *Attorneys for Defendant*
                                                    *Walgreen Co.*
21

22

23

24

25

26

27

28

1

2
       *Katy E. Koski*
Alan R. Ouellette (CA Bar No. 272745)
FOLEY & LARDNER LLP

3
555 California Street, Suite 1700
San Francisco, CA  94104-1520

4
Telephone: (415) 434-4484
Facsimile: (415) 434-4507

5
aouellette@foley.com

6
James W. Matthews (*pro hac vice*)
Ana M. Francisco (*pro hac vice*)

7
Katy E. Koski (*pro hac vice*)
FOLEY & LARDNER LLP

8
111 Huntington Avenue
Boston, MA  02199-7610

9
Telephone: (617) 342-4000
Facsimile: (617) 342-4000

10
jmatthews@foley.com
francisco@foley.com

11
kkoski@foley.com

12
*Attorneys for Defendant*
*Anda, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT REGARDING
RECORDING TRIAL
NO. 3:18-CV-07591-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.


DATED:  February 18, 2022                         /s/  Mark P. Chalos
                                                          MARK P. CHALOS

- 10 -

1

<u>CERTIFICATE OF SERVICE</u>

2

     I hereby certify under penalty of perjury that on February 18, 2022, I authorized the

3

electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will

4

send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List,

5

and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service

6

to the non-CM/ECF participants indicated on the attached Manual Notice List.

7

                             */s/  Mark P. Chalos*
                             MARK P. CHALOS

8

9

                             LIEFF, CABRASER, HEIMANN
                               & BERNSTEIN, LLP
                             MARK P. CHALOS

10

                             275 Battery Street, 29th Floor
                             San Francisco, CA  94111-3339

11

                             Telephone:  415/956-1000
                             415/956-1008 (fax)

12

                             mchalos@lchb.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT REGARDING
RECORDING TRIAL
NO. 3:18-CV-07591-CRB