IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>　　　　Defendants. | Case No. 18-cv-07591-CRB<br><br>**ORDER DIRECTING PARTIES TO CONFER ON TECHNICAL MATTERS** |

The parties filed a stipulation regarding livestreaming the trial in the above-captioned case. See Stipulation (dkt. 1052); see also Joint Statement (dkt. 1053) (noting the parties' dispute as to recording certain witnesses on a case-by-case basis).

The Court ORDERS the parties to confer with Buz Rico, the Court's IT Director, on relevant technical issues. Mr. Rico may be reached by email at Buz_Rico@cand.uscourts.gov or by contacting the Clerk's Office at 415-522-2000. The parties are DIRECTED to file an updated stipulation 10 days from the date of this order.

**IT IS SO ORDERED.**

Dated: February 23, 2022



CHARLES R. BREYER
United States District Judge