DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERE, State Bar # 173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar # 269303
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar #141805
JAIME M. HULING DELAYE, State Bar # 270784
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Telephone: 415.554.3597
jaime.hulingdelaye@sfcityatty.org

*Attorneys for People The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Peoples,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB<br><br>**JOINT STATEMENT REGARDING ARCOS AND CERTAIN DATA SETS**<br><br>Honorable Charles R. Breyer |

On February 16, 2022, the Court issued a Further Order Re: Trial Protocols and Schedules. Dkt. No. 1049. The Court ordered the parties to submit a follow-up joint statement regarding testimony at trial, as well as ARCOS and transactional data.

## JOINT STATEMENT

On February 11, 2022, the parties submitted a joint statement regarding trial protocols and schedule. Dkt. No. 1049. In the parties' submission, Plaintiff sought the ability to present remote trial testimony of witnesses pursuant to Federal Rules of Civil Procedure 43(a) and 45. *Id*. at 4. The parties discussed the proposal during a meet and confer on February 24, 2022 and agree discussion of the topic should continue following the parties' exchange of witness lists on Monday, February 28.

In addition, the parties conferred on February 24, regarding the authenticity and admissibility of certain data sets including ARCOS and transactional data. The matters on which the parties have reached agreement are outlined in the stipulation and proposed order attached as Exhibit 1. To the extent additional agreements are made between now and trial with respect to other data sets or defendant specific documents, later stipulations will be proposed.

The parties agree to submit an additional joint statement detailing areas of agreement and disagreement to the Court by Wednesday, March 9.

DATED: February 28, 2022

Respectfully Submitted,

Additional Counsel:

*/s/ Tiffany R. Ellis*
TIFFANY R. ELLIS

WEITZ & LUXENBERG P.C.
PAUL F. NOVAK
TIFFANY R. ELLIS
3011 W. Grand Blvd, 24th Floor
Detroit, MI 48202
Telephone: 313/800-4170
646/293-7960 (fax)
pnovak@weitzlux.com
tellis@weitzlux.com

LIEFF, CABRASER, HEIMANN
    & BERNSTEIN, LLP
ELIZABETH J. CABRASER
RICHARD M. HEIMANN
PAULINA DO AMARAL
KEVIN R. BUDNER
MICHAEL LEVIN-GESUNDHEIT
MARK P. CHALOS
JACOB H. POLIN
MIRIAM E. MARKS
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415/956-1000
415/956-1008 (fax)
ecabraser@lchb.com
rheimann@lchb.com
pdoamaral@lchb.com
kbudner@lchb.com
mlevin@lchb.com
mchalos@lchb.com

DAVID CHIU
City Attorney
YVONNE R. MERE
SARA J. EISENBERG
OWEN J. CLEMENTS
JAIME M. HULING DELAYE
JOHN H. GEORGE
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415/554-3957
jaime.hulingdelaye@sfcityatty.org

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG
TAEVA C. SHEFLER
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com
hdeshmukh@rgrdlaw.com

PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
NICOLLE B. BRITO
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com
nbrito@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
X. JAY ALVAREZ
THOMAS E. EGLER
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jaya@rgrdlaw.com
tome@rgrdlaw.com

RENNE PUBLIC LAW GROUP
LOUISE RENNE
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: 415/848-7240
415/848-7230 (fax)
lrenne@publiclawgroup.com

ANDRUS ANDERSON LLP
JENNIE LEE ANDERSON
AUDREY SIEGEL
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415/986-1400
415/986-1474 (fax)
jennie@andrusanderson.com
audrey.siegel@andrusanderson.com

SANFORD HEISLER SHARP, LLP
KEVIN SHARP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: 615/434-7000
615/434-7020 (fax)
ksharp@sanfordheisler.com

SANFORD HEISLER SHARP, LLP
EDWARD CHAPIN
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: 619/577-4253
619/577-4250 (fax)
echapin2@sanfordheisler.com

CASEY GERRY SCHENK FRANCAVILLA
    BLATT & PENFIELD LLP
DAVID S. CASEY, JR.
GAYLE M. BLATT
ALYSSA WILLIAMS
110 Laurel Street
San Diego, CA 92101-1486
Telephone: 619/238-1811
619/544-9232 (fax)
dcasey@cglaw.com
gmb@cglaw.com
awilliams@cglaw.com

WEITZ & LUXENBERG P.C.
ELLEN RELKIN
700 Broadway
New York, NY 10003
Telephone: 212/558-5500
212/344-5461 (fax)
erelkin@weitzlux.com

