1  DAVID CHIU, State Bar #189542
   City Attorney
2  YVONNE R. MERE, State Bar # 173594
   Chief Deputy City Attorney
3  SARA J. EISENBERG, State Bar # 269303
   Chief of Complex & Affirmative Litigation
4  OWEN J. CLEMENTS, State Bar #141805
   JAIME M. HULING DELAYE, State Bar # 270784
5  Deputy City Attorneys
   Fox Plaza
6  1390 Market Street, Sixth Floor
   San Francisco, CA 94102
7  Telephone: 415.554.3597
   jaime.hulingdelaye@sfcityatty.org
8
   *Attorneys for People The People of the State of*
9  *California, acting by and through San Francisco*
   *City Attorney David Chiu*
10
   [Additional counsel appear on signature page.]
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 | THE CITY AND COUNTY OF SAN                  | Case No. 3:18-cv-07591-CRB
   | FRANCISCO, CALIFORNIA and THE
17 | PEOPLE OF THE STATE OF CALIFORNIA,          | **STIPULATION AND** ~~PROPOSED~~
   | Acting by and through San Francisco City    | **ORDER REGARDING ARCOS AND**
18 | Attorney DAVID CHIU,                        | **CERTAIN DATA SETS**

19                Peoples,
                                                 Honorable Charles R. Breyer
20        v.

21  PURDUE PHARMA L.P., et al.

22                Defendants.

The parties jointly stipulate as follows regarding certain data sets:

**I. ARCOS Data**

1. The United States Drug Enforcement Administration ("DEA") can and does use Automated Records and Consolidated Orders System ("ARCOS Data") to create summary reports showing how many controlled substances were manufactured and distributed throughout the United States.

2. Data from ARCOS has been available to DEA and other federal law-enforcement officials since 1996.

3. The documents produced by the DEA related to the ARCOS Data reflecting transactions in drug products containing one or more of fourteen drugs: buprenorphine, codeine, dihydrocodeine, fentanyl, hydrocodone, hydromorphone, levorphanol, meperidine, methadone, morphine, powdered opium, oxycodone, oxymorphone, and tapentadol for the period of January 1, 2006 through December 31, 2014 ("Raw ARCOS Data") shall be deemed authentic and presumed admissible in this case for the purposes of this litigation.

4. The nationwide Raw ARCOS Data was processed and produced by Dr. Craig McCann from SLCG Economic Consulting, both to the Defendants in this litigation and in the MDL generally, and to the general public via the SLCG website ("Processed ARCOS Data"). This Processed ARCOS data shall also be deemed authentic and presumed admissible in this case for the purposes of this litigation.

5. The Department of Justice and the Drug Enforcement Administration maintain ARCOS Retail Drug Summary Reports. These reports are publicly available at https://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/, and shall be deemed authentic and admissible in this case for the years 2000 to 2019.

**II. Transactional Data**

6. The distribution transactional data produced by Anda at Anda_Opioid_CA_SF-Tx-Data-SF_0000001 and the distribution transactional data produced by Walgreens at WAGCASF00000006 shall be deemed authentic and admissible

in this case.

7. The distribution transactional data produced by Anda at Anda_Opioid_CA_SF-Tx-Data-SF_0000002 shall be deemed authentic. Anda does not stipulate to the admissibility of this data.

8. The distribution transactional data produced by stayed defendants as detailed in the chart below shall be deemed authentic:

| Non-Stayed Defendant | Transactional Data Bates Range |
|---|---|
| Amerisource Bergen | ABDC-SF-FED00000001.xlsx to ABDC-SF-FED00000011.xlsx<br><br>ABDC-SF-FED00001213.xlsx to ABDC-SF-FED00001280.xlsx<br><br>ABDC-SF-FED00001292.xlsx to ABDC-SF-FED00001294.xlsx<br><br>ABDC-SF-FED00001281.xlsx to ABDC-SF-FED00001288.xlsx |
| Cardinal Health | CAH_FEDSF_0000003 to CAH_FEDSF_0000025 |
| McKesson | MCK-SF-00000001 to MCK-SF-00000005 |

9. The dispensing transactional data and associated notes data and hard copy production produced by Walgreens in CT4, identified as WAGSFDATA00001.txt, WAGSFDATA00002.txt, and WAGSFDATA00003.txt shall be deemed authentic and admissible in this case.

**IV. IQVIA Data**

10. The IQVIA Xponent and PlanTrak data, Bates numbered ALLERGAN_MDL_02485011, ALLERGAN_MDL_03281086, and ALLERGAN_MDL_03320303 – ALLERGAN_MDL_033230311, shall be deemed

1 authentic and admissible in this case.

2     11.    The CDC maintains the CDC WONDER Multiple Cause of Death. This data
3 is publicly available at https://wonder.cdc.gov/mcd-icd10.html, and shall be deemed authentic
4 and admissible in this case for the years 1999 to 2019.

5 **V. Census Data**

6     12.    The U.S. Census Bureau's county population estimates, which are publicly
7 available at https://www.census.gov/data/datasets/time-series/demo/popest/2010s-counties-
8 total.html; https://www.census.gov/data/datasets/time-series/demo/popest/intercensal-2000-2010-
9 counties.html; and https://www.census.gov/data/tables/time-series/demo/popest/1990s-
10 county.html, shall be deemed authentic and admissible in this case.

11     13.    The U.S. Census Bureau's cartographic boundary files (shapefiles), which are
12 publicly available at https://www.census.gov/geographies/mapping-files/time-series/geo/carto-
13 boundary-file.html, shall be deemed authentic and admissible in this case.

14

15 **VI. Other HHS Data**

16     14.    The California Department of Public Health maintains the California
17 Overdose Surveillance Dashboard, which is publicly available at
18 https://skylab.cdph.ca.gov/ODdash/. The California Dashboard and the County Dashboard
19 for San Francisco County shall be deemed authentic and admissible in this case for the
20 years 2006 to 2022.

21

22 **SO ORDERED**

23

24

25 Dated:  March 1, 2022

26                               The Honorable Charles R. Breyer

27

28

- iii -    STIPULATION AND ~~PROPOSED~~ ORDER REGARDING
ARCOS AND CERTAIN DATA SETS
3:18-CV-07591-CRB