DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERE, State Bar # 173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar # 269303
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar # 141805
JAIME M. HULING DELAYE, State Bar # 270784
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of
California, acting by and through San Francisco
City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING PLAINTIFF'S COMPLAINT** |

Pursuant to Civil Local Rule 7-12 and Fed. R. Civ. P. 15(a)(2) the People of the State of California, acting by and through San Francisco City Attorney David Chiu, ("Plaintiff"), together with Defendants (the "Parties") respectfully submit this stipulation to allow Plaintiff to amend its complaint.

**WHEREAS**, Plaintiff informed Defendants and this Court on January 14, 2022 in the parties' Joint Statement, Dkt. 938, of its intention to withdraw its claim under California's False Advertising Law ("FAL"), Cal. Bus. & Prof. Code § 17500, et seq. (Count V) and the portions of Plaintiff's claim under California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 12500, et seq. (Count IV) that are predicated on violations of the FAL.

**WHEREAS**, the parties stipulate, pursuant to Fed. R. Civ. P. 15(a)(2), to allow amendment of Plaintiff's complaint to withdraw Claim V, relevant portions of Claim IV, and other references to the FAL and/or § 17500.  *See* Dkt. 128 at 2-3 and ¶¶ 78, 908, 910-11, 914, 920-25 ("the Withdrawn Claims").

**WHEREAS**, these paragraphs and references constitute the entirety of Plaintiff's claim under the FAL as they relate to harm in and to San Francisco.

**WHEREAS**, the Parties agree that withdrawal of the aforementioned references and paragraphs will be with prejudice only as to the Withdrawn Claims as they are pled within the geographic limits of San Francisco, as set forth in the factual allegations of the operative complaint, and do not extend to FAL claims that have been or may be made with respect to or by other cities, counties, or the State of California.

**THE PARTIES THEREFORE STIPULATE, AGREE, AND REQUEST**, through their respective counsel of record, the Court order that Plaintiff's complaint is amended to reflect Plaintiff's withdrawal of its FAL allegations and claims.

DATED:  March 2, 2022

DAVID CHIU
City Attorney
YVONNE R. MERE
SARA J. EISENBERG
OWEN J. CLEMENTS

Respectfully submitted,

Additional Counsel:

*/s/ Tiffany R. Ellis*
Paul F. Novak
Tiffany Ellis

STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
CASE. NO. 18-CV-07591-CRB-JSC

| | |
|---|---|
| 1 | JAIME M. HULING DELAYE | WEITZ & LUXENBERG, P.C. |
| 2 | Deputy City Attorneys | 24th Floor, The Fisher Building |
|   | Fox Plaza | 3011 W. Grand Boulevard |
| 3 | 1390 Market Street, Sixth Floor | Detroit, Michigan 48202 |
|   | San Francisco, CA  94102 | Tel: (313) 800-4170 |
| 4 | Telephone:  415/554-3957 | pnovak@weitzlux.com |
|   | jaime.hulingdelaye@sfcityatty.org | tellis@weitzlux.com |

1  JAIME M. HULING DELAYE
   Deputy City Attorneys
2  Fox Plaza
   1390 Market Street, Sixth Floor
3  San Francisco, CA  94102
   Telephone:  415/554-3957
4  jaime.hulingdelaye@sfcityatty.org

                                        WEITZ & LUXENBERG, P.C.
                                        24th Floor, The Fisher Building
                                        3011 W. Grand Boulevard
                                        Detroit, Michigan 48202
                                        Tel: (313) 800-4170
                                        pnovak@weitzlux.com
                                        tellis@weitzlux.com

5

6

7                                       Elizabeth J. Cabraser
                                        Richard M. Heimann
8                                       Paulina do Amaral
                                        Kevin R. Budner
9                                       Michael Levin-Gesundheit
                                        Jacob H. Polin
10                                      Miriam E. Marks
                                        LIEFF CABRASER HEIMANN &
11                                      BERNSTEIN, LLP
                                        275 Battery Street, 29th Floor
12                                      San Francisco, California 94111-3339
                                        Telephone: 415.956.1000
13                                      Facsimile: 415.956.1008
                                        ecabraser@lchb.com
14

