DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERE, State Bar #173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar #269303
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar #141805
JAIME M. HULING DELAYE, State Bar #270784
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Telephone: 415/554-3957
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,

Plaintiffs,

vs.

PURDUE PHARMA L.P., et al.,

Defendants.

Case No.: 3:18-cv-07591-CRB (JCS)

**THE PEOPLE'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH THE SUPPLEMENTAL DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF THE PEOPLE'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY ENDO DEFENDANTS**

Judge: Honorable Charles R. Breyer

This is a motion under Civil Local Rule 79-5(f) to consider whether another party's material should be sealed in connection with the Supplemental Declaration of Jennie Lee

Anderson in Support of The People's Opposition to Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Endo International Plc, Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.'s ("Endo Defendants'") Motion for Summary Judgment ("Opposition") and exhibits thereto.

The People do not seek to seal any part of the Supplemental Declaration of Jennie Lee Anderson in Support of their Opposition to the Endo Defendants' Motion for Summary Judgment or of the exhibits thereto. However, the following supporting documents have been designated confidential by the Endo Defendants and/or other Defendants in this matter:

Accordingly, the People have attached unredacted copies of these documents to this motion and filed them provisionally under seal. *See* Civ. L.R. 79-5(d).

| **Document** | **Description** | **Designating Party** | **Reason for Sealing** |
|---|---|---|---|
| Plaintiff's Exhibit 71 | Transcript of audio recording bates stamped KP360_OHIOMDL_000083954 | Defendants | Designated "Confidential" |
| Plaintiff's Exhibit 73 | Transcript of audio recording bates stamped KP360_OHIOMDL-000083738 | Defendants | Designated "Confidential" |
| Plaintiff's Exhibit 77 | Transcript of audio recording bates stamped KP360_OHIOMDL_000095691 | Defendants | Designated "Confidential" |

Furthermore, because the People's Opposition to the Endo Defendants' Motion for Summary Judgment relies on the above material, the People have also filed an unredacted copy of the brief provisionally under seal as an attachment to this motion.

If the designating party does not file a statement and/or declaration within 7 days, the Court may unseal of the provisionally sealed document without further notice to the designating party. Civ. L. R. 79-5(c)(1); (f)(3).

DATED: March 24, 2022

Respectfully submitted,

ANDRUS ANDERSON LLP

*/s/ Jennie Lee Anderson*
JENNIE LEE ANDERSON
AUDREY SIEGEL
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415/986-1400
415/986-1474 (fax)
jennie@andrusanderson.com
audrey.siegel@andrusanderson.com

DAVID CHIU
City Attorney
YVONNE R. MERE
SARA J. EISENBERG
OWEN J. CLEMENTS
JAIME M. HULING DELAYE
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Telephone: 415/554-3957
jaime.hulingdelaye@sfcityatty.org

ROBBINS GELLER RUDMAN
& DOWD LLP
AELISH M. BAIG
TAEVA C. SHEFLER
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com
hdeshmukh@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
NICOLLE B. BRITO
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com
nbrito@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
X. JAY ALVAREZ
THOMAS E. EGLER
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jaya@rgrdlaw.com
tome@rgrdlaw.com

LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
ELIZABETH J. CABRASER
RICHARD M. HEIMANN
PAULINA DO AMARAL
KEVIN R. BUDNER
MICHAEL LEVIN-GESUNDHEIT
MARK P. CHALOS
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415/956-1000
415/956-1008 (fax)
ecabraser@lchb.com
rheimann@lchb.com
pdoamaral@lchb.com
kbudner@lchb.com
mlevin@lchb.com
mchalos@lchb.com

RENNE PUBLIC LAW GROUP
LOUISE RENNE
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: 415/848-7240
415/848-7230 (fax)
lrenne@publiclawgroup.com

SANFORD HEISLER SHARP, LLP
KEVIN SHARP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: 615/434-7000
615/434-7020 (fax)
ksharp@sanfordheisler.com

SANFORD HEISLER SHARP, LLP
EDWARD CHAPIN
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: 619/577-4253
619/577-4250 (fax)
echapin2@sanfordheisler.com

CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP
DAVID S. CASEY, JR.
GAYLE M. BLATT
ALYSSA WILLIAMS
110 Laurel Street
San Diego, CA 92101-1486
Telephone: 619/238-1811
619/544-9232 (fax)
dcasey@cglaw.com
gmb@cglaw.com
awilliams@cglaw.com

WEITZ & LUXENBERG P.C.
ELLEN RELKIN
700 Broadway
New York, NY 10003
Telephone: 212/558-5500
212/344-5461 (fax)
erelkin@weitzlux.com

WEITZ & LUXENBERG P.C.
MELINDA DAVIS NOKES
1880 Century Park East
Los Angeles, CA 90067
Telephone: 310/247-0921
310/786-9927 (fax)
mnokes@weitzlux.com

WEITZ & LUXENBERG P.C.
PAUL F. NOVAK
TIFFANY R. ELLIS
3011 W. Grand Blvd, 24th Floor
Detroit, MI 48202
Telephone: 313/800-4170
646/293-7960 (fax)
pnovak@weitzlux.com
tellis@weitzlux.com

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

*On the Brief*

DIOGENES KEKATOS
JENNIFER SCULLION
ERICA KUBLY
NIGEL HALLIDAY
SEEGER WEISS LLP
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07760
Telephone: 973/639-9100
dkekatos@seegerweiss.com
jscullion@seegerweiss.com
ekubly@seegerweiss.com
nhalliday@seegerweiss.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 24, 2022, service of this document was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ *Jennie Lee Anderson*
JENNIE LEE ANDERSON