UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Case No. 3:18-cv-07591-CRB<br><br>[~~PROPOSED~~] ORDER ESTABLISHING PROCEDURE FOR TIMEKEEPING AT TRIAL |

4892-8983-5035.v1

To coordinate the allotment of time and procedures for timekeeping at trial, the Court ORDERS the schedule and procedures set forth below:

1. The Court has allotted 45 hours of trial time per side. Each trial day will proceed from 9:30 a.m. to 12:15 p.m. and from 1:15 p.m. to 3:30 p.m.

2. One business day shall be reserved for Plaintiff's opening statements, and one business day shall be reserved for Defendants' opening statements, with Defendants to divide their time as they see fit. The Court days for opening statements may run longer than the trial day articulated above. Opening statements shall not count against the time allocations for either side.

3. No determination has yet been made regarding the amount of time to be allocated to the parties' closing arguments, but that the time will be divided equally between Plaintiff and Defendants. Closing statements shall not count against the time allocations for either side.

4. Opening statements, closing statements, arguments on trial motions, judicial commentary outside of testimony and purely logistical matters addressed at breaks or at the beginning or end of any given trial day shall not be included in the time allocations for either side.

5. The following aspects of trial will count against the presenting side's time allocation, with time starting when the Court allows the presenting party to proceed:

    (a) <u>For Live Witnesses</u>: All questioning of a live witness shall be charged to the questioner except for the witness' initial 30-minute summary. ECF Nos. 1189, 1236. Time an opposing party uses to make objections related to evidentiary matters shall count against the questioner unless the Court determines otherwise. The parties shall both maintain calculations of the time spent by either side.

    (b) <u>For Designated Testimony by Video</u>: The proffering party shall use deposition designation software to identify "run times" for both the proffering party's designations and the opposing party's designations. The run time for the proffering party's designations (including reply designations) shall count against the proffering party. The run time for the opposing party's designations (including all completeness and counter-designations) shall count against the opposing party. At its election, the opposing party may use its own deposition designation software to check

[PROPOSED] ORDER ESTABLISHING PROCEDURE FOR TIMEKEEPING AT TRIAL - 3:18-cv-07591-CRB
4892-8983-5035.v1

- 1 -

the proffering party's run times.  If the opposing party's estimates differ from the proffering party's estimates by more than five minutes, the opposing party may request a meet and confer.

    (c) <u>For Designated Testimony Without Video</u>: For testimony by witnesses whose testimony was not videotaped, the parties shall calculate time used to read in the testimony during the trial.  The estimated run time for the proffering party's designations (including reply designations) shall count against the proffering party.  The estimated run time for the opposing party's designations (including all completeness and counter-designations) shall count against the opposing party.

  6. At the end of each court day, the parties shall jointly meet to confirm: (a) the time spent by Plaintiff and Defendants that day; (b) the total time spent by Plaintiff and Defendants to date; and (c) the total time that Plaintiff and Defendants have remaining.  For daily time estimates, if the parties' calculations are within 15 minutes of each other (*i.e.*, the estimates of Plaintiff's trial time that day are within 15 minutes of each other, and the estimates of Defendants' trial time that day are also within 15 minutes of each other), the parties shall average their respective calculations, and that average shall constitute the official tally for the day.  If the parties' calculations are more than 15 minutes apart, they shall meet and confer to reach agreement.  If agreement cannot be reached, the parties may seek the Court's guidance.

  7. Each morning the parties shall jointly file a table that lists: (a) the time spent by each side on each day of trial; (b) the total time spent by each side to date; and (c) the total time that each side has remaining.  A template is attached hereto as Exhibit 1 as an example only.

  IT IS SO ORDERED.

DATED: __April 11, 2022__     _____
            THE HONORABLE CHARLES R. BREYER
            UNITED STATES DISTRICT JUDGE