IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>            Defendants. | Case No. 18-cv-07591-CRB<br><br>**ORDER RE TRIAL EXHIBITS** |

In advance of the upcoming trial, the Court orders the following regarding trial exhibits.

**Deadline for Filing Exhibit Lists**

The parties shall file copies of their exhibit lists by **April 19, 2022 at 5 pm.** The parties shall also email excel versions of their exhibit lists to crbcrd@cand.uscourts.gov.

**Exhibit Stickers**

Pursuant to the Court's Order (dkt. 1045), the front page of each exhibit will contain an exhibit sticker that does not overlap with or obstruct any text or content of the exhibit. Plaintiff will use yellow stickers and Defendants will use blue stickers. Electronically generated stickers are acceptable. The exhibit stickers shall include the case number, case name, and the date that the exhibit is admitted.

**Submitting Exhibits for Public Hosting**

Exhibits admitted in this case will be hosted by the Court for public viewing. The parties are to follow the below process for submitting exhibits to the Court to be posted

online:

1. Counsel for each side must place each day's exhibits on a single newly formatted (completely erased) USB drive in .pdf format. No other files may be present on the drive besides those introduced into evidence that day.
2. The file name for each exhibit shall be the unique exhibit number and the exhibit number shall be branded on each page of the exhibit.
3. Counsel shall provide a USB drive of the exhibits admitted the previous day to the CRD each morning before the trial proceedings for that day begin. Exhibits admitted on a Thursday may be provided the following Monday.
4. The CRD shall copy the contents of the drive to the court's network and the CRD shall return the drive to counsel.
5. Submitted exhibits will be timely posted to a publicly accessible online folder available at http://files.cand.uscourts.gov/.

**Daily Admitted Exhibit Lists**

By 4 pm each day of trial, each party that has admitted an exhibit into evidence that day shall email crbcrd@cand.uscourts.gov a list containing (1) the unique exhibit number for each exhibit and (2) a short description of the exhibit.

**Complete List of Admitted Exhibits**

At the conclusion of trial, the parties shall jointly provide a single storage drive containing all of the exhibits admitted during trial. The file name for each exhibit shall be the unique exhibit number.

**IT IS SO ORDERED.**

Dated: April 11, 2022

CHARLES R. BREYER
United States District Judge

2