| | |
|---|---|
| DAVID CHIU, State Bar # 189542<br>City Attorney<br>YVONNE R. MERE, State Bar # 173594<br>Chief Deputy City Attorney<br>SARA J. EISENBERG, State Bar # 269303<br>Chief of Complex & Affirmative Litigation<br>OWEN J. CLEMENTS, State Bar # 141805<br>JAIME M. HULING DELAYE, State Bar # 270784<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, Sixth Floor<br>San Francisco, CA  94102<br>Telephone:  (415) 554-3597<br>jaime.hulingdelaye@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>*[Additional counsel appear on signature page.]* | Padraic Foran (SBN 268278)<br>Marshall A. Camp (SBN 231389)<br>Moez M. Kaba (SBN 257456)<br>Michael K. Acquah (SBN 313955)<br>pforan@hueston.com<br>mcamp@hueston<br>mkaba@hueston.com<br>macquah@hueston.com<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br><br>John C. Hueston (SBN 164921)<br>Michael M. Purpura (SBN 338216)<br>jhueston@hueston.com<br>mpurpura@hueston.com<br>HUESTON HENNIGAN LLP<br>620 Newport Center Dr., Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 229-8640<br><br>*Attorneys for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-7591-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SEVERANCE** |

**WHEREAS**, Plaintiff and the Endo and Par Defendants[1] (the "Settling Parties") have reached an agreement in principle to settle Plaintiff's claims that is subject to documentation and requisite approvals by the City and County of San Francisco.

**THE SETTLING PARTIES THEREFORE STIPULATE, AGREE, AND REQUEST**, through their respective counsel of record, the Court to **ORDER**, that the Settling Parties' claims and defenses with respect to the Endo and Par Defendants be severed from the forthcoming trial.

April 20, 2022

*/s/ Padraic Foran*
Padraic Foran (SBN 268278)
Marshall A. Camp (SBN 231389)
Moez M. Kaba (SBN 257456)
Michael K. Acquah (SBN 313955)
pforan@hueston.com
mcamp@hueston
mkaba@hueston.com
macquah@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898


John C. Hueston (SBN 164921)
Michael M. Purpura (SBN 338216)
jhueston@hueston.com
mpurpura@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Attorneys for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*

Respectfully submitted,

*/s/ Elizabeth J. Cabraser*
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
Elizabeth J. Cabraser
Richard M. Heimann
Kevin R. Budner
Michael Levin-Gesundheit
Mark P. Chalos
Jacob H. Polin
Miriam E. Marks
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008


David Chiu
CITY ATTORNEY
Yvonne R. Mere
Sara J. Eisenberg
Owen J. Clements
Jaime M. Huling Delaye
John H. George
DEPUTY CITY ATTORNEYS
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Telephone: (415) 554-3957
jaime.hulingdelaye@sfcityatty.org

---

[1] The Endo and Par Defendants are Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.

