# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Bench Trial Minutes

Date:  April 25, 2022                                         Judge:  Honorable Charles R. Breyer

Court Reporter: Marla Knox
Time: 4 Hours and 15 Minutes
Case No.: C18-7591 CRB
Case Name:  City and County of San Francisco, et al. v. Purdue Pharma, et al.

Attorney(s) for Plaintiff:  Paulina do Amaral, Kevin R. Budner, Elizabeth J. Cabraser, Richard M. Heiman, Tiffany R. Ellis, Paul F. Novak, Aelish M. Baig, Hadiya K. Deshmukh, Taeva Shefler, Jennie Lee Anderson, Sara Eisenberg, Justin Presnal, David Chiu, Jayne Conroy, John H. George, X. Jay Alvarez, Nicolle B. Brito, Michael Levin-Gesundheit, Dory Antullis, Mark J. Dearman, Mark P. Chalos, Jaime Huling Delaye

Attorney(s) for Defendant(s):  Brian C. Swanson, Jaime Dorenbaum, James Matthews, Katy E. Koski, Zachary S. Hill, Wendy West Feinstein, Katherine M. Swift

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Bench Trial held. Plaintiff's opening statement. Court adjourned until April 26, 2022 at 9:30 a.m.