UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:18-cv-07591-CRB
Case Name: City and County of San Francisco, et al. v. Purdue Pharma L.P., et al.

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Refer to Minute Order | Refer to Minute Order |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| April 25, 2022 | Marla Knox | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:30 a.m. | | | Judge cried-in. Defendant's objection to digital presentation of slides 79-86. Counsel shall provide the Court with hard copies. | |
| | | 9:38 a.m. | | | Plaintiff's Opening Statement | |
| | | 10:45 a.m. | | | Court in recess | |
| | | 11:00 a.m. | | | Court reconvened – all parties present. Plaintiff's Opening | |
| | | | | | Plaintiff provided the Court with hard copy of the slides - P20656, P20658 (57, 84); P19904 (85, 86) | |
| | | 12:15 p.m. | | | Court recess | |
| | | 1:00 p.m. | | | Court reconvened – all parties present. Discussion re slides presented to the Court. Plaintiff resumes Opening. | |
| | | 2:01 p.m. | | | Court in recess | |
| | | 2:15 p.m. | | | Plaintiff Resumes Opening Statement | |
| | | 2:29 p.m. | | | Court adjourned until April 26, 2022 at 9:30 a.m. | |

1