Catizone Declaration Exhibit Objection and Response Chart

| Trial Exhibit Number | Exhibit Description | Defendant Objections | Plaintiff Response | Judge Rulings |
|---|---|---|---|---|
| P-00015 | WAG 2013 Settlement Agreement | Fed. R. Evid. 402, 403, 408. (Settlement agreement and attached allegations from 2012 Order to Show Cause related to Walgreens' operations in Florida) | The Memorandum of Agreement with the DEA regarding Walgreens' allegedly deficient policies/procedure is relevant to the issues in this case, including to showing Walgreens' notice and intent.  As to  the 403 and 408 objections (addressed in the People's response to WAG MIL 1, Dkt. 1219 at 368), the People do not propose to prove the truth of the DEA's allegations against Walgreens, but to show that, following the DEA enforcement actions and settlements, Walgreens knew it ought to have but then failed to implement effective controls against diversion.  As the Advisory Committee Notes observe, "Rule 408 is inapplicable when evidence of the compromise is offered to prove notice." (Note to 2006 Amendments).  Again, the MOA shows Walgreens was on notice of its deficient anti-diversion policies. | |
| P-00060 | Walgreens Memo to Rex Swords from Tasha Polster, DEA Strategy Meeting Agenda | | | |
| P-00136 | Email DEA Update Presentation For Market Leadership; DEA Market Leadership Scrubbed Version Jan 2013 | | | |
| P-06999 | Email Prescriber Index Attachment Prescriber Index Approach_v2 | | | |
| P-14357 | Re: UX research readout session -- FEEDBACK; | Hearsay, Fed. R. Evid. 802 (Document created by Tata Consulting Services is an out of court statement offered to prove the truth of the matter asserted. Document contains second-level hearsay statement from anonymous Walgreens' pharmacy employees.) | Not hearsay: The presentations at issue were created by a consulting company (Tata) hired and authorized by Walgreens to make and present findings on the issues present in the report, making the document not hearsay under FRE 801(d)(2)(C)-(D).  The "second-level hearsay," by Walgreens' admission, was made by employees of Walgreens who, as the document makes clear, were speaking in the scope of their employment to Walgreens' hired consultant.  The statements are also non-hearsay under FRE 801(d)(2)(A).

Alternatively, the document is admissible not for the truth of the matter asserted but to show that Walgreens was on notice about concerns expressed by its pharmacists and resulting stress-related errors, but ordered Tata to remove that discussion. | |
| P-14370 | Discussion on Updated Personas and Research Findings (Session 2) | Hearsay, Fed. R. Evid. 802 (Document created by Tata Consulting Services is an out of court statement offered to prove the truth of the matter asserted. Document contains second-level hearsay statement from anonymous Walgreens' pharmacy employees.) | Not hearsay: The presentations at issue were created by a consulting company (Tata) hired and authorized by Walgreens to make and present findings on the issues present in the report, making the document not hearsay under FRE 801(d)(2)(C)-(D).  The "second-level hearsay," by Walgreens' admission, was made by employees of Walgreens who, as the document makes clear, were speaking in the scope of their employment to Walgreens' hired consultant.  The statements are also non-hearsay under FRE 801(d)(2)(A).

Alternatively, the document is admissible not for the truth of the matter asserted but to show that Walgreens was on notice about concerns expressed by its pharmacists and resulting stress-related errors, but ordered Tata to remove that discussion. | |
| P-15037 | Walgreens Good Faith Dispensing Email and Policies | | | |
| P-15038 | TD GFD Policy without PMP printing | | Alternatively, the document is admissible not for the truth of the matter asserted but to show that Walgreens was on notice about concerns expressed by its pharmacists and resulting stress-related errors, but ordered Tata to remove that discussion. | |

Catizone Declaration Exhibit Objection and Response Chart

| Trial Exhibit Number | Exhibit Description | Defendant Objections | Plaintiff Response | Judge Rulings |
|---|---|---|---|---|
| P-15074 | Controlled Substance Prescriptions and Good Faith Dispensing Policy (2/21/2014); Controlled Substance Prescriptions and Good Faith Dispensing Policy (8/1/2013); Controlled Substance Prescriptions and Good Faith Dispensing Policy (6/11/2012); Controlled Substance Prescriptions and Good Faith Dispensing Policy (8/11/2011); Controlled Substance Prescriptions and Good Faith Dispensing Policy (6/20/2011); Good Faith Practices and Fraudulent Prescriptions (3/28/2007); Good Faith Practices and Fraudulent Prescriptions; Target Drug Good Faith Dispensing Policy (6/1/2016); Target Drug Good Faith Dispensing Policy (9/1/2013) | | | |
| P-15085 | RE: Monthly DM webinars; Good Faith Dispensing DM Webinar | | | |
| P-15119 | Good Faith Practices (2/9/2005); Good Faith Practices (3/24/2003); Good Faith Practices (4/3/2003); Good Faith Practices (1/6/2003); Good Faith Practices (6/14/2004); Good Faith Practices/Fraudulent Prescriptions (2/26/2006); Good Faith Practices (8/1/1998); Good Faith Practices (11/15/2005) | | | |
| P-15176 | Good Faith Practices | | | |
| P-15188 | Controlled Substance Prescriptions and Good Faith Dispensing Policy REDLINE | | | |
| P-15307 | Email Green Belt Project Introduction Attachments Project Kickoff Meeting - TDGFD Process Time Reduction PPT; TDGFD Charter V4 | | | |
| P-15310 | Email Training material per DEA subpoena - FW: TIME UPDATE: Please deliver invitation to Grad Intern: Graduate Intern Orientation Meeting Attachments PHIG Orientation 2015 w-ap update PPT; | | | |
| P-15314 | Email Materials for Today's Controlled Substance Action Plan Videoconference Attachments Controlled Substance Action Plan; FOC Survey - June 2012; Focus on Compliance June 2012; FOC Pain Management - Job Aid; Controlled Substance Prescriptions & Good Faith Dispensing Policy; FOC Pain Management - Job Aid; Controlled Substance Prescriptions & Good Faith Dispensing Policy | | | |
| P-15315 | Email Schedule II narcotic dispensing policy Attachments Schedule II Narcotic Dispensing Guidelines v3; Official Prescriber Sanction Letter; Prescriber Sanction Pilot; Prescriber Scorecard | | | |
| P-17169 | FW: Rx Integrity - Southern Division Conference Call/Webinar; Pharmacist GFD Coaching Opportunities | | | |
| P-17177 | National TD GFD Compass Communication | | | |
| P-17180 | Pharmaceutical Integrity June BCI questions v2x | | | |
| P-17188 | Walgreens National TD-GFD Policy (Updated FAQs); NATIONAL TARGET DRUG (TD) GOOD FAITH DISPENSING (GFD) FAQs | | | |
| P-17193 | Resp't 239-A - RxSchool.com - The Pharmacist's Role | | | |
| P-17218 | FW: OpsAdmin Weekly dashboard 5/8 Field Feedback - Pharmacy Managers n Current Challenges and Pain Points | | | |
| P-17247 | WAG DUR Overview | | | |
| P-17250 | Internal Investigation Form: : IC1000823913 | | | |
| P-19529 | Staff Pharmacist Bonus Program | | | |
| P-19543 | Email Oxycodone Sales; WAG concerned Florida pharmacists are turning away good scripts | | | |
| P-19573 | CPO Server RxIntegrity and Third Party | | | |
| P-19584 | BCI Breakdown | | | |

# Catizone Declaration Exhibit Objection and Response Chart

| Trial Exhibit Number | Exhibit Description | Defendant Objections | Plaintiff Response | Judge Rulings |
|---|---|---|---|---|
| P-19595 | Pharmacist GFD Review - Pharmaceutical Integrity Team Pharmacist Coaching Opportunities | | | |
| P-19607 | RE: RPh Non-dispensing report; Pharmacist Controlled Substance Dispensing Opportunities V3 (4) | | | |
| P-19613 | Good Faith Practices/Fraudulent Prescriptions; TDGFD June 2016 Version; GFD Video | | | |
| P-19629 | WAG pharmacist not following GFD | | | |
| P-19651 | San Diego MOA | Fed. R. Evid. 402, 403, 408, 802. (Settlement agreement with DEA related to 2009 DEA Order to Show Cause pertaining to single store in San Diego with no admission of wrongdoing or monetary payment, and no connection to San Francisco) | The Memorandum of Agreement with the DEA regarding Walgreens' allegedly deficient policies/procedure is relevant to the issues in this case, including to showing Walgreens' notice and intent.  As to the 403 and 408 objections (addressed in the People's response to WAG MIL 1, Dkt. 1219 at 368), the People do not propose to prove the truth of the DEA's allegations against Walgreens, but to show that, following the DEA enforcement actions and settlements, Walgreens knew it ought to have but then failed to implement effective controls against diversion.  As the Advisory Committee Notes observe, "Rule 408 is inapplicable when evidence of the compromise is offered to prove notice."  (Note to 2006 Amendments).  Again, the MOA shows Walgreens was on notice of its deficient anti-diversion policies. | |
| P-19690 | Navigating the Management of Chronic Pain | | | |
| P-19716 | Appendix | Fed. R. Evid. 402, 403, 802. (Allegations from 2012 Order to Show Cause related to Walgreens' operations in Florida) | The settlement agreement at issue relates to WAG compliance issues so it is highly relevant.  Relevant to show notice, intent, plan, etc.

D's FRE 403 objection assumes the evidence is relevant, but seeks to exclude it as prejudicial.  FRE 403/prejudice objections are not appropriate in a bench trial; the court will assign whatever weight the evidence observes.

FRE 408 only excludes evidence of settlement discussions when offered "to prove or disprove the validity or amount of a disputed claim."  As the Advisory Committe Notes observe, "Rule 408 is inapplicable when evidence of the compromise is offered to prove notice."  (Note to 2006 Amendments).  The 2013 Settlement Agreement shows Walgreens was on notice of its deficient anti-diversion policies. | |
| P-19745 | Good Faith Practices | | | |
| P-19821 | Pharmacy Manager Bonus Program | | | |
| P-20639 | DEA market leadership Jan2013 PowerPoint | | | |
| P-20642 | DEA Walgreens Order to Show Cause | Fed. R. Evid. 402, 403, 408, 802. (Settlement agreement with DEA related to 2009 DEA Order to Show Cause pertaining to single store in San Diego with no admission of wrongdoing or monetary payment, and no connection to San Francisco) | The DEA's Order to Show Cause regarding Walgreens' allegedly deficient policies/procedure is relevant to the issues in this case, including to showing Walgreens' notice and intent.  As to the 403 and 408 objections (addressed in the People's response to WAG MIL 1, Dkt. 1219 at 368), the People do not propose to prove the truth of the DEA's allegations against Walgreens, but to show that, following the DEA enforcement actions and settlements, Walgreens knew it ought to have but then failed to implement effective controls against diversion.  As the Advisory Committee Notes observe, "Rule 408 is inapplicable when evidence of the compromise is offered to prove notice."  (Note to 2006 Amendments).  Again, the MOA shows Walgreens was on notice of its deficient anti-diversion policies. | |
| P-20789 | Email National Target Drug Good Faith Dispensing (TD GFD) Documents Attachments | | | |

# Catizone Declaration Exhibit Objection and Response Chart

| Trial Exhibit Number | Exhibit Description | Defendant Objections | Plaintiff Response | Judge Rulings |
|---|---|---|---|---|
| P-20790 | Email Stakeholders' Challenges and Red Flag Warning Signs Related to Prescribing and Dispensing Controlled Substances & Press Release Attachments | | | |
| P-20793 | Rx Fulfillment, Research Report | Hearsay, Fed. R. Evid. 802 (Document created by Tata Consulting Services is an out of court statement offered to prove the truth of the matter asserted. Document contains second-level hearsay statement from anonymous Walgreens' pharmacy employees.) | Not hearsay: The presentations at issue were created by a consulting company (Tata) hired and authorized by Walgreens to make and present findings on the issues present in the report, making the document not hearsay under FRE 801(d)(2)(C)-(D). The "second-level hearsay," by Walgreens' admission, was made by employees of Walgreens who, as the document makes clear, were speaking in the scope of their employment to Walgreens' hired consultant. The statements are also non-hearsay under FRE 801(d)(2)(A).<br><br>Alternatively, the document is admissible not for the truth of the matter asserted but to show that Walgreens was on notice about concerns expressed by its pharmacists and resulting stress-related errors, but ordered Tata to remove that discussion. | |
| P-20795 | Re: Inform: Walgreens Electronic Good Faith Dispensing (GFD) Pilot- Pharmacy | | | |
| P-20799 | Fwd: Good Faith Dispensing - High Risk Products Discussion | | Alternatively, the document is admissible not for the truth of the matter asserted but to show that Walgreens was on notice about concerns expressed by its pharmacists and resulting stress-related errors, but ordered Tata to remove that discussion. | |
| P-20801 | FW: Target Drug Good Faith Dispensing Questions | | | |
| P-20803 | RE: T-GFD Sheets | | | |
| P-21866 | Corresponding Responsibility, It's the Law. - California State Board of Pharmacy | | | |
| P-22219 | FR 83, No. 49: Pharmacy Doctors Enterprises d/b/a Zion Clinic Pharmacy; Decision and Order | | | |
| P-22297 | Guido James Gores Jr Stipulated Surrender of License and Order | | | |
| P-23068 | Stakeholders' Challenges and Red Flag Warning Signs Related to Prescribing and Dispensing Controlled Substances | | | |
| P-23077 | 2 of 2 Ohio Store Leadership Launch Event 2-day v2 | | | |
| P-23078 | Workflow | | | |
| P-25492 | Controlled Substance Order Monitoring Process Review_Report_Final031815 | | | |
| P-25503 | FW: top pbr report | | | |
| P-25699 | GFDP - Top 500 Potential Stores | | | |
| P-25700 | Market Leadership Meeting Oct 13 v11Edit | | | |
| P-25734 | DEA Update; DEA Board Briefing Document | | | |
| P-25751 | RE: Your part of the Request List Prime | | | |
| P-25753 | Business Outcomes and Capabilities for GFD 2.0 Phase 2; GFD 2.0 Process Flow- IT Discovery | | | |
| P-26350 | Hydrocodone Reschedule from III to CII | | | |
| P-27265 | RE: Fwd: Ref #12906940 | | | |
| P-27288 | IC10001237824 - incident level | | | |
| P-27289 | IC10001237907 - investigation related to IC10001237824 | | | |
| P-27292 | IC10007187502 | | | |
| P-27293 | IC10007443194 | | | |
| P-27295 | IC10010513959 - incident level | | | |
| P-27296 | Record related to IC10002424074 | | | |
| P-27297 | Record related to IC10002558608 | | | |
| P-27298 | Record related to IC100027244937 | | | |
| P-27300 | CM-HTL-IN-118340970 - record related to IC10002478716 | | | |
| P-27303 | IC10000316819 - incident level | | | |
| P-27304 | CM-HTL-IN-117216061 - related to IC10002380664 | | | |

Catizone Declaration Exhibit Objection and Response Chart

| Trial Exhibit Number | Exhibit Description | Defendant Objections | Plaintiff Response | Judge Rulings |
|---|---|---|---|---|
| P-27305 | IC10005617104 - incident level | | | |
| P-27325 | IC10010313210 | | | |
| P-27327 | IC10000867902 | | | |
| P-27328 | IC10005445944 | | | |
| P-27333 | Market 5 Visit - 2/12 thru 2/14 | | | |
| P-27367 | RE: Prescriber Indexing Criteria | | | |
| P-27369 | List of prescribers with at least 13 overall Oxy 15/30 scripts, avg 1/wk, including Gores | | | |
| P-27446 | Checklist for Gores Prescription [Walgreens Store 13666 Gores Rx] | | | |
| P-27514 | Giovannini License Surrender Decision and Order | | | |
| P-27532 | Refusal to Fill & Comments re Gores | | | |
| P-27533 | Refusal to fill Leong | | | |
| P-27568 | U.S. v. Collin Leong- US District Court for the Northern District of California, Case No. 15-cr-00127-WHO | | | |
| P-27609 | Seet License Surrender Decision and Order | | | |
| P-27610 | Leong Exhibit A to California Medical Board Stipulation for Surrender of Certificate | | | |
| P-28430 | In the Matter of the Accusation Against John Winthrop Pierce MD | | | |
| P-28445 | Walgreens Written Responses to Certain 30(b)(6) Topics (CT3) | | | |
| P-28446 | Walgreens Written Responses to Certain 30(b)(6) Topics (CT3) | | | |
| P-28506b | Craig J. McCann, Ph.D, CFA Report Coding and Files for 12.23.2021 Rebuttal Report | | | |
| P-28997 | Pierce Controlled Substance Restrictions E-mail | | | |
| P-29849 | Target Drug Opioid Prescriptions Versus Target Drug Checklists | Undisclosed 1006 Summary Exhibit (exhibit summarizing the percentage of Walgreen's target drug prescriptions that have completed target drug checklists. This summary exhibit was not included or disclosed in Mr. Catizone's report or materials relied on.) | P-29849 was timely disclosed in accordance with the pretrial deadline. | |
| P-42147 | FR 77, No. 198: Holiday CVS, L.L.C., d/b/a CVS/ Pharmacy Nos. 219 and 5195; Decision and Order | | | |