1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-7591-CRB<br><br>**DECLARATION SUMMARY OF SWATI PATEL, PHARM.D.** |
|---|---|

From 2010 to 2021, I served as the Outpatient Pharmacy Services Manager for Zuckerberg San Francisco General Hospital ("ZSFG"), and from 2021 to present, I have served as the Director of Pharmacy for ZSFG. ZSFG operates two types of public safety-net pharmacies: inpatient pharmacies for hospitalized patients and an outpatient pharmacy. In my deposition, Walgreens appeared to compare ZSFG's pharmacies to Walgreens. The two organizations are fundamentally different.

ZSFG's inpatient pharmacies provide medications to patients for direct administration under medical supervision.

ZSFG's Outpatient Pharmacy is not open to the general public. It provides medications to two specific types of patients only: (1) patients discharged from a ZSFG hospital stay; and (2) low-income San Francisco residents who are established patients of the San Francisco Department of Public Health ("DPH") network. Among other differences from Walgreens are the following:

- The pharmacy operates as a closed system:
    - With limited exceptions, it only fills prescriptions written by providers employed by DPH or affiliated with DPH (*e.g.*, UCSF physicians working at ZSFG).
    - Pharmacists have ready access to patients' electronic medical records and are expected and trained to use those records to confirm diagnoses, identify drug interactions, ensure the appropriateness of the prescribed dose, and address any potential warning signs of diversion prior to dispensing.
- The majority of opioid prescriptions dispensed are for only a few days' supply following discharge from a hospital stay.
- Our pharmacists are not compensated or promoted based on the number of prescriptions filled, turnaround time metrics, or the pharmacy's revenue.