Brian C. Swanson *(pro hac vice)*
brian.swanson@bartlitbeck.com
Katherine M. Swift *(pro hac vice)*
katherine.swift@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone:  312. 494.4400
Facsimile:  312.494.4440

Alex J. Harris *(pro hac vice)*
alex.harris@bartlitbeck.com
Gabriel J. Levin (SBN 330163)
gabe.levin@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO  80202
Telephone:  303.592.3100
Facsimile:  303.592.3140

*Attorneys for Defendant Walgreen Co.*
*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Civil Case No. 3:18-CV-07591-CRB<br><br>**OBJECTIONS TO THE DECLARATION OF SWATI PATEL**<br><br>Courtroom:  6<br>Hon. Charles R. Breyer |

1  Defendant Walgreen Co. ("Walgreens") hereby submits its objections to the Trial
2  Declaration of Swati Patel, Pharm.D ("Patel Declaration").  Walgreens objects to Ms.
3  Patel's testimony because she was not included on Plaintiff's witness list when that list was
4  due on February 28, 2022.  Plaintiff did not add Ms. Patel to its witness list until months
5  later, after serving her declaration on May 4.  Plaintiff has provided no basis to add her as
6  a trial witness belatedly.  Nor is there one.  She is an employee of the City's Department
7  of Health, she served as a Rule 30(b)(6) witness in this case, and Plaintiff's counsel
8  represented her at her deposition.  Plaintiff has known of Ms. Patel and her role in this case
9  throughout discovery.

Walgreens also objects to several portions of Ms. Patel's testimony for lack of foundation. Ms. Patel makes several statements about Walgreens without personal knowledge.  She compares Zuckerberg Outpatient pharmacy to Walgreens multiple times, but her testimony does not establish any basis for her knowledge of how Walgreens operates. *See* Patel Declaration at 2:11–12 ([Zuckerberg's] Outpatient Pharmacy comes closer to a retail pharmacy, but it is still very different from Walgreens."); *id.* at 2:21 ("Unlike a retail chain pharmacy like Walgreens . . ."). Ms. Patel also describes Walgreens' intentions and strategy in this case. ("Throughout this case, Walgreens has sought to compare [Zuckerberg's] pharmacies to Walgreens.").  Ms. Patel's statements are mere speculation and should be excluded accordingly.

OBJECTIONS TO THE DECLARATION OF SWATI PATEL
CASE NO. 3:18-CV-07591-CRB

| | |
|---|---|
| DATED: May 5, 2022 | Respectfully submitted,<br><br> /s/ *Katherine M. Swift*<br>Brian C. Swanson (*pro hac vice*)<br>brian.swanson@bartlitbeck.com<br>Katherine M. Swift (*pro hac vice*)<br>kate.swift@bartlitbeck.com<br>BARTLIT BECK LLP<br>54 West Hubbard Street<br>Chicago, IL 60654<br>Telephone:  312.494.4400<br>Facsimile:  312.494.4440<br><br>Alex J. Harris (*pro hac vice*)<br>alex.harris@bartlitbeck.com<br>Gabriel J. Levin (SBN 330163)<br>gabe.levin@bartlitbeck.com<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone:  303.592.3100<br>Facsimile:  303.592.3140<br><br>Charles J. Stevens (SBN 106981)<br>cstevens@gibsondunn.com<br>Joshua D. Dick (SBN 268853)<br>jdick@gibsondunn.com<br>Kelsey J. Helland (SBN 298888)<br>khelland@gibsondunn.com<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105<br>Telephone:  415.393.8200<br>Facsimile:  415.393.8306<br><br>*Attorneys for Defendant WALGREEN CO.* |

OBJECTIONS TO THE DECLARATION OF SWATI PATEL
CASE NO. 3:18-CV-07591-CRB