DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERE, State Bar # 173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar # 269303
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar # 141805
JAIME M. HULING DELAYE, State Bar # 270784
JOHN H. GEORGE, State Bar # 292332
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB-JSC<br><br>**THE PEOPLE'S RESPONSES TO WALGREENS' OBJECTIONS TO THE DECLARATION OF SWATI PATEL, PHARM.D.**<br><br>Hon. Charles R. Breyer |

Walgreens offers two objections to the Declaration of Swati Patel, Pharm.D. Neither are persuasive.

As an initial matter, Walgreens seeks to exclude Dr. Patel's testimony because she was not included on the People's initial witness list. Walgreens' argument omits several key facts. First and foremost, Dr. Patel is on *Walgreens*' witness list, and her inclusion in this case comes as no surprise. Walgreens even singled Dr. Patel out in its opening statement with heavily edited and misleading excerpts from her deposition. It was clear that both sides would have the opportunity to question her in this trial, and Walgreens is not prejudiced by the fact that these questions will now be asked in the People's case-in-chief as opposed to Walgreens' defense. Also omitted from Walgreens' objections is the fact that, in its own witness list, Walgreens reserved the right to "call to testify at trial live or by deposition any witness identified on any other party's witness list." Doc. 1243 at 2. Walgreens offers no justification for its argument that the People should be precluded from exercising the precise right that Walgreens (and the People) expressly reserved. *See* Doc. 1242 at 27 ("Plaintiff also reserves the right to supplement and/or amend its [witness] list with any witnesses identified on any party's witness lists . . . ."). There is none, and the People properly amended their witness list on May 4 to include Dr. Patel.

Walgreens' two foundation objections are also misplaced, and she has made minor modifications to her declaration to explain why. First, Walgreens claims that Dr. Patel has no foundation to compare Zuckerberg Outpatient pharmacy to Walgreens. But as Dr. Patel explains, her knowledge of relevant chain pharmacy practice is based on her "many years interacting with retail chain pharmacies" and her own previous experience working for one. Second, as Dr. Patel now spells out, her characterizations of Walgreens' rhetoric are properly based on her own observations from her deposition. Patel Decl. ¶ 2 ("In my deposition, Walgreens appeared to compare ZSFG's pharmacies to Walgreens.").

Walgreens' objections should be overruled.

DATED: May 9, 2022                                          Respectfully submitted,

| | |
|---|---|
| David Chiu<br>City Attorney<br>Yvonne R. Mere<br>Sara J. Eisenberg<br>Owen J. Clements<br>Jaime M. Huling Delaye<br>John H. George<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, Sixth Floor<br>San Francisco, CA 94102<br>Telephone: 415.554.3957<br>jaime.hulingdelaye@sfcityatty.org | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br><br>*/s/ Kevin R. Budner*<br>Elizabeth J. Cabraser<br>Richard M. Heimann<br>Mark P. Chalos<br>Paulina do Amaral<br>Kevin R. Budner<br>Michael Levin-Gesundheit<br>Jacob Polin<br>Miriam Marks<br>Ian Bensberg<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>kbudner@lchb.com |
| Paul J. Geller<br>Mark J. Dearman<br>Dorothy P. Antullis<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br>pgeller@rgrdlaw.com | Aelish M. Baig<br>Hadiya K. Deshmukh<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>aelishb@rgrdlaw.com |
| Louise Renne<br>RENNE PUBLIC LAW GROUP<br>350 Sansome Street, Suite 300<br>San Francisco, CA 94104<br>Telephone: 415/848-7240<br>415/848-7230 (fax)<br>lrenne@publiclawgroup.com | Thomas E. Egler<br>Carissa J. Dolan<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>tome@rgrdlaw.com |
| Kevin Sharp<br>SANFORD HEISLER SHARP, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>Telephone: 615/434-7000<br>615/434-7020 (fax)<br>ksharp@sanfordheisler.com | Jennie Lee Anderson<br>Paul Laprairie<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>Telephone: 415/986-1400<br>415/986-1474 (fax)<br>jennie@andrusanderson.com |

| | |
|---|---|
| David S. Casey, Jr.<br>Gayle M. Blatt<br>Alyssa Williams<br>CASEY GERRY SCHENK FRANCAVILLA<br>BLATT & PENFIELD LLP<br>110 Laurel Street<br>San Diego, CA 92101-1486<br>Telephone: 619/238-1811<br>619/544-9232 (fax)<br>dcasey@cglaw.com<br>gmb@cglaw.com<br>awilliams@cglaw.com | Edward Chapin<br>SANFORD HEISLER SHARP, LLP<br>655 West Broadway, Suite 1700<br>San Diego, CA 92101<br>Telephone: 619/577-4253<br>619/577-4250 (fax)<br>echapin2@sanfordheisler.com |
| Paul F. Novak<br>Tiffany Ellis<br>WEITZ & LUXENBERG, P.C.<br>24th Floor, The Fisher Building<br>3011 W. Grand Boulevard<br>Detroit, Michigan 48202<br>Tel: (313) 800-4170<br>pnovak@weitzlux.com<br>tellis@weitzlux.com | Ellen Relkin<br>WEITZ & LUXENBERG P.C.<br>700 Broadway<br>New York, NY 10003<br>Telephone: 212/558-5500<br>212/344-5461 (fax)<br>erelkin@weitzlux.com |

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

| | |
|---|---|
| Jayne Conroy (*pro hac vice*)<br>Andrea Bierstein (*pro hac vice*)<br>Ellyn Hurd (*pro hac vice*)<br>Justin Presnal (*pro hac vice*)<br>Tom Sheridan (*pro hac vice*)<br>SIMMONS HANLY CONROY LLC<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>(212) 784-6400<br>(212) 213-5949 (fax)<br>jconroy@simmonsfirm.com<br>abierstein@simmonsfirm.com<br>ehurd@simmonsfirm.com<br>jpresnal@simmonsfirm.com<br>tsheridan@simmonsfirm.com | Peter J. Mougey (*pro hac vice*)<br>Page A. Poerschke (*pro hac vice*)<br>Laura S. Dunning (*pro hac vice*)<br>Jeff Gaddy (*pro hac vice*)<br>LEVIN, PAPANTONIO, RAFFERTY,<br>PROCTOR, BUCHANAN, O'BRIEN, BARR<br>& MOUGEY, P.A.<br>316 S. Baylen St., Ste. 600<br>Pensacola, FL 32502<br>(850) 435-7068<br>pmougey@levinlaw.com<br>ppoerschke@levinlaw.com<br>ldunning@levinlaw.com<br>jgaddy@levinlaw.com |

*MDL Co-Lead, Plaintiff Executive Committee Counsel*