The People's Trial Materials
May 19, 2022

# ATTACHMENT 1

**Designation Run Report**

# Narayana, Arvind (PLAYED IN SF 5.19.2022)

---

**Narayana, Arvind 09-30-2021**

---

**Plaintiff Affirmatives  00:16:14**

**Defense Counters  00:01:01**

**Plaintiff Response Designations  00:00:16**

**Total Time  00:17:31**



**NA02-Narayana, Arvind (PLAYED IN SF 5.19.2022)**

| Page/Line | Source | ID |
|---|---|---|

**43:20 - 43:22**  **Narayana, Arvind 09-30-2021 (00:00:08)**  **NA02.1**

43:20   Q. Who is -- tell me who is, let's see,
43:21 Dayno, Jeffrey Dayno?  Wasn't he your supervisor?
43:22   A. Yep.

**50:02 - 50:18**  **Narayana, Arvind 09-30-2021 (00:00:47)**  **NA02.2**

50:2 It says, "Arvind, can you please help me
50:3 understand more about your plans with regard to
50:4 Item 4?"
50:5 And it says, "Item 4, when did we agree
50:6 to discuss the specifics of deaths in public?"
50:7 MR. PAPANTONIO:  Stop right there.  Underline
50:8 that for me.  I can't -- before we move on, there
50:9 is a lot packed into this paragraph.  Underline
50:10 that for me, would you.
50:11 BY MR. PAPANTONIO:
50:12   Q. "When did we agree to discuss the
50:13 specifics of deaths in the public?"
50:14 Now, with that line up there, Doctor,
50:15 why don't you tell the jury how a person goes about
50:16 dying from a drug overdose.  Tell me the physiology
50:17 of how a person stops breathing from a drug
50:18 overdose.

**50:21 - 51:08**  **Narayana, Arvind 09-30-2021 (00:00:42)**  **NA02.3**

50:21   Q. Do you know enough to be able to tell me
50:22 that?
50:23   A. I mean, when -- when an opioid is given
50:24 at a high enough dose or if it's given frequently
51:1 enough, the patient will have I think a reduction
51:2 in their ability to breathe to the point in some
51:3 cases where they can stop breathing, which --
51:4 which you -- unless -- unless -- unless they're
51:5 given something like Naloxone, they would probably
51:6 die.
51:7 So, yeah.  So, it's a known -- a known
51:8 serious side effect of opioids, including ours.

**52:15 - 52:19**  **Narayana, Arvind 09-30-2021 (00:00:11)**  **NA02.4**

52:15   Q. this is
52:16 Penny that's writing this, correct?  Penny is
52:17 writing this.  Why don't you tell the jury a little
52:18 bit more about Penny so we can understand these

| NA02-Narayana, Arvind (PLAYED IN SF 5.19.2022) | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 52:22 - 53:06 | 52:19 words as we go forward.  Tell us about Penny.<br>**Narayana, Arvind 09-30-2021 (00:00:21)** | NA02.5 |
| | 52:22   A. Penny was the regulatory lead for | |
| | 52:23 Fentora by my understanding.  So, she was -- she | |
| | 52:24 reported I believe to Eric Floyd. | |
| | 53:1 BY MR. PAPANTONIO: | |
| | 53:2   Q. And regulatory lead is they're the ones | |
| | 53:3 talking to the FDA and supposed to be giving them | |
| | 53:4 all the information, good and bad, about their | |
| | 53:5 product, right? | |
| | 53:6   A. Yes. | |
| 55:07 - 55:23 | **Narayana, Arvind 09-30-2021 (00:00:55)** | NA02.6 |
| | 55:7 Your company was | |
| | 55:8 trying to expand the use of Fentora to things like | |
| | 55:9 back pain and migraine headaches.  And I'm not even | |
| | 55:10 sure you knew that, did you? | |
| | 55:11   A. Oh, I mean, I was involved in all the | |
| | 55:12 discussions.  I didn't make the final decisions in | |
| | 55:13 some cases.  But I will note that, yes, low back | |
| | 55:14 pain was -- so, low back pain in opioid-tolerant | |
| | 55:15 patients. | |
| | 55:16 Migraines, I don't think that we ever | |
| | 55:17 considered migraines as part of an indication that | |
| | 55:18 we were seeking unless those patients were | |
| | 55:19 opioid-tolerant. | |
| | 55:20 So -- so, I think that migraines is | |
| | 55:21 something we never really talked about.  Low back | |
| | 55:22 pain and chronic neuropathic pain we did.  That was | |
| | 55:23 the goal of the supplementary application. | |
| 63:16 - 63:19 | **Narayana, Arvind 09-30-2021 (00:00:12)** | NA02.7 |
| | 63:16   Q. We already know that you told us | |
| | 63:17 that when Juergen went to the FDA, they did not | |
| | 63:18 approve the use of your product, Fentora, for | |
| | 63:19 anything except cancer pain, correct? | |
| 63:23 - 63:23 | **Narayana, Arvind 09-30-2021 (00:00:01)** | NA02.8 |
| | 63:23   A. Yes, that's correct. | |
| 265:14 - 265:21 | **Narayana, Arvind 09-30-2021 (00:00:18)** | NA02.9 |
| | 265:14 Doctor, this document is entitled | |
| | 265:15 "Fentanyl Buccal Tablet, Review and Assessment of | |
| | 265:16 Risks for Abuse and Diversion." | |

| Page/Line | Source | ID |
|---|---|---|

**NA02-Narayana, Arvind (PLAYED IN SF 5.19.2022)**

|  | 265:17 Do you see that? |  |
|  | 265:18   A. Yes. |  |
|  | 265:19   Q. Have you seen this document before? |  |
|  | 265:20   A. I think so.  But, yeah, can't recall |  |
|  | 265:21 for -- yeah. |  |
| 266:20 - 267:01 | **Narayana, Arvind 09-30-2021 (00:00:17)** | NA02.10 |
|  | 266:20   Q. Just scrolling down on this first page, |  |
|  | 266:21 it has a date of November 2007.  At that point was |  |
|  | 266:22 the application to have Fentora used for non-cancer |  |
|  | 266:23 pain pending before the FDA? |  |
|  | 266:24   A. Yeah, this looks like the application |  |
|  | 267:1 for that, yeah. |  |
| 274:03 - 274:07 | **Narayana, Arvind 09-30-2021 (00:00:13)** | NA02.11 |
|  | 274:3   Q. So, even though patients |  |
|  | 274:4 were using Fentora and Actiq for chronic pain for |  |
|  | 274:5 longer than three months, there hadn't been any |  |
|  | 274:6 controlled trials seeing what would happen to them? |  |
|  | 274:7   A. Yeah, that's accurate. |  |
| 278:03 - 278:03 | **Narayana, Arvind 09-30-2021 (00:00:02)** | NA02.12 |
|  | 278:3 Can we turn to page 12.  And, so, |  |
| 278:04 - 278:12 | **Narayana, Arvind 09-30-2021 (00:00:31)** | NA02.13 |
|  | 278:4 looking at this, both the text and the table, it's |  |
|  | 278:5 referring here to an "Analysis of Aberrant Drug-Use |  |
|  | 278:6 Behaviors In the Clinical Database." |  |
|  | 278:7 So, someone went through the clinical |  |
|  | 278:8 database for these non-cancer patients and looked |  |
|  | 278:9 for these kinds of behaviors? |  |
|  | 278:10   A. Yeah, I don't know if it was a |  |
|  | 278:11 pre-specified analysis or if this was done on a |  |
|  | 278:12 post hoc basis, on a post hoc basis. |  |
| 296:11 - 297:20 | **Narayana, Arvind 09-30-2021 (00:01:50)** | NA02.14 |
|  | 296:11   Q. So, the sentence here, it says, "Of the |  |
|  | 296:12 941 patients who took at least one dose of the |  |
|  | 296:13 study drug (safety analysis set), 156 (17%) of |  |
|  | 296:14 patients had at least one aberrant drug-use |  |
|  | 296:15 behavior identified through review of the |  |
|  | 296:16 database." |  |
|  | 296:17 So, the conclusion here is that of |  |
|  | 296:18 patients who took at least one dose of Fentora in |  |
|  | 296:19 any of these four studies, 17% of them manifested |  |

| | | |
|---|---|---|
| **NA02-Narayana, Arvind (PLAYED IN SF 5.19.2022)** | | |
| **Page/Line** | **Source** | **ID** |

296:20 one aberrant drug-use behavior."
296:21 Is that correct?
296:22   A. Yes.
296:23   Q. And what do you think of that 17%
296:24 number?  Is that a high number or a low number?
297:1   A. My understanding, at the time it was a
297:2 relatively low number compared to some of the
297:3 analyses that were done by other authors.
297:4   Q. What do you mean "compared to some of
297:5 those other analyses"?  Did they show that people
297:6 would have a higher rate of aberrant behavior?
297:7   A. I recall that -- I recall that it was in
297:8 the 40% range.  But it was -- these weren't
297:9 apples-to-apples comparisons.
297:10   Q. Explain what you mean by that.
297:11   A. Well, I think, I mean, as mentioned
297:12 before, this -- this patient population, patients
297:13 with a history of abuse were excluded by my -- by
297:14 my recollection and so -- but -- so, that may be
297:15 one difference compared to -- compared to some of
297:16 the other analyses.
297:17   Q. So, in this -- in these studies,
297:18 Cephalon excluded patients with a prior history of
297:19 substance abuse, didn't they?
297:20   A. Yes.

| | | |
|---|---|---|
| 297:24 - 298:02 | **Narayana, Arvind 09-30-2021 (00:00:05)** | **NA02.15** |

297:24 In the real world, providers might be
298:1 prescribing to patients with a history of substance
298:2 abuse, right?

| | | |
|---|---|---|
| 298:05 - 298:06 | **Narayana, Arvind 09-30-2021 (00:00:03)** | **NA02.16** |

298:5   A. Yeah, they may -- they may choose to do
298:6 so, yep.

| | | |
|---|---|---|
| 299:06 - 299:15 | **Narayana, Arvind 09-30-2021 (00:00:28)** | **NA02.17** |

299:6   Q. And you're saying that some of these
299:7 observational studies in the real world found that
299:8 patients had a higher rate of aberrant behavior,
299:9 like 40%, because they had a different patient
299:10 base, right?
299:11   A. Yeah, that's accurate.
299:12   Q. So, in the real world, providers who are

| Page/Line | Source | ID |
|---|---|---|
| | **NA02-Narayana, Arvind (PLAYED IN SF 5.19.2022)** | |

| Page/Line | Source | ID |
|---|---|---|
| | 299:13 prescribing to patients might see 41 -- 40% of | |
| | 299:14 those patients having some sort of aberrant | |
| | 299:15 behavior over the long-term? | |
| 299:18 - 300:01 | **Narayana, Arvind 09-30-2021 (00:00:26)** | **NA02.18** |
| | 299:18   A. It's definitely possible.  I think -- I | |
| | 299:19 think comparing this study, which -- which had a | |
| | 299:20 different meeting exposure compared to the other | |
| | 299:21 ones, are definitely challenging. | |
| | 299:22 But I do think that the fact that these | |
| | 299:23 Fentora studies excluded patients with a history of | |
| | 299:24 abuse I think is important in terms of how you | |
| | 300:1 interpret the results. | |
| 300:02 - 300:06 | **Narayana, Arvind 09-30-2021 (00:00:12)** | **NA02.19** |
| | 300:2 BY MR. WARD: | |
| | 300:3   Q. All right.  And -- and what studies did | |
| | 300:4 Cephalon or Teva run on Fentora patients with any | |
| | 300:5 sort of history of abuse? | |
| | 300:6   A. I don't recall any. | |
| 301:03 - 301:08 | **Narayana, Arvind 09-30-2021 (00:00:19)** | **NA02.20** |
| | 301:3   Q. So, patients who had a prior history of | |
| | 301:4 substance abuse who were being prescribed Fentora | |
| | 301:5 in the real world, clinicians and patients were | |
| | 301:6 essentially part of an experiment because there | |
| | 301:7 hadn't been any prior clinical trials on this | |
| | 301:8 patient group, right? | |
| 301:11 - 302:01 | **Narayana, Arvind 09-30-2021 (00:01:00)** | **NA02.21** |
| | 301:11   A. I think that, yeah, there weren't -- | |
| | 301:12 there were no studies, but I think -- and I also | |
| | 301:13 co-authored a paper with a few external thought | |
| | 301:14 leaders, and I think what was communicated in that | |
| | 301:15 paper is that serious consideration should be -- | |
| | 301:16 should be given for using a drug like Actiq or | |
| | 301:17 Fentora in a patient with a history of abuse. | |
| | 301:18 There is -- there is data to suggest | |
| | 301:19 from other investigators that the faster the rise | |
| | 301:20 in plasma levels is more amenable to -- to -- is | |
| | 301:21 preferred by abusers.  And so -- so, I think | |
| | 301:22 that -- I think we tried to communicate that those | |
| | 301:23 will probably not be the best patients to use -- to | |
| | 301:24 use Fentora, but in the end it's the physician's | |

| | NA02-Narayana, Arvind (PLAYED IN SF 5.19.2022) | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

302:1 decision.

| 302:03 - 302:17 | **Narayana, Arvind 09-30-2021 (00:00:43)** | **NA02.22** |

302:3   Q. Let me understand that.  So, you
302:4 published an article with some other thought
302:5 leaders about whether Fentora should be used with
302:6 patients with a prior history of substance abuse.
302:7 Is that correct?
302:8   A. That wasn't -- the title of the article
302:9 was -- it was called "Appropriate" -- I think it
302:10 was "Appropriate Patient Selection, Appropriate
302:11 Use."
302:12 And one of the things I think we
302:13 stressed in that article was that -- that if a
302:14 patient is -- is started on Fentora who has a
302:15 history of abuse, that they should undergo very
302:16 close -- very close monitoring.  But that would --
302:17 that would apply to other opioids also.

| 304:19 - 305:04 | **Narayana, Arvind 09-30-2021 (00:00:28)** | **NA02.23** |

304:19   Q. What about this data here about the 17%
304:20 of patients with aberrant drug-use behavior.  Was
304:21 that something that was always disclosed?
304:22   A. Well, I mean our indication was for
304:23 cancer-related breakthrough pain.  So, if we did
304:24 get the broad indication, which we didn't, then
305:1 this information would have been part of -- part of
305:2 the information either in the label or in our
305:3 promotional materials.  But as you know, we never
305:4 got the expanded indication.

| 305:05 - 305:07 | **Narayana, Arvind 09-30-2021 (00:00:05)** | **NA02.24** |

305:5   Q. So, the answer is no, this information
305:6 wasn't disclosed?
305:7   A. Well, it was --

| 305:10 - 305:14 | **Narayana, Arvind 09-30-2021 (00:00:14)** | **NA02.25** |

305:10   A. It was disclosed in publications, I know
305:11 that.  And it -- it wouldn't have -- it would have
305:12 been -- some people would have viewed it as
305:13 off-label promotion to include it within
305:14 promotional materials.

| 305:16 - 305:21 | **Narayana, Arvind 09-30-2021 (00:00:16)** | **NA02.26** |

305:16   Q. So, you had -- you had data from this

| Page/Line | Source | ID |
|---|---|---|

**NA02-Narayana, Arvind (PLAYED IN SF 5.19.2022)**

|  | 305:17 group of non-cancer patients showing that 17% of |  |
|  | 305:18 the patients had aberrant drug-use behavior even |  |
|  | 305:19 though they had no prior history of substance |  |
|  | 305:20 abuse, right? |  |
|  | 305:21  A. Yep. |  |

**307:19 - 308:15**   **Narayana, Arvind 09-30-2021 (00:01:07)**   **NA02.27**

307:19 All right.  So, this is a review by the
307:20 FDA's Center for Drug Evaluation and Research,
307:21 Controlled Substance Staff.
307:22 And going down to the "Summary" it says,
307:23 "Cephalon has filed this 505(b)(2) supplemental New
307:24 Drug Application."
308:1 Have you ever reviewed this document
308:2 before?
308:3  A. Parts of it I'm pretty sure I looked at.
308:4  Q. Let me read the first sentence there.
308:5 It says, "This review provides recommendations to
308:6 the Division of Anesthesia, Analgesia and
308:7 Rheumatology Products regarding the abuse and
308:8 diversion potential of Fentora."  Right?
308:9  A. I'm still not clear on if this was --
308:10 let's see.  Oh, I think -- I think given that it
308:11 was a controlled substance, I think the -- there
308:12 is -- yeah, it looks like there is -- the
308:13 Controlled Substance Staff did their own evaluation
308:14 and provided their recommendation to the division
308:15 that was responsible for evaluating the application.

**316:03 - 316:05**   **Narayana, Arvind 09-30-2021 (00:00:07)**   **NA02.28**

316:3  Q. Let's go to the next -- the
316:4 paragraph under "Conclusions" that say, "We are
316:5 particularly concerned."

**316:06 - 317:06**   **Narayana, Arvind 09-30-2021 (00:01:08)**   **NA02.29**

316:6 All right.  So, the first sentence
316:7 there, "We are particularly concerned about the
316:8 training provided to the clinicians running these
316:9 trials as to their recognition of behavior deemed
316:10 'aberrant' and the policies and procedures for
316:11 capturing and coding such behavior, including the
316:12 definitions of addiction, abuse, and diversion
316:13 employed in these studies."

| NA02-Narayana, Arvind (PLAYED IN SF 5.19.2022) | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

316:14 It goes on two sentences later to say,
316:15 "Because this information is not available or
316:16 perhaps was not gathered, the rates of abuse,
316:17 diversion, and aberrant behavior, in general, are
316:18 likely underreported for these clinical trials."
316:19 This is what you were talking about
316:20 earlier with regards to sort of a post hoc analysis
316:21 versus having something planned ahead.  Is that
316:22 correct?
316:23   A. I think that's what they're saying, yes.
316:24   Q. They're saying had Cephalon provided
317:1 proper training to clinicians about how to identify
317:2 aberrant behavior and capture and code it, there
317:3 would have been better data on abuse, addiction,
317:4 diversion and aberrant behavior.  Is that correct?
317:5   A. Yeah, that's -- that's what they're
317:6 saying.

**318:15 - 319:05**   **Narayana, Arvind 09-30-2021 (00:00:53)**   NA02.30

318:15   Q. Let's talk about the FDA's conclusions.
318:16 Conclusion, going down on this page to
318:17 the paragraph with the bullet points under "Based
318:18 on the information available to date," the first
318:19 bullet point says, "Based on the information
318:20 available to date, CSS finds that," bullet point 1,
318:21 "The risks of unintentional potentially fatal
318:22 overdose, as well as misuse or abuse of fentanyl,
318:23 and of Fentora in particular, are extremely high,
318:24 even when compared to risks posed by other
319:1 transmucosal fentanyl products."
319:2 So, the FDA said here that the risks of
319:3 misuse, abuse and overdose of Fentora are extremely
319:4 high.  Is that correct?
319:5   A. That's what they're saying.

**319:21 - 320:14**   **Narayana, Arvind 09-30-2021 (00:00:53)**   NA02.31

319:21   Q. Next bullet point says, "Events observed
319:22 in clinical trials illustrate the significant risks
319:23 of overdose, misuse, abuse, and diversion from
319:24 Fentora.  Detection of aberrant drug-use behavior
320:1 in the controlled setting of a clinical trial is
320:2 very unusual and raises concern for the safe use of

| Page/Line | Source | ID |
|---|---|---|

**NA02-Narayana, Arvind (PLAYED IN SF 5.19.2022)**

320:3 this drug in the general outpatient setting.  It is
320:4 particularly noteworthy in that 'high risk
320:5 patients' - those with a prior history of drug or
320:6 alcohol abuse or those with a positive drug test -
320:7 were excluded from participation in the clinical
320:8 trials."
320:9 So, the FDA is saying a number of things
320:10 here.  First, the FDA says there are significant
320:11 risks of overdose, misuse, abuse and diversion from
320:12 Fentora, right?
320:13   A. Yes, that's what they're -- that's what
320:14 they say.

**321:02 - 321:23**   **Narayana, Arvind 09-30-2021 (00:01:12)**   NA02.32

321:2   Q. All right.  The last passage I was
321:3 reading on the bullet point 2 on this page from the
321:4 FDA, there is a sentence that said, "Detection of
321:5 aberrant drug-use behavior in the controlled
321:6 setting of a clinical trial is very unusual and
321:7 raises concerns for the safe use of the drug in the
321:8 general outpatient setting."
321:9 Do you agree, Dr. Narayana, there is a
321:10 difference between the controlled setting of a
321:11 clinical trial and general outpatient use?
321:12   A. Yeah.  Yeah, I think once you move from
321:13 the controlled setting to a typical outpatient
321:14 setting, there is -- there is different issues.
321:15 And so, yeah, something -- something
321:16 that -- to think about and -- but I would say that
321:17 the -- the inclusion/exclusion criteria that we had
321:18 in our studies were, I think we had some
321:19 investigators actually say that that's -- that's a
321:20 good way of abusing -- using the drugs or opioids
321:21 in general in -- in the real world.
321:22 So, but I think, yeah, I think all
321:23 their -- all their points are valid.

**415:15 - 415:22**   **Narayana, Arvind 09-30-2021 (00:00:30)**   NA02.33

415:15 So, Exhibit 2, we looked at the FDA's
415:16 Controlled Substances Staff review of the data on
415:17 aberrant drug behavior.  Right?
415:18   A. Yes.

| Page/Line | Source | ID |
|---|---|---|
| | 415:19  Q. In that document the FDA writes that | |
| | 415:20 risks of overdose, misuse and abuse were extremely | |
| | 415:21 high for Fentora when used in chronic non-cancer | |
| | 415:22 pain patients, right? | |
| 416:01 - 416:11 | **Narayana, Arvind 09-30-2021 (00:00:36)** | **NA02.34** |
| | 416:1  A. No, I think -- I think they said the | |
| | 416:2 potential risk.  I don't think -- I think they | |
| | 416:3 were -- they were extrapolating into what they | |
| | 416:4 thought the use in the real world would look like. | |
| | 416:5 And so I think they were talking about their | |
| | 416:6 understanding of the risk is -- was high. | |
| | 416:7 BY MR. WARD: | |
| | 416:8  Q. All right.  So, in April 2008 the FDA is | |
| | 416:9 telling Cephalon and you as the medical director | |
| | 416:10 that Fentora has high risks of abuse and misuse, | |
| | 416:11 right? | |
| 416:12 - 416:17 | **Narayana, Arvind 09-30-2021 (00:00:19)** | **NA02.35** |
| | 416:12  A. Yeah, yeah, I think that's accurate. | |
| | 416:13  Q. And that that's a significant risk of | |
| | 416:14 Fentora to patients who are using Fentora | |
| | 416:15 chronically, right? | |
| | 416:16  A. And that was -- that was on the | |
| | 416:17 non-cancer data. | |

Plaintiff Affirmatives = 00:16:14
Defense Counters = 00:01:01
Plaintiff Response Designations = 00:00:16
**Total Time = 00:17:31**