IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>    Defendants. | Case No. 18-cv-07591-CRB<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>Re: Dkt. 1345 |

Anda's request that exhibits P-24406 and P-24483 not be filed in the public docket is denied because Anda has failed to articulate "compelling reasons" for shielding either exhibit from public view.  See Order re Motions to Seal (dkt. 1269).

**IT IS SO ORDERED.**

Dated: May 24, 2022

_____
CHARLES R. BREYER
United States District Judge