1  DAVID CHIU, State Bar # 189542
   City Attorney
2  YVONNE R. MERE, State Bar # 173594
   Chief Deputy City Attorney
3  SARA J. EISENBERG, State Bar # 269303
   Chief of Complex & Affirmative Litigation
4  OWEN J. CLEMENTS, State Bar # 141805
   JAIME M. HULING DELAYE, State Bar # 270784
5  JOHN H. GEORGE, State Bar # 292332
   Deputy City Attorneys
6  Fox Plaza
   1390 Market Street, Sixth Floor
7  San Francisco, CA  94102
   Telephone:  415.554.3597
8  jaime.hulingdelaye@sfcityatty.org

9  *Attorneys for Plaintiff The People of the State of
   California, acting by and through San Francisco
10 City Attorney David Chiu*

11 [Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB<br><br>**THE PEOPLE'S NOTICE OF EXHIBITS ADMITTED ON JUNE 2, 2022, SUBJECT TO OBJECTION**<br><br>Hon. Charles R. Breyer |

On June 2, 2022, the following exhibits were admitted into evidence subject to objection(s):

| TREX List Exhibit Number | Exhibit Description |
|---|---|
| P-00015 | WAG 2013 Settlement Agreement |
| P-00027 | Background for RX integrity on DEA Issues |
| P-00059 | Re: Ceiling Update |
| P-00062 | Email State of Integrity, Attachment State of Rx Integrity 10 PPT |
| P-00128 | Fw: DEA Suspicious Order - Phase III; Functional Requirements & (Macro) Design, DEA Suspicious Ordering - Phase III, (Controlled Substance Threshold), Project Number W0018238 |
| P-01268 | Diversion Investigator Manual |
| P-04873 | TDGFD Green Belt Project Meeting |
| P-19566 | E-mail Re DEA issue at store 6094 |
| P-19574 | FW: Targeted drugs for GFD; DEA Financial Impact Project Control3 |
| P-19656 | Rannazzisi Presentation - Drug Trends Indianapolis - December 2012 |
| P-20213 | E. Bratton Errata |
| P-20639 | DEA market leadership Jan2013 PowerPoint |
| P-20657 | Woodland DC DEAR Review |
| P-20789 | Email National Target Drug Good Faith Dispensing (TD GFD) Documents Attachments |
| P-20799 | Fwd: Good Faith Dispensing - High Risk Products Discussion |
| P-20801 | FW: Target Drug Good Faith Dispensing |
| P-29558 | Report of the Task Force on Prescription Drug Abuse, National Association of Boards of Pharmacy |
| P-29837 | Nine Prescription Opioids Dispensed by Walgreens, by Drug in Dosage Units |
| P-29849 | Target Drug Opioid Prescriptions Versus Target Drug Checklists |

DATED: June 2, 2022

David Chiu
City Attorney
Yvonne R. Mere
Sara J. Eisenberg
Owen J. Clements
Jaime M. Huling Delaye
John H. George
Deputy City Attorneys

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
/s/ Kevin R. Budner
Elizabeth J. Cabraser
Richard M. Heimann
Mark P. Chalos
Paulina do Amaral
Kevin R. Budner
Michael Levin-Gesundheit

| | | |
|---|---|---|
| 1 | Fox Plaza | Jacob Polin |
| 2 | 1390 Market Street, Sixth Floor<br>San Francisco, CA 94102 | Miriam Marks<br>Ian Bensberg |
| 3 | Telephone: 415.554.3957<br>jaime.hulingdelaye@sfcityatty.org | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP |
| 4 | | 275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339 |
| 5 | | Telephone: 415.956.1000<br>Facsimile: 415.956.1008 |
| 6 | | kbudner@lchb.com |
| 7 | Paul J. Geller<br>Mark J. Dearman | Aelish M. Baig<br>Hadiya K. Deshmukh |
| 8 | Dorothy P. Antullis<br>robbins geller rudman & DOWD LLP | ROBBINS GELLER RUDMAN & DOWD LLP |
| 9 | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432 | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 10 | Telephone: 561/750-3000<br>561/750-3364 (fax) | San Francisco, CA 94104<br>Telephone: 415/288-4545 |
| 11 | pgeller@rgrdlaw.com | 415/288-4534 (fax)<br>aelishb@rgrdlaw.com |
| 12 | | |
| 13 | Louise Renne<br>RENNE PUBLIC LAW GROUP | Thomas E. Egler<br>Carissa J. Dolan |
| 14 | 350 Sansome Street, Suite 300<br>San Francisco, CA 94104 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 15 | Telephone: 415/848-7240<br>415/848-7230 (fax) | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 16 | lrenne@publiclawgroup.com | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 17 | | tome@rgrdlaw.com |
| 18 | Kevin Sharp<br>SANFORD HEISLER SHARP, LLP | Jennie Lee Anderson<br>Paul Laprairie |
| 19 | 611 Commerce Street, Suite 3100<br>Nashville, TN 37203 | ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900 |
| 20 | Telephone: 615/434-7000<br>615/434-7020 (fax) | San Francisco, CA 94104<br>Telephone: 415/986-1400 |
| 21 | ksharp@sanfordheisler.com | 415/986-1474 (fax)<br>jennie@andrusanderson.com |
| 22 | David S. Casey, Jr.<br>Gayle M. Blatt | Edward Chapin<br>SANFORD HEISLER SHARP, LLP |
| 23 | Alyssa Williams<br>CASEY GERRY SCHENK FRANCAVILLA | 655 West Broadway, Suite 1700<br>San Diego, CA 92101 |
| 24 | BLATT & PENFIELD LLP<br>110 Laurel Street | Telephone: 619/577-4253<br>619/577-4250 (fax) |
| 25 | San Diego, CA 92101-1486<br>Telephone: 619/238-1811 | echapin2@sanfordheisler.com |
| 26 | 619/544-9232 (fax)<br>dcasey@cglaw.com | |
| 27 | gmb@cglaw.com<br>awilliams@cglaw.com | |
| 28 | | |

| | |
|---|---|
| Paul F. Novak | Ellen Relkin |
| Tiffany Ellis | WEITZ & LUXENBERG P.C. |
| WEITZ & LUXENBERG, P.C. | 700 Broadway |
| 24th Floor, The Fisher Building | New York, NY 10003 |
| 3011 W. Grand Boulevard | Telephone: 212/558-5500 |
| Detroit, Michigan 48202 | 212/344-5461 (fax) |
| Tel: (313) 800-4170 | erelkin@weitzlux.com |
| pnovak@weitzlux.com | |
| tellis@weitzlux.com | |

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

| | |
|---|---|
| Jayne Conroy (*pro hac vice*) | Peter J. Mougey (*pro hac vice*) |
| Andrea Bierstein (*pro hac vice*) | Page A. Poerschke (*pro hac vice*) |
| Ellyn Hurd (*pro hac vice*) | Laura S. Dunning (*pro hac vice*) |
| Justin Presnal (*pro hac vice*) | Jeff Gaddy (*pro hac vice*) |
| Tom Sheridan (*pro hac vice*) | LEVIN, PAPANTONIO, RAFFERTY, |
| SIMMONS HANLY CONROY LLC | PROCTOR, BUCHANAN, O'BRIEN, BARR |
| 112 Madison Avenue, 7th Floor | & MOUGEY, P.A. |
| New York, NY 10016 | 316 S. Baylen St., Ste. 600 |
| (212) 784-6400 | Pensacola, FL 32502 |
| (212) 213-5949 (fax) | (850) 435-7068 |
| jconroy@simmonsfirm.com | pmougey@levinlaw.com |
| abierstein@simmonsfirm.com | ppoerschke@levinlaw.com |
| ehurd@simmonsfirm.com | ldunning@levinlaw.com |
| jpresnal@simmonsfirm.com | jgaddy@levinlaw.com |
| tsheridan@simmonsfirm.com | |

*MDL Co-Lead, Plaintiff Executive Committee Counsel*