DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERE, State Bar # 173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar # 269303
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar # 141805
JAIME M. HULING DELAYE, State Bar # 270784
JOHN H. GEORGE, State Bar # 292332
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB<br><br>**THE PEOPLE'S NOTICE OF EXHIBITS ADMITTED ON JUNE 6, 2022, SUBJECT TO OBJECTION**<br><br>Hon. Charles R. Breyer |

On June 6, 2022, the following exhibits were admitted into evidence subject to objection(s):

| TREX List Exhibit Number | Exhibit Description |
|---|---|
| P-04966 | Dr. Jessica Keane, MD Webpage |
| P-04963 | Dispensing Filepath - Showing all transactions / stores |
| WAG-MDL-00018 | Good Faith Practices (Revised 08/01/98) |
| WAG-MDL-00304 | Controlled Substance Prescriptions & Good Faith Dispensing Policy (GFDP) |
| P-29955 | Affidavit of Rajan Vaidya with Attachment |
| P-04788 | Decision and Order in the Matter of the Accusation Against: Modern Drug, Inc. and Quoc Chan Luong, RPh |

DATED: June 6, 2022

Respectfully submitted,

David Chiu
City Attorney
Yvonne R. Mere
Sara J. Eisenberg
Owen J. Clements
Jaime M. Huling Delaye
John H. George
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Telephone: 415.554.3957
jaime.hulingdelaye@sfcityatty.org

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
*/s/ Kevin R. Budner*
Elizabeth J. Cabraser
Richard M. Heimann
Mark P. Chalos
Paulina do Amaral
Kevin R. Budner
Michael Levin-Gesundheit
Jacob Polin
Miriam Marks
Ian Bensberg
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
kbudner@lchb.com

Paul J. Geller
Mark J. Dearman
Dorothy P. Antullis
robbins geller rudman & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

Aelish M. Baig
Hadiya K. Deshmukh
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com

Louise Renne
RENNE PUBLIC LAW GROUP

Thomas E. Egler

| | | |
|---|---|---|
| 1 | 350 Sansome Street, Suite 300<br>San Francisco, CA 94104 | Carissa J. Dolan<br>ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | Telephone: 415/848-7240<br>415/848-7230 (fax) | 655 West Broadway, Suite 1900 |
| 3 | lrenne@publiclawgroup.com | San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 4 | | 619/231-7423 (fax)<br>tome@rgrdlaw.com |
| 5 | | |
| 6 | Kevin Sharp<br>SANFORD HEISLER SHARP, LLP | Jennie Lee Anderson<br>Paul Laprairie |
| 7 | 611 Commerce Street, Suite 3100<br>Nashville, TN 37203 | ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900 |
| 8 | Telephone: 615/434-7000<br>615/434-7020 (fax) | San Francisco, CA 94104<br>Telephone: 415/986-1400 |
| 9 | ksharp@sanfordheisler.com | 415/986-1474 (fax)<br>jennie@andrusanderson.com |
| 10 | David S. Casey, Jr. | Edward Chapin |
| 11 | Gayle M. Blatt<br>Alyssa Williams | SANFORD HEISLER SHARP, LLP<br>655 West Broadway, Suite 1700 |
| 12 | CASEY GERRY SCHENK FRANCAVILLA<br>BLATT & PENFIELD LLP | San Diego, CA 92101<br>Telephone: 619/577-4253 |
| 13 | 110 Laurel Street<br>San Diego, CA 92101-1486 | 619/577-4250 (fax)<br>echapin2@sanfordheisler.com |
| 14 | Telephone: 619/238-1811<br>619/544-9232 (fax) | |
| 15 | dcasey@cglaw.com<br>gmb@cglaw.com | |
| 16 | awilliams@cglaw.com | |
| 17 | Paul F. Novak<br>Tiffany Ellis | Ellen Relkin<br>WEITZ & LUXENBERG P.C. |
| 18 | WEITZ & LUXENBERG, P.C.<br>24th Floor, The Fisher Building | 700 Broadway<br>New York, NY 10003 |
| 19 | 3011 W. Grand Boulevard<br>Detroit, Michigan 48202 | Telephone: 212/558-5500<br>212/344-5461 (fax) |
| 20 | Tel: (313) 800-4170<br>pnovak@weitzlux.com | erelkin@weitzlux.com |
| 21 | tellis@weitzlux.com | |
| 22 | *Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu* | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Jayne Conroy (*pro hac vice*) <br> Andrea Bierstein (*pro hac vice*) <br> Ellyn Hurd (*pro hac vice*) <br> Justin Presnal (*pro hac vice*) <br> Tom Sheridan (*pro hac vice*) <br> SIMMONS HANLY CONROY LLC <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> (212) 784-6400 <br> (212) 213-5949 (fax) <br> jconroy@simmonsfirm.com <br> abierstein@simmonsfirm.com <br> ehurd@simmonsfirm.com <br> jpresnal@simmonsfirm.com <br> tsheridan@simmonsfirm.com | Peter J. Mougey (*pro hac vice*) <br> Page A. Poerschke (*pro hac vice*) <br> Laura S. Dunning (*pro hac vice*) <br> Jeff Gaddy (*pro hac vice*) <br> LEVIN, PAPANTONIO, RAFFERTY, <br> PROCTOR, BUCHANAN, O'BRIEN, BARR <br> & MOUGEY, P.A. <br> 316 S. Baylen St., Ste. 600 <br> Pensacola, FL 32502 <br> (850) 435-7068 <br> pmougey@levinlaw.com <br> ppoerschke@levinlaw.com <br> ldunning@levinlaw.com <br> jgaddy@levinlaw.com |

*MDL Co-Lead, Plaintiff Executive Committee Counsel*