.

Brian C. Swanson (*pro hac vice*)
brian.swanson@bartlitbeck.com
Katherine M. Swift (*pro hac vice*)
katherine.swift@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone: 312.494.4400
Facsimile: 312.494.4440

Alex J. Harris (*pro hac vice*)
alex.harris@bartlitbeck.com
Gabriel J. Levin (SBN 330163)
gabe.levin@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: 303.592.3100
Facsimile: 303.592.3140

*Attorneys for Defendant Walgreen Co.*
*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P. et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB<br><br>**DEFENDANT WALGREEN CO.'S NOTICE OF EXHIBITS ADMITTED SUBJECT TO OBJECTION ON JUNE 2, 2022**<br><br>Div.:   Courtroom 6<br>Judge: Honorable Charles R. Breyer |

Defendant Walgreen Co. ("Walgreens") hereby submits the following list of exhibits admitted subject to objection, in connection with its examination of Natasha Polster.

| Ex. No. | Date | Description |
| --- | --- | --- |
| WAG-MDL-00018 | 08/01/1998 | Good Faith Practices (Revised 08/01/98) |
| WAG-MDL-00211 | 06/20/2011 | Controlled Substance Prescriptions & Good Faith Dispensing |
| WAG-MDL-00304 | 6/11/2012 | Controlled Substance Prescriptions & Good Faith Dispensing Policy (GFDP) |
| WAG-MDL-00324 | 10/09/2012 | Presentation re Controlled Substance Ordering - Evolution of Controlled Substance Ordering Process |
| WAG-MDL-00365 | 03/00/2013 | National Target Drug Good Faith Dispensing Policy (TGFDP) |
| WAG-MDL-00547 | 10/1/2017 | Target Drug Good Faith Dispensing Checklist, Walgreens |
| WAG-MDL-01662 | 06/11/2012 | Email from RX Mail to District Managers and Pharmacy Supervisors re Controlled Substance Action Plan: District PowerPoint |
| WAG-MDL-01756 | 06/26/2006 | Good Faith Practices/Fraudulent Prescriptions |
| WAG-MDL-02606 | 09/15/2015 | BCI Executive Summary |
| WAG-MDL-02941 | 2/11/2016 | Email from R. Lowe to Store.mgr.01327 re Region 11 Pharmacist GFD Opportunities |
| WAG-MDL-03098 | 00/00/2013 | Hard Copy Pharmacy Supervisor Walk (2013) |
| WAG-MDL-03100 | 00/00/2014 | Hard Copy Pharmacy Supervisor Storewalk (2014) |
| WAG-MDL-03111 | 11/18/2019 | Caring for Patients in Pain: Community Pharmacy's Role in OTC Multi-Model Pain Solutions |
| WAG-MDL-03189 | 4/3/2012 | Good Faith Dispensing Responsibilities |
| WAG-MDL-03871 | 4/14/2021 | Nationwide Coaching Report |
| P-08619 | 6/19/2013 | DCs Suspicious Order Monitoring Policy and Procedure |
| P-08619_EX | 6/19/2013 | DCs Suspicious Order Monitoring Policy and Procedure |
| P-15085 | 9/9/2015 | RE: Monthly DM webinars; Good Faith Dispensing DM Webinar |
| P-17156 | 2018 | Salesforce_Case_01195618 |

DEFENDANT WALGREEN CO.'S NOTICE OF EXHIBITS ADMITTED SUBJECT TO OBJECTION
CASE NO. 3:18-CV-07591-CRB

| | |
|---|---|
| 1  DATED: June 6, 2022 | Respectfully submitted, |
| 2 | /s/ *Katherine M. Swift* |
|   | Brian C. Swanson (*pro hac vice*) |
| 3 | brian.swanson@bartlitbeck.com |
|   | Katherine M. Swift (*pro hac vice*) |
| 4 | kate.swift@bartlitbeck.com |
| 5 | BARTLIT BECK LLP |
|   | 54 West Hubbard Street |
| 6 | Chicago, IL 60654 |
|   | Telephone: 312.494.4400 |
| 7 | Facsimile: 312.494.4440 |

Alex J. Harris (*pro hac vice*)
alex.harris@bartlitbeck.com
Gabriel J. Levin (SBN 330163)
gabe.levin@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200 Denver, CO 80202
Telephone: 303.592.3100
Facsimile: 303.592.3140

Charles J. Stevens (SBN 106981)
cstevens@gibsondunn.com
Joshua D. Dick (SBN 268853)
jdick@gibsondunn.com Kelsey J. Helland (SBN 298888)
khelland@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant WALGREEN CO.*