Brian C. Swanson (*pro hac vice*)
brian.swanson@bartlitbeck.com
Katherine M. Swift (*pro hac vice*)
katherine.swift@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone: 312.494.4400
Facsimile: 312.494.4440

Alex J. Harris (*pro hac vice*)
alex.harris@bartlitbeck.com
Gabriel J. Levin (SBN 330163)
gabe.levin@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: 303.592.3100
Facsimile: 303.592.3140

*Attorneys for Defendant Walgreen Co.*
*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P. et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB<br><br>**DEFENDANT WALGREEN CO.'S NOTICE OF EXHIBITS ADMITTED SUBJECT TO OBJECTION ON JUNE 6, 2022**<br><br>Div.:    Courtroom 6<br>Judge:  Honorable Charles R. Breyer |

Defendant Walgreen Co. ("Walgreens") hereby submits the following list of exhibits admitted subject to objection in connection with its examination of Robert L. Brunner.

| Ex. No. | Date | Description |
| --- | --- | --- |
| P-28539_00001 | N/A | SF Sample Prescription Summary - Walgreens |
| P-28539a | N/A | SF Sample Prescription Summary - Walgreens |
| P-29397_00001 | N/A | BHS/ZSFG bup data (3 excel files) |
| P-29397a | N/A | BHS/ZSFG bup data (3 excel files) |
| P-29397b | N/A | BHS/ZSFG bup data (3 excel files) |
| P-29397c | N/A | BHS/ZSFG bup data (3 excel files) |
| WAG-MDL-02847 | 00/00/0000 | Department of Health Dispensing Notes re Zuckerberg San Francisco General.xls |
| WAG-MDL-02848 | 00/00/2017 | Department of Health Dispensing Notes re Zuckerberg San Francisco General Hospital |
| WAG-MDL-02849 | 00/00/0000 | Department of Health Dispensing Notes re Laguna Honda |
| WAG-MDL-02918 | 00/00/0000 | Department of Health dispensing data re Zuckerberg San Francisco General Outpatient Pharmacy |
| WAG-MDL-02919 | 00/00/0000 | Department of Health dispensing data re Zuckerberg San Francisco General Outpatient Pharmacy |
| WAG-MDL-03453 | 12/02/2021 | Appendix H - Maps of All Walgreens Stores - San Francisco and Bay Area Counties (Brunner) |
| WAG-MDL-03459 | 12/02/2021 | McCann San Francisco and Bay Area Dispensing Production with Adjustments.txt  (Brunner Appendix J) |
| WAG-MDL-03478 | 12/02/2021 | Prescriber Analysis.xlsx |
| WAG-MDL-03480 | 12/02/2021 | Summary of Walgreens Controlled and Non-Controlled Substance Prescriptions in the Bay Area Counties.xlsx |
| WAG-MDL-03482 | 12/02/2021 | Walgreens Prescriptions by Patients Prior Visits in the Bay Area Counties.xlsx |
| WAG-MDL-03564 | 01/14/2022 | ARCOS - Market Share Analysis (2022.01.13).xlsx |
| WAG-MDL-03591 | 00/00/0000 | Non-Recurrent Flagging - Method Summary Workbooks - SF_RF_Methods_Barry_Zevin (2022.02.08) |
| WAG-MDL-03596 | 00/00/0000 | Non-Recurrent Flagging - Method Summary Workbooks - SF_RF_Methods_Claire_Horton (2022.02.07) |
| WAG-MDL-03606 | 00/00/0000 | Non-Recurrent Flagging - Method Summary Workbooks - SF_RF_Methods_Joseph_Pace (2022.02.08) |

DEFENDANT WALGREEN CO.'S NOTICE OF EXHIBITS ADMITTED SUBJECT TO OBJECTION
CASE NO. 3:18-CV-07591-CRB

| WAG-MDL-03627 | 00/00/0000 | Prescriber Summaries - Non-Recurrent Flagging - Prescription Summary Workbooks - December Workbooks- McC Exhibits H - O - SF_RF_Prescriptions_Barry_Zevin (2021.12.30) |
|---|---|---|
| WAG-MDL-03628 | 00/00/0000 | Prescriber Summaries - Non-Recurrent Flagging - Prescription Summary Workbooks - December Workbooks- McC Exhibits H - O - SF_RF_Prescriptions_Claire_Horton (2021.12.30) |
| WAG-MDL-03630 | 00/00/0000 | Prescriber Summaries - Non-Recurrent Flagging - Prescription Summary Workbooks - December Workbooks- McC Exhibits H - O - SF_RF_Prescriptions_Joseph_Pace (2021.12.30) |

DATED:  June 6, 2022                    Respectfully submitted,

/s/ *Katherine M. Swift*
Brian C. Swanson (*pro hac vice*)
brian.swanson@bartlitbeck.com
Katherine M. Swift (*pro hac vice*)
kate.swift@bartlitbeck.com
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone: 312.494.4400
Facsimile: 312.494.4440

Alex J. Harris (*pro hac vice)*
alex.harris@bartlitbeck.com
Gabriel J. Levin (SBN 330163)
gabe.levin@bartlitbeck.com
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: 303.592.3100
Facsimile: 303.592.3140

Charles J. Stevens (SBN 106981)
cstevens@gibsondunn.com
Joshua D. Dick (SBN 268853)
jdick@gibsondunn.com Kelsey J. Helland (SBN 298888)
khelland@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant WALGREEN CO.*