DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERE, State Bar # 173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar # 269303
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar # 141805
JAIME M. HULING DELAYE, State Bar # 270784
JOHN H. GEORGE, State Bar # 292332
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB<br><br>**THE PEOPLE'S NOTICE OF EXHIBITS ADMITTED ON JUNE 7, 2022, SUBJECT TO OBJECTION**<br><br>Hon. Charles R. Breyer |

On June 7, 2022, the following exhibits were admitted into evidence subject to objection(s):

| TREX List Exhibit Number | Exhibit Description |
|---|---|
| P-22216 | In the Matter of the Accusation Against Pacifica Pharmacy; Thang Tran. Board of Pharmacy Case No. 3802; OAH No. 2011010644; Precedential Decision No. 2013-01 |
| P-28539 | SF Sample Prescription Summary - Walgreens |
| P-42147 | FR 77, No. 198: Holiday CVS, L.L.C., d/b/a CVS/ Pharmacy Nos. 219 and 5195; Decision and Order |
| P-08163 | Title 21 CFR 1306.04 Purpose of issue of prescription |
| P-21753 | FW: Consulting Proposal |
| P-21754 | DRAFT letter re: SOM and Resume |
| P-21755 | Mike Mapes LinkedIn profile printout |
| P-09112 | Internet Presentation with AmerisourceBergen |
| P-21756 | RE: Internet Pharmacy Presentation |
| P-21758 | Claimant's Request for Production of Documents to Plaintiff - Presentation RE: DEA and the 13th Pharmaceutical Industry Conference held in TX |
| P-27070 | U.S. Department of Justice, DEA, Diversion Investigators Manual, letter to Robert Giacalone |
| P-21759 | Chemical Handler's Manual: A Guide to Chemical Control Regulations |
| P-21760 | Walgreen Company - Cephalon (Inventory Data License Agmt) |

DATED: June 7, 2022

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

David Chiu
City Attorney
Yvonne R. Mere
Sara J. Eisenberg
Owen J. Clements
Jaime M. Huling Delaye
John H. George
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Telephone: 415.554.3957
jaime.hulingdelaye@sfcityatty.org

*/s/ Kevin R. Budner*
Elizabeth J. Cabraser
Richard M. Heimann
Mark P. Chalos
Paulina do Amaral
Kevin R. Budner
Michael Levin-Gesundheit
Jacob Polin
Miriam Marks
Ian Bensberg
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
kbudner@lchb.com

| | |
|---|---|
| Paul J. Geller | Aelish M. Baig |
| Mark J. Dearman | Hadiya K. Deshmukh |
| Dorothy P. Antullis | ROBBINS GELLER RUDMAN & DOWD LLP |
| robbins geller rudman & DOWD LLP | Post Montgomery Center |
| 120 East Palmetto Park Road, Suite 500 | One Montgomery Street, Suite 1800 |
| Boca Raton, FL 33432 | San Francisco, CA 94104 |
| Telephone: 561/750-3000 | Telephone: 415/288-4545 |
| 561/750-3364 (fax) | 415/288-4534 (fax) |
| pgeller@rgrdlaw.com | aelishb@rgrdlaw.com |
| | |
| Louise Renne | Thomas E. Egler |
| RENNE PUBLIC LAW GROUP | Carissa J. Dolan |
| 350 Sansome Street, Suite 300 | ROBBINS GELLER RUDMAN & DOWD LLP |
| San Francisco, CA 94104 | 655 West Broadway, Suite 1900 |
| Telephone: 415/848-7240 | San Diego, CA 92101 |
| 415/848-7230 (fax) | Telephone: 619/231-1058 |
| lrenne@publiclawgroup.com | 619/231-7423 (fax) |
| | tome@rgrdlaw.com |
| | |
| Kevin Sharp | Jennie Lee Anderson |
| SANFORD HEISLER SHARP, LLP | Paul Laprairie |
| 611 Commerce Street, Suite 3100 | ANDRUS ANDERSON LLP |
| Nashville, TN 37203 | 155 Montgomery Street, Suite 900 |
| Telephone: 615/434-7000 | San Francisco, CA 94104 |
| 615/434-7020 (fax) | Telephone: 415/986-1400 |
| ksharp@sanfordheisler.com | 415/986-1474 (fax) |
| | jennie@andrusanderson.com |
| | |
| David S. Casey, Jr. | Edward Chapin |
| Gayle M. Blatt | SANFORD HEISLER SHARP, LLP |
| Alyssa Williams | 655 West Broadway, Suite 1700 |
| CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP | San Diego, CA 92101 |
| 110 Laurel Street | Telephone: 619/577-4253 |
| San Diego, CA 92101-1486 | 619/577-4250 (fax) |
| Telephone: 619/238-1811 | echapin2@sanfordheisler.com |
| 619/544-9232 (fax) | |
| dcasey@cglaw.com | |
| gmb@cglaw.com | |
| awilliams@cglaw.com | |
| | |
| Paul F. Novak | Ellen Relkin |
| Tiffany Ellis | WEITZ & LUXENBERG P.C. |
| WEITZ & LUXENBERG, P.C. | 700 Broadway |
| 24th Floor, The Fisher Building | New York, NY 10003 |
| 3011 W. Grand Boulevard | Telephone: 212/558-5500 |
| Detroit, Michigan 48202 | 212/344-5461 (fax) |
| Tel: (313) 800-4170 | erelkin@weitzlux.com |
| pnovak@weitzlux.com | |
| tellis@weitzlux.com | |

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

<div style="columns:2">

Jayne Conroy (*pro hac vice*)
Andrea Bierstein (*pro hac vice*)
Ellyn Hurd (*pro hac vice*)
Justin Presnal (*pro hac vice*)
Tom Sheridan (*pro hac vice*)
SIMMONS HANLY CONROY LLC
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com
abierstein@simmonsfirm.com
ehurd@simmonsfirm.com
jpresnal@simmonsfirm.com
tsheridan@simmonsfirm.com

Peter J. Mougey (*pro hac vice*)
Page A. Poerschke (*pro hac vice*)
Laura S. Dunning (*pro hac vice*)
Jeff Gaddy (*pro hac vice*)
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 S. Baylen St., Ste. 600
Pensacola, FL 32502
(850) 435-7068
pmougey@levinlaw.com
ppoerschke@levinlaw.com
ldunning@levinlaw.com
jgaddy@levinlaw.com

</div>

*MDL Co-Lead, Plaintiff Executive Committee Counsel*