DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERE, State Bar # 173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar # 269303
Chief of Complex & Affirmative Litigation
OWEN J. CLEMENTS, State Bar # 141805
JAIME M. HULING DELAYE, State Bar # 270784
JOHN H. GEORGE, State Bar # 292332
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB<br><br>**THE PEOPLE'S NOTICE OF FILING OF COURT EXHIBITS**<br><br>Hon. Charles R. Breyer |

The People give notice of the filing of the following court exhibits used by The People during the above-captioned trial:

| Court Exhibit | Exhibit Description |
| --- | --- |
| CT4-DEMO-001 | David A. Kessler, M.D. preservation deposition slide deck |
| CT4-DEMO-002 | Responsiveness of Physician Prescription Behavior to Salesforce Effort: An Individual Level Analysis by Puneet Machanda and Pradeep K. Chintagunta |
| CT4-DEMO-004 | Chintagunta cross (shown in court 6.13.2022) |
| CT4-DEMO-054 | Slides Macey Cross Exam |
| CT4-HERZBERG-DEMO-001 | Herzberg Slide deck |
| CT4-JEZIORSKI-DEMO-001 | Jeziorski Slide deck |
| CT4-KELLER-DEMO-001 | Lacey Keller Slide deck |
| CT4-KEYES-DEMO-001 | Katherine Keyes Slide deck |
| CT4-LEMBKE-DEMO-0001 | Anna Lembke Slide deck |
| CT4-MCCANN-DEMO-0001 | SF SOMs - Nonrecurrent |
| CT4-MCCANN-DEMO-0002 | SF SOMs - Recurrent |
| CT4-MCCANN-DEMO-0003 | Rebuttal Expert Report of Craig J. McCann, PH.D, CFA, Rebuttal Appendix 1, Summary of Dispensing Red Flag Analysis All Walgreens Stores |
| CT4-MCCANN-DEMO-0004 | Rebuttal Expert Report of Craig J. McCann, PH.D, CFA, Rebuttal Appendix 2, Summary of Dispensing Red Flag Analysis 12 Walgreens Stores |
| CT4-MCCANN-DEMO-0005 | Summary of Walgreens Opioid Dispensing Red Flag Analysis |
| CT4-MCCANN-DEMO-0006 | McCann CT4 Appendix 7 Processing the Dispensing Data |
| CT4-MCCANN-DEMO-0007 | Opioid Prescriptions of Dr. Giovannini filled by Walgreens, All Bay Area |
| CT4-MCCANN-DEMO-0008 | Opioid Prescriptions of Dr. Gores filled by Walgreens, All Bay Area |
| CT4-MCCANN-DEMO-0009 | Opioid Prescriptions of Dr. Hattori filled by Walgreens, All Bay Area |
| CT4-MCCANN-DEMO-0010 | Opioid Prescriptions of Dr. Leong filled by Walgreens, All Bay Area |
| CT4-MCCANN-DEMO-0011 | Opioid Prescriptions of Dr. Pierce filled by Walgreens, All Bay Area |
| CT4-MCCANN-DEMO-0012 | Opioid Prescriptions of Dr. Seet filled by Walgreens, All Bay Area |

| | |
|---|---|
| CT4-MCCANN-DEMO-0013 | McCann CT4 Supplemental Report - Appendix 2 - Confidence Intervals for Sample Observations |
| CT4-MCCANN-DEMO-0014 | 95% Confidence Intervals for Samples of 2,191 Observations |
| CT4-MCCANN-DEMO-0015 | 12 Opioid Drug Shipments to All Dispensers in San Francisco County, CA |
| CT4-MCCANN-DEMO-0016 | Manufacturer Attribution of Flagged Transactions in Dosage Units - Nonrecurrent |
| CT4-MCCANN-DEMO-0017 | Flagging Transactions Attributable to Manufacturer Defendants in Dosage Units - Nonrecurrent |
| CT4-MCCANN-DEMO-0018 | McCann CT4 Appendix 11c. Actavis_Watson Flagging Algorithm, pgs 427-435 |
| CT4-MCCANN-DEMO-0019 | McCann CT4 Appendix 11c. Actavis_Watson Flagging Algorithm, pgs 436-444 |
| CT4-MCCANN-DEMO-0020 | McCann CT4 Appendix 11c. Actavis_Watson Flagging Algorithm, pgs 445-453 |
| CT4-MCCANN-DEMO-0021 | McCann CT4 Appendix 11c. Actavis_Watson Flagging Algorithm, pgs 454-462 |
| CT4-MCCANN-DEMO-0022 | Moms Pharmacy Oxy 1471-1483 |
| CT4-MCCANN-DEMO-0023 | Castro Street - Oxy - 1497-1508 |
| CT4-MCCANN-DEMO-0024 | Craig McCann Slide deck |
| CT4-PERRI-DEMO-001 | Table 1: Defendants' Sample Call Log Entries |
| CT4-PERRI-DEMO-002 | Table 2: Opioid Marketing Messages |
| CT4-PERRI-DEMO-003 | Schedule 6: Defendants' Marketing Plans |
| CT4-PERRI-DEMO-004 | Schedule 8: Sales Training Manuals and Scripts |
| CT4-PERRI-DEMO-005 | Schedule 10: Evaluation of Marketing Impact by Defendants |
| CT4-PERRI-DEMO-006 | Schedule 11: Amounts Paid to Pain Advocacy Organizations & Professional Societies |
| CT4-PERRI-DEMO-007 | Perri Schedule 9: Defendants' Call Notes (San Francisco) |
| CT4-PERRI-DEMO-008 | Perri Schedule 12: Amounts Paid to KOLs by Defendants |
| CT4-PERRI-DEMO-009 | Matthew Perri Background Information |
| CT4-SHORT-DEMO-001 | Photos to use with Carla Short |

DATED: June 16, 2022

Respectfully submitted,

David Chiu
City Attorney
Yvonne R. Mere
Sara J. Eisenberg
Owen J. Clements

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
*/s/ Kevin R. Budner*
Elizabeth J. Cabraser
Richard M. Heimann
Mark P. Chalos

- 2 -

PEOPLE'S NOTICE OF TRIAL MATERIALS
CASE. NO. 18-CV-07591-CRB

| | | |
|---|---|---|
| 1 | Jaime M. Huling Delaye | Paulina do Amaral |
| | John H. George | Kevin R. Budner |
| 2 | Deputy City Attorneys | Michael Levin-Gesundheit |
| | Fox Plaza | Jacob Polin |
| 3 | 1390 Market Street, Sixth Floor | Miriam Marks |
| | San Francisco, CA 94102 | Ian Bensberg |
| 4 | Telephone: 415.554.3957 | LIEFF CABRASER HEIMANN & |
| | jaime.hulingdelaye@sfcityatty.org | BERNSTEIN, LLP |
| 5 | | 275 Battery Street, 29th Floor |
| | | San Francisco, California 94111-3339 |
| 6 | | Telephone: 415.956.1000 |
| | | Facsimile: 415.956.1008 |
| 7 | | kbudner@lchb.com |
| 8 | Paul J. Geller | Aelish M. Baig |
| | Mark J. Dearman | Hadiya K. Deshmukh |
| 9 | Dorothy P. Antullis | ROBBINS GELLER RUDMAN & DOWD |
| | robbins geller rudman & DOWD LLP | LLP |
| 10 | 120 East Palmetto Park Road, Suite 500 | Post Montgomery Center |
| | Boca Raton, FL 33432 | One Montgomery Street, Suite 1800 |
| 11 | Telephone: 561/750-3000 | San Francisco, CA 94104 |
| | 561/750-3364 (fax) | Telephone: 415/288-4545 |
| 12 | pgeller@rgrdlaw.com | 415/288-4534 (fax) |
| | | aelishb@rgrdlaw.com |
| 13 | | |
| 14 | Louise Renne | Thomas E. Egler |
| | RENNE PUBLIC LAW GROUP | Carissa J. Dolan |
| 15 | 350 Sansome Street, Suite 300 | ROBBINS GELLER RUDMAN & DOWD |
| | San Francisco, CA 94104 | LLP |
| 16 | Telephone: 415/848-7240 | 655 West Broadway, Suite 1900 |
| | 415/848-7230 (fax) | San Diego, CA 92101 |
| 17 | lrenne@publiclawgroup.com | Telephone: 619/231-1058 |
| | | 619/231-7423 (fax) |
| 18 | | tome@rgrdlaw.com |
| 19 | Kevin Sharp | Jennie Lee Anderson |
| | SANFORD HEISLER SHARP, LLP | Paul Laprairie |
| 20 | 611 Commerce Street, Suite 3100 | ANDRUS ANDERSON LLP |
| | Nashville, TN 37203 | 155 Montgomery Street, Suite 900 |
| 21 | Telephone: 615/434-7000 | San Francisco, CA 94104 |
| | 615/434-7020 (fax) | Telephone: 415/986-1400 |
| 22 | ksharp@sanfordheisler.com | 415/986-1474 (fax) |
| | | jennie@andrusanderson.com |
| 23 | David S. Casey, Jr. | Edward Chapin |
| | Gayle M. Blatt | SANFORD HEISLER SHARP, LLP |
| 24 | Alyssa Williams | 655 West Broadway, Suite 1700 |
| | CASEY GERRY SCHENK FRANCAVILLA | San Diego, CA 92101 |
| 25 | BLATT & PENFIELD LLP | Telephone: 619/577-4253 |
| | 110 Laurel Street | 619/577-4250 (fax) |
| 26 | San Diego, CA 92101-1486 | echapin2@sanfordheisler.com |
| | Telephone: 619/238-1811 | |
| 27 | 619/544-9232 (fax) | |
| | dcasey@cglaw.com | |
| 28 | | |

gmb@cglaw.com
awilliams@cglaw.com

| | |
|---|---|
| Paul F. Novak | Ellen Relkin |
| Tiffany Ellis | WEITZ & LUXENBERG P.C. |
| WEITZ & LUXENBERG, P.C. | 700 Broadway |
| 24th Floor, The Fisher Building | New York, NY 10003 |
| 3011 W. Grand Boulevard | Telephone: 212/558-5500 |
| Detroit, Michigan 48202 | 212/344-5461 (fax) |
| Tel: (313) 800-4170 | erelkin@weitzlux.com |
| pnovak@weitzlux.com | |
| tellis@weitzlux.com | |

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

| | |
|---|---|
| Jayne Conroy (*pro hac vice*) | Peter J. Mougey (*pro hac vice*) |
| Andrea Bierstein (*pro hac vice*) | Page A. Poerschke (*pro hac vice*) |
| Ellyn Hurd (*pro hac vice*) | Laura S. Dunning (*pro hac vice*) |
| Justin Presnal (*pro hac vice*) | Jeff Gaddy (*pro hac vice*) |
| Tom Sheridan (*pro hac vice*) | LEVIN, PAPANTONIO, RAFFERTY, |
| SIMMONS HANLY CONROY LLC | PROCTOR, BUCHANAN, O'BRIEN, BARR |
| 112 Madison Avenue, 7th Floor | & MOUGEY, P.A. |
| New York, NY 10016 | 316 S. Baylen St., Ste. 600 |
| (212) 784-6400 | Pensacola, FL 32502 |
| (212) 213-5949 (fax) | (850) 435-7068 |
| jconroy@simmonsfirm.com | pmougey@levinlaw.com |
| abierstein@simmonsfirm.com | ppoerschke@levinlaw.com |
| ehurd@simmonsfirm.com | ldunning@levinlaw.com |
| jpresnal@simmonsfirm.com | jgaddy@levinlaw.com |
| tsheridan@simmonsfirm.com | |

*MDL Co-Lead, Plaintiff Executive Committee Counsel*