UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-7591-CRB<br><br>**REBUTTAL DECLARATION OF CRAIG J. MCCANN, PH.D., CFA** |

1. I offer this rebuttal declaration to respond to certain elements of the trial testimony of Walgreens' expert, Robert L. Brunner—specifically, his comments on my prescription flagging algorithms (Brunner Trial Tr. at 2483-88) and to quantify the number of prescriptions flagged using Mr. Brunner's method. As shown below, the application of Mr. Brunner's methodology would result in a reduction of 177,086 prescriptions – not a reduction of 437,786 prescriptions, as Mr. Brunner implied in his testimony. In connection with this report, I reviewed Mr. Brunner's declaration (Dkt. 1400), the transcript of his testimony, and the demonstratives he offered the Court.

**I. Flagged Prescriptions**

2. In his testimony, Mr. Brunner described what he categorized as "errors" in my implementation of some of Mr. Catizone's prescription flagging methods. Specifically, Mr. Brunner focused on flagging methods that depend on two or more prescriptions—i.e., the "combination" flags (Red Flag Computations 3, 4, 5, 7, 12, and 14). In so doing, Mr. Brunner implied that my application of Mr. Catizone's combination flagging algorithms resulted in the "over-flagging" of 437,786 prescriptions filled in Walgreens pharmacies in San Francisco (Brunner Declaration Demo Page 7—chart reproduced below).

**McCann's Flagging of Initial Prescriptions, Before Triggering Prescription**
**San Francisco**

|  | Flag 3 | Flag 4 | Flag 5 | Flag 7 | Flag 12 | Flag 14 |
|---|---|---|---|---|---|---|
| Initial Prescriptions Flagged: | 114,628 | 79,228 | 29,570 | 219,473 | 50,928 | 6,798 |
| Total Prescriptions Flagged: | 296,264 | 206,511 | 98,953 | 857,237 | 122,148 | 15,792 |
| Percent Over-flagged: | 38.7% | 38.4% | 29.9% | 25.6% | 41.7% | 43.0% |

**Flags 3, 4, 5, 7, 12, and 14 Combined:**

| | |
|---|---|
| Total Distinct Initial Prescriptions Over-flagged: | 437,786 |
| Total Distinct Prescriptions Flagged: | 1,252,680 |
| Percent Over-flagged: | 34.9 percent |

3. Mr. Brunner failed to account for the fact that most of the 437,786 prescriptions he asserted were "over flagged" as an earlier portion of one of the 6 combination flags were *also* flagged by *another* of Mr. Catizone's Red Flags, either by one of the 8 non-combination flags, or as the subsequent or "trigger" prescription for one of the other 6 combination flags. While Mr. Brunner allowed, on cross examination, that some of these prescriptions may have been flagged by one of the remaining 8 red flag computations, he declined to quantify them.

4. The table below shows the results of applying the methodology Mr. Brunner applied to the October 2021 data to the December 2021[1] red flag results that I testified about at trial, and thereby identifying only the unique prescriptions which were not either flagged by either one of Mr. Catizone's 8 non-combination red flags or which were not the trigger or subsequent portion of one of the 6 combination flags. The number of prescriptions that were flagged by any of the red flags is reduced by 177,086 (not 437,786 as implied by Mr. Brunner), a reduction

---

[1] Mr. Brunner's analysis also utilized an outdated data set from October 2021 and not the more conservative December 2021 data set on which my trial testimony was based.

from 1,800,940 (61.5% of 2,929,821) to 1,623,854 (55.4% of 2,929,821) for all Walgreens in San Francisco. For the 12 Walgreens for which more notes data was produced, the number of prescriptions that were flagged by any of the red flags reduced from 543,065 (66.8% of 812,810) to 495,003 (60.9% of 812,810).

**Table 1 Walgreens Non-recurrent Flagged Prescriptions, Excluding Initial Prescriptions in Red Flag Computations 3, 4, 5, 7, 12, and 14, San Francisco, CA**

|  | No of Prescriptions | | | |
|---|---|---|---|---|
|  | **12 Walgreens Stores** | | **All Walgreens Stores** | |
| All Prescriptions | 812,810 | | 2,929,821 | |
| Opioid Prescriptions | 675,470 | | 2,478,103 | |
| **Red Flags Computation** | **Flagged** | **%** | **Flagged** | **%** |
| Flagged for Any of the Red Flag Computations Below | 495,003 | 60.9% | 1,623,854 | 55.4% |
| Red Flag Computation 1 | 32,348 | 4.8% | 181,027 | 7.3% |
| Red Flag Computation 2 | 47,571 | 7.0% | 236,340 | 9.5% |
| Red Flag Computation 3 | 60,180 | 8.9% | 181,634 | 7.3% |
| Red Flag Computation 4 | 40,974 | 6.1% | 127,284 | 5.1% |
| Red Flag Computation 5 | 23,916 | 2.9% | 69,382 | 2.4% |
| Red Flag Computation 6 | 4,485 | 0.6% | 13,412 | 0.5% |
| Red Flag Computation 7 | 209,394 | 25.8% | 637,720 | 21.8% |
| Red Flag Computation 8 | 76,166 | 9.4% | 243,360 | 8.3% |
| Red Flag Computation 9 | 22,257 | 3.3% | 63,261 | 2.6% |
| Red Flag Computation 11 | 69,998 | 10.4% | 160,622 | 6.5% |
| Red Flag Computation 12 | 7,659 | 1.1% | 28,720 | 1.2% |
| Red Flag Computation 14 | 2,383 | 0.4% | 9,011 | 0.4% |
| Red Flag Computation 15 | 228,489 | 33.8% | 604,409 | 24.4% |
| Red Flag Computation 16 | 51,867 | 7.7% | 229,954 | 9.3% |

5. I do not here advocate for modifying the analysis I presented to the Court. The above table is merely presented to reflect the actual impact of Mr. Brunner's criticism of Mr. Catizone's red flag algorithms. Implementing Mr. Catizone's algorithms yields 1,800,940 flagged prescriptions; implementing Mr. Brunner's modified algorithms yields 1,623,854 flagged prescriptions.

_____

Signature of Expert