| | |
|---|---|
| 1 | DAVID CHIU, State Bar # 189542 |
| | City Attorney |
| 2 | YVONNE R. MERE, State Bar # 175394 |
| | Chief Deputy City Attorney |
| 3 | SARA J. EISENBERG, State Bar # 296303 |
| | Chief of Complex & Affirmative Litigation |
| 4 | JAIME M. HULING DELAYE, State Bar # 270784 |
| | JOHN H. GEORGE, State Bar # 292332 |
| 5 | Deputy City Attorneys |
| | Fox Plaza |
| 6 | 1390 Market Street, Sixth Floor |
| | San Francisco, CA  94102 |
| 7 | Telephone:  415.554.3597 |
| | jaime.hulingdelaye@sfcityatty.org |

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU, <br><br>Plaintiffs, <br><br>v. <br><br>PURDUE PHARMA L.P., et al. <br><br>Defendants. | Case No. 3:18-cv-07591-CRB <br><br>**THE PEOPLE'S STATEMENT OF RECENT DECISION** <br><br>Judge: Honorable Charles R. Breyer |

Case 3:18-cv-07591-CRB   Document 1576   Filed 08/04/22   Page 2 of 5

In accordance with Civil Local Rule 7-3(d)(2), the People of the State of California, acting by and through San Francisco City Attorney David Chiu, provide for the Court's consideration the *Findings of Fact and Conclusions of Law on Order Denying Pharmacy Defendants' Motions to Dismiss Complaints and Amended Complaints* issued by the West Virginia Mass Litigation Panel on August 3, 2022, in *In re: Opioid Litigation*, Civil Action No. 21-C-9000-PHARM, attached hereto as **Exhibit A**. Pages 26 to 37 of this order address public nuisance, including the *City of Huntington v. AmerisourceBergen Drug Corp.*, No. 3:17-01362, 2022 WL 2399876 (S.D.W. Va. July 4, 2022).

DATED: August 4, 2022

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Richard M. Heimann
Elizabeth J. Cabraser
Donald C. Arbitblit
Mark P. Chalos
Paulina do Amaral
Kevin R. Budner
Michael Levin-Gesundheit
Jacob H. Polin
Miriam E. Marks
Ian R. Bensberg
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
rheimann@lchb.com

David Chiu
City Attorney
Yvonne R. Mere
Sara J. Eisenberg
Jaime M. Huling Delaye
John H. George
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102
Telephone: 415.554.3957
jaime.hulingdelaye@sfcityatty.org

Aelish M. Baig
Taeva C. Shefler
Hadiya K. Deshmukh
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com

Paul J. Geller
Mark J. Dearman
Dorothy P. Antullis
Nicolle B. Brito
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

X. Jay Alvarez
Thomas E. Egler
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com

Louise Renne
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: 415/848-7240
415/848-7230 (fax)
lrenne@publiclawgroup.com

Jennie Lee Anderson
Audrey Siegel
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415/986-1400
415/986-1474 (fax)
jennie@andrusanderson.com

Kevin Sharp
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, TN  37203
Telephone:  615/434-7000
615/434-7020 (fax)
ksharp@sanfordheisler.com

Edward Chapin
SANFORD HEISLER SHARP, LLP
655 West Broadway, Suite 1700
San Diego, CA  92101
Telephone:  619/577-4253
619/577-4250 (fax)
echapin2@sanfordheisler.com

David S. Casey, Jr.
Gayle M. Blatt
Alyssa Williams
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA  92101-1486
Telephone:  619/238-1811
619/544-9232 (fax)
dcasey@cglaw.com
gmb@cglaw.com
awilliams@cglaw.com

Ellen Relkin
WEITZ & LUXENBERG P.C.
700 Broadway
New York, NY  10003
Telephone:  212/558-5500
212/344-5461 (fax)
erelkin@weitzlux.com

|   |   |
|---|---|
| 1 | Melinda Davis Nokes |
|   | WEITZ & LUXENBERG P.C. |
| 2 | 1880 Century Park East |
| 3 | Los Angeles, CA 90067 |
|   | Telephone:  310/247-0921 |
| 4 | 310/786-9927 (fax) |
|   | mnokes@weitzlux.com |
| 5 |   |
|   | Paul F. Novak |
| 6 | Tiffany Ellis |
|   | WEITZ & LUXENBERG P.C. |
| 7 | 1880 Century Park East |
|   | 24th Floor, The Fisher Building |
| 8 | 3011 W. Grand Boulevard |
|   | Detroit, Michigan 48202 |
| 9 | Telephone: 313/800-4170 |
|   | pnovak@weitzlux.com |
| 10 | tellis@weitzlux.com |
| 11 |   |
|   | *Attorneys for Plaintiff the People of the State of* |
| 12 | *California, acting by and through San Francisco* |
|   | *City Attorney David Chiu* |
| 13 |   |
|   | Jayne Conroy (*pro hac vice*) |
| 14 | Andrea Bierstein (*pro hac vice*) |
|   | Ellyn Hurd (*pro hac vice*) |
| 15 | Justin Presnal (*pro hac vice*) |
|   | Tom Sheridan (*pro hac vice*) |
| 16 | SIMMONS HANLY CONROY |
|   | 112 Madison Avenue, 7th Floor |
| 17 | New York, NY 10016 |
|   | (212) 784-6400 |
| 18 | (212) 213-5949 (fax) |
|   | jconroy@simmonsfirm.com |
| 19 |   |
|   | Peter J. Mougey (*pro hac vice*) |
| 20 | Page A. Poerschke (*pro hac vice*) |
|   | Laura S. Dunning (*pro hac vice*) |
| 21 | Jeff Gaddy (*pro hac vice*) |
|   | LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, |
| 22 | BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A. |
| 23 | 316 S. Baylen St., Ste. 600 |
|   | Pensacola, FL 32502 |
| 24 | (850) 435-7068 |
|   | pmougey@levinlaw.com |
| 25 | ppoerschke@levinlaw.com |
|   | ldunning@levinlaw.com |
| 26 | jgaddy@levinlaw.com |
| 27 | *MDL Co-Lead, Plaintiff Executive Committee* |
|   | *Counsel* |
| 28 |   |