IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>    Defendants. | Case No. 18-cv-07591-CRB<br><br>**ORDER SETTING SCHEDULING CONFERENCE FOR ABATEMENT PHASE TRIAL** |

The Court will hold a scheduling conference on September 13, 2022 at 11:30 am via Zoom video regarding the schedule for the abatement phase trial. By September 7, 2022, the parties shall file a joint statement with a proposed schedule for the abatement phase. To the extent that the parties disagree with respect to any aspect of the schedule, each party shall succinctly explain the basis of their position. The joint statement is limited to 7 pages.

**IT IS SO ORDERED.**

Dated: August 10, 2022

_____
CHARLES R. BREYER
United States District Judge