DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERE, State Bar # 175394
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar # 296303
Chief of Complex & Affirmative Litigation
JAIME M. HULING DELAYE, State Bar # 270784
JOHN H. GEORGE, State Bar # 292332
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
jaime.hulingdelaye@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>             Plaintiffs,<br><br>     v.<br><br>PURDUE PHARMA L.P., et al.<br><br>             Defendants. | Case No. 3:18-cv-07591-CRB<br><br>**THE PEOPLE'S REPLY RE: ORDER TO SHOW CAUSE**<br><br>Judge:  Honorable Charles R. Breyer |

The People submit this reply addressing whether the Court should enter an injunction materially identical to the one entered in the MDL Track Three cases in advance of the abatement phase of this trial. *See* Doc. 1581. The People believe that such an injunction—or one like it—is both appropriate and necessary, but respectfully suggest that the Court wait until after the abatement trial to enter one.

From the moment the People sued Walgreens, the People have sought injunctive relief. *See* First Am. Compl., Prayer for Relief § D, Doc. 128. They still do. Any adequate remedy must require Walgreens to change its practices that have contributed—and continue to contribute—so substantially to the opioid epidemic in San Francisco. Given the extensive evidence the Court heard during the liability phase about Walgreens' specific policy failures, the Court certainly has the authority to order that Walgreens change its practices now. *See* Doc. 1578 at 37-95.

None of the authority cited by Walgreens holds otherwise. The proposed injunction is no surprise; it has been presented, consensually, in essentially identical form to implement a prior Walgreens settlement, and Walgreens had a full opportunity to address it in Case Track Three. Nevertheless, the People recommend a brief pause to avoid the complications and potential delay associated with interlocutory appellate review.

An injunction is subject to immediate appeal as of right under 28 U.S.C. § 1292(a)(1). Walgreens has made every indication that it will appeal at its earliest opportunity.[1] The People expect that in appealing the Court's proposed injunction, Walgreens will challenge its basis: the liability finding. The People further expect Walgreens would argue that, while an appeal is underway, this Court is deprived of jurisdiction to complete the remedial phase of the trial or that the remedial phase must be stayed pending appeal. It is unclear whether such arguments would carry the day, but the People respectfully suggest that the better course is to proceed swiftly to the abatement phase of this trial and bring this case to judgment and a final injunction.

---

[1] *See, e.g.*, Juliet Williams, *Judge: Walgreens contributed to San Francisco opioid crisis*, Associated Press (Aug. 10, 2022), https://apnews.com/article/health-san-francisco-opioids-government-and-politics-cd45b148820f18df5ced3d2f7381d494 ("We look forward to the opportunity to . . . appeal.").

| | | |
|---|---|---|
| 1 | DATED:  September 2, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 4 | | _/s Elizabeth Cabraser_ |

Richard M. Heimann
Elizabeth J. Cabraser
Donald C. Arbitblit
Mark P. Chalos
Paulina do Amaral
Kevin R. Budner
Michael Levin-Gesundheit
Jacob H. Polin
Miriam E. Marks
Ian R. Bensberg
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
rheimann@lchb.com

David Chiu
City Attorney
Yvonne R. Mere
Sara J. Eisenberg
Jaime M. Huling Delaye
John H. George
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3957
jaime.hulingdelaye@sfcityatty.org

Aelish M. Baig
Taeva C. Shefler
Hadiya K. Deshmukh
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com

Paul J. Geller
Mark J. Dearman
Dorothy P. Antullis
Nicolle B. Brito
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

X. Jay Alvarez
Thomas E. Egler
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com

Louise Renne
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone:  415/848-7240
415/848-7230 (fax)
lrenne@publiclawgroup.com

Jennie Lee Anderson
Audrey Siegel
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone: 415/986-1400
415/986-1474 (fax)
jennie@andrusanderson.com

Kevin Sharp
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, TN  37203
Telephone:  615/434-7000
615/434-7020 (fax)
ksharp@sanfordheisler.com

Edward Chapin
SANFORD HEISLER SHARP, LLP
655 West Broadway, Suite 1700
San Diego, CA  92101
Telephone:  619/577-4253
619/577-4250 (fax)
echapin2@sanfordheisler.com

David S. Casey, Jr.
Gayle M. Blatt
Alyssa Williams
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA  92101-1486
Telephone:  619/238-1811
619/544-9232 (fax)
dcasey@cglaw.com
gmb@cglaw.com
awilliams@cglaw.com

Ellen Relkin
WEITZ & LUXENBERG P.C.
700 Broadway
New York, NY  10003
Telephone:  212/558-5500
212/344-5461 (fax)
erelkin@weitzlux.com

Melinda Davis Nokes
WEITZ & LUXENBERG P.C.
1880 Century Park East
Los Angeles, CA 90067
Telephone: 310/247-0921
310/786-9927 (fax)
mnokes@weitzlux.com

Paul F. Novak
Tiffany Ellis
WEITZ & LUXENBERG P.C.
1880 Century Park East
24th Floor, The Fisher Building
3011 W. Grand Boulevard
Detroit, Michigan 48202
Telephone: 313/800-4170
pnovak@weitzlux.com
tellis@weitzlux.com

*Attorneys for Plaintiff the People of the State of California, acting by and through San Francisco City Attorney David Chiu*

Jayne Conroy (*pro hac vice*)
Andrea Bierstein (*pro hac vice*)
Ellyn Hurd (*pro hac vice*)
Justin Presnal (*pro hac vice*)
Tom Sheridan (*pro hac vice*)
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
jconroy@simmonsfirm.com

Peter J. Mougey (*pro hac vice*)
Page A. Poerschke (*pro hac vice*)
Laura S. Dunning (*pro hac vice*)
Jeff Gaddy (*pro hac vice*)
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 S. Baylen St., Ste. 600
Pensacola, FL 32502
(850) 435-7068
pmougey@levinlaw.com
ppoerschke@levinlaw.com
ldunning@levinlaw.com
jgaddy@levinlaw.com

*MDL Co-Lead, Plaintiff Executive Committee Counsel*