1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>    Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P., et al.,<br><br>    Defendants. | Case No. 3:18-cv-07591-CRB<br><br>**JOINT STATEMENT FOR SEPTEMBER 13, 2022 ABATEMENT PHASE SCHEDULING CONFERENCE** |

Pursuant to Dkt. No. 1580, and having met and conferred, the Parties jointly submit the following proposed schedule for the abatement phase of the above-captioned case. In addition, the Parties anticipate that they will be able to reach agreement on the two dates that remain outstanding once the other details of the trial are established.

I.   **Proposed Trial Schedule**

| Event | Date or Deadline |
|---|---|
| **Trial Briefs (limited to 20 pages)** | October 26, 2022 |
| **Exhibit and Witness Lists** | Subject to further meet and confer |
| **Final Pretrial Conference** | November 2, 2022 |
| **Trial Commences/Opening Statements** | November 7, 2022 |
| **Closing Briefs** | Subject to further meet and confer |

II.  **Trial Time Limits**

Plaintiff and Defendant are each allotted **12 hours** of total trial time. The Parties will track the trial time utilized in the same manner as was used in Phase 1.

III. **Opening Statements**

Plaintiff and Defendant each will have a maximum of two (2) hours to make their opening statements. Time taken for opening statements will not count against trial time.

IV.  **Witness Declarations**

Direct testimony for fact and expert witnesses will be presented through declaration (or deposition). Plaintiff and Defendant are each allotted no more than **50,000** words total for witness declarations, except that Dr. Caleb Alexander's Appendix E, see Dkt. No. 972-1, and Dr. William Padula's Appendix C, see Dkt. No. 1023-2, may be attached as exhibits and will not be counted against the word limit. Aside from the 50,000 total word limit, there are no word limits for the declaration of any given witness. Any exhibits referenced in a witness' declaration shall be filed with the declaration.

Declarations are due to the Court by 12pm two (2) days before the witness is scheduled to testify, but the Parties are encouraged to file their declarations as soon as possible.  If a witness is scheduled to testify on a Monday or Tuesday, their declaration must be filed by 12pm the preceding Friday.  Before cross-examination, each witness who submits a declaration may take 30 minutes to offer a summary of their written direct testimony.  The initial 30 minutes of time taken for witnesses to offer their summaries will not be counted against either side's trial time.

Objections to the declarations will be made using the same procedure and same timing utilized during Phase 1.  *See* Dkt. Nos. 1236 and 1224.  Declarations shall be served on opposing counsel by 7pm at least six (6) business days before the witness is scheduled to appear.  Objections are due by 7pm two (2) business days after receipt of the declaration.  Thereafter, the Parties will meet and confer regarding objections by 7pm two (2) business days after service of the objections.  By noon two (2) business days before the witness is scheduled to testify (except as indicated above), the Parties will file the declaration with the Court along with a chart of outstanding objections.

### V.    No Further Discovery

The Parties have agreed that, because discovery in this matter was not bifurcated, no supplementation of fact or expert discovery will occur except that experts may update their materials considered lists.  Such updates to the materials considered list alone, however, will not justify further deposition.

### VI.    Deposition Testimony

As in Phase 1, the Parties may offer the testimony of a witness through recorded deposition to the extent permitted under Federal Rule of Civil Procedure 32.  The time taken to present the deposition, including objections, will be charged against the Party offering the deposition testimony, and the time taken for counter-designations shall be charged against the Party offering the counter-designations.

### VII. Time for Objections to Testimony

As in Phase 1, time for making and ruling on objections shall be counted against the examining party. To the extent that a Party's objections are not well founded, the Court may grant the examining party additional trial time.

### VIII. Livestreaming of Trial

The Court's proceedings will be livestreamed using the same protocol as was used in Phase 1.

Dated: September 7, 2022         Respectfully submitted,

| | |
|---|---|
| */s/ Brian C. Swanson* | */s/ Paulina do Amaral* |
| Brian C. Swanson (pro hac vice) | Paulina do Amaral |
| brian.swanson@bartlitbeck.com | LIEFF, CABRASER, HEIMANN |
| Katherine M. Swift (pro hac vice) | & BERNSTEIN, LLP |
| kate.swift@bartlitbeck.com | Elizabeth J. Cabraser |
| BARTLIT BECK LLP | Richard M. Heimann |
| 54 West Hubbard Street | Donald C. Arbitblit |
| Chicago, IL 60654 | Mark P. Chalos |
| Telephone: (312) 494-4400 | Paulina do Amaral |
| Facsimile: (312) 494-4440 | Kevin R. Budner |
| | Michael Levin-Gesundheit |
| | Jacob H. Polin |
| | Miriam E. Marks |
| | Ian Bensberg |
| | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |
| | ecabraser@lchb.com |
| | rheimann@lchb.com |
| | darbitblit@lchb.com |
| | mchalos@lchb.com |
| | pdoamaral@lchb.com |
| | kbudner@lchb.com |
| | mlevin@lchb.com |

| | | |
|---|---|---|
| 1 | | David Chiu |
| 2 | Alex J. Harris (pro hac vice)<br>alex.harris@bartlitbeck.com | CITY ATTORNEY<br>Yvonne R. Mere |
| 3 | Gabriel J. Levin (SBN 330163)<br>gabe.levin@bartlitbeck.com | Sara J. Eisenberg<br>Owen J. Clements |
| 4 | BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200 | Jaime M. Huling Delaye<br>John H. George |
| 5 | Denver, CO 80202<br>Telephone: (303) 592-3100 | DEPUTY CITY ATTORNEYS<br>Fox Plaza |
| 6 | Facsimile: (303) 592-3140 | 1390 Market Street, Sixth Floor<br>San Francisco, CA 94102 |
| 7 | | Telephone: (415) 554-3957<br>jaime.hulingdelaye@sfcityatty.org |
| 8 | | |
| 9 | Charles J. Stevens (SBN 106981) | */s/ Aelish M. Baig*<br>ROBBINS GELLER RUDMAN |
| 10 | cstevens@gibsondunn.com<br>Joshua D. Dick (SBN 268853) | & DOWD LLP<br>Aelish M. Baig |
| 11 | jdick@gibsondunn.com<br>Kelsey J. Helland (SBN 298888) | Taeva C. Shefler<br>Hadiya K. Deshmukh |
| 12 | khelland@gibsondunn.com<br>GIBSON DUNN & CRUTCHER LLP | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 13 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105 | San Francisco, CA 94104<br>Telephone: (415) 288-4545 |
| 14 | Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306 | Facsimile: (415) 288-4534<br>aelishb@rgrdlaw.com |
| 15 | *Attorneys for Defendant* | tshefler@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com |
| 16 | *Walgreen Co.* | |
| 17 | | Paul J. Geller<br>Mark J. Dearman |
| 18 | | Dorothy P. Antullis<br>Nicolle B. Brito |
| 19 | | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432 |
| 20 | | Telephone: (561) 750-3000<br>Facsimile: (561) 750-3364 |
| 21 | | pgeller@rgrdlaw.com<br>mdearman@rgrdlaw.com |
| 22 | | dantullis@rgrdlaw.com<br>nbrito@rgrdlaw.com |
| 23 | | ROBBINS GELLER RUDMAN<br>& DOWD LLP |
| 24 | | X. Jay Alvarez<br>Thomas E. Egler |
| 25 | | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 26 | | Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 |
| 27 | | jaya@rgrdlaw.com<br>tome@rgrdlaw.com |
| 28 | | |

| | |
|---|---|
| 1 | |
| 2 | RENNE PUBLIC LAW GROUP |
| | Louise Renne |
| 3 | 350 Sansome Street, Suite 300 |
| | San Francisco, CA 94104 |
| 4 | Telephone:  (415) 848-7240 |
| | Facsimile:  (415) 848-7230 |
| 5 | lrenne@publiclawgroup.com |
| 6 | ANDRUS ANDERSON LLP |
| | Jennie Lee Anderson |
| 7 | Audrey Siegel |
| | 155 Montgomery Street, Suite 900 |
| 8 | San Francisco, CA  94104 |
| | Telephone:  (415) 986-1400 |
| 9 | Facsimile:  (415) 986-1474 |
| | jennie@andrusanderson.com |
| 10 | audrey.siegel@andrusanderson.com |
| 11 | SANFORD HEISLER SHARP, LLP |
| | Kevin Sharp |
| 12 | 611 Commerce Street, Suite 3100 |
| | Nashville, TN  37203 |
| 13 | Telephone:  (615) 434-7000 |
| | Facsimile:  (615) 434-7020 |
| 14 | ksharp@sanfordheisler.com |
| 15 | SANFORD HEISLER SHARP, LLP |
| | Edward Chapin |
| 16 | 655 West Broadway, Suite 1700 |
| | San Diego, CA  92101 |
| 17 | Telephone:  (619) 577-4253 |
| | Facsimile:  (619) 577-4250 |
| 18 | echapin2@sanfordheisler.com |
| 19 | CASEY GERRY SCHENK FRANCAVILLA |
| |     BLATT & PENFIELD LLP |
| 20 | David S. Casey, JR. |
| | Gayle M. Blatt |
| 21 | Alyssa Williams |
| | 110 Laurel Street |
| 22 | San Diego, CA  92101-1486 |
| | Telephone:  (619) 238-1811 |
| 23 | Facsimile:  (619) 544-9232 |
| | dcasey@cglaw.com |
| 24 | gmb@cglaw.com |
| | awilliams@cglaw.com |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|    |    |
|----|----|
| 1  |    |
| 2  | WEITZ & LUXENBERG P.C.<br>ELLEN RELKIN |
| 3  | 700 Broadway<br>New York, NY 10003 |
| 4  | Telephone: (212) 558-5500<br>Facsimile: (212) 344-5461 |
| 5  | erelkin@weitzlux.com<br>WEITZ & LUXENBERG P.C. |
| 6  | Melinda Davis Nokes<br>1880 Century Park East |
| 7  | Los Angeles, CA 90067<br>Telephone: (310) 247-0921 |
| 8  | Facsimile: (310) 786-9927<br>mnokes@weitzlux.com |
| 9  | WEITZ & LUXENBERG P.C.<br>Paul F. Novak |
| 10 | Tiffany R. Ellis<br>3011 W. Grand Blvd, 24th Floor |
| 11 | Detroit, MI 48202<br>Telephone: (313) 800-4170 |
| 12 | Facsimile: (646) 293-7960<br>pnovak@weitzlux.com |
| 13 | tellis@weitzlux.com |
| 14 | *Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu* |
| 15 |    |
| 16 | SIMMONS HANLY CONROY |
| 17 | Jayne Conroy (*pro hac vice*)<br>Ellyn Hurd (*pro hac vice*) |
| 18 | Holly Nighbert (*pro hac vice*)<br>Justin Presnal (pro hac vice) |
| 19 | 112 Madison Avenue, 7th Floor<br>New York, NY 10016 |
| 20 | (212) 784-6400<br>(212) 213-5949 (fax) |
| 21 | jconroy@simmonsfirm.com<br>Jpresnal@simmonsfirm.com |
| 22 | Peter J. Mougey (*pro hac vice*) |
| 23 | Levin Papantonio Rafferty Law Firm<br>316 S. Baylen St., Ste. 600 |
| 24 | Pensacola, FL 32502<br>(850) 435-7068 |
| 25 | pmougey@levinlaw.com |
| 26 | *MDL Co-Lead, Plaintiff Executive Committee Counsel* |
| 27 |    |
| 28 |    |

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

DATED: September 7, 2022    */s/ Paulina do Amaral*

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 7, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to registered parties.

*/s/ Paulina do Amaral*