UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>　　　　Defendants. | Case No.  18-cv-07591-CRB<br><br>**ORDER** |

　　The Court has been advised that the parties are engaged in ongoing settlement discussions. Accordingly, the November 7 trial and any trial-related filing deadlines are hereby vacated, subject to further order of the Court.

　　**IT IS SO ORDERED.**

Dated: November 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge