DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERE, State Bar # 173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar # 269303
Chief of Complex & Affirmative Litigation
JOHN H. GEORGE, State Bar # 292332
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
sara.eisenberg@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB-JSC<br><br>**STATUS REPORT**<br><br>**Judge**: Hon. Charles R. Breyer<br><br>**Hearing Date**: May 19, 2023<br><br>**Hearing Time**: 10:00 a.m. |

2796730.1

Plaintiffs the City and County of San Francisco and the People of the State of California acting by and through San Francisco City Attorney David Chiu are pleased to announce a settlement resolving the People's claims against Walgreens to provide funds for opioid abatement.

Under the Settlement, Walgreens will pay $229,610,002, of which $200,000,000 will be dedicated to remediating the opioid epidemic in San Francisco. The majority of the funds, $207,610,002, will be paid in the first eight years with the remainder paid over the following seven years.

This Settlement adds to San Francisco's earlier-announced settlements with the Teva and Allergan defendants, together valued at approximately $58 million. San Francisco is also participating in all other national settlements with Opioids defendants, which are detailed at nationalopioidsettlement.com.

Plaintiffs expect to file stipulated consent judgments in this Court for all three settlements after the ordinances authorizing them are approved by the Board of Supervisors and signed into law.

Plaintiffs wish to thank the Court, as well as Judge Corley, for their very significant devotion of time and for their dedication to overseeing this important case.

| | | |
|---|---|---|
| 1 | DATED: May 17, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | DAVID CHIU<br>City Attorney | */s/ Elizabeth J. Cabraser*<br>Elizabeth J. Cabraser |
| 4 | YVONNE R. MERE<br>SARA J. EISENBERG | Richard M. Heimann<br>Paulina do Amaral |
| 5 | OWEN J. CLEMENTS<br>JAIME M. HULING DELAYE | Kevin R. Budner<br>Michael Levin-Gesundheit |
| 6 | Deputy City Attorneys<br>Fox Plaza | Jacob H. Polin<br>Miriam E. Marks |
| 7 | 1390 Market Street, Sixth Floor<br>San Francisco, CA  94102 | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP |
| 8 | Telephone:  415/554-3957<br>jaime.hulingdelaye@sfcityatty.org | 275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339 |
| 9 | | Telephone: 415.956.1000<br>Facsimile: 415.956.1008 |
| 10 | | ecabraser@lchb.com |
| 11 | Aelish M. Baig<br>Taeva C. Shefler | Paul J. Geller<br>Mark J. Dearman |
| 12 | Hadiya K. Deshmukh<br>ROBBINS GELLER RUDMAN & DOWD | Dorothy P. Antullis<br>Nicolle B. Brito |
| 13 | LLP<br>Post Montgomery Center | ROBBINS GELLER RUDMAN & DOWD<br>LLP |
| 14 | One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 | 120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432 |
| 15 | Telephone:  415/288-4545<br>415/288-4534 (fax) | Telephone:  561/750-3000<br>561/750-3364 (fax) |
| 16 | aelishb@rgrdlaw.com<br>tshefler@rgrdlaw.com | pgeller@rgrdlaw.com<br>mdearman@rgrdlaw.com |
| 17 | hdeshmukh@rgrdlaw.com | dantullis@rgrdlaw.com<br>nbrito@rgrdlaw.com |
| 18 | X. Jay Alvarez | Louise Renne |
| 19 | Thomas E. Egler<br>ROBBINS GELLER RUDMAN & DOWD | RENNE PUBLIC LAW GROUP<br>350 Sansome Street, Suite 300 |
| 20 | LLP<br>655 West Broadway, Suite 1900 | San Francisco, CA 94104<br>Telephone:  415/848-7240 |
| 21 | San Diego, CA  92101<br>Telephone:  619/231-1058 | 415/848-7230 (fax)<br>lrenne@publiclawgroup.com |
| 22 | 619/231-7423 (fax)<br>jaya@rgrdlaw.com | |
| 23 | tome@rgrdlaw.com | |
| 24 | Jennie Lee Anderson<br>ANDRUS ANDERSON LLP | Kevin Sharp<br>SANFORD HEISLER SHARP, LLP |
| 25 | 155 Montgomery Street, Suite 900<br>San Francisco, CA  94104 | 611 Commerce Street, Suite 3100<br>Nashville, TN  37203 |
| 26 | Telephone:  415/986-1400<br>415/986-1474 (fax) | Telephone:  615/434-7000<br>615/434-7020 (fax) |
| 27 | jennie@andrusanderson.com<br>audrey.siegel@andrusanderson.com | ksharp@sanfordheisler.com |
| 28 | Ellen Relkin | David S. Casey, Jr. |

|  |  |
|---|---|
| WEITZ & LUXENBERG P.C.<br>700 Broadway<br>New York, NY 10003<br>Telephone: 212/558-5500<br>212/344-5461 (fax)<br>erelkin@weitzlux.com | Gayle M. Blatt<br>Alyssa Williams<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP<br>110 Laurel Street<br>San Diego, CA 92101-1486<br>Telephone: 619/238-1811<br>619/544-9232 (fax)<br>dcasey@cglaw.com<br>gmb@cglaw.com<br>awilliams@cglaw.com |
| Paul F. Novak<br>Tiffany Ellis<br>WEITZ & LUXENBERG, P.C.<br>24th Floor, The Fisher Building<br>3011 W. Grand Boulevard<br>Detroit, Michigan 48202<br>Tel: (313) 800-4170<br>pnovak@weitzlux.com<br>tellis@weitzlux.com | Melinda Davis Nokes<br>WEITZ & LUXENBERG P.C.<br>1880 Century Park East<br>Los Angeles, CA 90067<br>Telephone: 310/247-0921<br>310/786-9927 (fax)<br>mnokes@weitzlux.com |

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*