DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERE, State Bar # 173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar # 269303
Chief of Complex & Affirmative Litigation
JOHN H. GEORGE, State Bar # 292332
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
sara.eisenberg@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB-JSC<br><br>**PLAINTIFFS' REPORT REGARDING STATUS OF LITIGATION** |

3032116.2

Pursuant to the Court's June 5, 2024, Order (ECF 1639), Plaintiffs the City and County of San Francisco and the People of the State of California, acting by and through San Francisco City Attorney David Chiu ("Plaintiffs"), submit this report regarding the status of the litigation.

As previously reported and memorialized in filed settlement agreements and consent decrees, Plaintiffs have resolved their case against all of the defendant groups that went to trial—namely, the Allergan Defendants (ECF 1632), the Teva Defendants (including Anda) (ECF 1634), and Walgreens (ECF 1638). The total value of the three settlements is approximately $288 million, which is being paid on the schedules outlined therein. Prior to trial, Plaintiffs had also reached resolution with the AmerisourceBergen, Cardinal Health, McKesson, and Johnson & Johnson Defendants in settlements worth approximately $61 million.

The only Defendants named in the Amended Complaint with whom Plaintiffs have not yet settled are stayed as part of various bankruptcy proceedings, including those involving the Purdue, Endo,[1] Mallinckrodt, and Insys entities, as well as members of the Sackler family, who are also individually named defendants in this action. Of note, the scope of the releases applicable to the Sackler defendants in the Purdue bankruptcy settlement is the subject of an appeal currently pending before the United States Supreme Court. A decision on the issue is expected this month.

While litigation against the Sackler defendants was stayed as part of the Purdue bankruptcy (ECF 1293), the Sackler defendants themselves have not filed for bankruptcy. Consequently, if the Supreme Court's decision ultimately lifts the stay against the Sacklers, Plaintiffs' claims against them would be reactivated. Plaintiffs respectfully request an additional sixty days to evaluate the forthcoming opinion and propose next steps in a further status report.

Finally, additional data has become available that may cause Plaintiffs to seek leave to add new defendants. Specifically, Judge Polster recently required the disclosure of updated ARCOS information from the DEA for the years 2015-2019 and has lifted the moratorium on filing motions for leave to amend the complaints pending in MDL 2804. The Plaintiffs Executive

---

[1] Plaintiffs reached a settlement with Endo and subsequently dismissed the case against them. ECF 1577. Unfortunately, Endo filed for bankruptcy before making any payments under the agreement, and Plaintiffs expect that any potential recovery from Endo will likely come through those bankruptcy proceedings.

1  Committee is analyzing the data to determine whether there is good cause to add any defendants by the July 22, 2024, amendment deadline imposed by Judge Polster. Once that analysis is complete, Plaintiffs will determine whether any such motion would also be appropriate in the context of this case. Plaintiffs expect to provide an update on this issue, too, in a supplemental status report on or before August 12, 2024.

DATED: June 13, 2024

Respectfully submitted,

| | |
|---|---|
| DAVID CHIU<br>City Attorney<br>YVONNE R. MERE<br>SARA J. EISENBERG<br>JOHN H. GEORGE<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, Sixth Floor<br>San Francisco, CA 94102<br>Telephone: 415/554-3957<br>sara.eisenberg@sfcityatty.org | */s/ Elizabeth J. Cabraser*<br>Elizabeth J. Cabraser<br>Richard M. Heimann<br>Paulina do Amaral<br>Kevin R. Budner<br>Michael Levin-Gesundheit<br>Miriam E. Marks<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>ecabraser@lchb.com |
| Aelish M. Baig<br>Taeva C. Shefler<br>Hadiya K. Deshmukh<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>aelishb@rgrdlaw.com<br>tshefler@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com | Paul J. Geller<br>Mark J. Dearman<br>Dorothy P. Antullis<br>Nicolle B. Brito<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br>pgeller@rgrdlaw.com<br>mdearman@rgrdlaw.com<br>dantullis@rgrdlaw.com<br>nbrito@rgrdlaw.com |
| X. Jay Alvarez<br>Thomas E. Egler<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>jaya@rgrdlaw.com<br>tome@rgrdlaw.com | Louise Renne<br>RENNE PUBLIC LAW GROUP<br>350 Sansome Street, Suite 300<br>San Francisco, CA 94104<br>Telephone: 415/848-7240<br>415/848-7230 (fax)<br>lrenne@publiclawgroup.com |

| | | |
|---|---|---|
| 1 | | |
| 2 | Jennie Lee Anderson<br>ANDRUS ANDERSON LLP | Kevin Sharp<br>SANFORD HEISLER SHARP, LLP |
| 3 | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 | 611 Commerce Street, Suite 3100<br>Nashville, TN 37203 |
| 4 | Telephone: 415/986-1400<br>415/986-1474 (fax) | Telephone: 615/434-7000<br>615/434-7020 (fax) |
| 5 | jennie@andrusanderson.com | ksharp@sanfordheisler.com |
| 6 | Ellen Relkin | David S. Casey, Jr. |
| 7 | WEITZ & LUXENBERG P.C.<br>700 Broadway | Gayle M. Blatt<br>Alyssa Williams |
| 8 | New York, NY 10003<br>Telephone: 212/558-5500 | CASEY GERRY SCHENK FRANCAVILLA<br>BLATT & PENFIELD LLP |
| 9 | 212/344-5461 (fax)<br>erelkin@weitzlux.com | 110 Laurel Street<br>San Diego, CA 92101-1486 |
| 10 | | Telephone: 619/238-1811<br>619/544-9232 (fax) |
| 11 | | dcasey@cglaw.com<br>gmb@cglaw.com<br>awilliams@cglaw.com |
| 12 | Paul F. Novak | |
| 13 | WEITZ & LUXENBERG, P.C.<br>24th Floor, The Fisher Building | Melinda Davis Nokes<br>WEITZ & LUXENBERG P.C. |
| 14 | 3011 W. Grand Boulevard<br>Detroit, Michigan 48202 | 1880 Century Park East<br>Los Angeles, CA 90067 |
| 15 | Tel: (313) 800-4170<br>pnovak@weitzlux.com | Telephone: 310/247-0921<br>310/786-9927 (fax) |
| 16 | | mnokes@weitzlux.com |
| 17 | *Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu* | |