DAVID CHIU, State Bar # 189542
City Attorney
YVONNE R. MERE, State Bar # 173594
Chief Deputy City Attorney
SARA J. EISENBERG, State Bar # 269303
Chief of Complex & Affirmative Litigation
JOHN H. GEORGE, State Bar # 292332
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA  94102
Telephone:  415.554.3597
sara.eisenberg@sfcityatty.org

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE PEOPLE OF THE STATE OF CALIFORNIA, Acting by and through San Francisco City Attorney DAVID CHIU,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.<br><br>Defendants. | Case No. 3:18-cv-07591-CRB<br><br>**PLAINTIFFS' FURTHER REPORT REGARDING STATUS OF LITIGATION** |

3076822.2

Plaintiffs the City and County of San Francisco and the People of the State of California, acting by and through San Francisco City Attorney David Chiu, submit this further report regarding the status of the litigation. As previewed in Plaintiffs' June 13, 2024 status report, the remaining Defendants in this action include the entities who have filed for bankruptcy—Mallinckrodt, Insys, and Purdue—along with the named members of the Sackler family.

Concurrent with the filing of this report, Plaintiffs filed a notice voluntarily dismissing Defendants Insys Therapeutics, Inc., Mallinckrodt LLC, Mallinckrodt plc, and SpecGx LLC. These Defendants have proceeded through bankruptcy and received a discharge of their pre-bankruptcy obligations.[1]

As to the Purdue and Sackler Defendants, on June 27, 2024, the United States Supreme Court reversed the Second Circuit's affirmation of Purdue's bankruptcy plan that had provided for a nonparty release of the Sacklers. *Harrington v. Purdue Pharma L. P.*, 144 S. Ct. 2071, 2088 (2024). Following remand, the Debtors moved the United States Bankruptcy Court for the Southern District of New York for an extension of the preliminary injunction staying litigation. Case No. 19-08289-shl, ECF 489 at 1 (June 27, 2024). The bankruptcy court granted Debtors' motion and appointed mediators to facilitate the negotiation of modifications to the Shareholder Settlement and related portions of the Purdue bankruptcy plan consistent with the Supreme Court's decision. Case No. 19-08289-shl, ECF 506 at 13-14 (July 10, 2024) & ECF 6537 at 4 (July 10, 2024).[2] Mediated discussions regarding the potential resolution of the claims of state and local governmental entities, and other constituencies, are actively proceeding. The stay is currently set to expire on September 9, 2024. Plaintiffs therefore request an additional sixty days to allow the Sackler mediation process to conclude, to evaluate any forthcoming settlement, and to then propose next steps regarding these parties in a further status report.

---

[1] The Endo Defendants' bankruptcy plan was approved on March 22, 2024. *See* MDL ECF 5509. Though Plaintiffs stipulated to a dismissal with prejudice of Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. following an executed settlement agreement (ECF 1577), Endo has not made any payment required under that settlement. Plaintiffs expect that any potential recovery from Endo will likely come through the bankruptcy plan.

[2] Although the Sackler defendants themselves had not—and have not—filed for bankruptcy, continuing litigation against the Sackler defendants is also stayed as part of the Purdue bankruptcy injunction. *Id.*; *see also* ECF 1293.

Finally, in the last report, Plaintiffs sought additional time to await the PEC's analysis of additional ARCOS data for the years 2015–2019. Plaintiffs understand that evaluation to be complete and do not intend to seek leave to add previously unnamed defendants at this time.

| | |
|---|---|
| DATED: August 12, 2024 | Respectfully submitted, |

| | |
|---|---|
| DAVID CHIU<br>City Attorney<br>YVONNE R. MERE<br>SARA J. EISENBERG<br>JOHN GEORGE<br>Deputy City Attorneys<br>Fox Plaza<br>1390 Market Street, Sixth Floor<br>San Francisco, CA  94102<br>Telephone: 415/554-3957<br>sara.eisenberg@sfcityatty.org | /s/ Elizabeth J. Cabraser<br>Elizabeth J. Cabraser<br>Richard M. Heimann<br>Paulina do Amaral<br>Kevin R. Budner<br>Michael Levin-Gesundheit<br>Miriam E. Marks<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>ecabraser@lchb.com |
| Aelish M. Baig<br>Taeva C. Shefler<br>Hadiya K. Deshmukh<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>aelishb@rgrdlaw.com<br>tshefler@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com | Paul J. Geller<br>Mark J. Dearman<br>Dorothy P. Antullis<br>Nicolle B. Brito<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>225 NE Mizner Blvd., Suite 720<br>Boca Raton, FL  33432<br>Telephone:  561/750-3000<br>561/750-3364 (fax)<br>pgeller@rgrdlaw.com<br>mdearman@rgrdlaw.com<br>dantullis@rgrdlaw.com<br>nbrito@rgrdlaw.com |
| X. Jay Alvarez<br>Thomas E. Egler<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>jaya@rgrdlaw.com<br>tome@rgrdlaw.com | Louise Renne<br>RENNE PUBLIC LAW GROUP<br>350 Sansome Street, Suite 300<br>San Francisco, CA 94104<br>Telephone:  415/848-7240<br>415/848-7230 (fax)<br>lrenne@publiclawgroup.com |
| Jennie Lee Anderson<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA  94104 | Kevin Sharp<br>SANFORD HEISLER SHARP, LLP<br>611 Commerce Street, Suite 3100<br>Nashville, TN  37203 |

| | | |
|---|---|---|
| 1 | Telephone: 415/986-1400 | Telephone: 615/434-7000 |
| 2 | 415/986-1474 (fax)<br>jennie@andrusanderson.com | 615/434-7020 (fax)<br>ksharp@sanfordheisler.com |
| 3 | | |
| 4 | Ellen Relkin<br>WEITZ & LUXENBERG P.C. | David S. Casey, Jr.<br>Gayle M. Blatt |
| 5 | 700 Broadway<br>New York, NY 10003 | Alyssa Williams<br>CASEY GERRY SCHENK FRANCAVILLA |
| 6 | Telephone: 212/558-5500<br>212/344-5461 (fax) | BLATT & PENFIELD LLP<br>110 Laurel Street |
| 7 | erelkin@weitzlux.com | San Diego, CA 92101-1486<br>Telephone: 619/238-1811 |
| 8 | | 619/544-9232 (fax)<br>dcasey@cglaw.com |
| 9 | | gmb@cglaw.com<br>awilliams@cglaw.com |
| 10 | Paul F. Novak<br>WEITZ & LUXENBERG, P.C. | Melinda Davis Nokes |
| 11 | 24th Floor, The Fisher Building<br>3011 W. Grand Boulevard | WEITZ & LUXENBERG P.C.<br>1880 Century Park East |
| 12 | Detroit, Michigan 48202<br>Tel: (313) 800-4170 | Los Angeles, CA 90067<br>Telephone: 310/247-0921 |
| 13 | pnovak@weitzlux.com | 310/786-9927 (fax)<br>mnokes@weitzlux.com |

*Attorneys for Plaintiff The People of the State of California, acting by and through San Francisco City Attorney David Chiu*