UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

City and County of San Francisco et al ,

Plaintiff,

v.

Purude Pharma L.P. et al ,

Defendant.

Case No. 3:18-cv-07591

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) David Sackler and Richard Sackler , the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

    Ellen London, London & Naor P.C.

Name(s) of counsel withdrawing from representation and firm name:

    Richard Van Duzer, Farella Braun + Martel LLP

Date: 6/23/2026

This substitution of counsel is not intended to, and does not, constitute a submission to jurisdiction or the waiver of any defense, including as to defects in jurisdiction or service.

**[PROPOSED] ORDER**

    The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____    _____

                                       UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California