Ellen London (SBN 325580)
**LONDON & NAOR P.C.**
1999 Harrison Street, Suite 2010
Oakland, CA 94612
Tel: (415) 862-8487
Fax: (415) 573-0995
elondon@londonnaor.com;

*Attorney for David Sackler and Richard Sackler*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al., | Case No. 3:18-cv-07591-CRB |
| Plaintiffs, | **NOTICE OF TERMINATION OF PRELIMINARY INJUNCTION [AND SETTLEMENT]** |
| v. | |
| PURDUE PHARMA L.P., et al., | |
| Defendants. | |

**NOTICE OF TERMINATION OF PRELIMINARY INJUNCTION [AND SETTLEMENT]**

1.	Defendants David A. Sackler and Richard S. Sackler, (the "Individual Defendants") submit this Notice.  This Notice is submitted jointly with Plaintiffs.

2.	On September 15, 2019, Purdue Pharma L.P. and 23 affiliated debtors (collectively, "Purdue" or "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. The cases are jointly administered under the case captioned as *In re Purdue Pharma L.P.*, Case No. 19-23649 (SHL) (Bankr. S.D.N.Y.) (the "Purdue Bankruptcy Case").

3.	On November 6, 2019, the Bankruptcy Court issued an order pursuant to 11 U.S.C. § 105(a) enjoining commencement or continuation of litigation against any Debtor or Related Party, as defined therein, through April 8, 2020. *See* Second Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction, In re Purdue Pharma L.P., Case No. 19-23649 (SHL), Adv. Pro. No. 19-08289 (SHL), ECF No. 105 (Bankr. S.D.N.Y. Nov. 6, 2019) (the "Preliminary Injunction"). There have been multiple extensions of the Preliminary Injunction, including most recently, "through and including the earlier of the date of entry of an order confirming the Debtors' Plan of Reorganization and the expiration of any stay of such order, including the stay provided by Rule 3020(e) of the Federal Rules of Bankruptcy Procedure or 60 days after the entry of an order denying confirmation of the Debtors' Plan of Reorganization."  *See* Forty-Seventh Amended Order Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction at 18–19, *In re Purdue Pharma L.P.*, Case No. 19-23649 (SHL), Adv. Pro. No. 19-08289 (SHL), ECF No. 708 (Bankr. S.D.N.Y. Nov. 19, 2025).

4.	On November 14, 2025, the Debtors filed a plan of reorganization. *See* Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors, *In*

1

*re Purdue Pharma L.P.*, Case No. 19-23649 (SHL), ECF No. 8233 (Bankr. S.D.N.Y. Nov. 14, 2025) (the "Reorganization Plan").

5. On November 18, 2025, the Bankruptcy Court issued an order confirming the Reorganization Plan and extending the Preliminary Injunction through the Effective Date of the Reorganization Plan. *See* Findings of Fact, Conclusions of Law, and Order Confirming the Eighteenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors at 21 & § 20(a), *In re Purdue Pharma L.P.*, No. 19-23649 (SHL) (Bankr. S.D.N.Y. Nov. 18, 2025), ECF No. 8263 (the "Confirmation Order") ("Unless otherwise provided in the Plan, all injunctions and stays arising under or entered during the Chapter 11 Cases, whether under section 105 or 362 of the Bankruptcy Code or otherwise, and in existence on the Confirmation Date, including but not limited to the Preliminary Injunction, shall remain in full force and effect until the later of the Effective Date and the date indicated in the order providing for such injunction or stay.").

6. On May 1, 2026, the Debtors filed a notice in the Purdue Bankruptcy stating the effective date of the Reorganization Plan occurred on May 1, 2026, and that therefore, pursuant to the Confirmation Order, the Preliminary Injunction expired on May 1, 2026. *See* Notice of (I) Occurrence of Effective, (II) Final Deadlines for Filing Administrative Claims, (III) Expiration of the Preliminary Injunction, *In re Purdue Pharma L.P.*, No. 19-23649 (SHL), Adv. Pro. No. 19-08289 (SHL) (Bankr. S.D.N.Y. May 1, 2026), ECF No. 716 (the "Effective Date Notice"). Therefore, the Preliminary Injunction has terminated. The Effective Date Notice is attached as Exhibit A hereto.

7. The Individual Defendants have reached a settlement with Plaintiffs and the parties expect filings to effect dismissal to follow in due course.

8. By filing this Notice, the Individual Defendants are expressly preserving all of their defenses, including but not limited to lack of personal jurisdiction.

NOTICE OF TERMINATION OF PRELIMINARY INJUNCTION [AND SETTLEMENT]
CASE NO. 3:18-CV-07591-CRB

DATED: June 26, 2026

Respectfully submitted,

*/s/ Ellen London*

Ellen London
LONDON & NAOR P.C.

*Attorney for Defendants David Sackler and Richard Sackler*


DATED: June 26, 2026

*/s/ Elizabeth J. Cabraser*

Elizabeth J. Cabraser
Richard M. Heimann
Paulina do Amaral
Kevin R. Budner
Michael Levin-Gesundheit Miriam E. Marks
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Attorneys for Plaintiff
The People of the State of California, acting by and through San Francisco City Attorney David Chiu

NOTICE OF TERMINATION OF PRELIMINARY INJUNCTION [AND SETTLEMENT]
CASE NO. 3:18-CV-07591-CRB

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

DATED:  June 26, 2026

/s/ Ellen London
Ellen London
LONDON & NAOR P.C.

4