UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| City and County of San Francisco et al , | Case No. 3:18-cv-07591 |
| Plaintiff, | |
| v. | **MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER** |
| Purude Pharma L.P. et al , | |
| Defendant. | |

On behalf of (party name) David Sackler and Richard Sackler , the following attorney(s)

> (1) move(s) to substitute as counsel of record,

> (2) certify they are members in good standing of this Court's bar,

> (3) attest to the consent of current counsel to be withdrawn, and

> (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Ellen London, London & Naor P.C.

Name(s) of counsel withdrawing from representation and firm name:

Richard Van Duzer, Farella Braun + Martel LLP

Date: 6/23/2026

This substitution of counsel is not intended to, and does not, constitute a submission to jurisdiction or the waiver of any defense, including as to defects in jurisdiction or service.

**[~~PROPOSED~~] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date   June 29, 2026 _____    _____

Charles R. Breyer UNITED STATES DISTRICT