|   |   |
|---|---|
|   | WEITZ & LUXENBERG P.C.<br>MELINDA DAVIS NOKES<br>1880 Century Park East<br>Los Angeles, CA 90067<br>Telephone: 310/247-0921<br>310/786-9927 (fax)<br>mnokes@weitzlux.com<br><br>*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu* |
| DATED: February 28, 2022 | Respectfully submitted, |
| _____<br>Richard Bernardo (pro hac vice)<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3453<br>richard.bernardo@skadden.com<br><br>Amy L. Van Gelder (pro hac vice)<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>155 North Wacker Dr., Suite 2700<br>Chicago, IL 60606<br>Telephone: (312) 407-0903<br>Amy.vangelder@skadden.com<br><br>Karen O. Hourigan (SBN 206957)<br>khourigan@redgravellp.com<br>REDGRAVE LLP<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>Telephone: (415) 636.2687<br>Fax: (703) 230.9859<br>John C. Hueston (SBN 164921)<br>HUESTON HENNIGAN LLP<br>620 Newport Center Dr., Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>Moez M. Kaba (SBN 257456)<br>Padraic Foran (SBN 268278)<br>Michael K. Acquah (SBN 313955)<br>mkaba@hueston.com<br>pforan@hueston.com<br>macquah@hueston.com<br>HUESTON HENNIGAN LLP | _____<br>Brent A. Hawkins (S.B. # 314266)<br>Zachary Hill (S.B. #275886)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>brent.hawkins@morganlewis.com<br>zachary.hill@morganlewis.com<br><br>Collie F. James, IV (S.B. #192318)<br>MORGAN, LEWIS & BOCKIUS LLP<br>600 Anton Blvd., Suite 1800<br>Costa Mesa, CA 92626<br>Telephone: (714) 830-0600<br>collie.james@morganlewis.com<br><br>Wendy West Feinstein (pro hac vice)<br>Katherine A. Vaky (pro hac vice)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Oxford Centre, 32nd Floor<br>Pittsburgh, PA 15219-6401<br>Telephone: (412) 560-7455<br>wendy.feinstein@morganlewis.com<br>katherine.vaky@morganlewis.com<br><br>*Attorneys for Defendants Cephalon, Inc.; Teva Pharmaceuticals USA, Inc.; specially appearing Teva Pharmaceutical Industries Ltd.; Watson Laboratories, Inc.; Actavis LLC, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc.; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Warner Chilcott Company, LLC; Actavis South Atlantic LLC; Actavis Totowa LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc., f/k/a Watson Laboratories, Inc.-Salt Lake City;* |

| | | |
|---|---|---|
| 1 | 523 West 6th Street, Suite 400<br>Los Angeles, CA 90014 | *and Actavis Laboratories FL, Inc., f/k/a*<br>*Watson Laboratories, Inc.-Florida* |
| 2 | Telephone: (213) 788-4340<br>Facsimile: (888) 775-0898 | |
| 3 | | |
| 4 | *Attorneys for Defendants Endo*<br>*Pharmaceuticals Inc., Endo Health* | |
| 5 | *Solutions Inc., Par Pharmaceutical,*<br>*Inc., and Par Pharmaceutical*<br>*Companies, Inc.* | |
| 6 | | |
| 7 | _____ | _____ |
| 8 | Nicole K. Smith (S.B. #330384)<br>KIRKLAND & ELLIS LLP | Brian C. Swanson (pro hac vice)<br>brian.swanson@bartlitbeck.com |
| 9 | 555 California Street<br>San Francisco, CA 94104 | Katherine M. Swift (pro hac vice)<br>kate.swift@bartlitbeck.com |
| 10 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 | BARTLIT BECK LLP<br>54 West Hubbard Street |
| 11 | nicole.k.smith@kirkland.com | Chicago, IL 60654<br>Telephone: 312.494.4400 |
| 12 | James F. Hurst, P.C. (pro hac vice)<br>Hariklia Karis, P.C. (pro hac vice) | Facsimile: 312.494.4440 |
| 13 | Zachary A. Ciullo (pro hac vice)<br>KIRKLAND & ELLIS LLP | Alex J. Harris (pro hac vice)<br>alex.harris@bartlitbeck.com |
| 14 | 300 North LaSalle<br>Chicago, IL 60654 | Gabriel J. Levin (SBN 330163)<br>gabe.levin@bartlitbeck.com |
| 15 | Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200 | BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200 |
| 16 | james.hurst@kirkland.com<br>hkaris@kirkland.com | Denver, CO 80202<br>Telephone: 303.592.3100 |
| 17 | zac.ciullo@kirkland.com | Facsimile: 303.592.3140 |
| 18 | *Attorneys for Defendants* | Charles J. Stevens (SBN 106981)<br>cstevens@gibsondunn.com |
| 19 | *Allergan Finance, LLC, Allergan*<br>*Sales, LLC and Allergan USA, Inc. and* | Joshua D. Dick (SBN 268853)<br>jdick@gibsondunn.com |
| 20 | *Specially Appearing Defendant*<br>*Allergan plc* | Kelsey J. Helland (SBN 298888)<br>khelland@gibsondunn.com |
| 21 | | GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000 |
| 22 | | San Francisco, CA 94105<br>Telephone: 415.393.8200 |
| 23 | | Facsimile: 415.393.8306 |
| 24 | | *Attorneys for Defendant*<br>*Walgreen Co.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1  _____
   Alan R. Ouellette (CA Bar No. 272745)
2  FOLEY & LARDNER LLP
   555 California Street, Suite 1700
3  San Francisco, CA  94104-1520
   Telephone: (415) 434-4484
4  Facsimile: (415) 434-4507
   aouellette@foley.com
5
   James W. Matthews (*pro hac vice*)
6  Ana M. Francisco (*pro hac vice*)
   Katy E. Koski (*pro hac vice*)
7  FOLEY & LARDNER LLP
   111 Huntington Avenue
8  Boston, MA  02199-7610
   Telephone: (617) 342-4000
9  Facsimile: (617) 342-4000
   jmatthews@foley.com
10 francisco@foley.com
   kkoski@foley.com
11
   *Attorneys for Defendant*
12 *Anda, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

| | |
|---|---|
| DATED: February 28, 2022 | *s/Tiffany R. Ellis* |
| | Tiffany R. Ellis |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 28, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Tiffany R. Ellis*
Tiffany R. Ellis

WEITZ & LUXENBERG P.C.
PAUL F. NOVAK
TIFFANY R. ELLIS
3011 W. Grand Blvd, 24th Floor
Detroit, MI  48202
Telephone:  313/800-4170
646/293-7960 (fax)
pnovak@weitzlux.com
tellis@weitzlux.com