15  Aelish M. Baig                      Paul J. Geller
    Taeva C. Shefler                    Mark J. Dearman
16  Hadiya K. Deshmukh                  Dorothy P. Antullis
    ROBBINS GELLER RUDMAN & DOWD        Nicolle B. Brito
17  LLP                                 ROBBINS GELLER RUDMAN & DOWD
    Post Montgomery Center              LLP
18  One Montgomery Street, Suite 1800   120 East Palmetto Park Road, Suite 500
    San Francisco, CA  94104            Boca Raton, FL  33432
19  Telephone:  415/288-4545            Telephone:  561/750-3000
    415/288-4534 (fax)                  561/750-3364 (fax)
20  aelishb@rgrdlaw.com                 pgeller@rgrdlaw.com
    tshefler@rgrdlaw.com                mdearman@rgrdlaw.com
21  hdeshmukh@rgrdlaw.com               dantullis@rgrdlaw.com
                                        nbrito@rgrdlaw.com
22  X. Jay Alvarez                      Louise Renne
    Thomas E. Egler                     RENNE PUBLIC LAW GROUP
23  ROBBINS GELLER RUDMAN & DOWD        350 Sansome Street, Suite 300
    LLP                                 San Francisco, CA 94104
24  655 West Broadway, Suite 1900       Telephone:  415/848-7240
    San Diego, CA  92101                415/848-7230 (fax)
25  Telephone:  619/231-1058            lrenne@publiclawgroup.com
    619/231-7423 (fax)
26  jaya@rgrdlaw.com
    tome@rgrdlaw.com
27

28  Jennie Lee Anderson                 Kevin Sharp
    Audrey Siegel                       SANFORD HEISLER SHARP, LLP

STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
                                        CASE. NO. 18-CV-07591-CRB-JSC

1   ANDRUS ANDERSON LLP                        611 Commerce Street, Suite 3100
    155 Montgomery Street, Suite 900           Nashville, TN  37203
2   San Francisco, CA  94104                   Telephone:  615/434-7000
    Telephone:  415/986-1400                   615/434-7020 (fax)
3   415/986-1474 (fax)                         ksharp@sanfordheisler.com
    jennie@andrusanderson.com
4   audrey.siegel@andrusanderson.com

5

6   Edward Chapin                              David S. Casey, Jr.
    SANFORD HEISLER SHARP, LLP                 Gayle M. Blatt
7   655 West Broadway, Suite 1700              Alyssa Williams
    San Diego, CA  92101                       CASEY GERRY SCHENK FRANCAVILLA
8   Telephone:  619/577-4253                   BLATT & PENFIELD LLP
    619/577-4250 (fax)                         110 Laurel Street
9   echapin2@sanfordheisler.com                San Diego, CA  92101-1486
                                               Telephone:  619/238-1811
10                                             619/544-9232 (fax)
                                               dcasey@cglaw.com
11                                             gmb@cglaw.com
                                               awilliams@cglaw.com
12
    Ellen Relkin                               Melinda Davis Nokes
13  WEITZ & LUXENBERG P.C.                     WEITZ & LUXENBERG P.C.
    700 Broadway                               1880 Century Park East
14  New York, NY  10003                        Los Angeles, CA  90067
    Telephone:  212/558-5500                   Telephone:  310/247-0921
15  212/344-5461 (fax)                         310/786-9927 (fax)
    erelkin@weitzlux.com                       mnokes@weitzlux.com
16

17
    *Attorneys for Plaintiff The People of the*
18  *State of California, acting by and*
    *through San Francisco City Attorney*
19  *David Chiu*

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
                                               CASE. NO. 18-CV-07591-CRB-JSC

| | | |
|---|---|---|
| 1 | DATED:  March 2, 2022 | Respectfully submitted, |
| 2 | *s/ Amy L. Van Gelder* _____ | *s/ Collie F. James IV* _____ |
| 3 | Richard Bernardo (*pro hac vice*) | Zachary Hill (S.B. #275886) |
|   | SKADDEN, ARPS, SLATE, MEAGHER | MORGAN, LEWIS & BOCKIUS LLP |
| 4 | & FLOM LLP | One Market, Spear Street Tower |
|   | One Manhattan West | San Francisco, CA  94105-1596 |
| 5 | New York, NY 10001 | Telephone: (415) 442-1000 |
|   | Telephone: (212) 735-3453 | brent.hawkins@morganlewis.com |
| 6 | richard.bernardo@skadden.com | zachary.hill@morganlewis.com |
| 7 | Amy L. Van Gelder (*pro hac vice*) | Collie F. James, IV (S.B. #192318) |
|   | SKADDEN, ARPS, SLATE, MEAGHER | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | & FLOM LLP | 600 Anton Blvd., Suite 1800 |
|   | 155 North Wacker Dr., Suite 2700 | Costa Mesa, CA  92626 |
| 9 | Chicago, IL 60606 | Telephone: (714) 830-0600 |
|   | Telephone: (312) 407-0903 | collie.james@morganlewis.com |
| 10 | Amy.vangelder@skadden.com | |
|   | | Wendy West Feinstein (pro hac vice) |
| 11 | Karen O. Hourigan (SBN 206957) | Katherine A. Vaky (pro hac vice) |
|   | khourigan@redgravellp.com | MORGAN, LEWIS & BOCKIUS LLP |
| 12 | REDGRAVE LLP | One Oxford Centre, 32nd Floor |
|   | One Sansome Street, Suite 3500 | Pittsburgh, PA  15219-6401 |
| 13 | San Francisco, CA 94104 | Telephone: (412) 560-7455 |
|   | Telephone: (415) 636.2687 | wendy.feinstein@morganlewis.com |
| 14 | Fax: (703) 230.9859 | katherine.vaky@morganlewis.com |
| 15 | | *Attorneys for Defendants* |
|   | John C. Hueston (SBN 164921) | *Cephalon, Inc.; Teva Pharmaceuticals USA,* |
| 16 | HUESTON HENNIGAN LLP | *Inc.; specially appearing Teva* |
|   | 620 Newport Center Dr., Suite 1300 | *Pharmaceutical Industries Ltd.; Watson* |
| 17 | Newport Beach, CA 92660 | *Laboratories, Inc.; Actavis LLC, Actavis* |
|   | Telephone: (949) 229-8640 | *Pharma, Inc., f/k/a Watson Pharma, Inc.;* |
| 18 | | *Actavis Elizabeth LLC; Actavis Mid Atlantic* |
|   | Moez M. Kaba (SBN 257456) | *LLC; Warner Chilcott Company, LLC;* |
| 19 | Padraic Foran (SBN 268278) | *Actavis South Atlantic LLC; Actavis Totowa* |
|   | Michael K. Acquah (SBN 313955) | *LLC; Actavis Kadian LLC; Actavis* |
| 20 | mkaba@hueston.com | *Laboratories UT, Inc., f/k/a Watson* |
|   | pforan@hueston.com | *Laboratories, Inc.-Salt Lake City; and* |
| 21 | macquah@hueston.com | *Actavis Laboratories FL, Inc., f/k/a Watson* |
|   | HUESTON HENNIGAN LLP | *Laboratories, Inc.-Florida* |
| 22 | 523 West 6th Street, Suite 400 | |
| 23 | Los Angeles, CA 90014 | |
|   | Telephone: (213) 788-4340 | |
| 24 | Facsimile: (888) 775-0898 | |
| 25 | | |
|   | *Attorneys for Defendants Endo* | |
| 26 | *Pharmaceuticals Inc., Endo Health* | |
|   | *Solutions Inc., Par Pharmaceutical, Inc.,* | |
| 27 | *and Par Pharmaceutical Companies, Inc.* | |
| 28 | | |

STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
CASE. NO. 18-CV-07591-CRB-JSC

1

2      s/ Nicole K. Smith_____
       Nicole K. Smith (S.B. #330384)                s/ Katherine M. Swift _____
3      KIRKLAND & ELLIS LLP                          Brian C. Swanson (pro hac vice)
       555 California Street                         brian.swanson@bartlitbeck.com
4      San Francisco, CA 94104                       Katherine M. Swift (pro hac vice)
       Telephone: (415) 439-1400                     kate.swift@bartlitbeck.com
5      Facsimile: (415) 439-1500                     BARTLIT BECK LLP
       nicole.k.smith@kirkland.com                   54 West Hubbard Street
6                                                    Chicago, IL 60654
       James F. Hurst, P.C. (pro hac vice)           Telephone: 312.494.4400
7      Hariklia Karis, P.C. (pro hac vice)           Facsimile: 312.494.4440
       Zachary A. Ciullo (pro hac vice)
8      KIRKLAND & ELLIS LLP                          Alex J. Harris (pro hac vice)
       300 North LaSalle                             alex.harris@bartlitbeck.com
9      Chicago, IL  60654                            Gabriel J. Levin (SBN 330163)
       Telephone: (312) 862-2000                     gabe.levin@bartlitbeck.com
10     Facsimile: (312) 862-2200                     BARTLIT BECK LLP
       james.hurst@kirkland.com                      1801 Wewatta Street, Suite 1200
11     hkaris@kirkland.com                           Denver, CO 80202
       zac.ciullo@kirkland.com                       Telephone: 303.592.3100
12                                                   Facsimile: 303.592.3140
       *Attorneys for Defendants*
13     *Allergan Finance, LLC, Allergan Sales,*      Charles J. Stevens (SBN 106981)
       *LLC and Allergan USA, Inc. and*              cstevens@gibsondunn.com
14     *Specially Appearing Defendant Allergan*      Joshua D. Dick (SBN 268853)
       *plc*                                         jdick@gibsondunn.com
15                                                   Kelsey J. Helland (SBN 298888)
                                                     khelland@gibsondunn.com
16                                                   GIBSON DUNN & CRUTCHER LLP
                                                     555 Mission Street, Suite 3000
17                                                   San Francisco, CA 94105
                                                     Telephone: 415.393.8200
18                                                   Facsimile: 415.393.8306

19                                                   *Attorneys for Defendant*
                                                     *Walgreen Co.*
20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
                                    CASE. NO. 18-CV-07591-CRB-JSC

1

2

3
*s/ Katy E. Koski*_____

Jaime Dorenbaum (CA Bar No. 289555)
4
FOLEY & LARDNER LLP
555 California Street, Suite 1700
5
San Francisco, CA  94104-1520
Telephone: (415) 984-9811
6
Facsimile: (415) 434-4507
jdorenbaum@foley.com
7

James W. Matthews (*pro hac vice*)
8
Ana M. Francisco (*pro hac vice*)
Katy E. Koski (*pro hac vice*)
9
FOLEY & LARDNER LLP
111 Huntington Avenue
10
Boston, MA  02199-7610
Telephone: (617) 342-4000
11
Facsimile: (617) 342-4000
jmatthews@foley.com
12
afrancisco@foley.com
kkoski@foley.com
13

*Attorneys for Defendant*
14
*Anda, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
CASE. NO. 18-CV-07591-CRB-JSC

1    PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

2

3    Dated: _____, 2022

                                                    _____
4                                                   CHARLES R. BREYER
                                                    United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
CASE. NO. 18-CV-07591-CRB-JSC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ATTESTATION</u>

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: March 2, 2022                               By: _/s/ Tiffany R. Ellis_____

STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
CASE. NO. 18-CV-07591-CRB-JSC

1

2

## **CERTIFICATE OF SERVICE**

3

        I hereby certify that, on March 2, 2022, service of this document was accomplished

4

pursuant to the Court's electronic filing procedures by filing this document through the ECF

5

system.

6

                                        /s/ *Tiffany R. Ellis*
                                         Tiffany R. Ellis

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND PLAINTIFF'S COMPLAINT
                                        CASE. NO. 18-CV-07591-CRB-JSC