2407998.3 
- 1 - 
STIPULATION AND PROPOSED ORDER
RE: SEVERANCE
CASE NO. 3:18-CV-7591-CRB

| | |
|---|---|
| 1 | */s/ Aelish M. Baig* |
| | ROBBINS GELLER RUDMAN |
| 2 |   & DOWD LLP |
| | Aelish M. Baig |
| 3 | Taeva C. Shefler |
| | Hadiya K. Deshmukh |
| 4 | Post Montgomery Center |
| | One Montgomery Street, Suite 1800 |
| 5 | San Francisco, CA  94104 |
| | Telephone:  (415) 288-4545 |
| 6 | Facsimile:  (415) 288-4534 |
| | aelishb@rgrdlaw.com |
| 7 | tshefler@rgrdlaw.com |
| | hdeshmukh@rgrdlaw.com |
| 8 | |
| | Paul J. Geller |
| 9 | Mark J. Dearman |
| | Dorothy P. Antullis |
| 10 | Nicolle B. Brito |
| | 120 East Palmetto Park Road, Suite 500 |
| 11 | Boca Raton, FL  33432 |
| | Telephone:  (561) 750-3000 |
| 12 | Facsimile:  (561) 750-3364 |
| | pgeller@rgrdlaw.com |
| 13 | mdearman@rgrdlaw.com |
| | dantullis@rgrdlaw.com |
| 14 | nbrito@rgrdlaw.com |
| | |
| 15 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 16 | X. Jay Alvarez |
| | Thomas E. Egler |
| 17 | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101 |
| 18 | Telephone:  (619) 231-1058 |
| | Facsimile:  (619) 231-7423 |
| 19 | jaya@rgrdlaw.com |
| | tome@rgrdlaw.com |
| 20 | |
| | RENNE PUBLIC LAW GROUP |
| 21 | Louise Renne |
| | 350 Sansome Street, Suite 300 |
| 22 | San Francisco, CA 94104 |
| | Telephone:  (415) 848-7240 |
| 23 | Facsimile:  (415) 848-7230 |
| | lrenne@publiclawgroup.com |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | ANDRUS ANDERSON LLP |
| 2 | Jennie Lee Anderson |
|  | Audrey Siegel |
| 3 | 155 Montgomery Street, Suite 900 |
|  | San Francisco, CA  94104 |
| 4 | Telephone:  (415) 986-1400 |
|  | Facsimile:  (415) 986-1474 |
| 5 | jennie@andrusanderson.com |
|  | audrey.siegel@andrusanderson.com |
| 6 | SANFORD HEISLER SHARP, LLP |
|  | Kevin Sharp |
| 7 | 611 Commerce Street, Suite 3100 |
|  | Nashville, TN  37203 |
| 8 | Telephone:  (615) 434-7000 |
|  | Facsimile:  (615) 434-7020 |
| 9 | ksharp@sanfordheisler.com |
| 10 | SANFORD HEISLER SHARP, LLP |
|  | Edward Chapin |
| 11 | 655 West Broadway, Suite 1700 |
|  | San Diego, CA  92101 |
| 12 | Telephone:  (619) 577-4253 |
|  | Facsimile:  (619) 577-4250 |
| 13 | echapin2@sanfordheisler.com |
| 14 | CASEY GERRY SCHENK FRANCAVILLA |
|  |     BLATT & PENFIELD LLP |
| 15 | David S. Casey, JR. |
|  | Gayle M. Blatt |
| 16 | Alyssa Williams |
|  | 110 Laurel Street |
| 17 | San Diego, CA  92101-1486 |
|  | Telephone:  (619) 238-1811 |
| 18 | Facsimile:  (619) 544-9232 |
|  | dcasey@cglaw.com |
| 19 | gmb@cglaw.com |
|  | awilliams@cglaw.com |
| 20 | |
|  | WEITZ & LUXENBERG P.C. |
| 21 | ELLEN RELKIN |
|  | 700 Broadway |
| 22 | New York, NY  10003 |
|  | Telephone:  (212) 558-5500 |
| 23 | Facsimile:  (212) 344-5461 |
|  | erelkin@weitzlux.com |
| 24 | |
|  | WEITZ & LUXENBERG P.C. |
| 25 | Melinda Davis Nokes |
|  | 1880 Century Park East |
| 26 | Los Angeles, CA  90067 |
|  | Telephone:  (310) 247-0921 |
| 27 | Facsimile:  (310) 786-9927 |
|  | mnokes@weitzlux.com |
| 28 | |

WEITZ & LUXENBERG P.C.
Paul F. Novak
Tiffany R. Ellis
3011 W. Grand Blvd, 24th Floor
Detroit, MI  48202
Telephone:  (313) 800-4170
Facsimile:  (646) 293-7960
pnovak@weitzlux.com
tellis@weitzlux.com

*Attorneys for Plaintiff*

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

DATED:  April 20, 2022                  */s/ Elizabeth J. Cabraser*
                                        Elizabeth J. Cabraser

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April __, 2022

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE